AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____5___97_____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

_____        _____
(Date forms issued)            (Signature of Party or their Representative)

                               __Rafael J. Collazo__
                               (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action