IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. _____ |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs SmithKline & French Laboratories Limited and SmithKline Beecham Corporation, doing business as GlaxoSmithKline, (hereinafter collectively "GSK") respectfully submit the following corporate disclosure statement.

1.  GSK is wholly owned by its ultimate parent corporation GlaxoSmithKline plc, an English public limited company whose shares are traded on the London Stock Exchange and New York Stock Exchange.

2.  No publicly held corporation owns 10 percent or more of GlaxoSmithKline plc's stock.

Dated: April 6, 2005

Respectfully submitted,

*/s/ Patricia Smink Rogowski*

Patricia Smink Rogowski, Esq. (Bar I.D. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax : (302) 658-5614

Attorney for Plaintiffs
Smith Kline & French Laboratories Limited and
SmithKline Beecham Corporation, d/b/a GlaxoSmithKline

*Of counsel:*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 942-8400
Fax: (202) 942-8484