AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SMITH KLINE & FRENCH LABORATORIES LIMITED
and SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

V.

CASE NUMBER:  05 - 197

TEVA PHARMACEUTICALS USA, INC.,

Defendant.

TO: (Name and address of defendant)

Teva Pharmaceuticals USA, Inc.
℅ The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia Smink Rogowski
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    4/6/05
_____          _____
CLERK                                                      DATE

*Monica Mosley*
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me<sup>(1)</sup> | DATE: April 6, 2005 |
| NAME OF SERVER (PRINT): John Matheus | TITLE: |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Served Brian Penrod at The Corporation Trust Company, Registered Agent for Teva Pharmaceuticals USA, Inc.

[ ] Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 6, 2005
              Date

*Signature of Server*

1007 N. Orange Street, 8th Fl.
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.