IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-197-GMS<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Michael E. Gordon, William F. Lee, William G. McElwain, Mark L. Rienzi, Jamaica P. Szeliga, Amy K. Wigmore, Jamie T. Wisz and Henry N. Wixon to represent **Plaintiffs Smith Kline & French Laboratories, Limited, and SmithKline BeechamCorporation d/b/a GlaxoSmithKline** in this matter.

Respectfully submitted,

Dated: June 15, 2005

_____
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____         _____
                                       The Honorable Gregory M. Sleet
                                       United States District Judge

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Michael E. Gordon
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: May 31, 2005

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_/s/ William F. Lee_
William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

DATED: June 6, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts, District of Columbia, Virginia, United States District Court for the District of Columbia, United States District Court for the District of Maryland, United States District Court for the District of Massachusetts, United States Court of Appeals for the District of Columbia Circuit and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☐ to the Clerk's Office upon the filing of this motion.

William G. McElwain
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: June 3, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Massachusetts, New Jersey, United States District Court for the District of Massachusetts, United States District Court for the District of New Jersey, United States Court of Appeals for the First Circuit and United States Supreme Court and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Mark L. Rienzi
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: June 8, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jamaica P. Szeliga
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: May 31, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts, District of Columbia, United States District Court for the District of Columbia, United States Court of Appeals for the District of Columbia Circuit and United States Court of Appeals for the Sixth Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Amy K. Wigmore
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: May 31, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland, District of Columbia and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ✓ to the Clerk's Office upon the filing of this motion.

*Jamie T. Wisz*
Jamie T. Wisz
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: May 27, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland, District of Columbia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Court of Appeals for the Federal Circuit and the United States Supreme Court, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Henry N. Wixon
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037
(202) 663-6000

DATED: May 27, 2005

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on June 15, 2005, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send notification of such filing to the following:

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I hereby certify that on June 15, 2005, I have served the document by first class mail to the following non-registered participants:

>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>
>William F. Lee, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>
>William G. McElwain, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>The Willard Office Building
>1455 Pennsylvania Avenue, N.W.
>Washington, DC 20004

>_____
>Patricia Smink Rogowski (#2632)
>
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801
>(302) 658-9141
>progowski@cblh.com