IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>Defendant. | Civil Action No: 05-197 GMS |

**TEVA PHARMACEUTICALS USA, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant in the above-captioned action certifies that Teva Pharmaceuticals USA, Inc. ("Teva USA") is wholly-owned by Orvet UK Ltd. ("Orvet UK"), which is wholly-owned by Teva Pharmaceuticals Europe B.V. ("Teva Europe"), which is wholly-owned by Teva Pharmaceutical Industries Ltd. ("Teva Israel"), a publicly-traded company.

Date:  August 1, 2005

Respectfully submitted,

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
**YOUNG CONANWAY STARGATT
  & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6600

Jay P. Leftkowitz
Karen M. Robinson
Steven A. Engel
Stephen D. Dove
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, DC 20005-5793
(202) 879-5000

*Attorneys for Teva Pharmaceuticals USA, Inc.*

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on August 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on August 1, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDEX**

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>William G. McElwain, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>The Willard Office Building
>1455 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendant