**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658 5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

5 August 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

> **Re:    Smith Kline & French Laboratories Limited and**
> **SmithKline Beecham Corporation d/b/a GlaxoSmithKline**
> **v. Teva Pharmaceuticals USA, Inc.**
> **Civil Action No. 05-197-GMS**

Dear Judge Sleet,

As discussed with the parties during the July 28th telephone conference in this case, enclosed is a Proposed Scheduling Order. This is submitted on behalf of both parties who concur in its content.

Respectfully submitted,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

Cc:    Clerk of the Court (w/encl. - electronic filing)
Josy Ingersoll, Esq. (w/encl. -electronic filing)

410083-1