IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>      Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>      Defendant. | Civil Action No.    05-197-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 5, 2005 true and correct copies of PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. 26(a)(1) were served on the attorneys of record at the following addresses specified below:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Facsimile**
Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski (Bar No. 2632)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC  20004
(202) 942-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I hereby certify that on August 5, 2005, I have served the document by first class mail to the following non-registered participants:

>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793

>/s/ Patricia S. Rogowski
>Patricia Smink Rogowski (#2632)
>Connolly Bove Lodge & Hutz LLP
>P.O. Box 2207
>1007 N. Orange Street
>Wilmington, DE 19899
>(302) 658-9141
>progowski@cblh.com