IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC<br><br>Defendant. | Civil Action No. 05-197-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that copies of (1) Defendant Teva Pharmaceuticals U.S.A., Inc.'s First Set of Request for the Production of Documents and Things to Plaintiffs GlaxoSmithKline, (2) Defendant Teva Pharmaceuticals U.S.A., Inc.'s First Set of Interrogatories to Plaintiffs GlaxoSmithKline, and (3) this Notice of Service were caused to be served on September 2, 2005, as follows:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esq.
WILMER, CUTLER, PICKERING, HALE AND DORR LLP
60 State Street
Boston, MA 02109

William G. McElwain, Esq.
WILMER, CUTLER, PICKERING, HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004

Additionally, the undersigned certify that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Patricia Smink Rogowski, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801

_____
Josy W. Ingersoll (#1088)
John W. Shaw (# 3362)
YOUNG CONAWAY
    STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Teva Pharmaceuticals U.S.A, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen M. Robinson
Steven A. Engel
Stephen D. Dove
**KIRKLAND & ELLIS LLP**
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

September 2, 2005