IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that copies of (1) Defendant Teva Pharmaceuticals U.S.A., Inc.'s Supplemental Responses to Plaintiffs' First Set of Interrogatories were caused to be served on October 31, 2005, as follows:

**BY FACSIMILE & FEDERAL EXPRESS**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

PLEASE TAKE FURTHER NOTICE that copies of this Notice of Service were served on November 1, 2005, upon the following in the manner indicated:

DB01:1867469.1                                                                                              058956.1015

BY ELECTRONIC FILING

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Karen E. Keller* (signature)
Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Steven A. Engel
Stephen D. Dove
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
202-879-5000

Dated: November 1, 2005

DB01:1867469.1                                                                 058956.1015