IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant | Civil Action No. 05-197-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Melissia B. Dorsey to represent **Plaintiffs Smith Kline & French Laboratories, Limited, and SmithKline BeechamCorporation d/b/a GlaxoSmithKline** in this matter.

Respectfully submitted,

Dated: November 10, 2005

*[signature]*
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____        _____
                                                                        The Honorable Gregory M. Sleet
                                                                        United States District Judge

401470v2(CB)

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland, and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Melissia B. Dorsey
Wilmer Cutler Pickering Hale and Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 942-8400

DATED: November 8, 2005

USIDOCS 5371804v1

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on November 10, 2005, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send notification of such filing to the following:

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19801

I hereby certify that on November 10, 2005, I have served the document by first class mail to the following non-registered participants:

>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC  20005-5793

>William F. Lee, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

>William G. McElwain, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>The Willard Office Building
>1455 Pennsylvania Avenue, N.W.
>Washington, DC  20004

*/s/ Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com