IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS U.S.A., INC <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-197-GMS ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Stephen Dove withdraws from his representation of Defendant Teva Pharmaceuticals U.S.A., Inc. Defendant continues to be represented in this action by the law firms of Young Conaway Stargatt & Taylor, LLP and Kirkland & Ellis LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Teva Pharmaceuticals U.S.A, Inc.*

Dated: February 1, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on February 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>msquire@ycst.com
>
>Attorneys for Teva Pharmaceuticals U.S.A., Inc.