IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>Defendant. | Civil Action No: 05-197 GMS |

**JOINT CLAIM CONSTRUCTION CHART AND NOTICE OF
RESOLUTION OF OUTSTANDING CLAIM CONSTRUCTION ISSUES**

Pursuant to the Court's August 8, 2005 Scheduling Order, Plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline (collectively "GSK") and Defendant Teva Pharmaceuticals U.S.A., Inc. ("Teva") hereby jointly submit the following claim construction chart. The parties agree that, based on the evidence and arguments of which they are presently aware, there is no term in the asserted claims of United States Patent No. 4,452,808 ("'808 Patent") that requires construction by the Court.

In the chart below, Teva provides what it contends is the proper construction of three terms of United States Patent No. 4,824,860 ("'860 Patent"). GSK contends that these terms require no construction, but has no substantive objection to Teva's proposed construction of those three claim terms.

| Claim Term of the '860 Patent | Construction |
|---|---|
| 1. "administering" (Claims 1-3) | "giving a therapeutic agent to a subject to be treated" |
| 2. "effective non-toxic amount" (Claims 1-3) | "a non-toxic amount that is effective to treat conditions of Parkinson's disease in a human being" |
| 3. "a subject in need thereof" (Claims 1-3) | "a human with Parkinson's disease" |

Because there is no term for which there exists a disputed construction, the parties jointly request that the Court enter the attached proposed order adopting the construction for the three claim terms in the '860 patent claims identified in the table above. The parties further agree that *Markman* briefing and a separate *Markman* hearing, as presently contemplated by the Court's Scheduling Order, are unnecessary in light of the parties' agreement and entry of the attached proposed order. Should the Court have any questions or concerns about the proposed order, the parties are available for a conference at the Court's convenience to discuss the proposed claim construction order and the procedure proposed by the parties in this stipulation.

Date:  February 23, 2006                     Respectfully submitted,

/s/                                          [signature]

Patricia Smink Rogowski (#2632)              John W. Shaw (#3362)
CONNOLLY BOVE LODGE & HUTZ LLP               YOUNG CONAWAY STARGATT
The Nemours Building                         & TAYLOR, LLP
1007 North Orange Street                     The Brandywine Building
Wilmington, DE 19801                         1000 West Street, 17th Floor
(302) 658-9141                               Wilmington, DE 19899-0391
                                             (302) 571-6600

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 942-8000

Attorneys for Plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline

Jay P. Lefkowitz
Karen M. Robinson
Charanjit Brahma
Steven A. Engel
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, DC 20005
(202) 879-5000

Attorneys for Defendant Teva Pharmaceuticals U.S.A., Inc.