IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>                 Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  05-197 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that copies of Defendant Teva Pharmaceuticals U.S.A., Inc.'s Second Set of Interrogatories to Plaintiffs GlaxoSmithKline were caused to be served on March 15, 2006, as follows:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA  02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 17, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA  02109

Dated:  March 17, 2006

Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Steven A. Engel
Stephen D. Dove
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC  20005
202-879-5000

2

058956.1006