IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 (GMS) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that copies of Defendant Teva Pharmaceuticals U.S.A., Inc.'s Second Set of Request for the Production of Documents and Things to Plaintiffs GlaxoSmithKline, and this Notice of Service were caused to be served on March 28, 2006, as follows:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

William G. McElwain, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004

Additionally, the undersigned certify that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

DATED: March 28, 2006

Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
 STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Steven A. Engel
Stephen D. Dove
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
202-879-5000

2

DB01:1796389.1

058956.1015