IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.    05-197-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2006 true and correct copies of Plaintiff GlaxoSmithKline's Supplemental Responses to Defendant's First Set of Interrogatories were served on the attorneys of record at the following addresses specified below:

**Via Federal Express**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via Federal Express**
Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC  20005-5793

/s/ Patricia S. Rogowski
Patricia Smink Rogowski (Bar No. 2632)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 942-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

> Josy W. Ingersoll, Esq.
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

I hereby certify that on this 11th day of April, 2006, I have served the document by Facsimile and U.S. Mail to the following non-registered participants:

> Stephen D. Dove, Esq.
> Steven A. Engel, Esq.
> Karen M. Robinson, Esq.
> Kirkland & Ellis LLP
> 655 Fifteenth Street, N.W.
> Washington, DC 20005-5793

> /s/ Patricia S. Rogowski
> Patricia Smink Rogowski (#2632)
> Connolly Bove Lodge & Hutz LLP
> P.O. Box 2207
> 1007 N. Orange Street
> Wilmington, DE 19899
> (302) 658-9141
> progowski@cblh.com