IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-197 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certifies that Corey J. Manley of Kirkland & Ellis LLP, 655 Fifteenth St., N.W., Suite 1200, Washington, DC 2005, caused copies of Notice of Deposition of Roger J. Eden to be served on April 26, 2006, upon the following counsel as indicated below:

**BY FACSIMILE AND U.S. MAIL**

Michael E. Gordon, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
2445 M Street, N.W.
Washington, DC  20037

Additionally, the undersigned hereby certifies that copies of Notice of Deposition of Roger J. Eden were caused to be served on April 27, 2006, upon the following counsel as indicated below:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

The undersigned further certifies that on April 27, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

**BY E-MAIL**

William F. Lee, Esquire
William G. McElwain, Esquire
Henry N. Wixon, Esquire
Amy Kreiger Wigmore, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

_____
Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Steven A. Engel
Stephen D. Dove
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
Dated: April 27, 2006