IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197-GMS |

## NOTICE OF ADDRESS CHANGE FOR PLAINTIFFS' COUNSEL

Plaintiffs Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline (collectively, "GSK"), hereby notify the Court that the Washington, D.C. address for Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Plaintiffs in this action, has been changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C. 20006; phone (202) 663-6000; fax (202) 663-6363.

    SMITH KLINE & FRENCH LABORATORIES
    LIMITED AND SMITHKLINE BEECHAM
    CORPORATION, D/B/A GLAXOSMITHKLINE

    By their attorneys,

    /s/ Patricia Smink Rogowski
    Patricia Smink Rogowski, Esq.
    Del. Bar No. 2632
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building, 1007 North Orange Street
    Wilmington, DE 19801
    Phone: (302) 658-9141
    Fax : (302) 658-5614

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark L. Rienzi, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:    (202) 663-6363

William F. Lee, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone:  (617) 526-6000
Fax:    (617) 526-5000


Dated: May 4, 2006

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on May 4, 2006, I electronically filed **NOTICE OF ADDRESS CHANGE FOR PLAINTIFFS' COUNSEL** using CM/ECF which will send notification of such filing to the following:

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19801

I hereby certify that on May 4, 2006, I have served the document by first class mail to the following non-registered participants:

>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC  20005-5793
>
>William F. Lee, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109
>
>William G. McElwain, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>The Willard Office Building
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

_____
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com