IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-197 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that Corey J. Manley, Esquire of Kirkland & Ellis LLP caused copies of Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiff GlaxoSmithKline's First Set of Requests for Admissions (Nos. 1- 56) to be served on May 16, 2006, as follows:

**BY FACSIMILE AND FEDEX**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Additionally, the undersigned hereby certifies that copies of Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiff GlaxoSmithKline's First Set of Requests for Admissions (Nos. 1- 56) were caused to be served on May 19, 2006, upon the following counsel as indicated below:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

The undersigned further certifies that on May 19, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

**BY E-MAIL**

William F. Lee, Esquire
William G. McElwain, Esquire
Henry N. Wixon, Esquire
Amy Kreiger Wigmore, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

_____
Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000

Dated: May 19, 2006

2

DB01:2102598.1                                                              058956.1015