# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ )<br>SMITH KLINE & FRENCH LABORATORIES,)<br>LTD, and SMITHKLINE BEECHAM CORP.,   )<br>d/b/a GLAXOSMITHKLINE,                           )<br>                                                                     )<br>                            **Plaintiffs,**               )<br>                                                                     )<br>            **v.**                                                 )<br>                                                                     )<br>**TEVA PHARMACEUTICALS USA, INC.,**      )<br>                                                                     )<br>                            **Defendant.**             )<br>_____ ) | **Civil Action No:  05-197 GMS** |

## <u>NOTICE OF DEPOSITION OF ROBERT M. DEMARINIS</u>

PLEASE TAKE NOTICE that Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 30, will take the deposition upon oral examination of Mr. Robert M. DeMarinis at 9:30 AM on June 7, 2006 at the offices of  Kirkland & Ellis LLP, 655 15th Street, N.W., Washington, DC 20005, or at such other time or location as may be mutually agreed upon by counsel for Teva and Plaintiffs.

The deposition will be conducted under oath by an officer authorized to take such testimony and administer oaths.  The deposition will be recorded by stenographic means and/or videotape.

Date:   May 19, 2006

_____
John Shaw (No. 3362)
Monte Squire (No. 4764)
**YOUNG CONANWAY STARGATT**
**& TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone:    (302) 571-6600


Jay P. Lefkowitz
Edward C. Donovan
Charanjit Brahma
Corey J. Manley
**KIRKLAND & ELLIS LLP**
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200


*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on May 22, 2006,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL

> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

Additionally, I certify that on May 19, 2006, a copy of the foregoing document was served on the following non-registered participant in the manner indicated:

### BY FACSIMILE AND U.S. MAIL

> Michael E. Gordon, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.