IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No: 05-197 GMS |

## NOTICE OF DEPOSITION OF PETER J. GIDDINGS

PLEASE TAKE NOTICE that Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 30, will take the deposition upon oral examination of Mr. Peter J. Giddings at 9:30 AM on May 31, 2006 at the offices of Kirkland & Ellis LLP, 655 15th Street, N.W., Washington, DC 20005, or at such other time or location as may be mutually agreed upon by counsel for Teva and Plaintiffs.

The deposition will be conducted under oath by an officer authorized to take such testimony and administer oaths. The deposition will be recorded by stenographic means and/or videotape.

                                                /s/

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Teva Pharmaceuticals U.S.A., Inc.*

Of Counsel

Jay P. Lefkowitz
Karen M. Robinson
Steven A. Engel
Stephen D. Dove
**KIRKLAND & ELLIS LLP**
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Date: May 23, 2006

2

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on May 23, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael E. Gordon, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.