IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-197 (GMS) ) |
| v. | ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals U.S.A., Inc., hereby certify that Charanjit Brahma, Esquire of Kirkland & Ellis LLP caused copies of 1) Defendant Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiffs' Second Set of Interrogatories, and 2) Defendant Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiffs' Second Set of Requests for Production of Documents and Tangible Things to be served on May 22, 2006, on the following counsel in the manner indicated below:

**BY FEDERAL EXPRESS**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

The undersigned further certifies that on May 23, 2006, copies of 1) Defendant Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiffs' Second Set of Interrogatories, and 2) Defendant Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiffs' Second Set of Requests for Production of Documents and Tangible Things were caused to be served upon the following counsel in the manner indicated below:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

The undersigned additionally certifies that on May 23, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY E-MAIL**

William F. Lee, Esquire
William G. McElwain, Esquire
Henry N. Wixon, Esquire
Amy Kreiger Wigmore, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20005
(202) 879-5000

Dated: May 23, 2006