IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC<br><br>Defendant. | Civil Action No. 05-197-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Andrew B. Kay of Kirkland & Ellis LLP to represent defendant Teva Pharmaceuticals U.S.A., Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

_____
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Attorneys for Teva Pharmaceuticals U.S.A., Inc.

Dated: June 1, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Andrew B. Kay is granted.

Date: April ___, 2006

_____
United States District Judge

# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee will be submitted ☐ to the Clerk's Office upon the filing of this motion.

 

_____
Andrew B. Kay
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

DATED: May 22, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on June 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on June 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.