IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 05-197 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## LOCAL RULE 7.1.1 STATEMENT

I, Monté T. Squire, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant Teva Pharmaceuticals USA, Inc. has made reasonable efforts to reach agreement with counsel for the Plaintiffs on the matters set forth in the present motion, but that no agreement has been reached.

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Of Counsel:
Jay P. Lefkowitz
Edward C. Donovan
Charanjit Brahma
Corey J. Manley
Admitted *pro hac vice*
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated: June 28, 2006

## **CERTIFICATE OF SERVICE**

I, Monté T. Squire, Esquire, hereby certify that on June 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on June 28, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

>**BY E-MAIL AND FEDERAL EXPRESS**
>
>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA  02109
>
>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
---
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.