IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No.    05-197-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff GlaxoSmithKline's Second Supplemental Responses to Defendant's First Set of Interrogatories** were served on the attorneys of record at the following addresses specified below on the dates and in the manner indicated:

**Via Hand Delivery on June 30, 2006**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Hand Delivery June 29, 2006**
Charanjip Brahma, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski (Bar No. 2632)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 942-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

>   Josy W. Ingersoll, Esq.
>   Young Conaway Stargatt & Taylor LLP
>   1000 West Street, 17th Floor
>   Wilmington, DE 19801

I hereby certify that on this 30th day of June, 2006, I have served the document by Federal Express to the following non-registered participants:

>   Stephen D. Dove, Esq.
>   Steven A. Engel, Esq.
>   Karen M. Robinson, Esq.
>   Charanjip Brahma, Esq.
>   Kirkland & Ellis LLP
>   655 Fifteenth Street, N.W.
>   Washington, DC 20005-5793

>   */s/ Patricia S. Rogowski*
>   Patricia Smink Rogowski (#2632)
>   Connolly Bove Lodge & Hutz LLP
>   P.O. Box 2207
>   1007 N. Orange Street
>   Wilmington, DE 19899
>   (302) 658-9141
>   progowski@cblh.com