IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD. and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | Civil Action No. 05-197 (GMS) |

## STIPULATION AND PROPOSED ORDER

WHEREAS plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline (collectively "Plaintiffs") and defendant Teva Pharmaceuticals USA, Inc. collectively seek and jointly request to extend the discovery deadlines set forth below. This extension is for the limited purpose of addressing discovery requests and deposition notices that were outstanding as of May 31, 2006, and

WHEREAS, in order to facilitate the just, speedy, and inexpensive determination of the litigation, the parties have agreed to extend certain dates that impact discovery between the parties but that do not impact the Court's schedule or any other dates or deadlines set by the Court.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1.     The deadline by which the parties shall complete Fact Discovery is extended through and including June 30, 2006.

2.  The deadline by which the parties shall exchange Opening Expert Reports on issues for which the parties have the burden of proof is extended through and including July 10, 2006.

3.  The deadline by which the parties shall exchange Answering Expert Reports is extended through and including August 14, 2006.

4.  The deadline by which the parties shall exchange Reply Expert Reports is extended through and including September 1, 2006.

5.  The deadline by which the parties shall complete Expert Discovery will remain September 27, 2006, as set forth in the Scheduling Order (D.I. 17).

CONNOLLY, BOVE, LODGE
& HUTZ LLP

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (No. 2632)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302)-658-9141
progowski@cblh.com
*Attorneys for Plaintiffs Smith Kline &
French Laboratories, Ltd. and
SmithKline Beecham Corp., d/b/a
GlaxoSmithKline*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
kkeller@ycst.com
*Attorneys Defendant Teva
Pharmaceuticals USA, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

2