IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>  Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>  Defendant. | Civil Action No. 05-197 GMS<br><br>REDACTED<br><br>PUBLIC VERSION |

### DECLARATION OF CHARANJIT BRAHMA IN SUPPORT OF DEFENDANT TEVA PHARMACEUTICALS' MOTION FOR LEAVE TO AMEND ITS ANSWER, DEFENSES, AND COUNTERCLAIMS

I, Charanjit Brahma, declare as follows:

I am admitted to this Court *pro hac vice* and am an partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1. Attached hereto as Exhibit A is a true and correct copy of Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses, and Counterclaims.

2. Attached hereto as Exhibit B is a true and correct copy of United States Patent Number 4,452,808.

3. Attached hereto as Exhibit C is a true and correct copy of United States Patent Number 4,824,860.

4. Attached hereto as Exhibit D is a true and correct copy of REDACTED

5. Attached hereto as Exhibit E is a true and correct copy REDACTED REDACTED, marked as REDACTED

6.  Attached hereto as Exhibit F is a true and correct copy of the May 2, 2006 letter from Amy Wigmore to Karen M. Robinson, with enclosures.

7.  Attached hereto as Exhibit G is a true and correct copy of REDACTED REDACTED

8.  Attached hereto as Exhibit H is a true and correct copy of Cannon, J.G., et al., "*Proposed Dopaminergic Pharmacophore of Lergotrile, Pergolide, and Related Ergot Alkaloid Derivatives,*" J. Med. Chem. - Communications to the Editor, 1981, Vol. 24: 238-240.

9.  Attached hereto as Exhibit I is a true and correct copy of the R. DeMarinis, et al., "Syntheses and in Vitro Evaluation of 4-(2-Aminoethyl)-2(3H)-indolones and Related Compounds as Peripheral Prejunctional Dopamine Receptor Agonists," J. Med. Chem., 1986, Vol. 29:939-947.

10. Attached hereto as Exhibit J is a true and correct copy REDACTED REDACTED

11. Attached hereto as Exhibit K is a true and correct copy of REDACTED REDACTED

12. Attached hereto as Exhibit L is a true and correct copy of REDACTED REDACTED

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Dated: June 28, 2006           Respectfully submitted,

                               /s/ Charanjit Brahma
                               Charanjit Brahma

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on July 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on July 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire
_____
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.