IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 GMS |

## **PROPOSED ORDER**

At Wilmington this ___ day of _____, 2006, having considered Defendant Teva Pharmaceuticals USA, Inc.'s Motion For Leave To Amend Its Answer, Defenses, And Counterclaims, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant, Teva Pharmaceuticals USA, Inc.'s Corrected Motion For Leave To Motion For Leave To Amend Its Answer, Defenses, And Counterclaims is GRANTED.

_____
United States District Judge

3