# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6713
DIRECT FAX: 302-576-3515
msquire@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 10, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Smith Kline & French Laboratories Limited and Smithkline Beecham Corporation d/b/a GlaxoSmithKline v. Teva Pharmaceuticals U.S.A., Inc.*, Civil Action No. 05-197-GMS

Dear Judge Sleet:

      Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), today filed a corrected copy of its June 28, 2006 Brief In Support of Motion for Leave to Amend its Answer, Defenses, and Counterclaims (D.I. 74 ). Teva also filed corresponding corrections to (1) its Motion for Leave to Amend its Answer, Defenses and Counterclaims ("Motion for Leave to Amend") (D.I. 73) and the First Amended Answer, Defenses and Counterclaims attached thereto and (2) the Declaration and attached Exhibits filed in support of Teva's Motion for Leave to Amend (D.I. 75).

      Promptly after becoming aware of the need to make such corrections, counsel for Teva notified Plaintiffs' counsel on Friday July 7, 2006 that Teva would be correcting the aforementioned filings. Teva has also informed Plaintiffs' counsel that Teva would have no objection to any request by them for an extension of time to respond to Teva's Motion for Leave to Amend.

      The corrections at issue relate to two matters. *First*, Teva has corrected a factual assertion concerning the involvement of the inventor of one of the patents-in-suit in authoring a published article that was prior art to the patent. Teva's Brief and its First Amended Answer,

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
July 10, 2006
Page 2

Defenses and Counterclaims have been corrected to assert that the inventor was aware of the published article, as opposed to asserting that he co-authored the article, and they have been modified to specify the timing of a particular event regarding the prosecution of the foreign counterpart to one of the patents-in-suit. *Second*, Teva has corrected clerical errors in its Brief and in its Declaration and attached Exhibits by correcting citations to exhibits and by including missing exhibit pages.

                                      Respectfully submitted,

                                      Monté T. Squire (No. 4764)

cc:   Clerk of the Court (by e-filing/hand delivery)
       John W. Shaw, Esquire (by e-mail)
       Patricia Rogowski, Esquire (by e-mail/hand delivery)