IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 GMS<br><br>REDACTED<br><br>PUBLICLY FILED VERSION |

**DECLARATION OF CHARANJIT BRAHMA IN SUPPORT OF DEFENDANT TEVA PHARMACEUTICALS' CORRECTED MOTION FOR LEAVE TO AMEND ITS ANSWER, DEFENSES, AND COUNTERCLAIMS**

I, Charanjit Brahma, declare as follows:

I am admitted to this Court *pro hac vice* and am an partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1. Attached hereto as Exhibit A is a true and correct copy of Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses, and Counterclaims.

2. Attached hereto as Exhibit B is a true and correct copy of United States Patent Number 4,452,808.

3. Attached hereto as Exhibit C is a true and correct copy of United States Patent Number 4,824,860.

4. Attached hereto as Exhibit D is a true and correct REDACTED

5. Attached hereto as Exhibit E is a true and correct REDACTED

      6.     Attached hereto as Exhibit F is a true and correct copy of the May 2, 2006 letter from Amy Wigmore to Karen M. Robinson, with enclosures.

      7.     Attached hereto as Exhibit G is a true and correct REDACTED REDACTED

      8.     Attached hereto as Exhibit H is a true and correct copy REDACTED REDACTED

      9.     Attached hereto as Exhibit I is a true and correct copy of the R. DeMarinis, et al. article of 1986.

      10.    Attached hereto as Exhibit J is a true and correct REDACTED REDACTED

      11.    Attached hereto as Exhibit K is a true and correct REDACTED REDACTED

      12.    Attached hereto as Exhibit L is a true and correct REDACTED REDACTED

      13.    Attached hereto as Exhibit M is a true and correct REDACTED REDACTED

      14.    Attached hereto as Exhibit N is a true and correct copy of Hieble JP, Blumberg AL, Kinter LB, Demarinis RM, Owen DAA, Harvey CA (1989) Correlation of Dopamine Receptor Selectivity and Hemodynamic Effects on the Intact Animal, in Hieble JP (ed) Cardiovascular function of peripheral dopamine receptors. Marcel Deker, New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Dated: July 10, 2006          Respectfully submitted,

*Charanjit Brahma*
Charanjit Brahma

# CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on REDACTED I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on REDACTED caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

## BY E-MAIL AND FEDERAL EXPRESS

> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

> Michael E. Gordon, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.

**CERTIFICATE OF SERVICE**

I, Monté T. Squire, Esquire, hereby certify that on July 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on July 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

William F. Lee, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael E. Gordon, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.