REDACTED

# EXHIBIT L

REDACTED

# EXHIBIT M

11943                          US/2
                    DECLARATION AND POWER OF ATTORNEY

    As a below named inventor, I hereby declare that: my residence, post office address and citizenship are as stated next to my name;

    I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

    MEDICAMENT

the specification of which
(check one)

[X] is attached hereto.

[ ] was filed on                              as Serial No
    and was amended on                              (if applicable).

    I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

    I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

    I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)

Priority Claimed

| Number | Country | Filing Date | Yes | No |
|--------|---------|-------------|-----|-----|
|        |         |             | [X] | [ ] |
| 8712073 | Great Britain | 21 May 1987 | | |
|        | Great Britain |        | | |

    I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below, and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Serial No. | Filing Date | Status |
|------------|-------------|--------|



I hereby appoint the following attorneys and/or agents to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | |
|---|---|
| Alan D. Lourie | Registration No. 21,199 |
| Joseph A. Marlino | Registration No. 22,633 |
| Stuart R. Suter | Registration No. 26,590 |
| Janice E. Williams | Registration No. 27,142 |
| Nancy S Mayer | Registration No. 29,190 |
| Edward T. Lentz | Registration No. 30,191 |
| Carol G. Canter | Registration No. 31,151 |
| Vincent L. Fabiano | Registration No. 31,249 |
| Linda E Hall | Registration No. 31,763 |

Address all correspondence and telephone calls to SmithKline Beckman Corporation, Corporate Patents N-160, P.O. Box 7929, Philadelphia, Pennsylvania 19101, whose telephone number is 215-751-

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole or First Inventor DAVID ANDREW A. OWEN

Inventor's Signature _David Andrew Arthur Owen_

Date   16 V    1988

Residence:   38 Pentley Park, Welwyn Garden City, Hertfordshire, England

Citizenship: British

Post Office Address: SmithKline Beckman Corporation
Corporate Patents N-160
P.O. Box 7929
Philadelphia, Pennsylvania 19101

195653

1½

"EXPRESS MAIL" CERTIFICATE

"EXPRESS MAIL" MAILING LABEL NUMBER  05477003

DATE OF DEPOSIT  MAY 19, 1988

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON THE DATE INDICATED ABOVE AND IS ADDRESSED TO THE COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231.

NAME OF PERSON MAILING PAPER OR FEE
(TYPE OR PRINT)  DOLORES  K. Musial

SIGNATURE  Dolores K. Musial

Docket No.    WC 11943

The Commissioner of Patent
and Trademarks
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor: DAVID ANDREW ARLWYDD OWEN

Title:   "MEDICAMENT"

Enclosed are the following papers:

[X]  Specification with attached declaration.

[ ]  Formal drawings (_____ sheets).
[ ]  Informal drawings (_____ sheets).

[ ]  Information Disclosure Statement under 37 CFR 1.97.

[ ]  Preliminary amendment.

[ ]  An assignment of the invention to _____

_____

Please record the assignment and return it to me.

Payment enclosed herewith includes a $7.00 assignment
recordation fee.

[X]  A certified copy of each of the following applications of
which priority under 35 USC 119 is claimed in the enclosed
declaration:

U.K. Appln. No. 8712073 filed May 21, 1987

[X]  The total fee is calculated as shown below:

Basic filing fee, $340 ...........................$    340.00
Total claims ....³ -20= ....³ x $12 ..............$      0.00
Independent claims: ...³ -3= ...³ x $34 ..........$      0.00
[ ] Multiple dependent claim present, $110 ......$      0.00
     TOTAL FILING FEE .............................$    340.00

[ ]  Assignment recording fee, $7 ................$
     GRAND TOTAL FEE ..............................$    340.00

[X]  Charge $    340.00    to Deposit Account No. 19-2570.
Two duplicate copies of this form are enclosed.

[X]  The Commissioner is hereby authorized to charge any
additional fees under 37 CFR 1.16 or 1.17 which may be
required by this paper, or credit any overpayment,
to our Deposit Account No. 19-2570.

Respectfully submitted,

Stuart R. Suter

Attorney/Agent of Record
Stuart R. Suter
Registration No. 26,590

215-751- 5186
SMITHKLINE BECKMAN CORPORATION
Corporate Patents N-160
P.O. Box 7929

# EXHIBIT N

# 7

# Correlation of Dopamine Receptor Selectivity and Hemodynamic Effects on the Intact Animal

J. Paul Hieble, Alan L. Blumberg, Lewis B. Kinter, and Robert M. DeMarinis /
Smith Kline & French Laboratories, King of Prussia and Philadelphia,
Pennsylvania

David A. A. Owen and Carol A. Harvey / Smith Kline & French Research Lim-
ited, The Frythe, Welwyn, Hertfordshire, England

## I. INTRODUCTION

The discovery of discrete receptors for dopamine in the periphery has provided
a new site for cardiovascular therapy. Although the existence of peripheral
dopamine-releasing neurons has not been established, it is clear that receptors for
dopamine exist on sympathetic nerve terminals, on smooth muscle of defined
vascular beds, and perhaps in sympathetic ganglia. Pharmacologic analysis of
dopamine's action has shown that there are two principal subtypes of dopamine
receptor. Although there has been recent evidence presented to suggest that $DA_1$
and $DA_2$ receptors can be further subdivided (1,2), the concept of these two
dopamine receptors can explain most of the consequences of peripheral dopa-
minergic stimulation in in vivo and in vitro systems.

Dopamine is a relatively nonselective agonist, activating both $DA_1$ and $DA_2$
receptors, as well as $\alpha$- and $\beta$-adrenoceptors. Although dopamine has clinical util-
ity in the intravenous therapy of congestive heart failure and circulatory shock
(3), more selective agents, both agonists and antagonists, are now available for
characterization of the role of dopamine receptor subtypes. Several of the selec-
tive agonists are being developed as potential cardiovascular drugs.

Fenoldopam (SK&F 82526; Fig. 1) is more potent than dopamine in induc-
ing renal vasodilation in the anesthetized dog, an action shown to result from
activation of renovascular $DA_1$ receptors (4,5). Potent $DA_1$ agonist activity of
fenoldopam can also be demonstrated in vitro as decreased perfusion pressure
in the isolated rat kidney (6–8) or as relaxation of norepinephrine-induced tone
in the isolated rabbit splenic artery (8). In contrast with its potent $DA_1$ agonist
activity, fenoldopam interacts with the $DA_2$, $\alpha_1$- and $\beta$-adrenoceptors only at

177

GSK-REQ007975

178                                                                                     Hieble et al.



Figure 1  Chemical structures of fenoldopam (SK&F 82526), SK&F 89124, and SK&F 85174.

very high concentrations (4,9). Fenoldopam is, however, a relatively potent $\alpha_2$-adrenoceptor antagonist, at least in certain systems such as the guinea pig ileum and canine saphenous vein (10).

Conversion of fenoldopam to its $N$-allyl derivative, SK&F 85714 (see Fig. 1), has a dramatic effect on its pharmacology. SK&F 85174 is nearly as potent as fenoldopam as a $DA_1$ agonist (8,11). However, in contrast with fenoldopam, SK&F 85174 now activates the $DA_2$ receptor as well, as evidenced by a neuro-inhibitory effect in several in vitro and in vivo preparations (11; see Chap. 3). Fenoldopam does not show any neuroinhibitory effect that can be attributed to $DA_2$-receptor activation (12,13).

