**EXHIBIT D**

03/15/06  22:02 FAX                    KIRKLAND & ELLIS LLP                         ☒002

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Karen M. Robinson
To Call Writer Directly:
(202) 879-5197
krobinson@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

March 15, 2006

**By First Class Mail & Facsimile**

Michael E. Gordon
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Re:  *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.,* Civil Action No. 05-197 (GMS) (D. Del.)

Dear Michael:

I write to schedule depositions for several individuals identified by GSK in your initial disclosures and interrogatory responses.

We have identified the following individuals for deposition in this case. Please let us know if they are current employees of GSK and, to the extent they are not, whether your firm represents them in this matter. We have provided proposed deposition dates but will cooperate with you to ensure to the extent possible that depositions are conducted taking into account the convenience of the witnesses and counsel with respect to date and location. Please confirm you will extend the same courtesies.

| | | |
|---|---|---|
| J. Paul Hieble | — | April 10, 2006 |
| Carol Harvey | — | April 12, 2006 |
| Roger J. Eden | — | April 14, 2006 |
| William Huffman | — | April 18, 2006 |
| Gregory Gallagher | — | April 24, 2006 |
| Brenda Costall | — | April 27, 2006 |
| David Owens | — | May 1, 2006 |

Please do not hesitate to contact me to discuss these depositions.

Sincerely,

Karen M. Robinson