**EXHIBIT E**

WILMERHALE

March 29, 2006

Amy Kreiger Wigmore

+1 202 663 6096 (t)
+1 202 663 6363 (f)
amy.wigmore@wilmerhale.com

*Via Facsimile and First-Class Mail*

Karen M. Robinson
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Re: *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 05-197 (D. Del.)

Dear Karen:

In advance of our meet and confer call on Friday, I am writing to provide dates and locations for the witnesses Teva is seeking to depose in this action. Although I have provided some of these dates to you previously, provided below is a comprehensive list of all the witnesses you have identified.

Gregory Gallagher – Friday, April 21, at our Washington, DC office.

Roger Eden – Thursday, April 27, at our Washington, DC office.

Brenda Costall – Friday, May 5, at our Washington, DC office.

Paul Hieble – Friday, May 12, at our Washington, DC office.

William Huffman – Thursday, May 18, at our Washington, DC office.

Carol Harvey – Friday, May 19, at our Washington, DC office.

David Owen – Friday, May 26, at our London office.

Based on our phone conversation yesterday, I understand that Deborah Jaskot and Scott Stofik, two Teva witnesses whom GSK is seeking to depose, are available to be deposed in Philadelphia on April 26 and April 28, respectively. It is also my understanding that, while those individuals will cover some of the 30(b)(6) topics GSK has provided to Teva, there may be one or more other witnesses designated to testify on other topics. Please let me know as soon as possible if there will be any other 30(b)(6) designees and, if so, when and where they are available for deposition.

Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, DC 20037
Baltimore   Beijing   Berlin   Boston   Brussels   London   Munich   New York   Northern Virginia   Oxford   Palo Alto   Waltham   Washington

USIDOCS 5586055v1

Karen M. Robinson
March 29, 2006
Page 2

WILMERHALE

I look forward to speaking with you on Friday.

Sincerely,

*Amy K Wigmore*
Amy K Wigmore

USIDOCS 5586055v1