**EXHIBIT F**

# KIRKLAND & ELLIS LLP

### *Fax Transmittal*

655 Fifteenth Street, N.W.
Washington, D.C.  20005
Phone: 202 879-5000
Fax: 202 879-5200

---

Please notify us immediately if any pages are not received.

**THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

**IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT: 202 879-5000.**

| To: | Company: | | Fax #: | Direct #: |
|---|---|---|---|---|
| Michael Gordon, Esq. | Wilmer, Hale | | (202) 942-8484 | (202) 663-6000 |
| **From:** | **Date:** | **Pages w/cover:** | **Fax #:** | **Direct #:** |
| Corey Manley | May 19, 2006 | 9 | 202 879-5200 | 202 879-5940 |

*Message:*

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Corey J. Manley
To Call Writer Directly:
202 879-5940
cmanley@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

May 19, 2006

**Via Facsimile and Federal Express**

Michael E. Gordon
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Re: *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 05-197 (GMS) (D.Del.)

Dear Michael:

Enclosed please find Defendant Teva Pharmaceuticals USA., Inc.'s Second Notice of 30(b)(6) Deposition to Plaintiffs Glaxosmithkline and a Notice of Deposition of Robert M. Demarinis.

Sincerely,

Corey J. Manley

Enclosure

Chicago          London          Los Angeles          Munich          New York          San Francisco

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No: 05-197 GMS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S SECOND NOTICE OF 30(b)(6) DEPOSITION TO PLAINTIFFS GLAXOSMITHKLINE

PLEASE TAKE NOTICE THAT, beginning on June 9, 2006 at 9:30 A.M. at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005, or at another mutually agreed upon place and time, Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), will take the deposition of Plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline (collectively "GSK") as represented by the person(s) most knowledgeable with respect to the subject matter topics identified below and designated to testify on GSK's behalf, pursuant to Fed. R. Civ. P. 30(b)(6).

The oral examination will be taken before a notary public or other person authorized to administer oaths, and will be recorded by stenographic means and/or videotape. You are invited to attend and participate.

## TOPICS

1.     Facts and circumstances regarding the preparation, filing, and prosecution of the U.S. patent application that issued as U.S. Patent No. 4,314,944 ("the '944 patent"), and issuance of the '944 patent, including without limitation any prior art searches conducted, whether or not by Plaintiffs, before or during the prosecution of the '944 patent, and the identity of the people involved and their roles.

2.     Facts and circumstances regarding the preparation, filing, and prosecution of the U.S. patent application that issued as U.S. Patent No. 4,452,808 ("the '808 patent"), and issuance of the '808 patent, including without limitation any prior art searches conducted, whether or not by Plaintiffs, before or during the prosecution of the '808 patent, and the identity of the people involved and their roles.

3.     Facts and circumstances regarding the preparation, filing, and prosecution of the U.S. patent application that issued as U.S. Patent No. 4,824,860 ("the '860 patent"), and issuance of the '860 patent, including without limitation any prior art searches conducted, whether or not by Plaintiffs, before or during the prosecution of the '860 patent, and the identity of the people involved and their roles.

Date:   May 19, 2006          Respectfully submitted,


John Shaw
Monte Squire
YOUNG CONANWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone:     (302) 571-6600

Jay P. Lefkowitz
Edward C. Donovan
Charanjit Brahma
Corey Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C.  20005
Telephone:     (202) 879-5000
Facsimile:     (202) 879-5200


*Attorneys for Defendant Teva Pharmaceuticals U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I, Corey J. Manley, counsel for Defendant Teva Pharmaceuticals USA, Inc., caused copies of DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S SECOND NOTICE OF 30(b)(6) DEPOSITION TO PLAINTIFFS GLAXOSMITHKLINE, to be served, via facsimile and Federal Express, on the date listed below, to:

Michael E. Gordon, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Attorneys for Plaintiffs
Smith Kline & French Laboratories, Ltd. and
SmithKline Beecham Corp., d/b/a GlaxoSmithKline

Dated: May 19, 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No: 05-197 GMS |

## NOTICE OF DEPOSITION OF ROBERT M. DEMARINIS

PLEASE TAKE NOTICE that Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 30, will take the deposition upon oral examination of Mr. Robert M. DeMarinis at 9:30 AM on June 7, 2006 at the offices of Kirkland & Ellis LLP, 655 15th Street, N.W., Washington, DC 20005, or at such other time or location as may be mutually agreed upon by counsel for Teva and Plaintiffs.

The deposition will be conducted under oath by an officer authorized to take such testimony and administer oaths. The deposition will be recorded by stenographic means and/or videotape.

Date:   May 19, 2006

John Shaw (No. 3362)
Monte Squire (No. 4764)
YOUNG CONANWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone:     (302) 571-6600

Jay P. Lefkowitz
Edward C. Donovan
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C.  20005
Telephone:     (202) 879-5000
Facsimile:     (202) 879-5200

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2006, a true and correct copy of Defendant Teva Pharmaceuticals USA, Inc.'s NOTICE OF DEPOSITION OF ROBERT M. DEMARINIS, was served, via facsimile and U.S. Mail, upon the following:

Michael E. Gordon, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Corey J. Manley