**EXHIBIT H**

05/25/06  21:16 FAX                KIRKLAND & ELLIS LLP                          ☒002

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Charanjit Brahma
To Call Writer Directly:
202 879-5146
cbrahma@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

May 25, 2006

**VIA FACSIMILE**

Amy K. Wigmore
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Re:   *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 05-197 (GMS) (D.Del.)

Dear Amy:

In your May 2, 2006 letter, GSK identified Kevin Reeves as its Rule 30(b)(6) representative for Topics 5-10 of Teva's April 5, 2006 deposition notice to GSK and offered to make Mr. Reeves available for deposition on May 31, 2006. We are unavailable to depose Mr. Reeves on that date. Accordingly, please provide an alternative date in early June for Mr. Reeves' deposition. Please do not hesitate to contact me if you have any questions.

Sincerely,

Charanjit Brahma /cjm

Charanjit Brahma

Enclosure

Chicago      London      Los Angeles      Munich      New York      San Francisco