**EXHIBIT I**

EXHIBIT I

# WILMERHALE

May 26, 2006

Michael E. Gordon

+1 202 663 6214 (t)
+1 202 663 6363 (f)
michael.gordon@wilmerhale.com

<u>VIA FACSIMILE AND U.S. MAIL</u>

Charanjit Brahma
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Re: *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc., Civil Action No. 05-197 (D. Del.)*

Dear Charan:

    I write in response to your letter of last night stating that Teva is now unavailable to take the deposition of Kevin Reeves on Wednesday May 31. As you note in your letter, on May 2 GSK identified Mr. Reeves as a 30(b)(6) designee and advised you that he was available to come to Washington to be deposed on May 31. On May 10, Karen Robinson advised me by telephone that Teva was in fact available for this deposition on May 31, and GSK and Mr. Reeves made plans accordingly.

    Teva's last minute announcement that it is no longer available on May 31 will, of course, require Mr. Reeves to be deposed after the close of discovery. Nevertheless, we will confer with the witness about his next availability and get back to you shortly.

Regards,

*Michael E. Gordon / pdo*
Michael E. Gordon

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Baltimore  Beijing  Berlin  Boston  Brussels  London  Munich  New York  Northern Virginia  Oxford  Palo Alto  Waltham  Washington

USIDOCS 5676950v1