**EXHIBIT N**

SKB 14136

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:
my residence, post office address and citizenship are
as stated below next to my name;
I verily believe I am the original, first and sole
inventor (if only one name is listed below) or a joint inventor
(if plural inventors are named below) of the invention entitled:

"4-AMINOALKYL-2(3H)-INDOLONES"

described and claimed in the attached specification, that I do
not know and do not believe the same was ever known or used in
the United States of America before my or our invention
thereof, or patented or described in any printed publication in
any country before my or our invention thereof or more than one
year prior to this application, that the same was not in public
use or on sale in the United States of America more than one
year prior to this application, that the invention has not been
patented or made the subject of an inventor's certificate
issued before the date of this application in any country
foreign to the United States of America on an application filed
by me or my legal representatives or assigns more than twelve
months prior to this application, that I acknowledge my duty to
disclose information of which I am aware which is material to
the examination of this application, and that no application
for patent or inventor's certificate on this invention has been
filed in any country foreign to the United States of America
prior to this application by me or my legal representatives or
assigns.

I hereby appoint the following attorneys and/or agents
to prosecute this application and to transact all business in
the Patent and Trademark Office connected therewith:

| | |
|---|---|
| William H. Edgerton | Registration No. 18,864 |
| Richard D. Poggio | Registration No. 19,390 |
| Joan S. Keps | Registration No. 19,781 |
| Alan D. Lourie | Registration No. 21,199 |
| Joseph A. Marlino | Registration No. 22,633 |
| Stuart R. Suter | Registration No. 26,590 |
| Janice E. Williams | Registration No. 27,142 |
| Joseph F. DiPrima | Registration No. 28,944 |

Address all correspondence and telephone calls to
William H. Edgerton, P.O. Box 7929, Philadelphia, Pennsylvania
19101, whose telephone number is 215-751-5180.

I hereby declare that all statements made herein of my
own knowledge are true and that all statements made on
information and belief are believed to be true; and further
that these statements were made with the knowledge that willful
false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of the application or any patent issued
thereon.

GSK-REQ011577

*Gregory Gallagher Jr.*

GREGORY GALLAGHER, JR.

Date   December 6, 1982

Residence                         1130 Hollow Road
                                  Collegeville, Pennsylvania 19426

Citizenship                       United States of America

Post Office Address:   P.O. Box 7929
                       Philadelphia, Pennsylvania 19101

GSK-REQ011578