**EXHIBIT P**
**REDACTED IN FULL**