**EXHIBIT Q**
**REDACTED IN FULL**