**EXHIBIT R**
**REDACTED IN FULL**