**EXHIBIT S**
**REDACTED IN FULL**