IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 05-197 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**APPLICATION FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendant, Teva Pharmaceuticals USA, Inc. ("Teva") hereby requests oral argument on its Corrected Motion for Leave to Amend Its Answer, Defenses, and Counterclaims (D.I. 73). Briefing on the motion was completed on July 24, 2006, and the parties' briefs were filed as Docket Items 74, 77, and 83.

                                                   Respectfully submitted,

                                                   _____

                                                   John W. Shaw (No. 3362)
                                                 Monté T. Squire (No. 4764)
                                                 **YOUNG CONAWAY STARGATT**
                                                   **& TAYLOR, LLP**
                                                 The Brandywine Building, 17th Floor
                                                 1000 West Street
                                                 Wilmington, DE 19801
                                                 302-571-6600
                                                 *msquire@ycst.com*
                                                 *Attorneys for Defendant Teva Pharmaceuticals*
                                                 *USA, Inc.*

Dated: July 27, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on July 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on July 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Monté T. Squire_
>John W. Shaw (No. 3362)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>msquire@ycst.com
>Attorneys for Teva Pharmaceuticals U.S.A., Inc.