IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) ) ) ) ) ) ) |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., | |
| Defendant. | |

C.A. No. 05-197 (GMS)

## ORDER

Presently before the court is the defendant's motion for leave to amend its answer, defenses, and counterclaims. After considering the parties' positions, the court finds that the plaintiffs' will suffer no undue prejudice by permitting such amendment. Accordingly, the motion will be granted and the schedule will be amended as follows:

| | |
|---|---|
| August 17, 2006 | Completion of Fact Discovery |
| September 1, 2006 | Opening Expert Reports Due |
| September 22, 2006 | Answering Expert Reports Due |
| October 6, 2006 | Reply Expert Reports Due |
| October 27, 2006 | Close of Expert Discovery |
| November 3, 2006 | Pre-Trial Order Due |
| November 21, 2006 | Pre-Trial Conference[1] |
| December 18, 2006 | Bench Trial Begins |

---

[1] The court will notify the parties after the submission of the pre-trial order whether the pre-trial conference will be telephonic or in person.

The court further notes that this modification to the schedule should not be construed as a license to significantly postpone aspects of the parties' pre-trial preparation that is not affected by the amendments to the defendant's answer. Lastly, the court will not entertain motions for summary judgment with regard to these amendments.

IT IS HEREBY ORDERED THAT:

1. The defendant's motion for leave to amend (D.I. 73) be GRANTED; and

2. The scheduling order be AMENDED in the manner provided above.


Dated: July 28, 2006                    /s/ Gregory M. Sleet
                                        UNITED STATES DISTRICT JUDGE