IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 GMS<br><br>REDACTED PUBLICLY FILED VERSION |

### DECLARATION OF CHARANJIT BRAHMA IN SUPPORT OF DEFENDANT TEVA PHARMACEUTICALS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND ITS ANSWER, DEFENSES, AND COUNTERCLAIMS

I, Charanjit Brahma, declare as follows:

I am admitted to this Court *pro hac vice* and am an partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1.  Attached hereto as Exhibit O is a true and correct copy of Defendant's Notice of Deposition to GSK.

2.  Attached hereto as Exhibit P is a true and correct copy of the June 2, 2006 letter from C. Brahma to M. Gordon.

3.  Attached hereto as Exhibit Q is a true and correct copy of 

4.  Attached hereto as Exhibit R is a true and correct copy of the March 14, 2006 letter from M. Rienzi to C. Brahma.

5.  Attached hereto as Exhibit S is a true and correct copy of the March 14, 2006 letter from K. Robinson to M. Gordon.

6.  Attached hereto as Exhibit T is a true and correct copy of the May 3, 2006 letter from M. Rienzi to K. Robinson.

7. Attached hereto as Exhibit U is a true and correct copy of the May 19, 2006 letter from M. Rienzi to K. Robinson.

8. Attached hereto as Exhibit V is a true and correct copy of the GSK production correspondence from June 1, 2006 to the present.

9. Attached hereto as Exhibit W is a true and correct copy of the Gallagher, Owen and Eden retention agreements.

10. Attached hereto as Exhibit X is a true and correct copy of the March 24, 2006 letter from A. Wigmore to K. Robinson.

11. Attached hereto as Exhibit Y is a true and correct copy of *Minter v. Prime Equip. Co.*, No. 04-7011, --F.3d--, 2006 WL 1775433.

12. Attached hereto as Exhibit Z is a true and correct copy of GSK's Initial Disclosures.

13. Attached hereto as Exhibit AA is a true and correct copy of REDACTED

14. Attached hereto as Exhibit BB is a true and correct copy of *Ampex Corp. v. Eastman Kodak Co.*, No. 04-1373, 2006 WL1995140.

15. Attached hereto as Exhibit CC is a true and correct copy of Teva's Third Supplemental Responses to GSK's Interrogatories

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Dated: July 24, 2006        Respectfully submitted,

*Charanjit Brahma*
Charanjit Brahma

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on July 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on July 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Monté T. Squire*
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com
Attorneys for Teva Pharmaceuticals U.S.A., Inc.