## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.  05-197-GMS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiffs, to move, answer, or otherwise plead in response to the Amended Answer, Defenses and Counterclaims (D.I. 73; Order entered at D.I. 87) is extended to and including August 18, 2006.


/s/ Monté T. Squire
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
   & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Phone: (302) 571-6600
msquire@ycst.com
*Attorneys for Defendant*

Dated:  August 7, 2006

/s/Patricia S. Rogowski
Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Phone:  (302) 658-9141
Fax :  (302) 658-5614
progowski@cblh.com
*Attorney for Plaintiffs*


SO ORDERED this _____ day of August, 2006.


_____
United States District Judge

480505_1