IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | Civil Action No. 05-197 (GMS) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS the Court's August 8, 2005 Scheduling Order ("Scheduling Order") set a deadline of September 1, 2006 for plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline (collectively "GSK") and defendant Teva Pharmaceuticals USA, Inc. ("Teva") to reach agreement on a schedule for exchanging drafts of the proposed Pretrial Order and requires the parties to seek the Court's assistance by September 8 if the parties are unable to reach agreement on their own,

WHEREAS the Court's Scheduling Order further required the parties to complete briefing on motions in limine by October 23, 2006 and identify *Daubert* issues by October 17, 2006 and scheduled a telephonic hearing on *Daubert* issues on October 24, 2006,

WHEREAS the Court's July 28, 2006 Order granting Teva's motion for leave to amend its answer altered deadlines for fact and expert discovery and for submission of the Pre-Trial Order as follows:

| Deadline | Original Deadline from 8/8/05 Scheduling Order | Deadline in Court's 7/28/06 Order |
|---|---|---|
| Completion of Fact Discovery | May 31, 2006 | August 17, 2006 |
| Opening Expert Reports Due | June 28, 2006 | September 1, 2006 |
| Answering Expert Reports Due | August 2, 2006 | September 22, 2006 |
| Reply Expert Reports Due | August 23, 2006 | October 6, 2006 |
| Close of Expert Discovery | September 27, 2006 | October 27, 2006 |
| Pre-Trial Order Due | October 23, 2006 | November 3, 2006 |

WHEREAS the Court's July 28, 2006 Order did not explicitly re-set the deadlines for the parties to submit briefs relating to motions in limine or raise *Daubert* issues or the date of the Court's telephonic hearing on *Daubert* issues,

WHEREAS the parties believe that it would be beneficial to the parties and the Court to re-set the deadlines for motion in limine briefing and for identifying and conducting a telephonic hearing on *Daubert* issues, and

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. The following deadlines for motion in limine briefing are extended as follows:

| Deadline | Original Deadline from 8/8/05 Scheduling Order | Proposed New Deadline |
|---|---|---|
| Motion in Limine Briefing | Opening: October 11, 2006<br>Response: October 18, 2006<br>Reply: October 23, 2006 | Opening: October 23, 2006<br>Response: October 30, 2006<br>Reply: November 6, 2006 |

2. The deadline for the parties to submit a joint agenda identifying *Daubert* issues is extended from October 17, 2006, as set in the Court's August 8, 2005 Scheduling Order, to November 3, 2006. The telephonic hearing on *Daubert* issues originally scheduled for 10:00

AM on October 24, 2006 is rescheduled for November 10, 2006 at a time convenient for the Court.

3. The parties have reached agreement on a schedule for the exchange of drafts of the parties' proposed Pretrial Order. The parties have further agreed that Teva will prepare the initial draft of the Pretrial Order, provided that Teva, as the party bearing the burden of proof on the issues of invalidity and inequitable conduct, will go first at trial in presenting its case-in-chief.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Patricia Smink Rogowski | /s/ John W. Shaw |
| Patricia Smink Rogowski (No. 2632) | John W. Shaw (No. 3362) |
| The Nemours Building | Karen E. Keller (No. 4489) |
| 1007 North Orange Street | Monté T. Squire (No. 4764) |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302)-658-9141 | 1000 West Street, 17th Floor |
| progowski@cblh.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline* | Telephone: (302) 571-6600 |
| | jshaw@ycst.com |
| | *Attorneys Defendant Teva Pharmaceuticals USA, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge