IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH ) <br> LABORATORIES LIMITED and ) <br> SMITHKLINE BEECHAM ) <br> CORPORATION d/b/a ) <br> GLAXOSMITHKLINE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No.    05-197-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Expert Report of Christopher A. Vellturo, Ph.D.** were served on the attorneys of record at the following addresses specified below on the dates and in the manner indicated:

**Via UPS on Sept. 22, 2006**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Hand Delivery on Sept. 22, 2006**
Charanjit Brahma, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Dated: September 25, 2006

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski (Bar No. 2632)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 942-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

>   Josy W. Ingersoll, Esquire
>   Young Conaway Stargatt & Taylor LLP
>   1000 West Street, 17th Floor
>   Wilmington, DE 19801

I hereby certify that on this 25th day of September, 2006, I have served the document by Federal Express to the following non-registered participants:

>   Stephen D. Dove, Esq.
>   Steven A. Engel, Esq.
>   Karen M. Robinson, Esq.
>   Charanjip Brahma, Esq.
>   Kirkland & Ellis LLP
>   655 Fifteenth Street, N.W., Suite 1200
>   Washington, DC 20005-5793

>   /s/ *Patricia S. Rogowski*
>   Patricia Smink Rogowski (#2632)
>   Connolly Bove Lodge & Hutz LLP
>   P.O. Box 2207
>   1007 N. Orange Street
>   Wilmington, DE 19899
>   (302) 658-9141
>   progowski@cblh.com