IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.  05-197-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Notice of Deposition of John Paul Long** were served on the attorneys of record at the following addresses specified below on the dates and in the manner indicated:

**VIA FACSIMILE on October 16, 2006**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Fax: (302) 571-1253

**VIA FACSIMILE on October 16, 2006**
Stephen D. Dove, Esquire
Steven A. Engel, Esquire
Karen M. Robinson, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Fax: (202) 879-5200

Dated: October 17, 2006

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski (Bar No. 2632)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William G. McElwain
Henry N. Wixon
Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 942-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on this 17th day of October, 2006, I have served the document to the following non-registered participants in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Josy W. Ingersoll, Esq. | Stephen D. Dove, Esq. |
| Young Conaway Stargatt & Taylor LLP | Steven A. Engel, Esq. |
| 1000 West Street, 17th Floor | Karen M. Robinson, Esq. |
| Wilmington, DE 19801 | Charanjip Brahma, Esq. |
| | Kirkland & Ellis LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, DC 20005-5793 |

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com