# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>  Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>  Defendant. | Civil Action No. 05-197-GMS |

## NOTICE OF DEPOSITION OF JOHN PAUL LONG

PLEASE TAKE NOTICE that on October 17, 2006, commencing at 9:30 am at the law office of Wilmer Cutler Pickering Hale & Dorr, LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, (202) 663-6000, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") will take the deposition upon oral examination of Dr. John Paul Long. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths and will be recorded by both stenographic and sound-and-visual means. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

GSK serves this Notice without waiver of any objections it may have to deficiencies in Teva's document production and other discovery responses concerning the subject matter of the instant Notice and reserves the right to continue this deposition as necessary in light of any subsequent responses or document productions by Teva.

You are invited to attend and examine the witness.

Dated: October 16, 2006

*Michael Gordon /by cet*

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax:   (202) 663-6363

Patricia Smink Rogowski, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax :  (302) 658-5614

Attorneys for Plaintiffs
SMITH KLINE & FRENCH LABORATORIES LIMITED
AND SMITHKLINE BEECHAM CORPORATION,
D/B/A GLAXOSMITHKLINE

*Of counsel:*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

-2-

## CERTIFICATE OF SERVICE

I, Cristina C. Ashworth, hereby certify that on October 16, 2006, I served via facsimile and regular mail NOTICE OF DEPOSITION OF JOHN PAUL LONG to the following individuals:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax. (302) 571-1253


Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Tel. (202) 879-5000
Fax: (202) 879-5200


Patricia S. Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
Tel.: (302) 658-9141
Fax: (302) 658-5614

*[signature]*

Cristina C. Ashworth, Esq.
(admitted *pro hac vice* May 17, 2006)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197-GMS |

## NOTICE OF DEPOSITION OF DANIEL TARSY

PLEASE TAKE NOTICE that on October 20, 2006, commencing at 9:30 am at the law office of Wilmer Cutler Pickering Hale & Dorr, LLP, 60 State Street, Boston, MA, 02109, (617) 526-6000, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") will take the deposition upon oral examination of Dr. Daniel Tarsy. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths and will be recorded by both stenographic and sound-and-visual means. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

GSK serves this Notice without waiver of any objections it may have to deficiencies in Teva's document production and other discovery responses concerning the subject matter of the instant Notice and reserves the right to continue this deposition as necessary in light of any subsequent responses or document productions by Teva.

You are invited to attend and examine the witness.

Dated: October 16, 2006

*Michael Gordon /cck* (by)
William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax:    (202) 663-6363

Patricia Smink Rogowski, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax :   (302) 658-5614

Attorneys for Plaintiffs
SMITH KLINE & FRENCH LABORATORIES LIMITED
AND SMITHKLINE BEECHAM CORPORATION,
D/B/A GLAXOSMITHKLINE

*Of counsel:*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

## CERTIFICATE OF SERVICE

I, Cristina C. Ashworth, hereby certify that on October 16, 2006, I served via facsimile and regular mail NOTICE OF DEPOSITION OF DANIEL TARSY to the following individuals:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax. (302) 571-1253

Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Tel. (202) 879-5000
Fax: (202) 879-5200

Patricia S. Rogowski, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
Tel.: (302) 658-9141
Fax: (302) 658-5614

*/s/ Cristina C. Ashworth*

Cristina C. Ashworth, Esq.
(admitted *pro hac vice* May 17, 2006)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197-GMS |

### NOTICE OF DEPOSITION OF JOSEPH G. CANNON

PLEASE TAKE NOTICE that on October 19, 2006, commencing at 9:30 am at the law office of Wilmer Cutler Pickering Hale & Dorr, LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, (202) 663-6000, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") will take the deposition upon oral examination of Dr. Joseph G. Cannon. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths and will be recorded by both stenographic and sound and visual means. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

GSK serves this Notice without waiver of any objections it may have to deficiencies in Teva's document production and other discovery responses concerning the subject matter of the instant Notice and reserves the right to continue this deposition as necessary in light of any subsequent responses or document productions by Teva.

You are invited to attend and examine the witness.

Dated: October 16, 2006

*William G. McElwain, Esq.* /by/ CCA
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax:   (202) 663-6363

Patricia Smink Rogowski, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax :   (302) 658-5614

Attorneys for Plaintiffs
SMITH KLINE & FRENCH LABORATORIES LIMITED
AND SMITHKLINE BEECHAM CORPORATION,
D/B/A GLAXOSMITHKLINE

*Of counsel:*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

## CERTIFICATE OF SERVICE

I, Cristina C. Ashworth, hereby certify that on October 16, 2006, I served via facsimile and regular mail NOTICE OF DEPOSITION OF JOSEPH G. CANNON to the following individuals:

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Tel.: (302) 571-6600
>Fax. (302) 571-1253


>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>Tel. (202) 879-5000
>Fax: (202) 879-5200


>Patricia S. Rogowski, Esq.
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801
>Tel.: (302) 658-9141
>Fax: (302) 658-5614

*[signature]*

Cristina C. Ashworth, Esq.
(admitted *pro hac vice* May 17, 2006)