IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   05-197-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Lisa J. Pirozzolo to represent **Plaintiffs Smith Kline & French**

**Laboratories, Limited,** and **SmithKline BeechamCorporation d/b/a GlaxoSmithKline** in this

matter.

Respectfully submitted,

Dated: October 17, 2006

Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____          _____
                                     The Honorable Gregory M. Sleet
                                     United States District Judge

401470v3(CB)

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Massachusetts Supreme Judicial Court, the District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

Lisa J. Pirozzolo
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
617-526-6000

DATED: October 17, 2006

USIDOCS 5887965v1

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on October 17, 2006 **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF LISA J. PIROZZOLO** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on October 17, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_6