IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No: 05-197 GMS |

### NOTICE OF DEPOSITION OF CHRISTOPHER A. VELLTURO, Ph.D.

PLEASE TAKE NOTICE that Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 30, will take the deposition upon oral examination of Christopher A. Vellturo, Ph.D. commencing at 9:30 AM on October 27, 2006 at the offices of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005, or at such other time or location as may be mutually agreed upon by the parties.

The deposition will be conducted under oath by an officer authorized to take such testimony and administer oaths. The deposition will be recorded by stenographic means and/or videotape. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

Teva serves this Notice without waiver of any objections it may have to deficiencies in GSK's document production and other discovery responses concerning the subject matter of the instant Notice and reserves the right to continue this deposition as necessary in light of any subsequent responses or document productions by Teva.

Dated: October 20, 2006

*[signature: Karen E. Keller]*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Monte T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Of Counsel:
Jay P. Lefkowitz
Edward C. Donovan
Andrew B. Kay
Karen M. Robinson
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on October 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

### BY E-MAIL

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Teva Pharmaceuticals U.S.A., Inc.