IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-197 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals USA, Inc., hereby certifies that Charanjit Brahma, Esquire of Kirkland & Ellis LLP caused copies of 1) Rule 26(a)(2) Expert Report of Joseph G. Cannon; 2) Rule 26(a)(2) Expert Report of John Paul Long; and 3) Rule 26(a)(2) Expert Report of Daniel Tarsy to be served on July 10, 2006 on the following counsel in the manner indicated below:

**BY FACSIMILE**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

The undersigned further certifies that Corey J. Manley, Esquire of Kirkland & Ellis LLP caused copies of 1) Rule 26(a)(2) Rebuttal Expert Report of Joseph G. Cannon; 2) Rule 26(a)(2) Rebuttal Expert Report of John P. Long; and 3) Rule 26(a)(2) Rebuttal Expert Report of Daniel Tarsy to be served on October 6, 2006 upon the following counsel in the manner indicated below:

**BY FACSIMILE AND FEDERAL EXPRESS**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

The undersigned additionally certifies that Corey J. Manley, Esquire of Kirkland & Ellis LLP caused copies of Rule 26(a)(2) Rebuttal Expert Report of Harry C. Boghigian to be served on October 10, 2006, and copies of Rule 26(a)(2) Rebuttal Expert Report of James T. Carmichael to be served on October 13, 2006, upon the following counsel in the manner indicated below:

**BY E-MAIL**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Furthermore, the undersigned certifies that on October 25, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY E-MAIL**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

William F. Lee, Esquire
William G. McElwain, Esquire
Henry N. Wixon, Esquire
Amy Kreiger Wigmore, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

_____
Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Karen E. Keller (Bar No. 4489)
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Jay P. Lefkowitz
Edward C. Donovan
Andrew B. Kay
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000

Dated: October 25, 2006