10/26/2006 14:46 FAX 202 663 6363        WILMER HALE                              ☒002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 05-197-GMS |

### NOTICE OF DEPOSITION OF JAMES T. CARMICHAEL

PLEASE TAKE NOTICE that on November 9, 2006, commencing at 9:30 am at the law office of Wilmer Cutler Pickering Hale & Dorr, LLP, 1875 Pennsylvania Avenue N.W., Washington, D.C. 20003, (202) 663-6000, or at such other time and place mutually agreed upon by counsel for the parties, Plaintiff Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") will take the deposition upon oral examination of James T. Carmichael. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths and will be recorded by both stenographic and sound-and-visual means. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

GSK serves this Notice without waiver of any objections it may have to deficiencies in Teva's document production and other discovery responses concerning the subject matter of the instant Notice and reserves the right to continue this deposition as necessary in light of any subsequent responses or document productions by Teva.

You are invited to attend and examine the witness.

Dated: October 26, 2006

                                      *Michael Gordon /by/ CcM*

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax:    (202) 663-6363

Patricia Smink Rogowski, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax :   (302) 658-5614

Attorneys for Plaintiffs
SMITH KLINE & FRENCH LABORATORIES LIMITED
AND SMITHKLINE BEECHAM CORPORATION,
D/B/A GLAXOSMITHKLINE

*Of counsel:*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

## CERTIFICATE OF SERVICE

I, Cristina C. Ashworth, hereby certify that on October 26, 2006, I served via facsimile and regular mail NOTICE OF DEPOSITION OF JAMES T. CARMICHAEL to the following individuals:

>Josy W. Ingersoll, Esq.
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Tel.: (302) 571-6600
>Fax. (302) 571-1253

>Stephen D. Dove, Esq.
>Steven A. Engel, Esq.
>Karen M. Robinson, Esq.
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>Tel. (202) 879-5000
>Fax: (202) 879-5200

>Patricia S. Rogowski, Esq.
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801
>Tel.: (302) 658-9141
>Fax: (302) 658-5614

*[signature]*

Cristina C. Ashworth, Esq.
(admitted *pro hac vice* May 17, 2006)