IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 GMS |

### [PROPOSED] ORDER GRANTING TEVA'S MOTION *IN LIMINE* NO. 1

The Court, having considered Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva") Motion *In Limine* No. 1 to Exclude Evidence and Testimony on Commercial Success and Plaintiff GlaxoSmithKline's response, and all further arguments by the parties, hereby ORDERS this ____ day of _____, 2006 that Teva's Motion is GRANTED.

_____
United States District Judge