<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiffs<br><br>vs.<br><br>**TEVA PHARMACEUTICALS USA, INC.**<br><br>Defendant. | Civil Action No. 05-197 (GMS)<br><br>FILED UNDER SEAL |

**DECLARATION OF KAREN E. KELLER
IN SUPPORT OF TEVA'S MOTION *IN LIMINE* NO. 1
TO EXCLUDE EVIDENCE AND TESTIMONY ON COMMERCIAL SUCCESS**

I, Karen E. Keller, declare as follows:

I am admitted to this Court and am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1. Attached hereto as Exhibit A is a true and correct copy of excerpts of plaintiff GlaxoSmithKline's ("GSK") June 29, 2006 Second Supplemental Responses to Teva's First Set of Interrogatories.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts of GSK's October 3, 2005 Response to Teva's First Request for Production of Documents.

3. Attached hereto as Exhibit C is a true and correct copy of GSK's April 27, 2006 Objections to Teva's Second Request for Production of Documents.

4.      Attached hereto as Exhibit D is a true and correct copy of excerpts of GSK's May 2, 2006 Objections to Teva' s Rule 30(b)(6) Notice of Deposition.

5.      Attached hereto as Exhibit E is a true and correct copy of excerpts of the June 29, 2006 Rule 30(b)(6) deposition of Kevin Reeves.

6.      Attached hereto as Exhibit F is a true and correct copy of excerpts of the September 22, 2006 Expert Report of Christopher Vellturo, Ph.D.

7.      Attached hereto as Exhibit G is a true and correct copy of *Chamberlin v. City of Albuquerque*, 2005 WL 2313515 (D.N.M. July 31, 2005).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, DE.

Dated: October 23, 2006                Respectfully submitted,


/s/ *Karen E. Keller*
Karen E. Keller

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on October 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

**BY E-MAIL ON OCTOBER 30, 2006 AND
BY FEDERAL EXPRESS ON OCTOBER 31, 2006**

> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> Michael E. Gordon, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.