<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,**<br><br>Plaintiffs<br><br>vs.<br><br>**TEVA PHARMACEUTICALS USA INC.**<br><br>Defendant. | Civil Action No. 05-197 (GMS)<br><br>FILED UNDER SEAL |

**<u>DECLARATION OF KAREN E. KELLER
IN SUPPORT OF TEVA'S MOTION *IN LIMINE* NO. 2
TO EXCLUDE EXPERT TESTIMONY BY PATENT ATTORNEY EGON BERG</u>**

I, Karen E. Keller, declare as follows:

I am admitted to this Court and am an associate with the law firm of Young Conanway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc., in this action.

1. Attached hereto as Exhibit A is a true and correct copy of the September 22, 2006 Expert Report of Egon Berg.

2. Attached hereto as Exhibit B is a true and correct copy of *Revlon Consumer Products Corp. v. L'Oreal S.A.*, 1997 WL 158281 (D. Del. Mar. 26, 1997).

3. Attached hereto as Exhibit C is a true and correct copy of *ONDEO Nalco Co. v. Eka Chemicals, Inc.*, 2003 WL 1524658 (D. Del. Mar. 21, 2003).

4.  Attached hereto as Exhibit D is a true and correct copy of *Proctor & Gamble Co. v. Teva Pharmaceuticals USA, Inc.*, 2006 WL 2241018 (D. Del. Aug. 4, 2006).

5.  Attached hereto as Exhibit E is a true and correct copy of *Applied Materials, Inc. v. Advanced Semiconductor Materials America, Inc.*, 1995 WL 261407 (N.D. Cal. Apr. 25, 1995).

6.  Attached hereto as Exhibit F is a true and correct copy of *W.R. Grace & Co. v. Viskase Corp.*, 1991 WL 2611647 (N.D. Ill. Oct. 15, 1991).

7.  Attached hereto as Exhibit G is a true and correct copy of *Syngenta Seeds, Inc. v. Monsanto Co.*, 2004 WL 2106583 (D. Del. Sept. 8, 2004).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Dated: October 23, 2006        Respectfully submitted,

*/s/ Karen E. Keller*
Karen E. Keller

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on October 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on October 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

>**BY E-MAIL ON OCTOBER 30, 2006 AND**
>**BY FEDERAL EXPRESS ON OCTOBER 31, 2006**
>
>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA  02109
>
>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Teva Pharmaceuticals U.S.A., Inc.