IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 05-197 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## [PROPOSED] ORDER GRANTING TEVA'S MOTION *IN LIMINE* NO. 3

The Court, having considered Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva") Motion *In Limine* No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit and Plaintiff GlaxoSmithKline's response, and all further arguments by the parties, hereby ORDERS this ___ day of _____, 2006 that Teva's Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge