IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | : : : : : : : : : : : : | Civil Action No. 05-197 GMS |

**[PROPOSED] ORDER GRANTING TEVA'S MOTION _IN LIMINE_ NO. 4**

The Court, having considered Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva")

Motion _In Limine_ No. 4 to Exclude Evidence and Testimony on Patent Prosecution and Plaintiff

GlaxoSmithKline's response, and all further arguments by the parties, hereby ORDERS this ___

day of _____, 2006 that Teva's Motion is GRANTED.

_____
United States District Judge