<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 05-197 (GMS)<br><br>FILED UNDER SEAL |

<u>DECLARATION OF KAREN E. KELLER IN SUPPORT OF TEVA'S MOTION
*IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE AND TESTIMONY
ON PATENT PROSECUTION</u>

I, Karen E. Keller, declare as follows:

I am admitted to this Court and am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1. Attached hereto as Exhibit A is a true and correct copy of the April 5, 2006 Notice of Deposition to Plaintiffs GlaxoSmithKline.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts of the May 5, 2006 Deposition of Gregory Gallagher.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the May 26, 2006 Deposition of David Owen.

4.   Attached hereto as Exhibit D is a true and correct copy of excerpts from Plaintiffs' August 16, 2006 Third Supplemental Responses to Teva's Interrogatories.

5.   Attached hereto as Exhibit E is a true and correct copy of excerpts of the July 20, 2006 Deposition of Peter Giddings.

6.   Attached hereto as Exhibit F is a true and correct copy of Teva's Revised Second 30(b)(6) Notice of Deposition.

7.   Attached hereto as Exhibit G is a true and correct copy of the May 30, 2006 Letter from Michael Gordon to Charanjit Brahma.

8.   Attached hereto as Exhibit H is a true and correct copy of the June 2, 2006 Letter from Charanjit Brahma to Michael Gordon.

9.   Attached hereto as Exhibit I is a true and correct copy of the June 27, 2006 Letter from Mark Rienzi to Charanjit Brahma.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, DE.

Dated: October 23, 2006    Respectfully submitted,

/s/ *Karen E. Keller*
Karen E. Keller

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on October 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

> **BY E-MAIL ON OCTOBER 30, 2006 AND**
> **BY FEDERAL EXPRESS ON OCTOBER 31, 2006**
>
> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109
>
> Michael E. Gordon, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.