IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No. 05-197-GMS<br><br>**PUBLIC VERSION** |

## DECLARATION OF CRISTINA C. ASHWORTH IN SUPPORT OF PLAINTIFF GLAXOSMITHKLINE'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO.2 TO EXCLUDE EXPERT TESTIMONY OF PATENT ATTORNEY EGON BERG

I, Cristina C. Ashworth, declare as follows:

I am admitted to this Court, and I am a counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for the Plaintiff GlaxoSmithKline in this action.

1.    Attached hereto as Exhibit A is a true and correct copy of the expert report of Mr. Egon Berg, dated September 22, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C.

Respectfully submitted,

*/s/ Cristina C. Ashworth*
Cristina C. Ashworth

Dated: October 30, 2006

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on November 6, 2006 **Public Version of Declaration of Cristina C. Ashworth in Support of Plaintiff GlaxoSmithKline's Brief in Opposition to Defendant's Motion In Limine No. 2 To Exclude Expert Testimony by Patent Attorney Egon Berg** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on November 6, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Stephen D. Dove, Esq.
Steven A. Engel, Esq.
Karen M. Robinson, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

/s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_9.DOC