# Exhibit 3

# This Exhibit is redacted in its entirety.