# Exhibit 5

# This Exhibit is redacted in its entirety.