# Exhibit 6

# This Exhibit is redacted in its entirety.