# Exhibit 12

# This Exhibit is redacted in its entirety.