IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH ) <br> LABORATORIES LIMITED and ) <br> SMITHKLINE BEECHAM ) <br> CORPORATION d/b/a ) <br> GLAXOSMITHKLINE, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br>   ) <br> Defendant. ) | Civil Action No. 05-197-GMS |

**PLAINTIFF GLAXOSMITHKLINE'S MOTION
FOR LEAVE TO EXCEED PAGE LIMIT ON
<u>ANSWERING BRIEFS ON MOTIONS IN LIMINE</u>**

GlaxoSmithKline ("GSK") submits this motion to request leave to exceed the Court's page limit for answering briefs on motions *in limine*. In Paragraph 13 of the Scheduling Order (D.I. 17), the Court set out a limit of five (5) pages for answering briefs on motions *in limine*. On October 30, 2006, GSK filed three answering briefs in response to Teva's four opening motions *in limine* (D.I. 123, 124 and 127). The answering briefs to Teva's motions *in limine* Nos. 1 and 2 were each about 6.5 pages. The answering brief to Teva's motion *in limine* Nos. 3 and 4 was a combined answering brief totaling 17 pages. GSK respectfully requests leave to exceed the five-page limit with respect to D.I. 123, 124 and 127.

These answering briefs were well under the page limit set by Local Rule 7.1.3 for other types of motions, and the page lengths of 6.5 to 17 pages were not excessive. While the Court

permits up to ten (10) motions *in limine* per each party, GSK did not file any motions *in limine* in this case. Thus, *in limine* briefing is confined to the four motions brought by Teva. The undersigned Delaware attorney apologizes for her oversight in not earlier requesting leave to exceed the page limit established by this Court.

          Respectfully submitted,

          SMITH KLINE & FRENCH LABORATORIES
          LIMITED AND SMITHKLINE BEECHAM
          CORPORATION, D/B/A GLAXOSMITHKLINE
          By their attorneys,

          */s/ Patricia S. Rogowski*
          Patricia Smink Rogowski (#2632)
          CONNOLLY BOVE LODGE & HUTZ LLP
          The Nemours Building, 1107 North Orange Street
          Wilmington, DE  19801
          Phone:  (302) 658-9141
          Fax :  (302) 658-5614

OF COUNSEL:
William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone:  (617) 526-6000


William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark L. Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:    (202) 663-6363

Dated: November 8, 2006

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on November 8, 2006 was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on November 8, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Josy W. Ingersoll, Esq. | Stephen D. Dove, Esq. |
| Young Conaway Stargatt & Taylor LLP | Steven A. Engel, Esq. |
| 1000 West Street, 17th Floor | Karen M. Robinson, Esq. |
| Wilmington, DE 19801 | Kirkland & Ellis LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, DC 20005-5793 |

*Patricia A. Rogowski*
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_19.DOC