## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD. AND SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | EXHIBIT LIST<br><br>Case No. 05-197 (GMS) |

### GSK'S OBJECTIONS TO TEVA'S EXHIBIT LIST

GSK submits the following objections to Teva exhibits nos. 1-255.  GSK objects to Teva exhibit nos. 256-342 as untimely because they were not served on GSK until the night of November 1, 2006. GSK reserves the right to supplement the objections set forth below:

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 1 | | | | | | |
| DTX 2 | | | | | | |
| DTX 3 | | | | | | |
| DTX 4 | | | | | | |
| DTX 5 | | | | | | |
| DTX 6 | | | | | | |
| DTX 7 | | | | | | |
| DTX 8 | | | | | | |
| DTX 9 | | | | | | |
| DTX 10 | | | | | | |
| DTX 11 | | | | | | |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 12 | | | | | | |
| DTX 13 | | | | | | |
| DTX 14 | | | | | | |
| DTX 15 | | | | | | |
| DTX 16 | | | | | | |
| DTX 17 | | | | | | |
| DTX 18 | | | | | | |
| DTX 19 | | | | | | TEV-RQEXP000529-586, Prosecution History for '860 Patent |
| DTX 20 | | | | | | TEV-RQEXP000587-638, Prosecution History for'808 Patent |
| DTX 21 | Relevance, Hearsay, Foundation, Authenticity | | | | | GSK-REQ024523-24610, Memo from J.P. Hieble, R.M. DeMarinis to Dr. B. Berkowitz, Dr. S. Hecht re Recommendation of SK&F 85738, 89124 and 101468 for Development Project Status |
| DTX 22 | Relevance, Hearsay, Foundation | | | | | DX-22, Roger Eden Curriculum Vitae |
| DTX 23 | Relevance, Hearsay | | | | | DX-23, SK&F Project Meeting Minutes March 13, 1986 |
| DTX 24 | | | | | | DX-24, A. Wright Laboratory Notebook |
| DTX 25 | Relevance, Hearsay, Best Evidence | | | | | DX-25, SK&F Project Meeting Minutes February 27, 1987 |
| DTX 26 | | | | | | DX-26, R. Eden et al: "Preclinical Pharmacology of Ropinirole..." |

2

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 27 | Relevance, Hearsay | | | | | DX-27, GSK Retainer Agreement |
| DTX 28 | Hearsay, Best Evidence, Foundation, Relevance | | | | | DX-28, Draft Project Plan |
| DTX 29 | Relevance, Hearsay, Foundation, Authenticity | | | | | DX-29, Recommendation for Development Project Status |
| DTX 30 | | | | | | DX-30, G. Gallagher et al: *4-[2-(Di-n-propylamine)ethyl]-2(3H) indolone: A Prejunctional Dopamine Receptor Agonist*, J. Med. Chem. 28: 1533-1536 (1985) |
| DTX 31 | Relevance, Hearsay, Foundation | | | | | DX-31, B. Costall et al: "Quantitative Assessment of MPTP-Induced Parkinsonism in the Common Marmoset (Callithrix jacchus)" |
| DTX 32 | Authenticity, Foundation, Hearsay, Relevance | | | | | GSK-REQ024778-780, Cannon et al., *Proposed Dopaminergic Pharmacophore of Lergotrile, Pergolide and Related Ergot Alkaloid Derivatives*, J. Med. Chem.-Communications to the Editor, 24:238-240 (1981) |
| DTX 33 | | | | | | DX-33, B. Costall Curriculum Vitae |
| DTX 34 | Relevance, Foundation | | | | | DX-34, Parkinson's Symposium |
| DTX 35 | | | | | | DX-35, B. Costall and R.J. Naylor Study: "SK&F 101468-A: a centrally acting dopamine agonist having antiparkinson, antidepressant and anxiolytic activity" |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 36 | Relevance, Hearsay, Foundation | | | | | DX-36, Sept. 1987 SK&F Report by B.Costall and R.J. Naylor re Action of 101468-A in Mice with Lesions |
| DTX 37 | Relevance, Hearsay, Foundation | | | | | DX-37, Sept. 1987 SK&F Report by B.Costall and R.J. Naylor re action of 101468-A in a Model of Parkinson's Disease |
| DTX 38 | | | | | | DX-38, May 1989 SK&F Report by B. Costall, A.M. Domeney, and P.A. Gerrard |
| DTX 39 | Hearsay, Relevance, Best Evidence, Authenticity | | | | | DX-39, Preclinical Profile of SK&F 101468-A |
| DTX 40 | | | | | | GSK-JEN000106-112, Cannon, *J., The Design of Potential Anti-Parkinsonian Drugs: What is the Dopaminergic Pharmacophore in Ergot Alkaloids?,* The Proceedings of The Iowa Academy of Science 93(4): 169-174, 1986 |
| DTX 41 | | | | | | DX-41, Teva's Notice of 30(b)(6). Deposition April 5, 2006 |
| DTX 42 | | | | | | DX-42, U.S. Patent 4,452,808 |
| DTX 43 | | | | | | DX-43, Profile of Ropinirole and SK&F #89124 |
| DTX 44 | | | | | | DX-44, Declaration and Power of Attorney |
| DTX 45 | | | | | | DX-45, Gallagher Laboratory Notebook |
| DTX 46 | | | | | | DX-46, Gallagher's Notebook |

# EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 47 | | | | | | DX-47, U.S. Patent 4,314,944 |
| DTX 48 | | | | | | DX-48, U.S. Patent 4,824,860 |
| DTX 49 | Relevance, Foundation, Hearsay | | | | | DX-49, Potential Back-Up Compounds for SK&F 101468 |
| DTX 50 | Relevance, Foundation, Hearsay | | | | | DX-50, Potential Back-Up Compounds |
| DTX 51 | Hearsay, Best Evidence, Relevance, Foundation | | | | | DX-51, R&D Program Project Reviews for SK&F 85174 Project |
| DTX 52 | Relevance, Hearsay, Foundation | | | | | DX-52, J.P. Hieble et al: "Activity of SK&F 89124-A in Several *In Vitro* Receptor Assays" |
| DTX 53 | Relevance, Hearsay, Foundation | | | | | DX-63, A hypothetical indole with the hydroxy at position 7 removed. Drawing |
| DTX 54 | | | | | | DX-54, U.S. Patent 4,314,944 |
| DTX 55 | | | | | | DX-55, Chemical Formulas for 88827 and 89124 |
| DTX 56 | | | | | | DX-56, R. DeMarinis et al: "Syntheses and *In Vitro* Evaluation of 4-(2-aminoethyl)-2-3(fl)-Indolones and Related Compounds..." |
| DTX 57 | | | | | | DX-57, J. Walker et al: "Substituted Oxindoles" |

# EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 58 | Relevance, Foundation, Not Translated | | | | | DX-58, Otsuka Patent Application |
| DTX 59 | Relevance, Hearsay | | | | | DX-59, S. Yoshizaki et al: "Sympathomimetic Amines Having a Carbostyril Nucleus" |
| DTX 60 | Relevance, Hearsay | | | | | DX-60, S. Yoshizaki et al: *Isomers of erythro-5-(l-Hydroxy-2-isopropylaminobutyl)-8-hydroxycarbostyril, a New Bronchodilator*, J. Med. Chem. 20: 1103-1104 (1977) |
| DTX 61 | Relevance, Foundation, Authenticity, Hearsay | | | | | DX-61, Japanese Unexamined Patent Application |
| DTX 62 | | | | | | DX-62, J. Cannon et al: *Proposed Dopaminergic Pharmacophore of Lergotile. Pergolide, and Related Ergot Alkaloid Derivatives* J. Med. Chem. 24:238-240 (1981) |
| DTX 63 | Relevance, Hearsay, Foundation | | | | | DX-63, Indole Formula |
| DTX 64 | | | | | | DX-64, W. Huffman et al: "Communications to the Editor" |
| DTX 65 | Relevance, Not Translated, Foundation | | | | | DX-65, Japanese Patent I |

# EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 66 | Relevance, Not Translated, Foundation | | | | | DX-66, Japanese Patent II |
| DTX 67 | | | | | | GSK-JEN000061-66, Cannon, J., *Preparation and Biological Actions of Some Symmetrically N,N-Disubstituted Dopamines,* J. Med. Chem., 1978, Vol. 21, No. 3 |
| DTX 68 | Relevance, Hearsay | | | | | DX-68, SK&F Project Meeting Minutes 12/04/1985 |
| DTX 69 | | | | | | DX-69, SK&F Project Meeting Minutes 01/09/1986 |
| DTX 70 | | | | | | DX-70, SK&F Project Meeting Minutes 12/09/1985 |
| DTX 71 | Relevance, Hearsay, Foundation | | | | | DX-71, SK&F Research Paper March 1986 |
| DTX 72 | Relevance, Hearsay | | | | | DX-72, SK&F Project Meeting Minutes 02/10/1986 |
| DTX 73 | Relevance, Hearsay | | | | | DX-73, SK&F Project Meeting Minutes 04/18/1986 |
| DTX 74 | Relevance, Hearsay | | | | | DX-74, SK&F Project Meeting Minutes 05/29/1986 |
| DTX 75 | Relevance, Hearsay, | | | | | DX-75, SK&F Meeting 09/03/1986 |
| DTX 76 | Relevance, Hearsay, Best Evidence | | | | | DX-76, Meeting 10/30/1986 |
| DTX 77 | Relevance, Hearsay, Foundation | | | | | DX-77, SK&F Meeting 12/11/1986 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 78 | Hearsay, Relevance, Best Evidence | | | | | DX-78, SK&F Project Meeting Minutes 02/18/1987 |
| DTX 79 | Relevance, Hearsay, Best Evidence | | | | | DX-79, SK&F Project Meeting Minutes 02/27/1987 |
| DTX 80 | Hearsay, Relevance, Best Evidence | | | | | DX-80, Welwyn Project Committee Meeting Minutes 05/20/1987 |
| DTX 81 | Relevance, Hearsay, Foundation | | | | | DX-81, Medical Review Board Meeting Minutes 06/05/1987 |
| DTX 82 | Hearsay, Relevance, Foundation | | | | | DX-82, Welwyn Project Committee Meeting Minutes 06/17/1987 |
| DTX 83 | Relevance, Hearsay, Foundation | | | | | DX-83, 06/19/1987 SK&F Memo re Project Management Committee Meeting 06/04/1987 |
| DTX 84 | Hearsay, Relevance, Foundation | | | | | DX-84, SK&F Project Meeting Minutes 07/01/1987 |
| DTX 85 | Relevance, Hearsay | | | | | DX-85, 10/12/1987 Memo re Welwyn Project Committee Meeting Minutes 10/07/1987 |
| DTX 86 | | | | | | DX-86, SK&F Project Review 101468 |
| DTX 87 | Hearsay, Foundation, Relevance | | | | | DX-87, SK&F Project Meeting Minutes 11/11/1987 |
| DTX 88 | Relevance, Hearsay, Best Evidence, Foundation | | | | | DX-88, 11/23/1987 Memo re SK&F Project Management Committee Meeting Minutes 11/04/1987 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 89 | | | | | | DX-89, SK&F Project Meeting Minutes 03/03/1988 |
| DTX 90 | | | | | | DX-90, SK&F Project Meeting Minutes 05/18/1988 |
| DTX 91 | Relevance, Foundation, Hearsay | | | | | DX-91, Symposium Itinerary 11/21/1989 |
| DTX 92 | | | | | | DX-92, SK&F 101468 Worldwide Development Plan |
| DTX 93 | | | | | | DX-93, B. Costall et al: "Pharmacological Evaluation of SK&F 101468-A" |
| DTX 94 | Relevance, Foundation, Hearsay, Authenticity | | | | | DX-94, J.P. Hieble et al: "Correlation of Dopamine Receptor Selectivity and Hemodynamic Effects on the Intact Animal" |
| DTX 95 | Hearsay, Foundation, Relevance | | | | | GSK-REQ064624-64683, Requip PD: Strat Plan 2005 Presentation |
| DTX 96 | Relevance | | | | | DX-96, GSK Retainer Agreement |
| DTX 97 | | | | | | DX-97, Declaration and Power of Attorney |
| DTX 98 | Relevance, Hearsay, Authenticity | | | | | DX-98, SK&F Project Meeting Minutes 05/29/1986 |
| DTX 99 | Foundation, Relevance, Hearsay | | | | | DX-99, SK&F Project Meeting Minutes 09/28/1988 |
| DTX 100 | Relevance, Hearsay, Best Evidence | | | | | DX-100, SK&F Project Meeting Minutes 10/30/1986 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 101 | | | | | | DX-101, SK&F Meeting 07/16/1986 |
| DTX 102 | Relevance, Hearsay, Authenticity | | | | | DX-102, SK&F Project Meeting Minutes 09/03/1986 |
| DTX 103 | | | | | | DX-103, A. Sulpizio et al: "Aminoethylindolones: $D_2$ Without Apparent CNS Effects" |
| DTX 104 | Relevance, Hearsay, Foundation | | | | | DX-104, SK&F Project Meeting Minutes 07/01/1987 |
| DTX 105 | Relevance, Hearsay, Foundation, Best Evidence | | | | | DX-105, SK&F Project Meeting Minutes 05/18/1988 |
| DTX 106 | | | | | | DX-106, GSK Supplemental Responses to Teva's 1st Set of Interrogatories |
| DTX 107 | Hearsay, Relevance, Foundation | | | | | DX-107, Strategic Brand Plan |
| DTX 108 | Hearsay, Relevance, Foundation | | | | | DX-108, Requip 2001 Situational Analysis 05/14/2001 |
| DTX 109 | Hearsay, Relevance, Foundation, | | | | | DX-109, Ropinirole Q&A |
| DTX 110 | Hearsay, Relevance, Foundation | | | | | DX-110, ReQuip Situation Analysis Data Pack |
| DTX 111 | Hearsay, Relevance, Foundation | | | | | DX-111, ReQuip IR and ReQuip 24-Hour 2006 Strategic Plan |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 112 | Hearsay, Relevance, Foundation | | | | | DX-112, Strategic Brand Plan Situation Analysis 06/07/2001 |
| DTX 113 | Hearsay, Relevance, Foundation | | | | | DX-113, ReQuip Differentiation Strategy Approach Topline Report |
| DTX 114 | Hearsay, Relevance, Foundation | | | | | DX-114, Crosbee Group Initial Observations and Insights 09/30/2002 |
| DTX 115 | Hearsay, Relevance, Foundation | | | | | DX-115, Table 22-1: ReQuip Used in Combination with Other First Line Therapies August 2001 |
| DTX 116 | Hearsay, Relevance, Foundation | | | | | DX-116, Connections Bonding Report re Physicians Messaging Options, 02/20/2004 |
| DTX 117 | Hearsay, Relevance, Foundation | | | | | DX-117, ReQuip PCP Viability Study 03/20/2002 |
| DTX 118 | Hearsay, Relevance, Foundation | | | | | DX-118, Investment Analysis re Promotion of ReQuip to Primary Care Physicians, 03/21/2002 |
| DTX 119 | Hearsay, Relevance, Foundation | | | | | DX-119, ReQuip Neuro Research, 04/08/2002 |
| DTX 120 | | | | | | DX-120, ReQuip 2001 Tactical Plan Revised 12/21/2000 |
| DTX 121 | Hearsay, Relevance, Foundation | | | | | DX-121, ReQuip 2001 Tactical Plan |
| DTX 122 | Hearsay, Relevance, Foundation | | | | | DX-122, RLS and PD Competitors Chart |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 123 | Hearsay, Relevance, Foundation | | | | | DX-123, ReQuip Current Price Position Chart |
| DTX 124 | Hearsay, Relevance, Foundation | | | | | DX-124, GSK Competitor Review |
| DTX 125 | | | | | | DX-125, ReQuip Brand P&L Chart |
| DTX 126 | Hearsay, Relevance, Foundation | | | | | DX-126, ReQuip Revenue Forecast Chart |
| DTX 127 | | | | | | DX-127, ReQuip 2004 Situation Analysis Summary |
| DTX 128 | | | | | | DX-128, ReQuip Market TRxs Chart |
| DTX 129 | | | | | | DX-129, Parkinson's Product Use Qualitative Research Summary Report January 2002 |
| DTX 130 | Relevance, Hearsay | | | | | DX-130, British Patent Application |
| DTX 131 | Foundation, Relevance, Hearsay | | | | | DX-131, Medicament Abstract of the Disclosure |
| DTX 132 | Relevance | | | | | DX-132, Revised Privilege Log of GSK 04/18/2006 |
| DTX 133 | | | | | | DX-133, 11/25/1991 Letter from Giddings to European Patent Office |
| DTX 134 | | | | | | DX-134, 07/26/1991 Letter from European Patent Office to Giddings |

# EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 135 | Hearsay, Relevance, Foundation | | | | | DX-135, SK&F Project Meeting Minutes 08/05/1987 |
| DTX 136 | Relevance | | | | | DX-136, Second Privilege Log of GSK 05/02/2006 |
| DTX 137 | Relevance | | | | | DX-137, Third Privilege Log of GSK 05/24/2006 |
| DTX 138 | Relevance | | | | | DX-138, Fourth Privilege Log of GSK 05/31/2006 |
| DTX 139 | Hearsay, Relevance, Foundation | | | | | GSK-REQ064062-64063, The Strategic Brand Plan: Situation Analysis |
| DTX 140 | | | | | | 10/03/2005, Plaintiff GSK's Responses to Defendant's 1st Set of Interrogatories |
| DTX 141 | | | | | | 04/10/2006, Plaintiff GSK's Supplemental Responses to Defendant's 1st Set of Interrogatories |
| DTX 142 | | | | | | 06/29/2006, Plaintiff GSK's 2nd Supplemental Responses to Defendant's 1st Set of Interrogatories |
| DTX 143 | | | | | | 04/14/2006, Plaintiff GSK's Responses to Defendant's 2nd Set of Interrogatories |
| DTX 144 | | | | | | 06/29/2006, Plaintiff GSK's Supplemental Responses to Defendant's 2nd Set of Interrogatories |
| DTX 145 | | | | | | 10/03/2005, Plaintiff GSK's Responses to Defendant's 1st Set of Requests for Production of Documents and Things |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 146 | | | | | | 06/29/2006, Plaintiff GSK's Supplemental Responses to Defendant's 1st Set of Requests for Production of Documents and Things |
| DTX 147 | | | | | | 04/27/2006, Plaintiff GSK's Responses to Defendant's 2nd Set of Requests for Production of Documents and Things |
| DTX 148 | | | | | | 06/29/2006, Plaintiff GSK's Supplemental Responses to Defendant's 2nd Set of Requests for Production of Documents and Things |
| DTX 149 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 004723-734, Gallagher Memo re Cardiovascular Research Chemistry Report |
| DTX 150 | | | | | | GSK-REQ005139-142, Costall, B., Eden R.J., Harvey, C.A., Kelly, M.E. and Owen, D.A.A., *SK&F 101468-A, A Possible Drug for Treatment of Parkinson's Disease,* Basic, Clinical and Therapeutic Aspects of Alzheimer's and Parkinson's Diseases, 1990, Vol. *2,* ed. by T. Nagatsu et al., Plenum Press, New York. |
| DTX 151 | | | | | | GSK-REQ006755-762, Eden, R.J., Wallduck, M.S., Patel, B. and Owen, D.A.A., *Autonomic and Haemodynamic responses to SK&F 101468 (ropinirole), a DA$_2$ agonist, in anaesthetised cats,* European J. of Pharmacology, 1990, Vol. 175: 333-340. |
| DTX 152 | | | | | | GSK-REQ011542-594, Prosecution History for U.S. Patent No. 4,452,808 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 153 | | | | | | GSK-REQ011595-653, Prosecution History for U.S. Patent No. 4,482,860 |
| DTX 154 | | | | | | TEV-RQEXP000001-004, Acheson, R.M., *An Introduction to the Chemistry of Heterocyclic Compounds,* John Wiley & Sons, 1976. |
| DTX 155 | | | | | | TEV-RQEXP000005-014, Bhatanagar, R.K., Arneric, S.P., Cannon, J.G., Flynn, J. and Long, J.P., *Structure Activity Relationships of Presynaptic Dopamine Receptor Agonists,* Pharmacol. Biochem. & Behavior, 1982, Vol. 17, No. 1:11-19. |
| DTX 156 | | | | | | TEV-RQEXP000015-018, Camerman, N. and Camerman, A., *On the Stereochemistry of Dopaminergic Ergoline Derivatives,* Molecular Pharmacology, 1981, Vol. 19:517-519. |
| DTX 157 | Relevance | | | | | TEV-RQEXP000019-028, Canas-Rodriguez, A. and Leeming, P.R., *N-Phenyl-2-indolinones and N-Phenylindolines. A New Class of Antidepressant Agents,* J. Med. Chem., 1972, Vol. 15, No. 7: 762-770. |
| DTX 158 | | | | | | TEV-RQEXP000029-040, Cannon, J.G, *Dopamine Congeners Derived from the Benzo(f)- quinoline Ring,* Adv. in Biosciences, 1979, 20: 87-94. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 159 | | | | | | TEV-RQEXP000041-46, Cannon, J.G., Demopoulos, B.J., *Synthesis of N-Alkyl Derivatives of 4-(2'-Aminoethyl)indole*, J. Heterocyclic Chem., 1982, Vol. 19, 1195-99 |
| DTX 160 | | | | | | TEV-RQEXP000047-052, Cannon, J.G., Hsu, F., Long, J.P., Flynn, J.R., Costall, B., and Naylor, R.J., *Preparation and Biological Actions of Some Symmetrically N, N-Disubstituted Dopamines*, J. Med. Chem., 1978, Vol. 21, No. 3: 248-253. |
| DTX 161 | | | | | | TEV-RQEXP000053-056, Cannon, J.G., Lee, T., Ilhan, M., Koons, J. and Long, J.P., *6-Hydroxy-4-[2-(di-n-propylamino)ethyl]indole: Synthesis and Dopaminergic Actions*, J. of Medicinal Chemistry, 1984, Vol. 27: 386. |
| DTX 162 | | | | | | TEV-RQEXP000057-058, Cannon, J.G., Long, J.P. and Demopoulos, B.J., *Indole-Derived Fragments of Ergot Alkaloids as Dopamine Congeners*, 8th International Congress of Pharmacology, Satellite Symposium. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 163 | | | | | | TEV-RQEXP000059-072, Costall, B. and Naylor, R.J., *Actions of Dopaminergic Agonists on Motor Function,* Advances in Neurology, 1975, Vol. 9, ed. By D.B. Calne, T.N. Chase and A. Barbeau, 293. |
| DTX 164 | | | | | | TEV-RQEXP000073-080, Geissler, H., *3-{2-(Dipropylamino)ethyl}phenol : a new and selective dopaminergic agonist,* Arch. Pharm. (Weinheim), 1977, Vol. 310:749-756. |
| DTX 165 | | | | | | TEV-RQEXP000081-106, Goldberg, L.I., Volkman, P.H. and Kohli, J.D., *A Comparison of the Vascular Dopamine Receptor with Other Dopamine Receptors,* Ann. Rev. Pharmacol. Toxicol., 1978, Vol 18: 57-79. |
| DTX 166 | | | | | | TEV-RQEXP000107-110, Goodman, L.S. and Gilman, A., editors, *The Pharmacological Basis of Therapeutics,* McMillan Publ. Co., Inc., New York, 1975. |
| DTX 167 | | | | | | TEV-RQEXP000111-114, Joule, J.A. and Smith, G.F., *Heterocyclic Chemistry,* 1972, p. 278. |
| DTX 168 | | | | | | TEV-RQEXP000115-186, Kelly, E.A., *Synthesis of Ergoline analogs for Biological Evaluation,* A Thesis Submitted to the Faculty of Purdue University, December 1978. |
| DTX 169 | | | | | | TEV-RQEXP000187-190, Korolkovas, A., *Essentials of Molecular Pharmacology,* John Wiley & Sons, Inc., New York, 1970. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 170 | | | | | | TEV-RQEXP000191-204, Long, J.P., Gebhart, G.F., Flynn, J.R. and Cannon, J.G., *Vascular and Cardiac Actions of N-di-Alkyl Dopamine Analogs,* Arch. Int. Pharmacodyn., 1980, Vol 245: 104-117. |
| DTX 171 | | | | | | TEV-RQEXP000205-216, Orcutt, J. A., Prytherch, J.P., Konicov, M., and Michaelson, S. M. *Some New Compounds Exhibiting Selective CNS-Depressant Activities Part. 1 Preliminary Observations* Arch. int. Pharmacodyn., 1964, 152, No. 1-2. |
| DTX 172 | | | | | | TEV-RQEXP000217-220, Steinsland, O. and Hieble, J.P., *Dopaminergic Inhibition of Andrenergic Neurotransmission as a Model for Studies on Dopamine Receptor Mechanisms,* Science, 1978, Vol. 199:443-445. |
| DTX 173 | Authenticity, Not translated | | | | | TEV-RQEXP000221-226, Stutz, P.L., Stadler, P., Vigouret, J.M., and Jaton, A. *Derivative von (5R, 8S, 10R)-8-Amino-6-methylergolin als zentral wirksame dopaminerge Stimulatien,* Eur. J. Med. Chem. - Chim. Ther., 1982-17, No. 6, pp. 537-541. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 174 | | | | | | TEV-RQEXP000227-228, Stutz, P.L., Stadler, P., Vigouret, J.M., and Jaton, A. *Ergot alkaloids. New ergolines as selective dopaminergic stimulants,* J. Med. Chem. 1978,21 (8): 754-7. |
| DTX 175 | | | | | | TEV-RQEXP000229-236, Sumners, C. Dijkstra, D., deVries, J. and Horn, A., *Neurochemical and Behaviour Profiles of Five Dopamine Analogues,* Naunyn-Schmeideberg's Arch. Pharmacol., 1981, Vol. 316:304-310. |
| DTX 176 | | | | | | TEV-RQEXP000237-238, Taylor, A.A., Fennell, W.H. and Mitchell, J.R., *Propylbutyldopamine Increases Renal Blood Flow and Decreases Blood Pressure in Man by Activation of $DA_1$ and $DA_2$ Dopamine Receptors,* Clinical Research, 1982, Vol 30, No 2. |
| DTX 177 | | | | | | TEV-RQEXP000239-240, Teitel, S. and O'Brien, J.P., *Selective Removal of an Aromatic Methylenedioxy Group,* J. Org. Chem., 1975, Vol. 41, NO. 9:1657. |
| DTX 178 | Not Translated, Authenticity | | | | | TEV-RQEXP000241-248, Von M. Muller and R. Schmiedel, *Antikonvulsive Wirkungen des Oxindols un Dioxindols,* Med. Exp., 1964, Vol 11:149-156. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 179 | | | | | | TEV-RQEXP000249-254, Cannon, J.G., *The Design of Potential Anti-Parkinsonian Drugs: What is the Dopaminergic Pharmacophore in Ergot Alkaloids?* Proc. Iowa Acad. Sci., 1986, Vol. 93, No. 4: 169-174. |
| DTX 180 | Authenticity, Foundation, Hearsay | | | | | GSK-REQ000993-1074, *September 1996, SB Report No. PW005BA, SmithKline Beecham Pharmaceuticals, SK&F 101468-A: a centrally acting dopamine agonist having antiparkinson, antidepressant and anxiolytic activity* |
