REDACTED - PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 (GMS)<br><br>**FILED UNDER SEAL** |

**DECLARATION OF MONTÉ T. SQUIRE IN SUPPORT OF TEVA'S REPLY TO PLAINTIFF GLAXOSMITHKLINE'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EXPERT TESTIMONY BY PATENT ATTORNEY EGON BERG**

I, Monté T. Squire, declare as follows:

I am admitted to this Court and am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

1. Attached hereto as Exhibit H is a true and correct copy of excerpts of the May 5, 2006 Deposition of Gregory Gallagher.

2. Attached hereto as Exhibit I is a true and correct copy of excerpts of the May 26, 2006 Deposition of David Owen.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, DE.

Dated: November 6, 2006           Respectfully submitted,

                                  /s/ Monté T. Squire
                                  _____
                                  Monté T. Squire (No. 4764)

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on November 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on November 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

>**BY E-MAIL ON NOVEMBER 13, 2006 AND**
>**BY FEDERAL EXPRESS ON NOVEMBER 14, 2006**
>
>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA  02109
>
>Michael E. Gordon, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC  20006

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Monté T. Squire*
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>msquire@ycst.com
>
>Attorneys for Teva Pharmaceuticals U.S.A., Inc.