# EXHIBITS H AND I

## REDACTED IN THEIR ENTIRETY