**REDACTED - PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>            Defendant. | Civil Action No. 05-197 (GMS)<br><br>**FILED UNDER SEAL** |

**DECLARATION OF MONTÉ T. SQUIRE IN SUPPORT OF TEVA'S REPLY TO PLAINTIFF GLAXOSMITHKLINE'S OPPOSITION TO DEFENDANT'S MOTION _IN LIMINE_ NO. 3 TO LIMIT EVIDENCE AND ARGUMENT REGARDING THE ALLEGED INVENTION OF THE PATENTS-IN-SUIT**

I, Monté T. Squire, declare as follows:

    I am admitted to this Court and am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.

    1.    Attached hereto as Exhibit D is a true and correct copy of excerpts of the May 5, 2006 Deposition of Gregory Gallagher.

    2.    Attached hereto as Exhibit E is a true and correct copy of excerpts of the May 26, 2006 Deposition of David Owen.

    3.    Attached hereto as Exhibit F is a true and correct copy of an August 9, 2006 letter from C. Brahma to A. Wigmore.

I declare under penalty of perjury that the foregoing is true and correct.    Executed in Wilmington, DE.

Dated: November 6, 2006                    Respectfully submitted,


_____
Monté T. Squire (No. 4764)

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on November 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on November 6, 2006,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participant in the manner indicated:

> **BY E-MAIL ON NOVEMBER 13, 2006 AND**
> **BY FEDERAL EXPRESS ON NOVEMBER 14, 2006**
>
> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109
>
> Michael E. Gordon, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Monté T. Squire
> Monté T. Squire (No. 4764)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> msquire@ycst.com
>
> Attorneys for Teva Pharmaceuticals U.S.A., Inc.