# EXHIBITS D AND E
## REDACTED IN THEIR ENTIRETY

# EXHIBIT F

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Charanjit Brahma
To Call Writer Directly:
(202) 879-5148
cbrahma@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

August 9, 2006

**By Facsimile & FedEx**

Amy K. Wigmore
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Re: *Smith Kline & French Laboratories, LTD and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 05-197 (GMS) (D. Del.)

Dear Amy:

Previously, GSK took the position that it was not "obligated to produce immediately any evidence it may have in its possession concerning the new [inequitable conduct] claims and defenses" asserted in Teva's amended answer, and that while GSK "reserves the right to adduce additional evidence relating to the new claims and defenses should they go forward, GSK is not obligated to do so unless and until that occurs." (6/26/06 Ltr. from A. Wigmore to C. Brahma at 3-4.) In particular, GSK's June 29, 2006 supplemental response to Teva's Interrogatory No. 15 suggests that GSK may be withholding responsive information on this basis.

To the extent GSK's objections were valid, they are now moot in light of the Court's July 28, 2006 Order granting Teva's motion for leave to amend its answer to add its inequitable conduct defenses and counterclaims. Accordingly, please immediately supplement GSK's interrogatory responses to the extent GSK has withheld information relating to Teva's inequitable conduct defenses and counterclaims or confirm that GSK does not have any additional responsive documents or information to produce with respect to the inequitable conduct issues Teva has raised.

Sincerely,

Charanjit Brahma

Chicago    London    Los Angeles    Munich    New York    San Francisco