IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, and SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-197 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2006, copies of Defendant Teva Pharmaceuticals USA, Inc.'s Notice Of Disclosure Of Prior Art Pursuant To U.S.C. § 282 were served upon the following counsel in the manner indicated below:

**BY EMAIL AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
progowski@cblh.com

**BY EMAIL ON NOVEMBER 17, 2006**
**AND FEDERAL EXPRESS ON NOVEMBER 18, 2006**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
michael.gordon@wilmerhale.com

William F. Lee, Esquire
Wilmer. Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com

Additionally, on November 17, 2006, copies of this Notice of Service were caused to be served upon the following counsel in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY E-MAIL ON NOVEMBER 17, 2006
AND FEDERAL EXPRESS ON NOVEMBER 18, 2006**

Michael E. Gordon, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
michael.gordon@wilmerhale.com

William F. Lee, Esquire
Wilmer. Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com

/s/ Monté T. Squire
Monté T. Squire (Bar No. 4764)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

Dated: November 17, 2006

OF COUNSEL:

Jay P. Lefkowitz
Karen Robinson
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000