IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 05-197 GMS |

**STIPULATED PARTIAL DISMISSAL WITHOUT PREJUDICE
OF CLAIMS RELATED TO US. PATENT NO. 4,452,808 AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that:

1. Parties agree Teva shall withdraw its Paragraph IV certification with respect to U.S. Patent No. 4,452,808 ("the '808 patent") in its Abbreviated New Drug Application ("ANDA") No. 77-460 and convert its certification with respect to that patent to a Paragraph III certification. Teva agrees it shall not file any Paragraph IV certification with respect to the '808 patent.

2. Plaintiffs' claims with respect to the '808 patent as set forth in its Complaint in the above-captioned action are dismissed without prejudice.

3. Defendant's counterclaims with respect to the '808 patent as set forth in its Corrected First Amended Answer, Defenses and Counterclaims in the above-captioned action are dismissed without prejudice.

4. The parties shall bear their own fees and costs with respect to the '808 patent.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul E. Crawford | /s/ Monté T. Squire |
| Paul E. Crawford (No. 493) | John W. Shaw (No. 3362) |
| Patricia Smink Rogowski (No. 2632) | Monté T. Squire (No. 4764) |
| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| The Nemours Building, 1107 North Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| Telephone: (302) 658-9141 | Wilmington, DE 19801 |
| progowski@cblh.com | Telephone: (302) 571-6600 |
| | msquire@ycst.com |
| | |
| Of Counsel: | Of Counsel: |
| William G. McElwain | Daniel F. Attridge |
| Henry N. Wixton | Edward C. Donovan |
| Amy K. Wigmore | Karen M. Robinson |
| Michael Gordon | Charanjit Brahma |
| Mark L. Rienzi | Corey J. Manley |
| WILMER, CUTLER, PICKERING, HALE and DORR LLP | KIRKLAND & ELLIS LLP |
| 1875 Pennsylvania Avenue, N.W. | 655 Fifteenth St., N.W. |
| Washington, DC 20006 | Suite 1200 |
| Telephone: (202) 663 6000 | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| William F. Lee | *Attorneys for Defendant* |
| WILMER, CUTLER, PICKERING, HALE and DORR LLP | *Teva Pharmaceuticals USA, Inc.* |
| 60 State Street | |
| Boston, MA 02109 | |
| Telephone: (617) 526 6000 | |

*Attorneys for Plaintiffs Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp., d/b/a GlaxoSmithKline*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge