IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>                      Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>                      Defendant. | Civil Action No. 05-197-GMS |

### STIPULATION AND PROPOSED ORDER
### REGARDING POST-TRIAL BRIEFING SCHEDULE

Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline ("GSK") and Teva Pharmaceuticals USA, Inc. ("Teva") have conferred and respectfully stipulate to, subject to the Order of the Court, the following joint proposed post-trial briefing schedule:

| DATE | EVENT |
|---|---|
| January 16, 2007 | Parties will exchange final deposition designations, counter designations and objections, and admitted exhibit list. |
| January 31, 2007 | Parties will file admitted trial exhibit list, hard copy set of exhibits, and their deposition designations in video and hard copy form. GSK will file proposed findings of fact and conclusions of law regarding Teva's claim that the claim 3 of the '860 patent is obvious and/or anticipated, and Teva will file opening papers, including proposed findings of fact and conclusions of law, regarding its claim that the '860 patent is unenforceable for inequitable conduct. |
| February 28, 2007 | Teva will file a response to GSK's proposed findings of fact and conclusions of law regarding obviousness and anticipation, and GSK will file a response to Teva's opening papers regarding inequitable conduct. |

| **DATE** | **EVENT** |
|---|---|
| March 14, 2007 | GSK will file a reply regarding obviousness and anticipation, and Teva will file a reply regarding inequitable conduct. |

The parties further stipulate that all objections regarding deposition designations that the parties wish the court to rule upon be addressed in post-trial briefing.

/s/ Francis DiGiovanni (#3189) for          .
Patricia Smink Rogowski (# 2632)
CONNOLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1007 North Orange Street
Wilmington, DE  19801
Telephone:  (302) 658-9141
progowski@cblh.com

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark L. Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE and DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 663 6000

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE and DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526 6000

*Attorneys for Plaintiffs SMITH KLINE & FRENCH LABORATORIES LIMITED AND SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE*

/s/ Monté T. Squire          .
John W. Shaw (# 3362)
Monté T. Squire (# 4764)
YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
msquire@ycst.com

Jay P. Lefkowitz
Edward C. Donovan
Karen M. Robinson
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000

*Attorneys for Defendant
TEVA PHARMACEUTICALS USA, INC.*

SO ORDERED this ____ day of January, 2007.

_____
United States District Judge