## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 10, 2007 was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on January 10, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Josy W. Ingersoll, Esq. | Edward C. Donovan, Esq. |
| Young Conaway Stargatt & Taylor LLP | Andrew Kay, Esq. |
| 1000 West Street, 17th Floor | Chanranjit Brahma, Esq. |
| Wilmington, DE 19801 | Corey Manley, Esq. |
| | Kirkland & Ellis LLP |
| | c/o Sheraton Suites Wilmington |
| | 422 Delaware Avenue |
| | Wilmington, DE 19801 |
| | Main: (302) 576-8049 |
| | Fax: (302) 576-8158 |

                                        /s/ Francis DiGiovanni (#3189) for
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_19.DOC