IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 05-197-GMS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER
REGARDING REVISED POST-TRIAL BRIEFING SCHEDULE**

WHEREAS the Court's January 17, 2007 Order set a post-trial briefing schedule as follows: opening briefs due on January 31, 2007,[1] answering briefs due on February 28, 2007 and reply briefs due on March 14, 2007,

WHEREAS defendant Teva Pharmaceuticals USA, Inc. ("Teva") respectfully requests and seeks to extend the post-trial briefing schedule deadlines by one week in order to accommodate a scheduling conflict that has arisen as a result of Teva's lead counsel being presently in trial in another matter, and

WHEREAS plaintiffs Smith Kline & French Laboratories Limited and SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") do not oppose Teva's request for a one week extension of the post-trial briefing schedule,

---

[1] In addition to the opening briefs due on January 31, 2007, the parties were also supposed to submit all exhibits and deposition designations, as well as proposed findings of fact and conclusions of law (regarding validity issues by GSK and inequitable conduct issues by Teva) by that same date.

NOW, THEREFORE, the parties have conferred and respectfully stipulate to, subject to the Order of the Court, the following revised joint proposed post-trial briefing schedule:

| **PROPOSED NEW DATE** | **ORIGINAL DATE** | **EVENT** |
|---|---|---|
| February 7, 2007 | January 31, 2007 | Parties will file admitted trial exhibit list, hard copy set of exhibits, and their deposition designations in video and hard copy form. GSK will file proposed findings of fact and conclusions of law regarding Teva's claim that the claim 3 of the '860 patent is obvious and/or anticipated, and Teva will file opening papers, including proposed findings of fact and conclusions of law, regarding its claim that the '860 patent is unenforceable for inequitable conduct. |
| March 7, 2007 | February 28, 2007 | Teva will file a response to GSK's proposed findings of fact and conclusions of law regarding obviousness and anticipation, and GSK will file a response to Teva's opening papers regarding inequitable conduct. |
| March 21, 2007 | March 14, 2007 | GSK will file a reply regarding obviousness and anticipation, and Teva will file a reply regarding inequitable conduct. |

As previously set forth in the parties' January 17, 2007 stipulation, the parties further stipulate that all objections regarding deposition designations that the parties wish the Court to rule upon be addressed in post-trial briefing.

_____/s/ Patricia Smink Rogowski_____
Patricia Smink Rogowski (# 2632)
CONNOLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1007 North Orange Street
Wilmington, DE  19801
Telephone:  (302) 658-9141
progowski@cblh.com

_____/s/ Monté T. Squire_____
John W. Shaw (# 3362)
Monté T. Squire (# 4764)
YOUNG CONAWAY STARGATT
  &  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
msquire@ycst.com

| | |
|---|---|
| William G. McElwain, Esq.<br>Henry N. Wixon, Esq.<br>Amy K. Wigmore, Esq.<br>Michael Gordon, Esq.<br>Mark L. Rienzi, Esq.<br>WILMER, CUTLER, PICKERING,<br>HALE and DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Telephone:  (202) 663 6000 | Jay P. Lefkowitz<br>Edward C. Donovan<br>Karen M. Robinson<br>Charanjit Brahma<br>Corey J. Manley<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000 |
| William F. Lee, Esq.<br>WILMER, CUTLER, PICKERING,<br>HALE and DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526 6000 | *Attorneys for Defendant*<br>*TEVA PHARMACEUTICALS USA, INC.* |

*Attorneys for Plaintiffs SMITH KLINE & FRENCH*
*LABORATORIES LIMITED AND SMITHKLINE*
*BEECHAM CORPORATION, D/B/A*
*GLAXOSMITHKLINE*

      SO ORDERED this \_\_\_\_ day of January, 2007.

_____

United States District Judge