IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.    05-197-GMS |

## LIST OF ADMITTED EXHIBITS

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax: (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400
Fax:    (202) 942-8484

Dated: February 7, 2007

## GSK v. TEVA
## LIST OF ADMITTED EXHIBITS

| Exhibit Number | Description | Method of Admission |
|---|---|---|
| DTX 19 | '860 Patent Public Prosecution History | Stipulated |
| DTX 20 | '808 Patent Public Prosecution History | Stipulated |
| DTX 22 | DX-22, Eden R., Curriculum Vitae | Stipulated |
| DTX 23 | DX-23, SK&F Project Meeting Minutes March 13, 1986 | Stipulated |
| DTX 24 | Laboratory Notebook No. 3293/55573 | Stipulated |
| DTX 25 | DX-25, SK&F Project Meeting Minutes February 27, 1987 | Stipulated |
| DTX 26 | DX-26, R. Eden et al., *Preclinical Pharmacology of Ropinirole(SK&F 101468-A) a Novel Dopamine D2 Agonist*, 1991 | Stipulated |
| DTX 28 | DX-28, Draft Project Plan, August 1987 | Stipulated |
| DTX 33 | DX-33, Costall, B., Curriculum Vitae | Stipulated |
| DTX 37 | CX-37, Costall, B. and R.J. Naylor, Action of SK&F 101468-A in a Model of Parkinson's Disease induced by I-methyl-4-phenyl-1,2,3,6-tetrahydropyridine in the common marmoset, September 1987 | Stipulated |
| DTX 39 | DX-39, Preclinical Profile of SK&F 101468-A (Ropinirole) | Stipulated |
| DTX 40 | Cannon JG. *The Design of Potential Anti-Parkinsonsian Drugs: What is the Dopaminergic Pharmacophore in Ergot Alkaloids?* Proc. Iowa Acad Sci 1986; 93:169-174. | Stipulated |
| DTX 41 | DX-41, Teva's Notice of 30(b)(6) Deposition April 5, 2006 | Stipulated |
| DTX 42 | DX-42, Gallagher, G., U.S. Patent 4,452,808, June 5, 1984 | Stipulated |
| DTX 45 | DX-45, Gallagher, G., Laboratory Notebook | Stipulated |
| DTX 46 | DX-46, Gallagher, G., Notebook | Stipulated |
| DTX 49 | DX-49, Hieble, J.P. memo to R. Eden re *Potential Back-Up Compounds for SK&F 101468 as Anti-Parkinson's Drugs* | Stipulated |
| DTX 50 | DX-50, Hieble, J.P. memo to R. Eden re *Potential Back-Up Compounds for SK&F 101468 as Anti-Parkinson's Drugs* | Stipulated |
| DTX 56 | Syntheses and in Vitro Evaluation of 4-(2-Aminoethyl)-2(3H)-indolones and Related Compounds as Peripheral Prejunctional Dopamine Receptor Agonists by DeMarinis, et al | Admitted 12/18/2006 (Long Direct) |
| DTX 62 | DX-62, J. Cannon et al: *Proposed Dopaminergic Pharmacophore of Lergotile. Pergolide, and Related Ergot Alkaloid Derivatives*, J. Med. Chem. 24:238-240 (1981) | Admitted 12/18/2006 (Long Direct) |
| DTX 64 | DX-64, Huffman, W. et al., *Communications to the Editor re 4-(Aminoalkyl)-7-hydroxy-2(3H)-indolones, a Novel Class of PotentPresynaptic Dopamine Receptor Agonists*, J. Med., Chem., July 1983 | Stipulated |
| DTX 71 | DX-71, Department of Drug Metabolism and Pharmacokinetics: *Preliminary Investigation into the C.N.S. Penetration of SK&F 101468 and Related Material in the Conscious Rat.* March 1986 | Stipulated |
| DTX 72 | DX-72, SK&F Project Meeting Minutes, February 10, 1986 | Stipulated |
| DTX 74 | DX-74, SK&F Project Meeting Minutes, May 20, 1986 | Stipulated |
| DTX 76 | DX-76, SK&F Project Meeting Minutes, October 30, 1986 | Stipulated |
| DTX 77 | DX-77, SK&F Project Meeting Minutes, December 11, 1986 | Stipulated |
| DTX 78 | DX-78, SK&F Project Meeting Minutes, February 18, 1987 | Stipulated |
| DTX 86 | DX-86, SK&F Project Review Panel memo to SK&F 101468 Project Team re *Critique of SK&F 101468,* October 12, 1987 | Stipulated |
| DTX 89 | DX-89, SK&F Project Meeting Minutes, March 3, 1988 | Stipulated |

