IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.    05-197-GMS<br><br>FILED UNDER SEAL |

## PLAINTIFFS' DEPOSITION DESIGNATIONS

                                                           Patricia Smink Rogowski (Del. ID No. 2632)
                                                           CONNOLLY BOVE LODGE & HUTZ LLP
                                                           The Nemours Building
                                                           1007 North Orange Street
                                                           Wilmington, DE 19801
                                                           Phone: (302) 658-9141
                                                           Fax : (302) 658-5614
                                                           *Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400
Fax: (202) 942-8484

Dated: February 7, 2007