SK&F 85174 and fenoldopam are only two examples of 3-benzazepines having dopaminergic agonist activity. This chemical class includes many compounds interacting with dopamine receptor sites as agonists or antagonists (9). The active 3-benzazepines all seem to interact with the $DA_1$ receptor, and most selective $DA_1$ agonists are members of this class. In contrast, several structural classes seem to have inherent selectivity for the $DA_2$ receptor. These include the alkylated dopamine derivatives, such as $N,N$-di-n-propyldopamine (DPDA) and $N$-n-propyl-$N$-n-butyldopamine (PBDA), first shown to have preferential $DA_2$ agonist activity (14), or analogs of these compounds with the side chain often fused into additional rings to lock the conformation. Some examples of such compounds include hydroxylated derivatives of the aminotetrahydronaphthalenes, octahydrobenzoquinolines, and aporphines (for review see Refs. 15, 16 and Chap. 4). Extensive research has also been done with ergoline derivatives, such as quinpirole, that have been characterized as selective $DA_2$ agonists with useful cardiovascular effects (see Chap. 9).

The 7-aminoethylindolones represent an additional class of selective $DA_2$ agonists; the structure-activity relationships in this chemical class, and the in

GSK-REQ007976

vitro and in vivo sympatholytic activity of active members of this group, are discussed extensively in Chapter 8. SK&F 89124 (see Fig. 1) can be considered as a derivative of DPDA in which the meta-hydroxyl has been replaced by a cyclic amide function. This chemical modification results in a $DA_2$ agonist with both increased potency and selectivity compared to simply alkylated dopamines (7, 17,18). SK&F 89124 is a highly potent inhibitor of neurotransmission in vitro (19), with virtually no activity as vascular $DA_1$ receptors of at $\alpha$- or $\beta$-adrenoceptors. The neuroinhibitory effect can be competitively antagonized by selective $DA_2$ antagonists, confirming its mechanism of action (20).

Therefore, suitable tools are available for the evaluation of the role of $DA_1$ and $DA_2$ receptors in cardiovascular regulation. This chapter compares the antihypertensive and hemodynamic effects of fenoldopam, a selective $DA_1$ agonist; SK&F 89124, a selective $DA_2$ agonist; and SK&F 85174, a mixed $DA_1/DA_2$ agonist with minimal agonist effects at other catecholamine receptors.

## II. FENOLDOPAM, A SELECTIVE AGONIST AT THE $DA_1$ RECEPTOR

### A. Effects on Blood Pressure

#### 1. Studies in Rats

Fenoldopam will produce an acute reduction in blood pressure of normotensive or spontaneously hypertensive rats (SHR) after intravenous and administration (21–23). By the use of selective antagonists, the antihypertensive effect of fenoldopam has been shown to result from a $DA_1$ receptor-mediated mechanism. McCoy and co-workers (22) found that the selective $DA_1$ antagonist, SCH 23390, blocked the antihypertensive effect of an IV bolus injection of fenoldopam in the anesthetized SHR, at a dose that had no effect on equivalent antihypertensive doses of the $DA_2$ agonists DPDA or pirebidil. Conversely, domperidone, a $DA_2$ antagonist, had no effect on fenoldopam-induced reduction in blood pressure, although it completely blocked the effect of both of the $DA_2$ agonists. Ackerman et al. (21), using the active ($R$) enantiomer of fenoldopam, observed a similar antihypertensive effect in anesthetized SHR. This effect could be blocked by racemic sulpiride, a mixed $DA_1/DA_2$ antagonist and, in contrast with the blood pressure reduction induced by PBDA, it was unaffected by reserpinization of the rats. This shows that inhibition of sympathetic nervous system activity is not involved in the antihypertensive action of fenoldopam in this model.

Fenoldopam will also reduce blood pressure of normotensive rats. Sengupta and Lokhandwala (24) observed a dose-related fall in blood pressure after an IV bolus injection. As in SHR, this effect could be blocked by SCH 23390. Interestingly, ($S$)-sulpiride produced a partial blockade of the blood pressure reduction

GSK-REQ007977

Hieble et al.



Figure 2  Effect of intravenous infusion of fenoldopam in the conscious, re-strained normotensive rat. Fenoldopam was infused at 0.0051 ml/min. The vehicle solution contained the same concentration of propylene glycol (8%) as the fenoldopam solution. Filled symbols denote statistical significance from the preinfusion value. Each point represents the mean ± SEM of six (fenoldopam) or nine (vehicle) animals.

induced by a low dose (20 $\mu$g/kg) of fenoldopam; this may be due to a slight DA$_1$ antagonist effect of this agent, reportedly selective for the DA$_2$ receptor. A slight, non–dose-related increase in heart rate was produced by fenoldopam in these studies. In pithed normotensive rats, in which blood pressure was main-tained at normal levels by norepinephrine infusion, fenoldopam also can lower blood pressure by a DA$_1$ receptor-mediated mechanism (24). Cavero and Hicks (23) found IV infusion of fenoldopam to produce a dose-related hypotensive effect in anesthetized normotensive rats. An apparent tachyphylaxis to the blood pressure effect was observed, with pressure having returned to preinfusion levels by the end of the 15-min infusion period. For a detailed analysis of this phenomenon, see Chapter 6. As in the SHR studies, the effect of fenoldopam could be completely blocked by SCH 23390.

Infusion of fenoldopam to conscious normotensive rats produced a small, but statistically significant reduction in blood pressure that was maintained for the 24-hr infusion period (Fig. 2). The first time point measured in this study was at 30 min; hence, an initial response as seen by Cavero and Hicks (23) would not have been detected. Heart rate was not significantly increased in this study, although slight tachycardia is commonly seen after fenoldopam administration in rats. In the aforementioned blood pressure studies, the heart rate is generally

GSK-REQ007978

increased, but no clear dose–response relationship is observed, and the tachy-cardia often does not attain statistical significance. Oral administration of fenol-dopam will also reduce blood pressure in the SHR (21), and addition of fenol-dopam to the drinking water of 4-week-old SHR will blunt the development of hypertension over a 30-day treatment period (5).

### 2. Studies in Dogs

Fenoldopam will also reduce blood pressure in the normotensive dog. A 43% de-crease in diastolic blood pressure was observed after a cumulative IV dose of 3 mg/kg in the anesthetized dog; systolic pressure and heart rate were unaffected in these studies (4). In a more recent study, an IV infusion of fenoldopam (10 $\mu$g/kg/min) in the anesthetized dog reduced mean arterial pressure by 18 mmHg; this effect was blocked by SK&F 83566, a selective $DA_1$ antagonist structurally related to SCH 23390 (13). In the conscious, instrumented dog, oral administra-tion of fenoldopam (10 mg/kg) produced a 19% decrease in mean blood pressure and a 42% increase in heart rate. These effects persisted for 60 to 90 min after dosing.

### 3. Studies in Monkeys

In the anesthetized cynomolgus monkey, IV infusion of fenoldopam produces a 20% reduction in mean arterial pressure at a cumulative dose of 0.3 mg/kg; the heart rate is increased 15% by this dose (5).

### B. Effects on Renal Blood Flow

The most characteristic hemodynamic effect seen after the administration of fenoldopam to dogs, rats, and monkeys is an increase in renal blood flow as a consequence of decreased renal vascular resistance. In the anesthetized dog, renal blood flow was increased by 70 ± 20% at an intravenous dose of 5 mg/kg, and a 15% increase in flow was produced at 0.9 $\mu$g/kg (4). Although it was initially re-ported (21) that both enantiomers of SK&F 82526 could increase renal blood flow in the dog, further studies show that, as in all other in vivo and in vitro $DA_1$ receptor models, the effects on renal vascular resistance seen with fenol-dopam (racemic SK&F 82526) result from the (R) enantiomer (Fig. 3). Fenol-dopam does not increase blood flow through the iliac vascular bed, suggesting that the increase in renal blood flow is a specific effect, attributable to the high concentration of $DA_1$ receptors in this vascular bed (5). This is confirmed by blockade of fenoldopam-induced renal vasodilation by dopaminergic antagonists such as metoclopramide and bulbocapnine (4,5). In contrast with dopamine, fenoldopam increases renal blood flow, and decreases renal vascular resistance, throughout the dose range studied, as no $\alpha$-adrenoceptor agonist effects contrib-ute to increases in renal vascular resistance at high doses (4). Blockade of $\alpha$-

GSK-REQ007979

Case 1:05-cv-00197-GMS     Document 80-4     Filed 07/17/2006     Page 12 of 34



Figure 3   Effect of fenoldopam [(RS)-SK&F 82526] and its two enantiomers on renal vascular resistance in the anesthetized dog pretreated with phenoxybenzamine (5 mg/kg, IV, 18 hr before testing). Agonists were administered by IV bolus injection. Cardiovascular and renal values were allowed to return to control level before additional agonist doses were administered. Each point represents the mean of four experiments ± SEM.

adrenoceptors, the formation of cyclooxygenase products, muscarinic or histamine receptors all had no effect on renal vasodilation induced by fenoldopam (5); likewise, depletion of catecholamines by reserpine pretreatment did not diminish the renal effects of fenoldopam (4).