| DTX 181 | Relevance, Hearsay, Foundation | | | | | GSK-REQ001309-25,, *July 1988, SB Report No. PPOUBA, SmithKline Beecham Pharmaceuticals, SK&F 101468-A, SK&F89124-A, and SK&F 104557-A with Central Adrenergic Receptors* |
| DTX 182 | Relevance, Hearsay, Foundation | | | | | GSK-REQ003824-48, *March 1987, SK&F Report No. PW011BA, The effect of acute intravenous administration of SK&F 101468-A (50 or 500 ug/kg) on respiratory function in anaesthetized cats* |
| DTX 183 | Relevance, Hearsay, Foundation | | | | | GSK-REQ003290-34, *Feb 1987, SK&F Report No. PW007BA, The dose-related effects on blood pressure and heart rate of the intravenous infusion of SK&F 101468A to ananesthetised spontaneously hypertensive rats by R.J. Eden, D.A.A. Owen, S.Parker* |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 184 | | | | | | GSK-REQ004046-9, *January 28, 1985, Memo from Dr. A. Mastrocola to Dr. J. Fortunak Re: Preparation of 4-(2-Aminoethyl)-7-methoxy-2(3H)-indolone Hydrochloride, SK&F 87769-A. SK&F 89214 Synthesis, Step 7, Route A* |
| DTX 185 | Relevance, Hearsay, Foundation | | | | | GSK-REQ004575-80, *February 16, 1983, From R. M. DeMarinis to Dr. Wilson, Dr. Ross, Mr. Franz, Mr. Gallagher, Dr. Lafferty, Mr. Shah, Mr. Venslavsky, Ms. Lavanchy, Dr. Wise, Mr. Webster, Dr. Stringer, RE: Summary of Chemistry Discussion Session February 3, 1983* |
| DTX 186 | Relevance, Hearsay. Foundation | | | | | GSK-REQ004581-82, Memo from Ross, Gallagher, Weinstock to Perchonock re Preparation of Isatin 11/15/1982 |
| DTX 187 | Relevance, Hearsay, Foundation | | | | | GSK-REQ004698-4713, Memo from DeMarinis to Wilson re Research Chemistry Semiannual Status Report 04/31/1982 |
| DTX 188 | Relevance, Hearsay, Foundation | | | | | GSK-REQ004723-34, Memo from Gallagher to Wilson re Cardiovascular Research Chemistry Report Project from 11/1/81 to 4/30/82 |
| DTX 189 | Relevance, Hearsay, Foundation | | | | | GSK-REQ004832-4869, Memo from Ross, Gallagher, DeMarinis to Mastrocola re Synthetic Experience Related to SK&F 89124 12/27/83 |
| DTX 190 | Relevance, Hearsay, Foundation | | | | | GSK-REQ007128-37, Distribution List -Minutes SK&F 101468 Project Team Meeting 1/20/88 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 191 | Relevance, Hearsay, Foundation | | | | | GSK-REQ007215-22, WELWYN Distribution List - Minutes SK&F 101468 Project Team Meeting 12/9/88 |
| DTX 192 | Relevance, Foundation, Hearsay, Best Evidence | | | | | GSK-REQ007337-7499, Proceedings of R&D Program Project Review - Alpha-Receptor Program 11/8/84 |
| DTX 193 | Hearsay, Relevance, Foundation | | | | | GSK-REQ007948-49, Memo from Ross, DeMarinis, Gallagher to Mastrocola re Conversion of SK&F 1/26/84 |
| DTX 194 | Relevance, Hearsay, Foundation | | | | | GSK-REQ007950-59, Memo from Ross to Mastracola re Alternate Synthetic Routes to SK&F 1/26/84 |
| DTX 195 | | | | | | GSK-REQ008151-55, Welwyn Project Operating Committee, 01/1988 |
| DTX 196 | Relevance, Hearsay, Foundation | | | | | GSK-REQ008158-69, Welwyn Project Operating Committee, 3/16/88 |
| DTX 197 | Relevance, Hearsay, Foundation | | | | | GSK-REQ008258-61, Memo from Lewis to Project Leaders re Philadelphia Project Operating Committee Minutes - 6/1/1987 |
| DTX 198 | Relevance, Hearsay, Foundation | | | | | GSK-REQ008273-87, Distribution List for Project Management Committee 8/6/87 |
| DTX 199 | Relevance, Hearsay, Foundation | | | | | GSK-REQ008361-65, Philadelphia Project Operating Committee re R&D Project Operating Committee Meeting Minutes for 10/28/85 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 200 | Relevance, Hearsay, Foundation | | | | | GSK-REQ013518-36, *The Effect of SK&F 101468-A, on the Central Nervous System*, R.Eden, A. Wright & M.Clarke 02/1987 |
| DTX 201 | Hearsay, Best Evidence, Relevance, Foundation, Authenticity | | | | | GSK-REQ 013679-860, Peripheral Dopamine Receptors |
| DTX 202 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 014418-14429, *Draft Minutes of the SK&F 101468-A Project Team Meeting*, April 18 1986. |
| DTX 203 | | | | | | GSK-REQ 014660-14661, Smith, Kline, and French Laboratories Ltd., *Request for Grant of a United Kingdom Patent, No. 8712073,May 2\ 1987.* |
| DTX 204 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 015678-15681, *Memorandum from D. Shah and R. DeMarinis to Antianginal/Antihypertensive Team*, April 20 1982. |
| DTX 205 | Relevance, Hearsay, Foundation, Best Evidence | | | | | GSK-REQ 017737-017924, *SK&F 101468 Development Plan*, July 1985. |
| DTX 206 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 017977-17981, *Minutes of the SK&F 101468 WWCSC Meeting*, February 3 1988. |
| DTX 207 | Relevance, Hearsay, Foundation | | | | | GSK-REQ018110-018118, *Distribution List for Welwyn Project Operating Committee*, Sept. 23 1987 |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 208 | | | | | | GSK-REQ 018186, *Acknowledgement and General Assignment of David Owen*, Feb.16 1988 |
| DTX 209 | | | | | | GSK-REQ 018276-18288, Smith, Kline, and French Laboratories Ltd., *Request for Grant of a United Kingdom Patent, No. 8712073*, May 21 1987. |
| DTX 210 | Relevance | | | | | GSK-REQ 018291-18294, Smith, Kline, and French Laboratories Ltd., *Request for Grant of a European Patent, No. 88304555.1*, April 17 1990. |
| DTX 211 | Relevance | | | | | GSK-REQ 018296-18297, *Supplement to European Patent Application 88304555.1.* |
| DTX 212 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 023809-23822, Roesler, Judith et al, *Effects of Intravenous or Oral Administration of SK&F 101468-A on Arterial Blood Pressure and Heart Rate in the Rat*, Internal SK&F Document, January 14 1983. |
| DTX 213 | Relevance, Hearsay, Foundation | | | | | GSK-REQ 024772-024774, *Memorandum from J. Wilson to A Blumberg et al re: SK&F 89124 - Implications, Objectives, and Future Plans*, February 19 1982. |
| DTX 214 | | | | | | GSK-REQ 094553-94558, Nomoto, M. et al, *The Dopamine D2 Agonist LY141865, But Not the Dl Agonist SKF 38393, Reverses Parkinsonism Induced by 1-Methyl-4-Phenyl-l, 2,3,6-Tetrahydropyridine (MPTP) in the Common Marmoset*, Neuroscience Letters 57, 37-41, 1985. |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 215 | | | | | | GSK-BAR 000116-000121, Neumeyer at al., Journal of Medicinal Chemistry 1974, *17,* 1090-1095, Aporphines. 11. Synthesis and Dopaminergic Activity of Monohydroxyaporphines. Total Synthesis of (+-)-l 1-Hydroxyaporphine, (+-)-l 1-Hydroxynoraporphine, and (+-)-l 1-Hydroxy-N-n-propylaporphine" |
| DTX 216 | | | | | | GSK-BAR 000122-000125, Cannon, Lee, Ihan, Koons & Long, *Journal of Medicinal Chemistry* 1984,*27,* 386-389, "6-Hydroxy-4-[2(di-n-propylamino)ethyl]indole: Synthesis and Dopaminergic Action" |
| DTX 217 | | | | | | GSK-JEN 001034-1047, Schmidt, M, *Pharmacological Characterization of the Dopamine Renal Vascular Receptor. In pharmacology and functional Regulation of Dopaminergic Neurons.* (1988) |
| DTX 218 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP000356-000357, Neumeyer, John L. *Staff Biography* http://www.mclean.harvard.edu/about/bios /detail.php Mclean Hospital: a Harvard Medical School Affiliate |
| DTX 219 | | | | | | TEV-RQEXP000358-000469, Cannon, Joseph G., *Dopamine Agonists: Structure-activity relationships.* The University of Iowa, Iowa City, Iowa |
| DTX 220 | | | | | | GSK-SUD000065-86, Mirapex Tablets -Information Booklet |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 221 | | | | | | GSK-SUD000126-162, Requip Tablets-Prescribing Information |
| DTX 222 | Relevance | | | | | TEV-RQEXP000320-324, Grosset, Katherin, Needleman, Fiona, *et al. Switching From Ergot to Nonergot Dopamine Agonists in Parkison's Disease: A Clinical Series and Five-Drug Dose Conversion Table.* Clinical/Scientific Notes Vol.19, No. 11,2004 ppl370-1374 |
| DTX 223 | Relevance | | | | | TEV-RQEXP000325-329, Weintraub, Daniel, et al. *Association of Dopamine Agonist Use With Impulse Control Disorders in Parkinson Disease.* Arch Neurol. 2006;63:969-973 |
| DTX 224 | Relevance | | | | | TEV-RQEXP000330-334, Voon, V., Hassan, K., Zurokwski, S, *et al., Prospective prevalence of pathologic gambling and medication association in Parkinson disease.* Neurology 2006;66:1750-1752 |
| DTX 225 | Relevance | | | | | TEV-RQEXP000335-342, Avorn, Jerry, *et al. Sudden Uncontrollable Somnolence and Medication Use in Parkinson Disease.* Arch Neurol 2005;62:1242-1248 |
| DTX 226 | Relevance | | | | | TEV-RQEXP000343-348, Razmy, Ajmal. *Predictors of Impaired Daytime Sleep and Wakefulness in Patients With Parkinson Disease Treated with Older (Ergot) vs Newer (Nonergot) Dopamine Agonists.* Arch Neurol. 2004; 61:97-102 |