| Exhibit Number | Description | Method of Admission |
|---|---|---|
| DTX 92 | DX-92, SK&F 101468 *Worldwide Development Plan and Review Document*, September 1987 | Stipulated |
| DTX 96 | DX-96, Wixon, H. email to D. Owen re GSK Retention Confirmation | Stipulated |
| DTX 97 | DX-97, Owen, D., Declaration and Power of Attorney, May 19, 1988 | Stipulated |
| DTX 98 | DX-98, SK&F Project Meeting Minutes, May 29, 1986 | Stipulated |
| DTX 99 | DX-99, SK&F Project Meeting Minutes, September 28, 1988 | Stipulated |
| DTX 100 | DX-100, SK&F Project Meeting Minutes, October 30, 1986 | Stipulated |
| DTX 101 | DX-101, SK&F Project Meeting Minutes, July 16, 1986 | Stipulated |
| DTX 102 | DX-102, SK&F Project Meeting Minutes September 3, 1986 | Stipulated |
| DTX 133 | DX-133, Giddings, P.J., letter to European Patent Office, November 25, 1991 | Stipulated |
| DTX 134 | DX-134, European Patent Office letter to P.J. Giddings, July 26, 1991 | Stipulated |
| DTX 140 | Plaintiff GSK's Responses to Defendant's 1st Set of Interrogatories, October 3, 2005 | Stipulated |
| DTX 141 | Plaintiff GSK's Supplemental Responses to Defendant's 1st Set of Interrogatories, April 10, 2006 | Stipulated |
| DTX 142 | Plaintiff GSK's 2nd Supplemental Responses to Defendant's 1st Set of Interrogatories, June 29, 2006 | Stipulated |
| DTX 160 | Cannon JG, Hsu FL, Long JP, Flynn JR, Costall B, Naylor RJ. *Preparation and biological actions of some symmetrically N,N-disubstituted dopamines*. J Med Chem 1978; 21(3):248-253. | Admitted 12/18/2006 (Long Direct) |
| DTX 172 | TEV-RQEXP000217-220, Steinsland, O. and Hieble, J.P., *Dopaminergic Inhibition of Andrenergic Neurotransmission as a Model for Studies on Dopamine Receptor Mechanisms*, Science, 1978, Vol. 199:443-445 | Admitted 12/18/2006 (Long Direct) |
| DTX 179 | TEV-RQEXP000249-254, Cannon, J.G., *The Design of Potential Anti-Parkinsonian Drugs: What is the Dopaminergic Pharmacophore in Ergot Alkaloids?* Proc. Iowa Acad. Sci, 1986, Vol. 93, No. 4: 169-174 | Admitted 12/18/2006 (Long Direct) |
| DTX 220 | GSK-SUD000065-86, Mirapex Tablets -- Information Booklet | Admitted 12/18/2006 (Tarsy Direct) |
| DTX 221 | GSK-SUD000126-162, Requip Tablets -- Prescribing Information | Admitted 12/18/2006 (Tarsy Direct) |
| DTX 312 | GSK-REQ 094434-94657, Internal File History for U.S. Patent No. 4,824,860 | Stipulated |
| DTX 355 | Curriculum Vitae, H.C. Boghigian | Stipulated |
| DTX 356 | Curriculum Vitae, J.G. Cannon | Stipulated |
| DTX 357 | Curriculum Vitae, Long, J.P | Admitted 12/18/2006 (Long Direct) |
| DTX 358 | Curriculum Vitae, Tarsy, D. | Admitted 12/18/2006 (Tarsy Direct) |
| DTX 361* | Expert Report of Harry Bohigian | Stipulated |
| DTX 375 | DX 171, Holden, K., United States Patent 4,206,210, June 3, 1980 | Admitted 12/20/2006 (Jenner Cross) |
| DTX 376 | DX 172, Hieble, P. et al., *Synthesis and Evaluation of Non-Catechol D-1 and D-2 Dopamine Receptor Agonists: Benzimidazol-2-one, Benzoxazol-2-one, and the Highly Potent Benzothiazol-2-one 7-Ethylamines*, J. Med. Chem., 1987 | Admitted 12/19/2006 (Bartlett Cross) |
| DTX 377 | DX 173, Kaiser, C. and T. Jain, *Dopamine Receptors: Functions, Subtypes and Emerging Concepts*, Medicinal Research Reviews, Vol. 5, No. 2, 145-229, 1985 | Admitted 12/20/2006 (Jenner Cross) |
| DTX 383 | Plaintiff GSK's Third Supplemental Responses to Defendants 1st Set of Interrogatories, August 16, 2006 | Stipulated |