Oral administration of fenoldopam can increase renal blood flow in the conscious dog. This can be shown either directly in an instrumented dog (42), or by renal clearance studies (5,25). In the instrumented animals, fenoldopam at 3 and 10 mg/kg produced a dose-related increase in renal blood flow, with a peak increase of almost 100% after the 10-mg/kg dose (4), intravenous infusion at 1 µg/kg/min, over a 10-min period, increases renal blood flow by 35% (5). The effect of oral fenoldopam was maintained for 3 hr after dosing. In the renal clearance studies, a 5-mg/kg dose produced an 81% increase in renal plasma flow during a 60 to 90 min interval after dosing, although a higher dose of fenoldopam (20 mg/kg) produced a smaller effect (44% increase; 5).

Fenoldopam will also increase renal blood flow in the rat. An intravenous infusion of 1 µg/kg/min will increase renal blood flow by 15% in the anesthetized SHR, and by 35% in the anesthetized Dahl, salt-sensitive rat (5).

GSK-REQ007980

As in the dog and rat, fenoldopam will increase renal blood flow, and decrease renal vascular resistance, in the monkey. At a cumulative intravenous dose of 0.3 mg/kg, a 30% increase in renal blood flow was produced in the anesthetized cynomolgus monkey. Because blood pressure declined during the fenoldopam infusion, calculated renal vascular resistance decreased by 40%.

## III.  SK&F 85174, A MIXED $DA_1/DA_2$ AGONIST

### A.  Effects on Blood Pressure

#### 1.  Studies in the Rat

SK&F 85174 has a similar effect to fenoldopam in producing acute reductions in blood pressure in normotensive and hypertensive rats. As shown in Figure 4, small reductions in blood pressure are produced in normotensive and Goldblatt



Figure 4  Effect of IV infusion of SK&F 85174 on diastolic blood pressure (a) and heart rate (b) in anesthetized normotensive (NT), two kidney, one-clip Goldblatt hypertensive (G), spontaneously hypertensive (SHR), and DOCA-salt hypertensive (DOCA) rats. Preinfusion blood pressures averaged 108±6 mmHg, 149±9 mm Hg, 136±10 mmHg, and 156±3 mmHg for NT, G, SHR, and DOCA rats, respectively. Preinfusion heart rates averaged 417±16 bpm, 469±2 pbm, 379±11 bpm, and 417±10 bpm in the four groups. Each point represents the mean ± SEM of four or five animals.

GSK-REQ007981



Figure 5    Effect of intraduodenal adminstration of SK&F 85174 (5 mg/kg) on heart rate (HR) and mean arterial pressure (MAP) in the pentobarbital-anesthetized dog. Statistical significance ($p < 0.05$) from predosing value denoted by *. Each point represents the mean value from at least four dogs; standard error shown only at the 60-min time point.

hypertensive rats, with a slightly greater effect in spontaneously hypertensive rats. However, a pronounced fall in blood pressure is seen in the DOCA-salt hypertensive rat. In contrast to fenoldopam, and consistent with its $DA_2$-mediated sympatholytic activity (11), SK&F 85174 generally produces bradycardia. In this series of experiments, significant bradycardia was induced by SK&F 85174 in the DOCA-salt animals but not in the other groups (see Figure 4).

In a study in anesthetized normotensive rats, Sowinski and Lokhandwala (26) found SK&F 85174 to produce a dose-related reduction in blood pressure after IV bolus injection. By the use of selective $DA_1$ (SCH 23390) and $DA_2$ (domperidone) antagonists, these authors concluded that low doses of SK&F 85174 reduce blood pressure fall in this model through $DA_1$ receptor activation, with a $DA_2$-mediated contribution contributing only at doses producing a near maximal blood pressure reduction. In contrast with fenoldopam (24), reduction of blood pressure with SK&F 85174 was not associated with tachycardia. An examination of the effects of SK&F 85174, administered by IV infusion, in



Figure 6   Effect of basal heart rate on the bradycardic effect of SK&F 85174 (30 μg/kg, IV) in the anesthetized dog. Basal heart rates over a wide range were obtained by using dogs anesthetized with either pentobarbital or morphine–chloralose–urethan, or by bilateral vagotomy or atropine treatment in morphine–chloralose–urethan-anesthetized dogs. Correlation coefficient of linear regression = –0.88 ($n = 32$).

the anesthetized normotensive rat suggests the development of acute tachyphylaxis, similar to that observed with fenoldopam (see Chap. 6).

2.  Studies in the Dog

In the dog, SK&F 85174 also produces hypotension and bradycardia. In the anesthetized dog, a cumulative dose of 30 μg/kg, IV, produced a 17% fall in mean arterial pressure, and a 9% reduction in heart rate (17). Similar effects are seen upon intraduodenal administration to the anesthetized dog, in which a dose of 5 mg/kg reduces both blood pressure and heart rate (Fig. 5). The duration of cardiovascular effects induced by this dose is about 40 min. An increase in the dose of SK&F 85174 does not increase the peak cardiovascular response, but it does prolong the duration of action. The bradycardic action of SK&F 85174 is

GSK-REQ007983

186                                          Hieble et al.



Figure 7  Effect of IV infusion of SK&F 85174 on renal blood flow (RBF), renal vascular resistance (RVR), heart rate (HR), and mean arterial pressure (MABP) in the anesthetized dog. Infusion rate of SK&F 85174 ranged from 0.1 µg/kg/min to 30 µg/kg/min. Each point represents the mean of three dogs. Pre-infusion values were 124 ± 4 mmHg, 176 ± 12 bpm, 170 ± 6.5 ml/min, and 0.73 ± 0.03 mmHg/min/ml for MABP, HR, RBF, and RVR, respectively.

Table 1   Effect of SK&F 85174 on Systolic Blood Pressure (SBP), Diastolic Blood Pressure (DBP), and Heart Rate (HR) in the Anesthetized Cynomolgus Monkey

| Treatment | SBP | DBP | HR |
|---|---|---|---|
| Predrug control | 110 ± 9 | 70 ± 5 | 129 ± 6 |
| SK&F 85174, 10 µg/kg/min | 106 ± 11 | 61 ± 4 | 132 ± 6 |
| SK&F 85174, 50 µg/kg/min | 80 ± 14 | 40 ± 4 | 124 ± 9 |
| Metoclopramide, 10 mg/kg | 111 ± 8 | 72 ± 10 | 150 ± 9 |
| Metoclopramide + SK&F 85174, 50 µg/kg/min | 118 ± 12 | 65 ± 7 | 163 ± 9 |

All drugs were administered IV. Metoclopramide was given by bolus injection at 15 min before repeating the SK&F 85174 infusion. Each value represents the mean of four animals ± SEM.