26

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 227 | | | | | | TEV-RQEXP000349-355, Tan, Eng-King; Jankovic, Joseph. *Choosing Dopamine Agonists in Parkinson's Disease.* Clinical Neuropharmacology Vol. 24, No. 5, pp. 247-253 |
| DTX 228 | | | | | | GSK-JEN 000072-79, Cannon, J., *Future Directions in Dopaminergic Nervous System and Dopaminergic Agonists,* J. Med. Chem. Vol. 24, No. 10, Oct. 1981 |
| DTX 229 | | | | | | GSK-JEN 000127-133, Carlsson, A., *Dopamine Receptor Agonists: Intrinsic Activity vs. State of Receptor,* J. Neural Transmission 57, 309-315 (1983) |
| DTX 230 | | | | | | GSK-JEN000143-147, Carlsson, A., *The intrinsic Activities of the partial dopamine receptor agonists (-)-3-PPP and TDHL on pituitary dopamine receptors are lower in female than in male rats.* Eur.J Pharmacol. 142 (l):39-43 |
| DTX 231 | | | | | | GSK-JEN000606-615, Goldberg, L., *Dopamine receptors and hypertension. Physiologic and pharmacologic implications,* Am.J.Med. (1984) |
| DTX 232 | | | | | | GSK-JEN 000798-801, Kebabian, J., *Multiple Receptors for Dopamine,* Nature (1979) |
| DTX 233 | | | | | | GSK-JEN 000802-807, Kebabian, J., *Pharmacological and biochemical evidence for the existence of two categories of dopamine receptor,* Can.J.Neurol.Sci. 11 (1984) |

# EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 234 | Relevance, Hearsay, Best Evidence, Foundation | | | | | TEV-RQEXP000470-1, An Introduction to Drug Development - Slide 7, http://www.netsci.org/scgi-bin/Courseware/projector.pl?Course_num= course 1 &Filename=slideO7 .html |
| DTX 235 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP000472-506, The Price of Innovation - New Estimates of Drug Development Costs,http://www.cptech.org/i p/health/eco n/dimasi2003.pdf |
| DTX 236 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP000507-12, New Estimates of Drug Development Costs,http://www.cptech.org/i p/health/eco n/frank2003.pdf |
| DTX 237 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP 000513-5, Tufts CSDD,http://csdd.tufts.edu/N ewsEvents/R ecentNews.asp?newsid=6 |
| DTX 238 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP 000516-7, C&EN - Today's Headlines - Drug Development Costs about $1.7 Billion,http://pubs.acs.org/ce n/topstory/81 50/8150notw5.html |
| DTX 239 | Relevance, Hearsay, Foundation | | | | | TEV-RQEXP 000518-20, The Real Cost of Drug Development, http://www.touchbriefings.co m/pdf/1842/ Chris Adams.pdf |
| DTX 240 | Relevance, Hearsay | | | | | TEV-RQEXP 000521-4, Parkinson's Disease Treatments, http://hcd2.bupa.co.uk/fact sheets/html/Pa rkinsons_disease.html |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 241 | Relevance, Hearsay | | | | | TEV-RQEXP 000525-6, Parkinson's Disease - Treatment Options - Conditions and Treatments - Drug Digest,http://www.drugdigest .org/DD/HC/ Treatment/0,4047,550186,00. html |
| DTX 242 | Relevance, Hearsay | | | | | TEV-RQEXP 000527, The History of Drugs for the Treatment of Parkinson's Disease, http://www.ncbi.nlm.nih.gov/ entrez/query. fcgi?cmd=Retrieve&db=Pub Med&listuid s=1491242&dopt=Abstract |
| DTX 243 | Relevance, Hearsay | | | | | TEV-RQEXP000528, Verispan Data (CD) |
| DTX 244 | Relevance, Hearsay, Foundation | | | | | GSK-REQ021142-21152, Market 3/1 PLAN 2001-2003; Market: Parkinson's Disease Requip for use by Pharmaceuticals Europe and North America |
| DTX 245 | Relevance, Hearsay, Foundation | | | | | GSK-REQ025485-25654, Requip NH Directors Meeting October 2002 |
| DTX 246 | Relevance, Hearsay, Foundation | | | | | GSK-REQ025631-25672, Requip Clinical Specialist Brand Strategy and Q&A. Kevin Reeves-Brand Director |
| DTX 247 | Relevance, Hearsay, Foundation | | | | | GSK-REQ025674-25691, Realizing the Power: Brand Overview & Tactical Plan for Requip. Kevin Reeves-Brand Director |

## EXHIBIT 10 TO PROPOSED PRETRIAL ORDER

| Def. No. | GSK'S Objections | Date Offered | Marked | Admitted | Experts | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DTX 248 | Relevance, Hearsay, Foundation | | | | | GSK-REQ025722-25734, Realizing the Power: Requip RLS 2003 Plan Review. Linda M. Richardson, Senior Product Manager |
| DTX 249 | Relevance, Hearsay, Foundation | | | | | GSK-REQ025775-787, Requip PD 2002-2003 Planning |
| DTX 250 | Relevance, Hearsay, Foundation | | | | | GSK-REQ055075-55136, May 14th, 2001 Powerpoint: Requip 2001 Situation Analysis - Data Pack |
| DTX 251 | Relevance, Hearsay, Foundation | | | | | GSK-REQ055412-55462, 8/28/2002 Requip 2002 Strategic Plan Review |
| DTX 252 | Relevance, Hearsay, Foundation | | | | | GSK-REQ055481-55523, 4/19/2002 Requip 2002 Situation Analysis |
| DTX 253 | Relevance, Hearsay, Foundation | | | | | GSK-REQ057660-57712, 6/11/2004 Requip 2004 Situation Analysis |
| DTX 254 | Relevance, Hearsay, Foundation | | | | | GSK-REQ063872-63917,4/19/2002 Requip 2002 Situation Analysis |
| DTX 255 | Relevance, Hearsay, Foundation | | | | | GSK-REQ063665-63666, 6/7/2001 The Strategic Brand Plan: Situation Analysis |

# EXHIBIT 11 TO PROPOSED PRETRIAL ORDER

### TEVA'S STATEMENT OF OBJECTIONS TO GSK'S WITNESSES

Teva objects to GSK's calling any witnesses not timely or properly disclosed including Mr. Richard D. Foggio and Mr. Stuart R. Suter. These individuals were identified by GSK simply as "persons with knowledge" on the day before the close of the extended fact discovery period, thus precluding Teva's ability to take discovery related to them. Similarly, Teva objects to GSK's identification of unidentified witnesses such as the unnamed "document custodian" on its witness list.

Teva objects to GSK's calling any witnesses by deposition where the witness is under the control of GSK or its attorneys including consultants.

Teva objects to GSK's calling witnesses inconsistent with the motions *in limine* filed by Teva, which are incorporated here by reference.

Teva objects to the proffered testimony of Mr. Berg for the reasons set forth in its motion *in limine*.

Teva objects to any testimony on issues that are not before the Court including alleged willful infringement or infringement.

Teva objects to any proffered testimony that seeks to untimely supplement discovery responses. Teva objects to any proffered expert testimony for which there was no notice as required by the governing rules and procedures.

These objections are without prejudice to Teva's objections to specific testimony and lines of examination at trial whether in person or by deposition. Teva's objections are without prejudice, and should not be construed as restricting, Teva's ability to call witnesses for its own purposes consistent with the governing rules and procedures. Teva reserves the right to supplement its objections to the extent GSK's witness list is revised.

# EXHIBIT 12 TO PROPOSED PRETRIAL ORDER

### TEVA'S LIST OF WITNESSES

**I.    Witnesses Teva Intends To Call In Person or By Deposition**

Defendant Teva Pharmaceuticals USA, Inc. expects to call at least the following witnesses in its case in chief in person or by deposition:

      (a)    Joseph G. Cannon



      (b)    Gregory Gallagher, Jr.



      (c)    John P. Long



      (d)    David A.A. Owen



**II.    Witnesses Teva May Call In Person or By Deposition**

Teva may call one or more of the following witnesses in person or by deposition:

      (a)    Harry C. Boghigian



      (b)    James Carmichael



      (c)    Brenda Costall



# EXHIBIT 12 TO PROPOSED PRETRIAL ORDER

(d)    Roger J. Eden



(e)    Peter J. Giddings



(f)    Carol Harvey



(g)    J. Paul Hieble



(h)    William F. Huffman



(i)    Deborah Jaskot



(j)    Anne Payne



(k)    Kevin Reeves



(l)    Scott Stofik



(m)    Daniel Tarsy, MD



# EXHIBIT 12 TO PROPOSED PRETRIAL ORDER



(n)      Any person identified by GSK on its witness list.

Teva reserves the right to amend this list as circumstances may warrant consistent with the Court's rules and practices, including to the extent the Court precludes or permits particular witness testimony. Additionally, Teva reserves the right to call any witnesses identified by GSK on its witness list.

## EXHIBIT 13 TO PROPOSED PRETRIAL ORDER

## <u>GSK'S OBJECTIONS TO TEVA'S LIST OF WITNESSES</u>

These objections are in response to the draft witness list served by Teva on October 13, 2006.  GSK expressly reserves the right to supplement its objections to Teva's witness list in response to the complete pretrial order that the parties will file with the Court on November 3, 2006, and in light of the fact that Teva has not disclosed the proposed subject matter to which each witnesses is expected to testify.  Further, these objections should not be construed to restrict in any way GSK's ability call the witnesses listed below for its own purposes.

Further, GSK objects to the extent that any witness's testimony is irrelevant to the facts at issue in this case.  GSK also objects to any attempt by Teva to introduce expert testimony from witnesses that have not been previously disclosed as an experts pursuant to Federal Rule of Civil Procedure 26(a)(2).

Should the testimony of Mr. Egon E. Berg be precluded, GSK objects to the testimony of Mr. James Carmichael.  Finally, these objections are without prejudice to GSK's objections to specific testimony and lines of examination at trial whether in person or by deposition.  GSK reserves the right to supplement its objections to the extent that Teva's draft witness list is revised.

# EXHIBIT 14 TO PROPOSED PRETRIAL ORDER

## GSK'S STATEMENT OF EXPERT WITNESS QUALIFICATIONS

GSK submits the following statement of qualifications for the expert witnesses it anticipates calling at trial at this time:

**(1)    Dr. Paul A. Bartlett**

Dr. Bartlett is currently a Professor of Chemistry, Emeritus at University of California, Berkeley.  He received his A.B. in Chemistry from Harvard University in 1969 and subsequently received his Ph.D. in Organic Chemistry from Stanford in 1972.  After completing his doctoral degree, he was a postdoctoral fellow at the University of California, San Diego from 1972-73.

Since joining the faculty as a professor at the Berkeley campus in 1973, Dr. Bartlett has advised and supervised numerous graduate students.  Sixty-three Ph.D. students received their degrees under Dr. Bartlett's supervision, and an additional 75 scientists received their postdoctoral training under him. He is the Director of the Center for New Directions in Organic Synthesis, which he founded in 1999.

Dr. Bartlett is the co-author of 180 articles and abstracts in the field of organic chemistry, and the recipient of the 1990 Cope Scholar Award from the American Chemical Society.  In 1994, he was elected as a Fellow of the American Academy of Arts and Science.  Since 1979, he has consulted for such companies as Schering-Plough and the Bristol-Myers Company, in addition to other companies engaged in medicinal chemistry, agrochemistry, biotechnology, and chemical software development.  Dr. Bartlett co-founded a successful start-up company that specializes in drug discovery tools, and has extensive experience in the drug discovery and development process within the industrial context.