| Exhibit Number | Description | Method of Admission |
|---|---|---|
| DTX 391 | PX 64, Daniel Tarsy, M.D., Initial Treatment of Parkinson's Disease, Current Treatment Options in Neurology 2006. 8:224-235 | Admitted 12/18/2006 (Tarsy Direct) |
| PTX 13 | U.S. Patent No. 4,452,808 | Admitted 12/18/2006 (Long Direct) |
| PTX 17 | Journal of Medicinal Chemistry article *4-[2-(Di-n-propylamino)ethyl]-2(3H)-indolone: A Prejunctional Dopamine Receptor Agonist.* | Admitted 12/18/2006 (Long Direct) |
| PTX 35 | U.S. Patent No. 4,824,860 | Admitted 12/18/2006 (Long Direct) |
| PTX 36 | U.S. Patent No. 4,314,944 | Stipulated |
| PTX 53 | Patent Certification (From Teva's ANDA) | Admitted 12/18/2006 (Jaskot Direct) |
| PTX 117 | Cannon JG, Long JP, Bhatnagar R. *Future directions in dopaminergic nervous system and dopaminergic agonists.* J Med Chem 1981; 24(10):1113-1118. | Admitted 12/19/2006 (Long Cross) |
| PTX 145 | Cannon JG. *Structure-activity relationships of dopamine agonists.* Annual Rev Pharmacol Toxicol 1983: 23:103-129 | Admitted 12/18/2006 (Long Cross) |
| PTX 156 | Cannon JG, Lee T, Ilhan M, Koons J, Long JP. *6-Hydroxy-4-[2-(di-n-propylamino)ethyl]indole: synthesis and dopaminergic actions.* J Med Chem 1984; 27(3):386-389. | Admitted 12/20/2006 (Jenner Direct) |
| PTX 255 | Rascol O, Brooks DJ, Korczyn AD, De Deyn, PP, Clarke, CE, Lang, AE. *A five-year study of the incidence of dyskinesia in patients with early Parkinson's Disease who were treated with ropinirole or levodopa.* N. Engl J. Med. 2000; 342:1484-91. | Admitted 12/19/2006 (Sudarsky Direct) |
| PTX 261 | Mungersdorf M, Sommer U, Sommer M, Reichmann H. *High dose therapy with ropinirole in patients with Parkinson's Disease.* J. of Neural Transmission 2001; 108;1309-1317 | Admitted 12/18/2006 (Tarsy Cross) |
| PTX 262 | GlaxoSmithKline plc Annual Report for the year ended 31st December 2000 | Stipulated |
| PTX 265 | Miyasaki JM, Martin W, Suchowersky O, Weiner WJ, Lang AE. *Practice parameter: Initiation of treatment for Parkinson's Disease: An evidence-based review*: Report of the Quality Standards Subcommittee of the American Academy of Neurology. | Admitted 12/19/2006 (Sudarsky Direct) |
| PTX 271 | GlaxoSmithKline plc Annual Report for the year ended 31st December 2002 | Stipulated |
| PTX 277 | GlaxoSmithKline plc Annual Report for the year ended 31st December 2003 | Stipulated |
| PTX 284 | GlaxoSmithKline plc Annual Report for the year ended 31st December 2004 | Stipulated |
| PTX 297 | Pahwa R, Factor SA, Lyons KE, Ondo WG, Gronseth G, Bronte-Stewart H, Hallett M, Miyasaki J, Stevens J, Weiner WJ. *Practice parameter: Treatment of Parkinson Disease with motor fluctuations and dyskinesia (an evidence-based review)*; Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006; 66:983-995. | Admitted 12/19/2006 (Sudarsy Direct) |
| PTX 304* | Expert Report of Christopher A. Vellturo | Stipulated |
| PTX 311 | Annual Report of GlaxoSmithKline plc for the year ended 31st December 2005 | Stipulated |

| Exhibit Number | Description | Method of Admission |
|---|---|---|
| PTX 434 | Curriculum Vitae, Paul A. Bartlett | Admitted 12/19/2006 (Bartlett Direct) |
| PTX 436 | Curriculum Vitae, Lewis Sudarsky, M.D. | Admitted 12/19/2006 (Sudarsky Direct) |
| PTX 437 | Curriculum Vitae, Christopher A. Vellturo | Stipulated |
| PTX 438 | Curriculum Vitae, Peter George Jenner | Admitted 12/19/2006 (Jenner Direct) |
| PTX 447 | Long, J.P, et al. *Inhibitory receptors on the adrenergic nerve terminals.* Peripheral Dopaminergic Receptors. Pergamon, 1979:281-286. | Admitted 12/19/2006 (Long Cross) |

### List of Demonstratives Used During Trial for Identification Only

| Exhibit Number | Description | Date of Use |
|---|---|---|
| DDX 1 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 2 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 3 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 4 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 5 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 6 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 8 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 9 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 10 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 11 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 500 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 501 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| DDX 502 | Defendant's Demonstrative Exhibit | 12/18/2006 (Long Direct) |
| PDX 1 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Jenner Direct) |
| PDX 21 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 22 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 23 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 24 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 25 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 26 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 27 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 28 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Bartlett Direct) |
| PDX 29 | Plaintiff's Demonstrative Exhibit | 12/19/2006 (Jenner Direct) |

\* Subject to any evidentiary objection to be raised in post-trial briefing.

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 7, 2007 LIST OF ADMITTED EXHIBITS was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 7, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

/s/ Patricia S Rogowski
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_22.DOC