GSK-REQ007984



Figure 8   Effect of SK&F 85174 (10 mg/kg, PO) on renal blood flow (RBF) in the conscious, instrumented dog. Each value represents the mean of four dogs ± SEM. Predosing (time = 0) control values for RBF and RVR were 94 ± 17 ml/min and 1.09 ± 0.17 mmHg/min/ml, respectively.

dependent on the basal heart rate. An excellent correlation was obtained between predosing heart rate and the fall in rate induced by an IV bolus injection of SK&F 85174 in the anesthetized dog (Fig. 6). To extend the range of basal heart rate, different anesthetic regimens were used, as well as atropinization or bilateral vagotomy.

3.  Studies in the Monkey

SK&F 85174 lowers both blood pressure and heart rate in the anesthetized cynomolgus monkey (Table 1). Both the hypotensive and bradycardic actions could be blocked by metoclopramide, a relatively nonselective dopaminergic antagonist.

B.  Effects on Renal Blood Flow

In the anesthetized dog, SK&F 85174 will increase renal blood flow (Fig. 7). Slight reductions in both blood pressure and heart rate are also observed during drug infusion. Calculation of the dose required to increase renal blood flow by 15% (2.7 μg/kg) shows SK&F 85174 to be threefold weaker than fenoldopam as a renal vasodilator (11). This is consistent with the relative activities of these two agonists at vascular $DA_1$ receptors in an in vitro preparation, the rabbit splenic artery (8).

188                                                              Hieble et al.

Table 2   Antihypertensive Activity of SK&F 89124 in the Anesthetized
Spontaneously Hypertensive Rat

| SK&F 89124 dose (µg/kg)[a] | Δ SBP[b] (mmHb) | Δ DBP (mmHg) | Δ HR (bpm) |
|---|---|---|---|
| 0.1 | –13 ± 8 | –12 ± 7 | –8 ± 3 |
| 1 | –38 ± 4 | –30 ± 3 | –12 ± 2 |
| 10 | –44 ± 6 | –35 ± 6 | –23 ± 6 |
| 100 | –47 ± 3 | –38 ± 3 | –35 ± 6 |

[a]SK&F 89124 administered as IV bolus; each dose was tested in a separate group ($n = 4–7$)
 of animals.
[b]Predosing values of systolic blood pressure (SBP) ranged from 229 to 256 mmHg; diastolic
 blood pressure (DBP) from 151 to 171 mmHg; heart rate (HR) from 390 to 463 bpm.


After an oral dose of SK&F 85174 to the conscious dog (10 mg/kg), a dra-
matic increase in renal blood flow, with a concomitant decrease in renal vascular
resistance was seen (Fig. 8). Although the renal hemodynamic effects were quite
consistent and reproducible, blood pressure and heart rate data could not be
reliably recorded in this study with chronically instrumented dogs, probably
because the dogs were excited by the incipient emetic effects of SK&F 85174.
Indeed, in several dogs emesis was observed at this dose of SK&F 85174, which
has been shown to produce this effect by stimulation of central dopaminergic
receptors.


Table 3   Antihypertensive Activity of SK&F 89124 in the Anesthetized DOCA-
Salt Hypertensive Rat

| SK&F 89124 dose (µg/kg)[a] | SBP[b] (mmHg) | DBP (mmHg) | HR (bpm) |
|---|---|---|---|
| 0 | 211 ± 2 | 140 ± 4.5 | 375 ± 15 |
| 1 | 198 ± 2 | 128 ± 3.5 | 366 ± 15 |
| 2 | 190 ± 2 | 121 ± 3.5 | 356 ± 15 |
| 3 | 186 ± 3 | 115 ± 2.5 | 348 ± 16 |
| 4 | 181 ± 4 | 110 ± 3 | 339 ± 17 |

[a]Drug infused intravenously at 0.2 µg/kg/min.
[b]Each value represents the mean of four animals.

GSK-REQ007986



Figure 9  Effect of IV bolus injection of SK&F 89124 on blood pressure and heart rate in the anesthetized SHR, and blockade of this effect by metoclopramide. Predosing values shown adjacent to each bar. Each value represents the mean of four rats.


## IV.  SK&F 89124, A SELECTIVE DA₂ RECEPTOR AGONIST

### A.  Effects on Blood Pressure

#### 1.  Effects in the Rat

Similarly to SK&F 85174, SK&F 89124 produces hypotension and bradycardia. This effect can be observed following intravenous administration to either SHR or DOCA-salt hypertensive rats (Tables 2 and 3). In the anesthetized SHR, this effect could be antagonized by metoclopramide, confirming a dopamine receptor-



Figure 10  Effect of oral administration of (upper panel) SK&F 89124 (2 mg/kg) to conscious SHR rats and (lower panel) SK&F 101468 (10 mg/kg) to conscious SHR or DOCA-salt hypertensive rats. Each point represents the mean of at least four rats ± SEM.

GSK-REQ007988

mediated mechanism (Fig. 9). SK&F 89124 produces a significant reduction in blood pressure after oral administration to conscious DOCA-salt hypertensive rats (Fig. 10); however, a structural analog without the 7-hydroxyl group, SK&F 101468, is a more effective oral antihypertensive agent in this model (see Fig. 10) and is also effective in the SHR. Although SK&F 101468 is active in vitro $DA_2$ receptor models (27,28), it probably exerts at least some of its effects in the intact animal through metabolic conversion to SK&F 89124, which is at least 30-fold more potent at the $DA_2$ receptor (29). SK&F 101468 is also effective in reducing blood pressure and heart rate in normotensive and hypertensive rats following intravenous infusion (Fig. 11). As seen with SK&F 85174 (see Fig. 4), SK&F 101468 produced the most dramatic blood pressure reduction in the DOCA-salt hypertensive rats.

## 2. Effects in the Dog

SK&F 89124, in the range of 0.3 to 3 $\mu$g/kg, produces a dose-related reduction in blood pressure in the anesthetized dog. The 3-$\mu$g/kg dose produces a 25% fall in blood pressure, accompanied by a 11% fall in heart rate (17). An increase of the dose to 30 $\mu$g/kg results in a pressor effect. In this study, renal blood flow was also measured. The 3-$\mu$g/kg dose of SK&F 89124 produced a 25% increase in renal flow and a 39% fall in calculated renal vascular resistance (Table 4). The 30-$\mu$g/kg dose causes a marked increase in renal resistance; this, and the pressor response, suggest an $\alpha$-adrenoceptor-mediated effect at this high dose.

## V.  COMPARISON OF THE HEMODYNAMIC PROFILE OF $DA_1$ AND $DA_2$ AGONISTS

### A.  Hemodynamic and Regional Blood Flow Effects of Fenoldopam and SK&F 89124 in the Rat

The hemodynamic effects of fenoldopam and SK&F 89124 were examined more closely in the anesthetized normotensive rat, using radioactive microspheres to measure blood flows to specific vascular beds. Under these experimental conditions, both agonists decreased blood pressure slightly, but they did not affect heart rate. The total peripheral resistance was decreased significantly by both compounds (Fig. 12). Cardiac output and stroke volume were increased, although this effect attained statistical significance only for SK&F 89124. Examination of organ blood flow showed both fenoldopam and SK&F 89124 to significantly increase blood flow to the kidney, confirming the renal vasodilatory effects observed with both of these agonists when renal flow is measured directly with a flow probe. SK&F 89124 also produced significant flow increases in the splenic, duodenal, and intestinal beds (Fig. 13). Fenol-

192                                                                      Hieble et al.



(a)   SK&F 101468 (µg/kg)

(b)   SK&F 101468 (µg/kg)

Figure 11   Effect of intravenous infusion of SK&F 101468 on (a) diastolic blood pressure (DBP) and (b) heart rate (HR) in anesthetized rats. SK&F 101468 infused at 30 µg/kg/min to spontaneously hypertensive (SHR), two-kidney, one-clip Goldblatt (G), DOCA-salt (DOCA), and normotensive (NT) rats. Preinfusion values for DBP were 172 ± 2 mmHg; 167 ± 5 mmHg; 155 ± 10 mmHg; and 113 ± 3 mmHg for SHR, G, DOCA, and NT rats, respectively. Preinfusion values for HR were 402 ± 8 bpm, 464 ± 14 bpm, 460 ± 16 bpm, and 446 ± 7 bpm for SHR, G, DOCA, and NT rats, respectively. Each point represents the mean of four rats.