## EXHIBIT 14 TO PROPOSED PRETRIAL ORDER

Among the topics Dr. Bartlett will testify to is the non-obviousness of the '808 patent over the prior art. Specifically, Dr. Bartlett will define one of ordinary skill in the art and provide background on organic chemistry and drug development. He will testify that Claim 5 of the '808 patent was neither anticipated in any single reference nor would a person of ordinary skill in the art would have found the invention obvious. Furthermore, Dr. Bartlett will rebut the opinions of Drs. Cannon and Long regarding the validity of the'808 patent and explain why their respective analyses are inaccurate and mistakenly use the benefit of hindsight in evaluating the invention of ropinirole. Finally, Dr. Bartlett will testify that the genus claims of the '808 and '860 patents were reasonable and within the norm for generic chemical and pharmaceutical compound claims.

**(2)    Mr. Egon E. Berg**

Mr. Egon Berg is an expert in patent practice and procedure, in particular with respect to pharmaceutical and chemical patents, and has worked in the patent field for nearly forty-seven years. Mr. Berg worked for Wyeth for 33 years and ultimately rose to the position of Vice President and Associate General Counsel, Intellectual Property, before his retirement in 2004. As Vice President and Associate General Counsel, he was ultimately responsible for Wyeth's extensive worldwide patent and trademark portfolio (which today includes approximately 2,000 United States patents).

Mr. Berg also served as a patent examiner at the United States Patent & Trademark Office from 1959 until 1963, and was responsible for examining patent applications for small molecule pharmaceuticals. During his tenure, Mr. Berg reviewed at least 150 United States patent applications and received three awards for superior performance from the Department of Commerce. Mr. Berg has a Bachelors of Science degree in Chemistry from Rutgers University,

2

## EXHIBIT 14 TO PROPOSED PRETRIAL ORDER

and a *Juris Doctor*, with Honors, from the George Washington University School of Law in

1963. From 1963 until 1971, he was in private practice with Darby & Darby in New York, NY,

and during that time drafted at least 50 United States patent applications in the chemical arts.

Mr. Berg will testify about the customary standards and practices in drafting patents, that

GSK's actions were consistent with these normal standards and practices employed by attorneys

in the patent field, and that, therefore, no inequitable conduct can be inferred from the manner in

which the '808 and '860 patent applications were drafted. Specifically, he will offer the opinion

that the generic claims of the '808 patent are reasonable in light of the patent's specification

disclosures, and are typical of generic claims that patent practitioners routinely seek to protect a

new compound or method of use.

Mr. Berg will also testify that the information related to human dosage in the

specification to the '808 patent would have been understood as such by the patent examiner to be

a prophetic example. In addition, Mr. Berg will offer the opinion that a patent examiner would

have understood that a pharmaceutical compound being patented for the first time would not yet

have reached the stage of development at which the FDA permits human testing. Finally, Mr.

Berg will testify that the prophetic example relating to human dosage was not material to

patentability and was consistent with the normal practices employed by patent attorneys when

drafting pharmaceutical patent applications.

**(3)    Dr. Peter G. Jenner**

Professor Peter Jenner is a Professor of Pharmacology and Director of the

Neurodegenerative Diseases Research Centre at King's College London in London, UK.

Among other things, Professor Jenner will provide background information on the

nervous system and how signals are conducted, including the role of chemicals and

## EXHIBIT 14 TO PROPOSED PRETRIAL ORDER

neurotransmitters in this process. He will also provide background information specifically about dopamine and its receptors, dopamine agonists, and the history of drug treatment for Parkinson's Disease.

Professor Jenner will offer opinions regarding the development of ropinirole and its use in the treatment of Parkinson's Disease. He will testify that there was considerable uncertainty as to which compounds would stimulate dopamine receptors and that the structures and theories of how such compounds acted was diverse. He will also testify about the perceived importance of catechols structures at the time of the filing of the '808 patent.

Professor Jenner will further testify that at the time of the '860 patent, it was incorrect to equate peripheral and central dopamine receptors and that one would not conclude that activity at the peripheral dopamine receptors would result in activity at the central dopamine receptors. He will also testify that the initial testing performed by GSK would have suggested that ropinirole does not have central nervous system effects.

Finally, Professor Jenner will offer testimony rebutting the opinions offered by Teva's experts Drs. Joseph G. Cannon and John Paul Long. The subject matter of Professor Jenner's testimony is set forth in his expert report and attachments thereto, the entirety of which are incorporated here by reference.

**(4)    Dr. Lewis Sudarsky**

Dr. Lewis Sudarsky is an Associate Physician in Neurology and the Director of the Movement Disorder Program at Brigham and Women's Hospital in Boston. He is also an Associate Professor of Neurology at Harvard Medical School. Dr. Sudarsky will offer testimony rebutting the opinions offered by Teva's experts.

4

**EXHIBIT 14 TO PROPOSED PRETRIAL ORDER**

Among other things, Dr. Sudarsky will provide background information on Parkinson's Disease and its symptoms, as well as available treatment options and their effects. Dr. Sudarsky will offer opinions regarding the clinical and dosing advantages of REQUIP® over other Parkinson's Disease drugs, including pramipexole. In addition, Dr. Sudarsky will testify that REQUIP is a useful drug to have in the armamentarium for treating Parkinson's Disease. Dr. Sudarsky will also testify that REQUIP can be effectively used as an adjunctive therapy with levodopa or as an initial monotherapy to delay the motor complications associated with levodopa. Dr. Sudarsky will also testify that REQUIP works better for certain patients than pramipexole.

Finally, Dr. Sudarsky will provide background information regarding Restless Legs Syndrome ("RLS") and its symptoms, as well as available treatment options and their effects. He will testify that REQUIP is a useful drug to have in the armamentarium for treating RLS and that REQUIP satisfied a long-felt medical need for an FDA-approved treatment for RLS.

**(5)    Dr. Christopher A. Vellturo**

Christopher A. Vellturo is the founder and president of Quantitative Economic Solutions, LLC, an economic consulting firm. He received a Ph.D. in Economics from the Massachusetts Institute of Technology in 1989, and specializes in industrial organization and econometrics. Dr. Vellturo has performed extensive economic analyses in a wide range of industries, and has provided expert testimony in the context of mergers and acquisitions, antitrust litigation, and intellectual property litigation. He has been found qualified by several federal district courts to provide testimony on the issue of commercial success.

Dr. Vellturo will testify about Requip's commercial success. In particular, Dr. Vellturo will testify about Requip's sales of more than $890 million in the United States alone since its

## EXHIBIT 14 TO PROPOSED PRETRIAL ORDER

approval in 1997.  In addition, Dr. Vellturo will testify about how these sales, along with

Requip's growth, market share, displacement of other products, and ongoing profitability, render

Requip a commercial success.  Dr. Vellturo will also testify about the nexus between this

commercial success and the patents-in-suit.  In particular, Dr. Vellturo will testify that this

success is due in significant part to the inventions claimed in the patents—namely, the compound

ropinirole hydrochloride  (claimed in claim 5 of the '808 patent) and its use in the treatment of

Parkinson's Disease (claimed in claim 3 of the '860 patent).  Dr. Vellturo will also explain that

this success cannot be attributed to marketing but, rather, derives from the recognized therapeutic

benefits of the product.

# EXHIBIT 15 TO PROPOSED PRETRIAL ORDER

### TEVA'S STATEMENT REGARDING THE
### QUALIFICATIONS OF ITS EXPERT WITNESSES

**Regarding Joseph G. Cannon, Ph.D.:**

Dr. Cannon has been Professor Emeritus at the University of Iowa in the area of Medicinal Chemistry since 1996.  From 1965-1996, he served as Professor of Medicinal Chemistry, and from 1962-1965 he served as Associate Professor of Medicinal Chemistry at the University of Iowa.  Previously, he served as Associate Professor of Pharmaceutical Chemistry from 1960-1962 and Assistant Professor of Pharmaceutical Chemistry from 1956-1960 at the University of Wisconsin.  Dr. Cannon has also served as National Chairman of the Division of Medicinal Chemistry of the American Chemical Society from 1971-1972 and is a Fellow of the American Association of Pharmaceutical Scientists.  He has also served on the editorial boards of several of the major publications related to the field of medicinal chemistry, including the *Journal of Medicinal Chemistry* from 1973-1978, *Drug Design and Delivery* from 1987-1989, and *Chirality* from 1988-1992.

Dr. Cannon received the American Chemical Society's Award for Distinguished Achievement in 1992 and the Edward E. Smissman Bristol Myers Squibb Award in Medicinal Chemistry from the Division of Medicinal Chemistry of the American Chemical Society.

Dr. Cannon received his B.S. in the field of pharmacy from the University of Illinois in 1951.  He received his M.S. in Chemistry in 1953 and his Ph.D. in Chemistry (with a minor in Pharmacology) in 1956, both from the University of Illinois.

Dr. Cannon's Curriculum Vitae is incorporated herein by reference.

# EXHIBIT 15 TO PROPOSED PRETRIAL ORDER

**Regarding John Paul Long, Ph.D.:**

Dr. Long is Professor Emeritus at the University of Iowa in the area of Pharmacology. Before taking emeritus status, he was Professor of Pharmacology at the University of Iowa from 1963 to 1996. Dr. Long has lectured internationally on the subject of pharmacology and has authored or co-authorized approximately 325 peer-reviewed publications. He is or has been a member of the American Society for Pharmacology and Experimental Therapeutics, New York Academy of Sciences, American Association for the Advancement of Science, Iowa Academy of Science, and Society for Experimental Biology and Medicine.

Dr. Long received his B.S. in Chemistry in 1950, his M.S. in Pharmacology in 1952, and Ph.D. in Pharmacology in 1954, all from the University of Iowa, Iowa City.

Dr. Long's Curriculum Vitae is incorporated herein by reference.


**Regarding Daniel Tarsy, M.D.:**

Dr. Tarsy received his undergraduate degree from Cornell University in 1962. He graduated from New York University School of Medicine, New York in 1966.

Dr. Tarsy has been Associate Neurologist at Beth Israel Deaconess Medical Center, Boston since 1997. In his capacity as Associate Neurologist, he treats many patients with Parkinson's disease and Restless Legs Syndrome. Since 1997, he has also been Vice President of the Department of Neurology at Beth Israel Deaconess Medical Center as well as Director, Parkinson's Disease and Movement Disorders Center, Beth Israel Deaconess Medical Center. Dr. Tarsy was also appointed Professor in Neurology at Harvard Medical School, Boston in 2004.

Dr. Tarsy's Curriculum Vitae is incorporated herein by reference.

# EXHIBIT 15 TO PROPOSED PRETRIAL ORDER

**Regarding Harry C. Boghigian:**

 Mr. Boghigian worked at Hoffman-La Roche for thirty-five years. During his career with Hoffman-La Roche, Mr. Boghigian held a number of different positions in business development, market research, marketing, brand management, sales, sales management, strategic planning, portfolio management, and product commercialization, including Vice President of Business Operations and Vice President of U.S. Marketing. He also held positions as Senior Vice President and General Manager of the Canadian division of Hoffman-La Roche and Global Business Director for several pharmaceutical compounds. Mr. Boghigian is the founder and president of Pharma Consultants LLC, a consulting firm that serves healthcare companies in pharmaceutical sales and marketing founded in 2001. He is also co-founder of PBM Pharma LLC, a research and development healthcare company that focuses on the development, licensing, and commercialization of over-the-counter and prescription drug products.

 Mr. Boghigian obtained his bachelor of science from the University of New Hampshire, Whittemore School of Business and has attended a number of Executive Business Programs, including INSEAD Institute of Business Administration in Fontainebleau Cedex, France and IMD Business School in Lausanne, Switzerland.

 Mr. Boghigian's Curriculum Vitae is incorporated herein by reference.

**Regarding James T. Carmichael, J.D.:**

 Mr. Carmichael received his B.A. from Yale University in 1984. In 1987, he received his J.D. *cum laude.* While attending law school, Dr. Carmichael studied engineering and took a number of courses in the electrical engineering department.

# EXHIBIT 15 TO PROPOSED PRETRIAL ORDER

Mr. Carmichael was an associate attorney with Lyon & Lyon LLP, in Los Angeles, California from 1987-1990, focusing on patent litigation and patent prosecution in various technologies. In 1990, he became the sole law clerk for former Chief Judge Howard T. Markey at the U.S. Court of Appeals for the Federal Circuit. From 1991-1996, he was an attorney in the Office of the Solicitor at the U.S. Patent and Trademark Office. While in the Solicitor's Office, he briefed and argued approximately thirty appeals at the U.S. Court of Appeals for the Federal Circuit in cases involving patentability. Mr. Carmichael also represented the Commissioner of Patents and Trademarks in U.S. District Courts. From 1996-1999, he was appointed Administrative Patent Judge on the Board of Patent Appeals and Interferences. In that capacity, he authored over two hundred opinions determining patentability.