Table 4   Effect of SK&F 89124 on Mean Arterial Pressure (MAP), Heart Rate (HR), Renal Blood Flow (RBF) and Renal Vascular Resistance (RVR) in the Anesthetized Dog

| SK&F 89124 dose (µg/kg/min) | % Change | | | |
|---|---|---|---|---|
| | MAP | HR | RVR | RBF |
| 0.3 | −5.1 | +3.6 | −0.5 | +4.6 |
| 3.0 | −24.7[a] | −11.2[a] | −39.1[a] | +24.7[a] |
| 30 | +28.4[a] | −6.9[a] | +59.2[a] | −19.4[a] |

[a]Statistically significant difference ($p < 0.05$) from preinfusion level. Each value represents the mean of two dogs.
Blood pressure and heart rate data from Ref. 17.

GSK-REQ007990

Receptor Selectivity and Hemodynamic Effects 193



Figure 12  Effect of IV infusion of SK&F 89124 (1 μg/kg/min) and fenol-
dopam (3 μg/kg/min) on heart rate (HR), cardiac output (CO), total peripheral
resistance (TPR), stroke volume (SV), and mean arterial blood pressure (MBP)
in the anesthetized normotensive rat. TPR is expressed as mmHg/min/mL. Values
are expressed as % change from preinfusion values, which are shown at the base
of each bar. Statistical significance denoted by * ($p < 0.05$) and *** ($p <
0.001$). Each value represents the mean of six or seven animals. For description
of method, see Ref. 18.

dopam produced a similar profile, although the effects in the nonrenal beds did
not attain statistical significance.

### B. Comparison of the Hemodynamics of Selective Dopamine Receptor Agonists in the Dog

In view of the diversity of models and species in which the three dopaminergic
agonists have been evaluated, and the interesting hemodynamic profile generally
observed, a direct comparison of fenoldopam, SK&F 85174, and SK&F 89124
was made in the anesthetized, instrumented dog. Drugs were administered, by
intravenous infusion, at doses producing equal reductions in blood pressure
(about 20%) (Fig. 14). Drugs were infused for 10 min; the blood pressure reduc-
tion appeared to persist longer with SK&F 89124 after termination of infusion
than with the benzazepines, particularly SK&F 85174.

GSK-REQ007991

194                                                         Hieble et al.



Figure 13 Effect of IV infusion of SK&F 89124 (1 μg/kg/min) and fenoldopam (3 μg/kg/min) on organ blood flow in the anesthetized normotensive rat. Values expressed as % change from preinfusion values, shown at the base of each bar. Statistical significance denoted by * ($p < 0.05$), ** ($p < 0.01$) and *** ($p < 0.001$). Each value represents the mean of six or seven animals.

The compounds having $DA_2$ agonist activity, SK&F 85174 and SK&F 89124, produced significant bradycardia, in contrast with only small effects of fenoldopam (Fig. 15). As seen with the hypertensive response, the bradycardic effect of SK&F 89124 persisted longer than that of SK&F 85174.

In contrast with the heart rate effects, total peripheral resistance was more consistently reduced by the $DA_1$ agonist drugs (Fig. 16). The effects of SK&F 89124 were more variable, although a consistent reduction was seen after the termination of the infusion.

All of the agonists produced a reduction in myocardial contractility, as measured by ventricular dP/dT. The maximal reduction and time course was similar for the three compounds (Table 5). Likewise, effects on coronary blood flow were essentially identical, with all agonists reducing flow (Table 6). This reduction is expected as an autoregulatory response to the decreased heart work. Coronary vascular resistance was not significantly changed by any of the agonists.

GSK-REQ007992



Figure 14  Effects of IV infusion of SK&F 85174 (3 µg/kg/min), SK&F 89124 (1 µg/kg/min), and fenoldopam (2.5 µg/kg/min) on mean arterial pressure in the anesthetized dog. Drug was infused for 10 min. Responses were expressed as % change from preinfusion values, which were 106 ± 6 mmHg, 95 ± 4 mmHg, and 137 ± 10 mmHg for the SK&F 85174, SK&F 89124, and fenoldopam groups, respectively. Each value represents the mean ± SEM of three to five animals.

Neither fenoldopam, SK&F 85174, nor SK&F 89124 produced any significant changes in aortic blood flow or left ventricular end-diastolic blood pressure.

## VI.  CONCLUSIONS

In some respects, the pharmacology of $DA_1$ and $DA_2$ receptor agonists is quite different (i.e., $DA_1$ agonists are direct vasodilators and $DA_2$ are sympatholytic agents). Nevertheless, the overall cardiovascular profiles of fenoldopam ($DA_1$), SK&F 85174 ($DA_1/DA_2$), and SK&F 89124 ($DA_2$) are very similar. All of the compounds are effective antihypertensive agents, and when the hemodynamic parameters are compared in the anesthetized rat or in the anesthetized, instrumented dog, both $DA_1$ and $DA_2$ stimulation is found to decrease total peripheral resistance. $N$-n-propyl-$N$-n-butyldopamine (PBDA) and $N,N$-di-n-propyl-dopamine (DPDA), mixed agonists having $DA_2$ selectivity, also have been shown to decrease blood pressure in the anesthetized rat (22,30) dog (31) and

GSK-REQ007993

196                                                    Hieble et al.



Figure 15   Effect of IV infusion of SK&F 85174 (3 µg/kg/min), SK&F 89124
(1 µg/kg/min), and fenoldopam (2.5 µg/kg/min) on heart rate in the anesthetized
dog. Response expressed as % change from preinfusion values, which were $156 \pm 12$ bpm, $149 \pm 13$ bpm, and $188 \pm 19$ bpm in the SK&F 85174, SK&F 89124,
and fenoldopam groups, respectively. Each value represents the mean ± SEM
of three to five animals.

rhesus monkey (32). In the dog, the reduction in arterial blood pressure induced
by PBDA appears to result from a $DA_2$-mediated mechanism, because it can be
blocked by the ($S$) enantiomer of sulpiride (31) or domperidone (33) (see
Chap. 13). However, the increase in renal blood flow observed in these studies
appears to result primarily from $DA_1$ receptor activation, as it was relatively
insensitive to $DA_2$ receptor blockade; the observation of Fennell et al. (31)
that ($S$)-sulpiride would block the increase in renal blood flow produced by a
low dose of PBDA perhaps suggests that activation of both dopamine receptor
subtypes may contribute to the effects of this agonist, consistent with the
hypothesis proposed by Lokhandwala and Jandhyala (34), in which both a
$DA_2$-mediated sympatholytic effect and a $DA_1$-mediated arterial vasodilation
play a role in the effect of dopamine on the renal vasculature. In the anesthe-
tized monkey, DPDA had a hemodynamic profile similar to that seen with
SK&F 85174 in the dog, with decreases in mean arterial pressure and systemic
vascular resistance. Heart rate was slightly, but significantly, reduced at the
highest dose tested (32).

GSK-REQ007994

Receptor Selectivity and Hemodynamic Effects                                           197



**Figure 16** Effect of IV infusion of SK&F 85174 (3 µg/kg/min), SK&F 89124 (1 µg/kg/min), and fenoldopam (2.5 µg/kg/min) on total peripheral resistance in the anesthetized dog. Response expressed as % change from preinfusion values, which were 64 ± 4, 62 ± 3, and 97 ± 12 mmHg/min/L in the SK&F 85174, SK&F 89124, and fenoldopam groups, respectively. Each value represents the mean ± SEM of three to five animals.