In 1999, Mr. Carmichael founded the Washington, D.C. office of patent law firm Lyon & Lyon LLP. In 2002, he became a partner in the Virginia office of Miles & Stockbridge P.C. His current practice consists primarily of preparing and prosecuting patent applications in the PTO.

Mr. Carmichael is admitted to the bars of California and Washington, D.C. and is registered to practice in patent cases before the U.S. Patent and Trademark Office.

Mr. Carmichael's Curriculum Vitae is incorporated herein by reference.

# EXHIBIT 16
## TO PROPOSED ORDER

### Deposition Designations for Brenda Costall
### May 4, 2006

22:15 – 24:13
32:5 – 32:10
32:11 – 32:19
54:20 – 57:9
57:10 – 58:3
59:2 – 59:5
60:7 – 61:2
62:21 – 65:4
65:5 – 67:8
69:8 – 69:21
73:11 – 75:3
80:2 – 80:19
81:5 – 81:20
81:21 – 84:1
84:13 – 85:1
87:1 – 88:12
88:13 – 90:9
96:10 – 97:1
125:12 – 127:15
176:17 – 177:8
203:16 – 204:12
230:13 – 231:5

**EXHIBIT 16**
**TO PROPOSED ORDER**

**Deposition Designations for Roger Eden**
**April 27, 2006**

16:15 – 16:20
27:14 – 28:15
33:6 – 34:1
37:13 – 39:3
39:19 – 40:19
42:7 – 42:22
59:6 – 60:12
63:1 – 63:18
64:8 – 67:20
70:20 – 72:19
80:15 – 81:2
81:15 – 81:18
162:20 – 165:3
108:10 – 108:18
109:10 – 110:21
181:19 – 182:19
183:21 – 184:6
184:15 – 185:5
186:13 – 186:15
237:4 – 237:18

# EXHIBIT 16
## TO PROPOSED ORDER

### Deposition Designations for Gregory Gallagher
### May 5, 2006

14:6 – 16:1
17:22 – 18:19
27:5 – 27:10
31:19 – 32:3
37:10 – 41:18
44:12 – 44:19
67:20 – 68:15
69:11 – 71:11
79:16 – 80:20
82:15 – 82:18
94:5 – 94:17
100:4 – 100:16
102:18 – 103:4
104:2 – 104:18
109:17 – 110:11
111:18 – 112:1
114:5 – 114:7
115:3 – 115:16
118:9 – 119:2
126:1 – 126:10
127:5 – 127:17
141:10 – 141:13
146:22 – 147:3
147:18 – 149:17
159:17 – 160:6
167:11 – 168:16
169:15 – 170:5
182:21 – 183:3
201:9 – 201:21
223:19 – 225:20
253:12 – 254:5
275:15 – 276:6

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for Peter Giddings
## July 20, 2006

9:5 – 10:6
12:2 – 12:13
17:6 – 17:16
29:9 – 32:9
33:1 – 33:22
34:1 – 34:18
35:15 – 35:20
35:21 – 36:14
37:13 – 38:7
39:5 – 42:3
45:10 – 45:19
47:1 – 47:14
60:22 – 62:1
71:14 – 72:3
82:12 – 82:21
88:10 – 88:15
99:21 – 100:16
101:11 – 102:12
103:8 – 104:19
117:12 – 118:7
120:1 – 120:18
123:15 – 124:3
143:20 – 144:10
162:2 – 162:14
197:4 – 197:11
Errata Sheet

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for Carol Harvey
## May 25, 2006

9:14 – 10:10
16:2 – 16:8
16:12 – 16:16
21:11 – 25:16
29:3 – 29:12
31:6 – 33:7
34:6 – 35:19
42:2 – 43:10
45:5 – 46:8
49:7 – 51:1
51:21 – 54:22
55:9 - 55:15
60:13 – 65:4
69:22 – 72:5
74:15 – 76:13
79:3 – 80:9
85:12 – 86:13
87:10 – 89:14
119:4 – 119:11
122:13 – 122:18
123:16 – 127:22
130:15 – 131:7
140:21 – 141:5
195:9 – 196:16
221:6 – 222:3
238:16 – 239:9
242:4 – 243:9
277:21 - 280:14
281:7 - 281:14
282:3 - 282:6

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for J. Paul Hieble
## May 12, 2006

6:6 – 6:9
8:7 – 8:20
9:21 – 10:18
17:7 – 17:18
20:5 – 20:9
20:17 – 21:6
42:19 – 43:2
44:1 – 44:21
55:5 – 55:17
56:10 – 56:16
59:5 – 59:19
60:16 – 61:5
67:11 – 67:16
84:12 – 85:6
92:8 – 92:21
95:7 – 96:3
105:21 – 106:3
106:4 – 107:5
169:1 – 169:17
248:1 – 248:7

**EXHIBIT 16**
**TO PROPOSED ORDER**

**Deposition Designations for William Huffman**
**May 18, 2006**

21:3 – 23:7
24:4 – 24:13
24:21 – 25:5
26:9 – 26:22
27:11 – 27:14
32:12 – 32:21
33:15 – 34:2
64:4 – 64:11
64:20 – 65:8
65:17 – 66:7
66:16 – 68:13
69:10 – 71:21
72:4 – 72:12
73:20 – 74:4
80:16 – 81:1
86:22 – 88:18
92:7 – 93:2
95:5 – 95:8
98:22 – 100:6
101:17 – 103:4
113:3 – 113:10
117:8 – 117:13
119:7 – 120:8
128:9 – 128:16
129:1 – 129:4
148:18 – 149:14
174:17 – 175:16
177:16 – 177:20

**EXHIBIT 16**
**TO PROPOSED ORDER**

**Deposition Designations for David Owen**
**May 26, 2006**

21:1 – 22:2
24:2 – 25:3
26:19 – 27:17
31:14 – 31:22
34:14 – 35:9
38:1 – 39:4
42:19 – 43:2
43:12 – 45:17
46:4 – 47:1
49:3 – 50:2
52:2 – 52:11
54:7 – 60:13
61:11 – 62:13
63:10 – 63:22
64:16 – 65:1
65:2 – 65:12
66:5 – 69:1
70:15 – 71:5
71:10 – 72:2
72:3 – 73:8
80:14 – 81:9
82:19 – 83:8
94:9 – 95:7
96:11 – 97:7
97:21 – 98:17
98:18 – 99:4
104:18 – 106:1
109:3 – 109:14
112:13 – 113:1
114:21 – 115:15
150:15 – 151:9
161:1 – 161:21
169:9 – 169:21
174:20 – 176:11
178:12 – 178:21
179:19 – 180:11
208:4 – 208:21
244:20 – 248:11
250:3 – 251:12

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for Kevin H. Reeves
## June 29, 2006

18:10 – 22:14
38:21 – 51:4
51:14 – 52:10
76:9 – 77:9
79:6 – 83:5
84:1 – 85:5
85:16 – 88:19
103:7 – 105:16
109:12 – 112:13
136:13 – 138:12
151:17 – 153:15
191:9 – 195:1
199:8 – 205:22
233:9 – 245:20

# EXHIBIT 16
## TO PROPOSED ORDER

### Deposition Designations for Deborah Jaskot
### April 26, 2006

4:21 – 4:22
16:25 – 17:9
14:8 – 14:21
29:20 – 30:3
30:20 – 31:22
33:2 – 33:16
36:14 – 37:25
69:17 – 70:18
83:13 – 84:23
86:21 – 87:15
124:17 – 124:19
157:13 – 157:24

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for Scott Michael Stofik
## April 28, 2006

7:9 – 7:13
9:23 – 11:7
20:18 – 22:4
22:13 – 24:15
133:24 – 136:7

# EXHIBIT 16
# TO PROPOSED ORDER

## Deposition Designations for Anne Payne
## June 14, 2006

5:9 – 6:9
9:7 – 10:4
23:9 – 27:18
45:7 – 45:23
48:23 – 51:3
53:4 – 53:21
54:16 – 56:9
70:21 – 72:17
74:10 – 80:3
124:4 – 126:20
140:6 – 141:25
144:18 – 146:22
147:15 – 149:21
151:4 – 151:24

# EXHIBIT 18 TO PROPOSED PRETRIAL ORDER

## TEVA'S DEPOSITION DESIGNATIONS

Teva's deposition designations are enclosed herein.  Teva reserves the right to supplement these designations as circumstances may warrant, including for the reason that discovery is ongoing.

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 4th, 2006 Deposition of Brenda Costall

5:15 - 6:2
7:1 - 7:7
9:4 - 9:13
10:22 - 11:3
12:3 - 12:12
13:12 - 13:14
15:11 - 15:13
15:15
16:11 - 17:17
19:1 - 19:13
22:15 - 23:5
31:21 - 32:12
32:15 - 33:6
36:3 - 36:5
36:10 - 36:20
44:8 - 45:22
46:13 - 46:17
48:20 - 49:14
49:21 - 51:7
75:4 - 75:13
76:8 - 76:11
76:15 - 77:13
77:17
78:13 - 78:15
78:17 - 78:19
80:2 - 80:10
81:5 - 81:20
83:4 - 83:9
93:5 - 94:1
95:9 - 95:20
98:18 - 99:20
100:1 - 100:4
102:12 - 103:2
123:2 - 123:17
128:1 - 128:18
132:2 - 132:17
141:1 - 141:5
141:8 - 141:9
145:20 - 146:13
146:15 - 147:7
150:6 - 150:16
157:1 - 157:21
158:2 - 158:16
159:14 - 162:7

162:9 - 162:18
162:21 - 163:12
163:14 - 163:17
164:12 - 164:21
165:1 - 165:15
165:17 - 167:13
178:22 - 179:5
180:22 - 182:12
182:15 - 184:1
188:14 - 189:8
190:15 - 191:13
194:4 - 195:4
203:8 - 203:15
207:5 - 207:11
208:9 - 208:19
221:22 - 222:16
224:10 - 225:6
225:21 - 227:1
227:13 - 228:14
230:7 - 231:9
231:13 - 231:16
240:15 - 240:22
241:4 - 241:16
258:22 - 259:4
259:6 - 259:8
259:10 - 259:12
261:21 - 262:15
272:10 - 272:11
272:14 - 273:8
274:12 - 274:14
274:19
274:21 - 277:5
279:18 - 280:6
281:4 - 282:1
282:9 - 283:7
283:9
283:13 - 283:18
283:20
287:15 - 288:5
290:7 - 290:13
291:10 - 291:14
291:16 - 291:21
300:14 - 300:15
300:18 - 300:22
301:11 - 302:5
305:12 - 306:7

Teva Pharmaceuticals USA, Inc. Deposition Designations for
April 27th, 2006 Deposition of Roger Eden

6:16 - 7:8
9:5 - 9:16
16:5 - 17:8
27:14 - 28:1
40:20 - 41:10
41:16 - 42:19
43:1 - 43:4
43:11 - 44:3
45:16 - 46:12
46:15 - 46:18
56:13 - 58:1
59:6 - 62:8
63:1 - 63:7
63:19 - 64:11
64:16 - 66:10
72:4 - 73:4
80:7 - 80:10
80:12
80:13 - 81:4
81:7 - 81:9
81:11 - 82:15
83:7 - 83:22
84:6 - 84:15
85:5 - 85:17
85:20 - 85:22
86:12 - 87:7
87:11 - 87:20
87:22 - 88:6
88:8 - 89:9
89:16 - 90:19
91:12 - 91:17
92:8 - 93:10
93:21 - 94:7
94:11 - 94:20
98:18 - 98:21
100:2 - 100:16
102:9 - 103:2
105:13 - 105:22
106:3 - 106:4
106:8 - 108:2
108:4 - 108:9
110:22 - 112:2
115:9 - 115:13

115:17 - 116:3
116:9 - 116:10
116:12 - 117:22
132:20 - 133:12
136:15 - 136:22
137:2 - 137:5
137:7
137:12 - 137:19
142:18 - 143:5
143:7 - 143:21
146:3 - 146:9
146:12 - 146:19
148:2 - 148:3
148:9 - 148:22
149:6 - 149:7
149:11 - 149:12
154:1 - 154:5
154:11 - 154:15
154:18 - 155:2
155:21 - 156:6
163:1 - 163:17
163:21 - 164:8
164:12 - 164:20
165:4 - 165:9
165:12 - 165:13
166:8 - 166:14
167:20 - 168:14
183:15 - 184:21
185:6 - 185:11
187:5 - 187:14
207:16 - 208:13
209:1 - 209:3
209:6
218:3 - 218:14
218:17 - 219:2
220:15 - 221:14
221:16 - 221:19
221:21
229:11 - 229:13
229:17 - 230:1
240:13 - 240:18
240:21 - 241:4
241:6 - 241:12
242:3 - 243:6
243:8
246:22 - 247:3