**Table 5** Effects of Fenoldopam, SK&F 85174, and SK&F 89124 on dP/dt in the Anesthetized Dog

| Drug | Length of infusion (min)[*] | | | | |
|------|------|------|------|------|------|
| | 2 | 4 | 6 | 8 | 10 |
| | % Change in dP/dt | | | | |
| Fenoldopam | −11 ± 3 | −18 ± 9 | −21 ± 8 | −21 ± 12 | −26 ± 12 |
| SK&F 85174 | − 9 ± 5 | −19 ± 8 | −24 ± 8 | −23 ± 8 | −25 ± 7 |
| SK&F 89124 | −12 ± 5 | −16 ± 7 | −16 ± 7 | −16 ± 4 | −15 ± 5 |

[*]Infusion rates as in Figs. 14–16.

GSK-REQ007995

198                                                                                     Hieble et al.

Table 6   Effects of Fenoldopam, SK&F 85174, and SK&F 89124 on Coronary Blood Flow in the Anesthetized Dog

|  | Length of infusion (min)[a] | | | | |
|---|---|---|---|---|---|
|  | 2 | 4 | 6 | 8 | 10 |
| Drug | % Change in coronary blood flow | | | | |
| Fenoldopam | −11 ± 3 | −17 ± 4 | −19 ± 6 | −22 ± 6 | −24 ± 7 |
| SK&F 85174 | −22 ± 5 | −27 ± 4 | −29 ± 4 | −29 ± 6 | −30 ± 7 |
| SK&F 89124 | −14 ± 3 | −21 ± 3 | −24 ± 4 | −27 ± 5 | -22 ± 2 |

[a]Infusion rates as in Figs. 14–16.

LY141865, and its active enantiomer LY171555 (quinpirole), another selective $DA_2$ agonist in early clinical development, has also been shown to produce hypotension and bradycardia in the rat (35,36), dog (32), and rhesus monkey (32). In the monkey, quinpirole shows the expected hemodynamic profile, as observed with SK&F 89124 in the rat or dog, with decreases in systemic vascular resistance and heart rate. The pharmacology of these $DA_2$ agonists and other ergoline derivatives is discussed in detail in Chapter 9.

It has been established that the selective $DA_2$ agonists, such as pirebidil and quinpirole, lower blood pressure through $DA_2$ receptor activation, because their cardiovascular effects can be blocked by selective $DA_2$ antagonists (22,23, 36). Although it is not as clear whether or not $DA_2$ receptor activation is responsible for some of the other cardiovascular effects of these compounds, such as increased renal blood flow, because antagonists have generally not been used in these studies, it is logical to assume that increases in regional flow induced by $DA_2$ agonists result from a withdrawal of sympathetic tone. The sympatholytic effects of $DA_2$ agonists have been demonstrated in a variety of in vitro and in vivo preparations. $DA_1$ receptor activation with fenoldopam, but not $DA_2$ receptor activation with quinpirole, will induce renal vasodilation in the isolated perfused rat kidney, although quinpirole will inhibit stimulation-induced neurotransmitter release (6).

The principal difference between the cardiovascular effects of $DA_1$ and $DA_2$ agonists is the bradycardia often seen with the agonists that have $DA_2$ activity. Although usually observed, this effect is not entirely consistent, because it was not seen in the rat hemodynamic study (see Fig. 12), and PBDA did not produce bradycardia in the anesthetized dog (31). Because $DA_2$-induced bradycardia results from inhibition of cardiac sympathetic tone, the magnitude of the heart rate decrease will be dependent on the basal level of sympathetic neuronal activity, which can vary widely between different experimental preparations.

GSK-REQ007996

The effects we have observed in experimental animals correlate well with those seen in humans. Of the agents we used for our animal studies, only fenoldopam has been tested clinically. However, limited trials have been performed with PBDA and bromocriptine, another moderately selective $DA_2$ agonist.

Intravenous infusion of PBDA lowers blood pressure in hypertensive patients (37) and produces beneficial effects in congestive heart failure, lowering total peripheral resistance and increasing the cardiac index (31). The antihypertensive effect of this compound is likely to result from $DA_2$ receptor stimulation, for it could be blocked by a low dose of metoclopramide (37). Higher doses of this antagonist were required to block the increases in renal blood flow induced by PBDA, consistent with the assumption that this effect is due to $DA_1$-mediated dilation of the renal vasculature. Propybutyldopamine will increase renal blood flow in both hypertensive and normotensive subjects, although blood pressure is reduced in only the hypertensives (37).

Bromocriptine has been found to reduce blood pressure in hypertensive patients (38). Although bromocriptine is not a pure $DA_2$ agonist, its cardiovascular actions have been attributed to inhibition of sympathetic tone through a $DA_2$-mediated mechanism (39). In normal volunteers, bromocriptine exerted more effect on standing than on supine pressure, consistent with a sympathoinhibitory mechanism (39).

The ergoloid mesylates (co-dergocrine; Hydergine®), a mixture of hydrogenated ergot alkaloids having presynaptic dopamine receptor activity (40), was effective in reducing blood pressure in essential hypertensive patients upon extended therapy (41). As observed in the animal studies (see Fig. 6), heart rate reductions proportional to the initial heart rate, were observed. Stress-induced heart rate reductions indicated that a sympatholytic effect was being produced by this antihypertensive regimen. Likewise, changes in total peripheral resistance induced by co-dergocrine were largest under conditions in which pretreatment resistance was elevated.

In patients with congestive heart failure, a single oral dose of bromocriptine produced a significant reduction in blood pressure, heart rate, and systemic vascular resistance; again, these effects were attributed to an inhibition of excess sympathetic activity, because plasma norepinephrine levels were also significantly reduced (42). As we observed in our studies with SK&F 89124 in the dog, with the use of aortic blood flow as an index of cardiac output, the cardiac index was unaffected in these patients, probably because of compensation for decreased heart rate by increased stroke volume index. As shown in the rat hemodymic studies with SK&F 89124, if heart rate does not decrease, cardiac output is significantly increased (see Fig. 11). In the foregoing antihypertensive studies with co-dergocrine, evidence of improved left ventricular function was also observed, based on an increased left ventricular ejection fraction (41).

Case 1:05-cv-00197-GMS    Document 80-4    Filed 07/17/2006    Page 30 of 34

Fenoldopam has been studied extensively as an antihypertensive drug. A single oral dose will reduce both supine and standing blood pressure in hypertensive patients (43–45). No tolerance develops to the antihypertensive effect if dosing is continued for 4 weeks (43). As observed with PBDA, fenoldopam has little effect on blood pressure in normotensive subjects (43,46), although renal blood flow is significantly increased in both normotensive and hypertensive subjects.

The hemodynamic profile observed in hypertensive humans after oral administration of fenoldopam resembles that seen after intravenous infusion to the rat or dog. Total peripheral resistance, as well as renal vascular resistance, is decreased substantially (about 40%; 45). Studies in the human forearm have shown that fenoldopam can produce dilation of this vascular bed. This presumably occurs by a dopaminergic mechanism, because the increase in forearm blood flow could be blocked by ($R$)-sulpiride, a selective $DA_1$ antagonist (47). This suggests that the distribution of vascular $DA_1$ receptors, at least in humans, may be more extensive than previously suspected.

Intravenous infusion of fenoldopam will decrease blood pressure and increase renal blood flow in hypertensive patients (48). As commonly seen after oral administration (45), the fall in blood pressure was accompanied by an increase in heart rate. This tachycardia probably results from sympathetic activation induced by the fall in pressure, because plasma norepinephrine levels were elevated during the fenoldopam infusion (48). Therefore, fenoldopam and bromocriptine have opposite effects on sympathetic nervous system activity.

In patients with congestive heart failure, either oral (49) or intravenous (50) fenoldopam produced beneficial hemodynamic effects, decreasing blood pressure, systemic vascular resistance, and increasing the cardiac index. The heart rate was not increased significantly in either of these studies with heart failure patients.