247:16 - 247:20
247:22 - 248:1
248:16 - 248:17
249:16 - 250:20
251:9 - 251:19
251:22 - 252:11
252:13 - 252:15
252:17 - 252:18
253:1 - 253:16
253:19 - 254:1
254:3 - 254:13
254:16 - 255:11
256:5 - 256:10
256:13 - 256:19
256:22 - 257:3
257:6 - 257:19
262:1 - 262:4

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 5th, 2006 Deposition of Gregory Gallagher

5: 16 - 5:22
6: 8 - 6:16
7: 3 - 8:17
9: 3 - 9:8
10:2 - 10:10
10:15 - 12:2
12:17 - 14:19
17:6 - 18:14
18:20 - 20:1
26:5 - 26:14
41:19 - 42:11
42:16 - 43:1
43:4 - 43:5
43:7 - 43:12
43:16 - 43:17
43:19 - 44:3
44:12 - 44:22
45:4 - 45:5
46:6 - 48:8
48:10 - 48:11
54:1 - 54:12
54:14 - 55:16
56:22 - 57:13
58:6 - 58:10
59:12 - 59:15
60:17 - 61:1
63:19 - 64:11
69:11 - 69:12
69:14 - 70:18
77:2 - 77:4
77:6 - 77:12
77:14 - 77:15
78:5 - 80:5
81:18 - 82:18
83:3 - 83:6
83:21 - 84:3
84:22 - 85:5
89:16 - 89:21
91:19 - 92:7
92:9 - 92:11
92:22 - 93:8
93:10 - 93:12
93:14 - 93:22
94:2 - 94:3
94:5 - 94:7
94:9 - 94:10
95:15 - 96:6
96:20 - 97:21

100:4 - 100:16
112:12 - 112:18
112:20 - 112:22
113:12 - 113:15
113:17 - 113:19
113:21 - 115:7
118:18 - 118:21
119:1 - 119:2
119:4 - 119:22
120:2 - 120:7
120:9 - 120:12
120:14 - 120:18
120:20 - 120:21
121:1 - 121:2
121:4
121:6 - 121:10
121:12 - 121:13
122:11 - 122:15
122:17 - 123:14
123:16 - 124:15
124:17 - 124:18
125:9 - 125:11
125:20 - 125:21
126:1 - 126:10
127:5 - 127:7
127:15 - 127:17
127:20 - 128:13
128:15 - 128:16
128:18 - 128:22
129:2 - 129:3
130:16 - 130:18
130:20 - 130:21
134:5 - 136:6
139:12 - 140:3
152:1 - 152:6
152:9 - 152:11
153:10 - 154:4
154:6 - 154:11
157:4 - 157:19
157:22 - 158:8
159:2 - 159:4
159:10 - 159:12
159:14 - 159:15
161:11 - 161:17
163:9 - 163:12
163:15 - 163:16
164:6 - 164:11
164:15 - 164:17
166:13 - 166:16
166:18
166:20 - 167:1

167:3 - 167:4
167:15 - 167:16
167:18 - 167:19
168:3 - 168:6
168:8 - 168:10
178:21 - 181:14
182:1 - 182:7
182:21 - 183:11
213:12 - 215:8
216:15 - 216:19
217:5 - 217:13
219:18 - 222:13
222:15 - 222:17
222:19 - 223:10
223:12 - 223:15
223:17
225:21 - 226:6
226:8 - 226:11
226:17 - 226:20
227:2 - 227:5
227:7
227:9 - 228:3
228:5
228:7 - 228:11
228:13
228:15 - 229:6
229:8
229:10 - 229:18
229:20
229:22 - 230:1
230:3
230:5 - 232:22
233:2
233:4-5
233:7
233:9 - 233:16
233:18 - 233:19
233:21 - 234:4
234:6 - 234:8
234:10
234:12
234:14 - 235:14
235:16 - 236:1
236:3
236:5 - 236:9
236:11
236:13 - 237:12
237:15 - 238:10
240:16 - 241:10
242:2 - 242:10
244:5 - 244:10

248:12 - 248:15
248:22 - 249:12
249:18 - 253:7
253:9 - 253:10
253:12 - 253:21
254:7 - 254:11
254:20 - 255:14
256:4 - 256:7
256:14 - 257.7
257:9 - 257:10
257:12 - 257:14
257:16
257:18 - 258:1
258:5 - 258:9
261:14 - 263:6
263:18 - 264:13
264:16 - 264:22
265:2 - 265:3
265:5 - 265:7
265:9
266:5 - 266:17
268:22 - 270:13
270:15 - 271:6
271:8
273:18 - 274:15
276:7 - 276:17
277:20 - 279:18
279:20 - 280:2
280:10 - 280:16
281:20 - 282:1
282:3 - 282:11
282:13 - 282:14
282:19 - 283:7
283:10 - 283:14
283:18 - 283:20
283:22 - 284:2
284:4 - 284:12
284:15
284:17 - 284:18
284:20 - 284:21
285:1
285:3 - 285:8
285:10 - 285:11
285:22 - 286:8
286:11
286:13 - 286:16
286:18
287:8 - 287:20

Teva Pharmaceuticals USA, Inc. Deposition Designations for
July 20th, 2006 Deposition of Peter Giddings

9:5-9:19
10:7-11:2
17:2-18:3
18:17-19:2
19:4-20:12
20:16-21:5
26:20-28:11
28:12-29:2
29:4-29:8
30:13-31:15
31:17-32:9
32:11-32:17
34:11-34:18
35:15-36:14
37:8-38:7
38:9-38:17
38:19-39:3
40:3-40:19
40:21-41:5
41:6-41:14
42:5-43:2
43:3-43:11
43:13-43:18
43:20-44:4
44:6-44:11
45:1-46:10
47:16-47:20
48:10-48:14
60:4-60:13
61:9-62:5
64:20-65:5
66:6-66:13
66:17-67:3
68:10-69:5
70:12-70:19
76:12-76:14
76:18-77:6
79:3-79:11
83:5-83:13
84:3-84:12
85:18-86:2
99:2-99:8
103:21-104:6
104:16-105:3

115:12-116:3
117:13-118:7
120:2-120:18
122:8-122:18
122:20-123:14
132:16-133:16
135:4-135:11
136:20-136:22
137:3-137:4
137:6-138:7
138:9-138:16
138:19-139:7
142:8-143:6
143:8-145:17
150:11-150:15
151:22-152:5
152:8-152:14
152:17-153:2
153:4-153:9
154:6-154:13
157:8-157:14
158:4-158:17
157:19
161:20-162:18
162:21
170:12-170:14
173:19-174:19
175:18-175:20
175:22-176:5
176:7
176:20-177:6
177:8-177:19
182:10-182:18
183:2-183:15
184:2-184:21
186:16-187:2
187:4-187:9
187:19-189:3
191:6-191:18
193:20-194:16
208:17-209:4
209:14-210:3
210:5
210:7-211:9
211:11-211:16
211:19-212:2

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 25th, 2006 Deposition of Carol A. Harvey

9:14 - 10:10
11:12 - 12:11
12:17 - 13:9
14:17 - 14:19
16:2 - 16:6
16:12 - 20:15
21:3 - 25:16
25:21 - 26:22
27:4 - 28:5
29:3 - 29:12
30:22 - 33:7
33:15 - 36:19
37:1 - 38:6
38:18 - 39:11
39:17 - 41:8
41:17 - 43:1
43:21 - 44:1
45:5 - 46:8
46:13 - 47:21
48:2 - 48:6
48:13 - 48:15
48:21 - 49:22
50:5 - 55:8
56:8 - 56:21
57:3 - 58:14
59:1 - 59:7
59:22 - 65:20
66:1 - 66:11
67:10 - 67:15
68:2 - 69:8
70:11 - 71:10
74:15 - 75:12
76:3 - 76:17
78:17 - 80:13
80:18 - 81:22
82:21 - 83:4
83:7 - 83:14
83:16
83:19 - 83:20
84:3 - 84:16
85:12 - 86:7
90:3 - 90:21
94:11 - 94:14

95:7 - 95:19
96:14 - 97:10
97:15 - 98:13
99:12 - 101:21
102:2 - 103:4
104:2 - 105:9
106:14 - 106:19
110:4 - 111:6
111:9 - 112:7
113:16 - 115:11
116:2 - 117:16
119:4 - 120:16
121:6 - 123:9
123:16 - 123:22
124:3 - 125:9
125:11- 125:12
126:1 - 128:22
129:4 - 129:14
130:4 - 130:14
131:8 - 132:9
133:10 - 134:9
135:6 - 135:14
136:15 - 137:3
141:10 - 142:11
142:21 - 143:12
144:12 - 145:3
146:2 - 146:20
147:20 - 148:8
149:11 - 150:1
150:4 - 151:17
152:2 - 152:7
154:3 - 154:18
155:1 - 155:12
155:20 - 156:7
157:17 - 157:22
159:8 - 159:12
159:21 - 160:10
161:3 - 162:18
163:2 - 163:6
167:9 - 167:17
170:19 - 170:22
171:17 - 172:12
172:21 - 173:22
174:8 - 174:13
177:10 - 178:1
182:12 - 182:22

185:1 - 185:21
187:19 - 187:22
188:3 - 189:11
188:13 - 189:2
189:4 - 189:16
191:22 - 192:17
194:2 - 194:12
194:20 - 195:22
200:10 - 201:10
202:4 - 203:15
208:12 - 208:18
209:9 - 210:7
213:1 - 213:3
213:9 - 213:13
215:10 - 215:15
216:5 - 216:13
217:11 - 217:20
219:7 - 219:9
220:7 - 220:9
221:6 - 221:16
222:16 - 222:20
224:1 - 225:21
226:14 - 227:21
228:16 - 229:11
230:4 - 230:11
231:1 - 231:10
231:14 - 231:18
232:16 - 233:15
235:6 - 236:5
236:12 - 237:9
239:5 - 240:1
241:6 - 242:12
242:18 - 243:9
243:19 - 246:18
247:2 - 249:20
250:2 - 253:16
254:8 - 255:2
255:6 - 255:15
255:17 - 255:21
256:1 - 257:3
261:16 - 263:11
263:18 - 264:20
265:17 - 266:7
266:14 - 266:17
266:19 - 266:22
275:11 - 283:3

284:1 - 287:9

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 12th, 2006 Deposition of Paul Hieble

5:15 - 5:20
6:6 - 6:9
7:10 - 8:20
9:18 - 10:10
17:7 - 18:12
19:19 - 20:9
20:17 - 21:18
22:10 - 22:11
22:13
22:15 - 22:20
23:9 - 23:13
23:19 - 24:11
25:9 - 26:13
29:9 - 29:11
29:13 - 29:14
29:16 - 30:15
43:4 - 43:16
44:1 - 44:10
45:1 - 45:3
45:5 - 45:7
45:9 - 45:12
45:14 - 45:15
48:11 - 48:12
48:14
48:16 - 49:22
50:11 - 50:15
50:17 - 51:10
51:12
51:14 - 51:16
59:5 - 60:21
61:1 - 61:16
61:18 - 61:20
64:11 - 64:13
64:15
64:17 - 65:3
65:5
65:7 - 65:8
65:10
65:12 - 65:16
65:18 - 65:20
65:22
66:2 - 66:12
67:11 - 67:14

67:16
67:18 - 67:19
67:21 - 67:22
68:2
68:4
69:2 - 69:4
69:7 - 69:18
69:20 - 69:22
70:19 - 71:22
73:19 - 73:21
74:1 - 74:19
75:1 - 75:16
76:18 - 77:3
77:5
77:7 - 78:5
78:17 - 79:3
79:6 - 79:22
80:5 - 80:19
83:13 - 83:14
83:18 - 84:2
84:7 - 84:21
85:7 - 85:20
90:5 - 90:7
90:11 - 90:15
91:1 - 91:9
91:11 - 91:14
91:22 - 92:1
92:3 - 92:6
92:8 - 92:10
92:12
92:14 - 92:19
92:21
93:1 - 93:2
93:4
93:6 - 93:8
93:10
93:12 - 93:14
93:17 - 93:22
96:16 - 96:19
96:21 - 97:21
98:1
104:5 - 104:8
104:19
104:21 - 104:22
105:2
105:5 - 105:7