In conclusion, several of the potential therapeutic indications for $DA_1$ and $DA_2$ agonists as cardiovascular drugs are identical, despite their different pharmacology. In hypertension, activation of either subtype will decrease total peripheral resistance. Both $DA_1$ and $DA_2$ agonists are likely to increase renal perfusion, either by direct renal vasodilation ($DA_1$) or by attenuation of sympathetically mediated renal vasoconstriction ($DA_2$; 34). Both $DA_1$ and $DA_2$ agonists have also demonstrated efficacy in congestive heart failure. $DA_1$ agonists act through systemic vasodilation, which is increasingly being accepted as the optimal mode of therapy in heart failure, with the added advantage of a selective action on the renal vasculature. $DA_2$ agonists could be beneficial in congestive heart failure by inhibition of the excess sympathetic activity that is commonly associated with this condition and contributes to the excess vasoconstriction that increases the load on the compromised myocardium. Although the increased sympathetic nervous system activity in heart failure may initially be

GSK-REQ007998

beneficial, to compensate for the decreased cardiac output, in later stages of the disease it is likely to be detrimental (42). Sympathetic activity, as measured by plasma catecholamine levels, has been shown to correlate with clinical prognosis, with higher levels predicting shorter survival times (51).

In addition to hypertension and congestive heart failure, selective $DA_2$ agonists may have additional cardiovascular applications when sympatholytic activity is desired. One of these potential applications is angina pectoris, for which a $DA_2$ agonist could inhibit the increases in cardiac work induced by stress-induced sympathetic activation.

The availability of selective agonists will allow the delineation of the role of $DA_1$ and $DA_2$ subtypes in the regulation of normal and pathological cardiovascular function. These new tools are likely to result in new therapeutic approaches to cardiovascular disorders. The clinical evaluation of fenoldopam to date has been encouraging, and the effects of selective $DA_2$ receptor activation in humans will be evaluated in the near future.

## ACKNOWLEDGMENT

The authors wish to acknowledge the expert technical assistance of Richard E. Valocik, James Smith, Jr., James P. McCafferty, and Judith M. Roesler.

## REFERENCES

1. Hilditch, A. and G. M. Drew. Peripheral dopamine receptor subtypes—a closer look. *Trends Pharmacol. Sci. 6*:396–400 (1985).
2. Drew, G. M. and A. Hilditch. Classification and subclassification of peripheral dopamine receptors. *Blood Vessels 23*:64–65 (1986).
3. Goldberg, L. I. Dopamine—Clinical Uses of an endogenous catecholamine. *N. Engl. J. Med. 29*:707–710 (1974).
4. Hahn, R. A., J. R. Wardell, H. M. Sarau, and P. T. Ridley. Characterization of the peripheral and central effects of SK&F 82526, a novel dopamine receptor agonist. *J. Pharmacol. Exp. Ther. 223*:305–313 (1981).
5. Ackerman, D. M., J. Weinstock, V. D. Wiebelhaus, and B. A. Berkowitz. Renal vasodilators and hypertension. *Drug. Dev. Res. 2*:283–297 (1982).
6. Lokhandwala, M. F. and M. L. Steenberg. Evaluation of the effects of SK&F 82526 and LY 171555 on presynaptic and postsynaptic dopamine receptors in the rat kidney. *J. Auton. Pharmacol. 4*:173–177 (1984).
7. Schmidt, M., J.-L. Imbs, E. M. Giesen-Crouse, and J. Schwartz. Effects of SK&F 82526 and SK&F 83742 on the renal vascular dopamine receptor. *J. Pharmacol. 16*:15–22 (1985).
8. Ohlstein, E. H., B. Zabko-Potapovich, and B. A. Berkowitz. Studies on vascular dopamine receptors with the dopamine receptor agonist: SK&F 82526. *J. Pharmacol. Exp. Ther. 229*:433–439 (1984).

GSK-REQ007999

Hieble et al.

9. Weinstock, J., J. P. Hieble, and J. W. Wilson. The chemistry and pharmacology of 3-benzazepine derivatives. *Drugs Future 10*:645–697 (1985).

10. Ohlstein, E. H., B. Zabko-Potapovich, and B. A. Berkowitz. The DA₁ receptor agonist fenoldopam (SK&F 82526) is also an alpha₂-adrenoceptor antagonist. *Eur. J. Pharmacol. 118*:321–329 (1985).

11. Blumberg, A. L., J. W. Wilson, and J. P. Hieble. Neuroinhibitory effects of SK&F 85174, a novel dopamine receptor agonist. *J. Cardiovasc. Pharmacol. 7*:723–732 (1985).

12. Lokhandwala, M. F. and M. H. Sabouni. Ganglionic dopamine receptors as mediators of the inhibition of neurogenic vasoconstriction produced by fenoldopam. *J. Auton. Pharmacol. 5*:301–305 (1985).

13. Shebuski, R. J., T. Fujita, J. M. Smith, L. J. Kopaciewicz, A. L. Blumberg, and J. P. Hieble. Suppression of sympathetic ganglionic neurotransmission by the selective dopamine-I receptor agonist fenoldopam (SK&F 82526) in the anesthetized dog. *J. Pharmacol. Exp. Ther. 235*:735–740 (1985).

14. Kohli, J. D., A. B. Weder, L. I. Goldberg, and J. Z. Ginos. Structure activity relationships of *N*-substituted dopamine derivatives as agonists of the dopamine vascular and other cardiovascular receptors. *J. Pharmacol. Exp. Ther. 213*:370–374 (1980).

15. Kaiser, C. and T. Jain. Dopamine receptors: Functions, subtypes and emerging concepts. *Med. Res. Q. 5*:145–229 (1985).

16. Willems, J. L., W. A. Buylaert, R. A. Lefebvre, and M. G. Bogaert. Presynaptic, ganglionic and gastrointestinal dopamine receptors in the periphery. *Pharmacol. Rev. 37*:165–216 (1985).

17. Huffman, W. H., R. F. Hall, J. A. Grant, J. W. Wilson, J. P. Hieble, and R. A. Hahn. 4-(Aminoalkyl)-7-hydroxy-2(3*H*)-indolones, a novel class of potent presynaptic dopamine receptor agonists. *J. Med. Chem. 26*:933–935 (1983).

18. Hieble, J. P., D. A. A. Owen, C. A. Harvey, A. L. Blumberg, and R. M. DeMarinis. Hemodynamic effects of selective dopamine receptor agonists in the rat and dog. *Clin. Exp. Hypertension A9*:889–912 (1987).

19. Hieble, J. P., C. A. Jervay, F. H. Gruber, H. M. Sarau, J. J. Foley, J. W. Wilson, and R. M. DeMarinis. Agonist activity of aminoethyl-7-hydroxy-indolones at prejunctional dopaminergic receptors. *Pharmacologist 25*:162 (1983).

20. Zeid, R. L., J. P. Hieble, R. M. DeMarinis, and J. W. Wilson. Inhibition of transmitter release in dog vascular tissue by a selective D₂ agonist. *Fed. Proc. 43*:1020 (1984).

21. Ackerman, D. M., A. L. Blumberg, J. P. McCafferty, S. S. Sherman, J. Weinstock, C. Kaiser, and B. A. Berkowitz. Potential usefulness of renal vasodilators in hypertension and renal disease: DK&F 82526. *Fed. Proc. 42*: 186–190 (1983).

22. McCoy, C. E., F. L. Douglas, and L. I. Goldberg. Selective antagonism of the hypotensive effects of dopamine agonists in spontaneously hypertensive rats. *Hypertension 8*:298–302 (1986).

23. Cavero, I. and P. E. Hicks. Studies on the transient hypotensive effects of fenoldopam, a DA₁ dopamine receptor agonist, in rats. *Br. J. Pharmacol. 86*:436P (1985).