105:9
105:11 - 105:13
105:15
105:17 - 105:22
106:2 - 106:3
106:5 - 106:18
106:20 - 106:21
107:1 - 108:1
108:5 - 108:8
108:13 - 108:16
110:6 - 110:17
110:19
110:21 - 111:1
115:2 - 116:2
116:4 - 116:8
116:10 - 118:8
118:10 - 118:11
118:13
118:15
118:17 - 120:5
120:7 - 120:10
120:12 - 120:14
120:16 - 120:17
120:19
123:2 - 123:14
123:16 - 123:19
126:19 - 126:20
126:22 - 128:6
133:5 - 133:7
133:9 - 133:10
133:12 - 133:22
134:2 - 134:10
134:12 - 134:13
134:15 - 134:16
134:18 - 135:17
135:19 - 135:20
135:22 - 136:7
136:9 - 136:10
136:12 - 136:13
136:15 - 137:2
137:4 - 137:7
137:9 - 137:13
137:15 - 137:17
137:19
137:21
138:1 - 138:4

138:6 - 138:11
138:13
138:15 - 138:17
140:1 - 140:16
140:18 - 141:8
141:10
141:12 - 141:13
141:15
141:17
141:19 - 141:22
142:2
142:4
142:6
142:8
142:10 - 142:17
142:19 - 142:22
143:2 - 143:3
143:5
144:18 - 145:3
145:5 - 145:6
145:8 - 145:10
145:12 - 145:13
145:15 - 146:6
146:8 - 146:11
146:13 - 146:17
146:19 - 146:20
146:22 - 147:2
147:5 - 147:6
147:8 - 147:9
147:11
147:13
152:11 - 153:1
154:12 - 154:14
154:21 - 155:9
155:11 - 155:12
155:14 - 155:16
155:18 - 155:22
156:2 - 156:6
156:8
156:10 - 156:22
157:2 - 157:3
157:5 - 157:19
157:21
158:1 - 158:22
159:2 - 159:3
160:12 - 160:17

160:19 - 160:20
160:22 - 161:1
161:3 - 161:8
161:10 - 161:15
161:17 - 161:19
161:21 - 162:1
162:3 - 162:4
162:6 - 162:7
162:9
162:11 - 162:14
162:16 - 162:17
163:17 - 162:19
163:21 - 163:22
166:18 - 167:8
167:10 - 167:15
168:9 - 168:12
168:14 - 168:15
168:17 - 169:3
169:5
169:7 - 169:9
169:11
169:13 - 169:15
169:17
170:8 - 170:10
170:12
176:12 - 176:17
176:19
177:9 - 177:22
178:2
178:4 - 178:22
179:2 - 179:3
179:5 - 179:8
180:3 - 180:5
180:7 - 180:8
180:10 - 180:12
180:21 - 182:1
182:3
182:5 - 182:10
182:13 - 183:3
183:5
183:7 - 183:8
183:21 - 184:7
184:9 - 184:10
184:12 - 185:14
185:16 - 186:9
186:11 - 186:17

5

186:19 - 187:1
187:3 - 187:4
187:6 - 187:9
187:11
187:13 - 187:19
187:21 - 188:5
188:7 - 189:1
189:10 - 189:11
189:13 - 189:15
189:17 - 190:1
190:4 - 190:16
190:18 - 190:19
190:21 - 191:3
191:5
191:7 - 191:16
191:18 - 191:19
191:21 - 192:3
192:5
192:9 - 192:17
192:19
192:21 - 192:22
193:2
193:4 - 193:5
193:7 - 193:8
193:10 - 193:11
193:13
193:15 - 193:18
193:20 - 194:1
194:3 - 194:4
194:6
194:8 - 194:15
194:17
194:19 - 195:8
195:10 - 195:11
196:6 - 196:8
196:10 - 196:11
196:13 - 196:14
196:16
196:18 - 196:19
196:21
197:1 - 197:5
197:7 - 197:9
197:11 - 198:3
198:5
198:7 - 198:12
200:5 - 200:12

200:14
200:16 - 201:5
201:7
201:9 - 201:10
201:12
201:14 - 201:18
201:20 - 201:21
202:1 - 202:6
202:8 - 202:10
202:12
202:14
204:14 - 204:16
204:18 - 204:21
209:2 - 209:7
209:22 - 210:1
210:4 - 210:11
210:15 - 211:3
211:5 - 211:6
211:15 - 211:17
214:6 - 214:13
214:15
214:17 - 215:1
215:13 - 215:15
215:17
215:19 - 216:16
216:21
217:1 - 217:4
217:7 - 217:15
217:17
217:19
217:21
218:1 - 218:9
220:21 - 221:5
221:7 - 221:8
221:10 - 221:22
222:2 - 222:3
222:5 - 222:6
222:8
222:10 - 222:14
222:16
223:11 - 223:17
223:20
223:22
224:2 - 224:18
224:20 - 224:21
225:1 - 225:3

225:7 - 226:16
231:6 - 231:14
234:9 - 235:11
235:13 - 235:16
235:18
236:8 - 236:18
239:4 - 239:11
241:5 - 241:12
241:15 - 241:18

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 18th, 2006 Deposition of William Huffman

6:15 - 6:21
8:10 - 8:16
21:3 - 21:5
21:8 - 21:14
21:18 - 21:22
22:5 - 23:7
25:1 - 25:11
25:20 - 26:22
28:15 - 29:9
29:22 - 30:5
31:4 - 31:7
32:12 - 32:21
33:8 - 33:17
33:20 - 34:2
34:8 - 34:11
34:15 - 34:16
34:22 - 35:1
35:3 - 36:2
42:5 - 42:9
42:15 - 42:18
42:20 - 43:5
43:10 - 43:18
43:22 - 44:1
44:15 - 45:3
45:9 - 46:11
46:15 - 46:22
51:8 - 51:9
51:11 - 51:17
51:20 - 54:2
54:4 - 54:10
54:12 - 54:14
54:16
55:18 - 55:22
56:2 - 56:15
57:6 - 57:10
57:14 - 58:16
58:20 - 59:7
59:9
60:7 - 61:8
61:10 - 61:14
61:16 - 61:18
63:5 - 63:10
63:12 - 63:20

66:16 - 69:5
69:7 - 69:15
71:3 - 71:9
71:11 - 72:3
75:1 - 76:8
77:7 - 79:22
80:3
82:7 - 82:14
86:7 - 87:1
87:3 - 87:17
92:3 - 92:6
98:22 - 99:12
99:14 - 99:15
101:17 - 102:4
102:6 - 102:13
102:15 - 103:9
103:9
124:21 - 125:1
125:18 - 126:14
127:8 - 128:1
128:17 - 129:4
131:8 - 131:20
132:2 - 132:3
135:6 - 135:16
136:1 - 136:17
137:1 - 140:15
140:17 - 141:15
141:17 - 142:13
142:18 - 142:22
143:3 - 143:19
144:10 - 144:20
146:3 - 146:4
147:3 - 148:8
148:18 - 150:14
151:8 - 152:7
152:11 - 152:12
152:16 - 152:21
153:1 - 153:13
153:22 - 154:8
154:18 - 155:9
155:11 - 156:3
156:6 - 156:9
156:13 - 157:1
157:6 - 157:9
157:12 - 157:14
157:20 - 157:22

158:2 - 158:3
159:16 - 159:18
159:22 - 161:17
161:20 - 161:21
162:5 - 162:7
162:16 - 162:17
163:3 - 163:13
167:1 - 167:6
167:9 - 167:19
167:22 - 168:10
171:1 - 171:6
174:17 - 175:16
179:7 - 181:12
181:15 - 182:5
182:9 - 182:10

Teva Pharmaceuticals USA, Inc. Deposition Designations for
May 26, 2006 Deposition for David Owen

5:13 - 5:14
6:8 - 6:18
7:1 - 7:5
7:14 - 8:19
9:18 - 10:11
17:20 - 18:4
25:21 - 26:5
26:19 - 27:17
28:14 - 28:18
31:14 - 32:10
33:4 - 33:10
33:12 - 33:15
34:11 - 37:15
38:1 - 38:2
38:6 - 40:5
42:3 - 43:2
43:12 - 46:8
47:2 - 49:7
53:16 - 53:20
54:5 - 60:4
60:5 - 62:1
62:5 - 64:15
65:2 - 65:11
71:10 - 72:2
73:9 - 74:1
74:16 - 74:19
75:3 - 75:17
79:1 - 79:13
82:22 - 84:3
84:9 - 84:11
88:14 - 89:6
89:11 - 89:15
90:6 - 90:12
90:16 - 91:2
91:5 - 91:8
91:10
93:3 - 93:21
94:7 - 94:8
96:11 - 96:13
96:15 - 9:16
98:4 - 99:10
99:12 - 99:15
101:8 - 103:14

107:14 - 109:2
109:15 - 110:20
117:7 - 118:14
119:19 - 121:16
124:7 - 125:5
125:9 - 125:13
126:9 - 127:20
127:22 - 129:6
129:9 - 129:15
130:11 - 130:16
130:18 - 132:21
133:1 - 133:10
133:12 - 133:18
133:20 - 134:10
135:11 - 136:7
136:20 - 138:1
141:1 - 141:13
143:9 - 144:13
147:6 - 152:12
152:13 - 152:22
154:17 - 155:14
156:1 - 156:9
157:3 - 157:16
157:21 - 158:12
158:18 - 159:5
163:4 - 165:19
166:16 - 171:1
172:6 - 172:10
174:8 - 175:12
179:6 - 179:10
179:12 - 180:11
181:16 - 182:2
182:7 - 186:13
186:16
186:18 - 186:19
186:22 - 188:13
188:15
189:17 - 193:3
194:12 - 198:18
199:11 - 199:15
199:20 - 200:10
200:12 - 201:1
202:10 - 203:5
203:22 - 204:16
204:18 - 205:7
205:10 - 205:11

205:22 - 207:4
207:16 - 208:3
209:3 - 213:4
214:13 - 215:15
216:10 - 216:13
216:15 - 217:7
217:9 - 217:11
217:13 - 217:18
217:20 - 219:5
221:11 - 221:19
221:21 - 222:21
229:6 - 230:9
232:9 - 232:20
233:4 - 233:19
237:4 - 237:8
237:11 - 237:17
237:20 - 238:7
239:13 - 240:4
241:9 - 241:20
253:9 - 254:5

Teva Pharmaceuticals USA, Inc. Deposition Designations for
June 29th, 2006 Deposition of Kevin Reeves

7:12-7:14
8:7-8:9
24:18-25:19
32:3-32:11
33:2-33:13
33:20-33:22
39:15-39:20
39:22-40:3
40:5
40:7-40:13
51:14-52:10
60:18-61:12
61:15-61:17
62:7-62:8
62:10-62:11
62:13-62:14
62:16
63:2-63:4
63:6-63:8
63:10-63:13
64:5-64:7
64:9-64:10
64:14-64:16
64:18
64:20-65:1
66:3-66:4
66:7-66:10
66:12
66:14-66:16
66:18-66:20
66:22
67:3-67:4
69:12-69:17
71:1-71:3
71:5
71:11-71:15
71:17-71:19
71:21-72:18
72:20-73:1
74:3-74:6
74:8-74:9
74:11-74:13
74:14-74:16

79:6-79:9
82:6
82:19-83:5
90:14-90:16
90:19-91:5
91:20-92:9
98:22-99:20
113:12-115:10
120:17-121:7
122:19-123:11
136:13-137:10
137:20-137:22
138:4-138:8
143:3-143:17
145:3-145:16
146:4-146:17
147:19-147:22
148:2-148:4
148:6-148:13
150:9-150:12
150:18-150:19
150:21-151:11
152:2-153:12
154:22-155:2
155:4-155:14
201:2-201:4
201:7-201:12
201:14-201:17
201:18-203:13
212:21-213:9
214:6-214:17
214:22-215:7
215:17-215:18
216:17-216:20
217:5-217:17
218:3-218:4
233:10-233:14
234:4-234:6
234:16-234:17
235:1
236:12-237:10
246:7-246:12
247:4-247:12
266:19-266:22
267:3-267:4
271:22-272:7

274:10-274:11
274:17-275:7
275:9-275:19