GSK-REQ008000

24. Sengupta, S. and M. F. Lokhandwala. Characterization of the hypotensive action of dopamine receptor agonists fenoldopam and quinpirole in anaesthetized rats. *J. Auton. Pharmacol. 5*:289–294 (1985).

25. Mann, W. A., G. F. Sosnowski, B. J. Kavanagh, R. W. Erickson, F. T. Brennan, and V. D. Wiebelhaus. Comparative properties of two benzazepine renal vasodilator compounds: SK&F 38393-C and SK&F 82526-J. *Fed. Proc. 40*:647 (1981).

26. Sowinski, B. A. and M. F. Lokhandwala. Identification of dopamine receptor subtypes in the hypotensive action of SK&F 85174 in anaesthetized rats. *J. Auton. Pharmacol. 7*:105–109 (1987).

27. Gallagher, G., P. G. Lavanchy, J. W. Wilson, J. P. Hieble, and R. M. DeMarinis. 4-[2-(Di-n-propylamino)ethyl]-2(3*H*)-indolone: A prejunctional dopamine receptor agonist. *J. Med. Chem. 28*:1533–1536 (1985).

28. DeMarinis, R. M., G. Gallagher, R. F. Hall, R. G. Franz, C. Webster, W. F. Huffman, M. S. Schwartz, C. Kaiser, S. T. Ross, J. W. Wilson, and J. P. Hieble. Synthesis and in vitro evaluation of 4-(2-aminoethyl)-2(3*H*)-indolones and related compounds as peripheral prejunctional dopamine receptor agonists. *J. Med. Chem. 29*:939–947 (1986).

29. Mico, B. M., J. E. Swagzdis, D. A. Federowicz, and K. Straub. Functional group metabolism of dopamine-2 agonists: Conversion of 4-(2-di-n-propylaminoethyl)-2-(3*H*)-indolone to 4-(di-n-propylaminoethyl)-7-hydroxy-2(3*H*)-indolone. *J. Pharm. Sci. 75*:929–933 (1986).

30. Cavero, I., F. LeFevre-Borg, and R. Gomeni. Blood pressure lowering effects of *N,N*-di-n-propyldopamine in rats: Evidence for stimulation of peripheral dopamine receptors leading to inhibition of sympathetic vascular tone. *J. Pharmacol. Exp. Ther. 218*:515–524 (1981).

31. Fennell, W. H., A. A. Taylor, J. B. Young, T. A. Brandon, J. Z. Ginos, L. I. Goldberg, and J. R. Mitchell. Propylbutyldopamine: Hemodynamic effects in conscious dogs, normal human volunteers and patients with heart failure. *Circulation 67*:829–836 (1983).

32. Hahn, R. A. and B. R. MacDonald. Primate cardiovascular responses mediated by dopamine receptors: Effects of *N,N*-di-n-propyldopamine and LY 171555. *J. Pharmacol. Exp. Ther. 229*:132–138 (1984).

33. Fennell, W. H., A. A. Taylor, T. A. Brandon, and J. E. Mitchell. Propylbutyldopamine lowers blood pressure by activation of peripheral $DA_2$ dopamine receptors. *Clin. Res. 29*:819A (1981).

34. Lokhandwala, M. F. and B. S. Jandhyala. The role of sympathetic nervous system in the vascular actions of dopamine. *J. Pharmacol. Exp. Ther. 210*:120–125 (1979).

35. Hahn, R. A., B. R. MacDonald, and M. A. Martin. Antihypertensive activity of LY 141865, a selective presynaptic dopamine receptor agonist. *J. Pharmacol. Exp. Ther. 224*:206–214 (1983).

36. Cavero, I., P. E. Hicks, and F. Lefevre-Borg. Cardiovascular profile of quinpirole, a selective and specific $DA_2$-dopamine receptor agonist, in rats. *Br. J. Pharmacol. 86*:618P (1985).

37. Taylor, A. A., W. H. Fennell, C. O. Ruud, J. L. Pool, E. B. Nelson, J. Z. Ginos, and J. R. Mitchell. Propylbutyldopamine. Mechanisms of blood

GSK-REQ008001

pressure lowering in hypertensive patients. *Hypertension 6*(Suppl. 1):I40–
I45 (1984).

38. Kolloch, R., K. Kobayashi, and V. DeQuattro. Dopaminergic control of
sympathetic tone and blood pressure: Evidence in primary hypertension.
*Hypertension 2*:390–394 (1980).

39. Johns, D. W., C. R. Ayers, and R. M. Carey. The dopaminergic agonist
bromocriptine induces hypotension by venous and arteriolar dilation. *J.
Cardiovasc. Pharmacol. 6*:582–587 (1984).

40. Markstein, R. Dopamine receptor profile of co-dergocrine (Hydergine) and
its components. *Eur. J. Pharmacol. 86*:145–155 (1983).

41. Kirsten, R., B. Heintz, G. Weidinger, and D. Welzel. Stimulation prasynap-
tischer Dopaminrezeptoren als antihypertensives Prinzip. *Herz. Kreislauf 17*:
426–433 (1985).

42. Francis, G. S., R. Parks, and J. N. Cohn. The effects of bromocriptine in
patients with congestive heart failure. *Am. Heart J. 106*:100–106 (1983).

43. Carey, R. M., R. M. Stote, J. W. Dubb, L. H. Townsend, C. E. Rose, and D.
L. Kaiser. Selective peripheral dopamine-1 receptor stimulation with fenol-
dopam in human essential hypertension. *J. Clin. Invest. 74*:2198–2207
(1984).

44. Harvey, J. N., D. P. Worth, J. Brown, and M. R. Lee. Studies with fenol-
dopam, a dopamine receptor DA₁ agonist, in essential hypertension. *Br. J.
Clin. Pharmacol. 21*:53–61 (1986).

45. Ventural H. O., F. H. Messerli, E. D. Frohlich, I. Kobrin, W. Oigman, F. G.
Dunn, and R. M. Carey. Immediate hemodynamic effects of a dopamine
receptor agonist (fenoldopam) in patients with essential hypertension. *Cir-
culation 69*:1142–1145 (1984).

46. Stote, R. M., J. W. Dubb, R. G. Familiar, B. B. Erb, and F. Alexander. A
new oral renal vasodilator, fenoldopam. *Clin. Pharmacol. Ther. 34*:309–315
(1983).

47. Hughes, A., S. Thom, D. Redman, and P. Sever. Fenoldopam, a dopamine
agonist, induces forearm vasodilatation by a mechanism independent of
sympathetic activity. *Blood Vessels 23*:77 (1986).

48. McCoy, C., E. Frederickson, M. Murphy, A. Kotake, F. Douglas, and L. I.
Goldberg. Effects of dopamine (DA₁) receptor agonist administration in
hypertensive patients. *Hypertension 7*:848 (1985).

49. Young, J. B., C. A. Leon, C. M. Pratt, J. M. Suarez, R. D. Aronoff, and R.
Roberts. Hemodynamic effects of an oral dopamine receptor agonist (fenol-
dopam) in patients with congestive heart failure. *J. Am. Coll. Cardiol. 6*:
792–796 (1985).

50. Leon, C. A., A. A. Taylor, C. Kingry, J. Norton, C. M. Pratt, R. Roberts,
and J. B. Young. Hemodynamic effects of selective dopamine-1 receptor
stimulation: Comparison of intravenous fenoldopam and nitroprusside in
heart failure patients. *J. Am. Coll. Cardiol. 7*:70A (1986).

51. Cohn, J. N., T. B. Levine, M. T. Olivari, V. Garberg, D. Lura, G. S. Francis,
A. B. Simon, and T. Rector. Plasma norepinephrine as a guide to prognosis
in patients with congestive heart failure. *N. Engl. J. Med. 311*:819–823
(1984).

GSK-REQ008002