IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>          Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>          Defendant. | Civil Action No.    05-197-GMS |

## GSK'S OBJECTIONS TO EXHIBITS THAT TEVA SEEKS TO ADMIT POST-TRIAL

                                          Patricia Smink Rogowski (Del. ID No. 2632)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          The Nemours Building
                                          1007 North Orange Street
                                          Wilmington, DE  19801
                                          Phone:  (302) 658-9141
                                          Fax :  (302) 658-5614
                                          *Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone:  (617) 526-6000
Fax:  (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Phone:  (202) 942-8400
Fax:    (202) 942-8484

Dated: February 7, 2007

# GSK OBJECTIONS TO EXHIBITS THAT TEVA SEEKS TO ADMIT POST-TRIAL

GSK objects to the following exhibits that Teva seeks to introduce post-trial on the following basis:

| TEVA PROPOSED EXHIBIT | DESCRIPTION | GSK OBJECTION |
|---|---|---|
| DTX 132 | GSK v. Teva Pharmaceuticals USA, Inc., Civil Action No. 05--197-GMS (D. Delaware) Revised Privilege Log of Plaintiff GSK April 18, 2006 (originally produced April 7, 2006) | Relevance |
| DTX 136 | GSK v. Teva Pharmaceuticals USA, Inc., Civil Action No. 05-197-GMS (D. Delaware) Second Privilege Log of Plaintiff GSK May 2, 2006 | Relevance |
| DTX 137 | GSK v. Teva Pharmaceuticals USA, Inc., Civil Action No. 05-197-GMS (D. Delaware) Privilege Log of Plaintiff GSK May 24, 2006 | Relevance |
| DTX 138 | GSK v. Teva Pharmaceuticals USA, Inc., Civil Action No. 05-107-GMS (D. Delaware) Fourth Privilege Log of Plaintiff GSK May 31, 2006 | Relevance |
| DTX 311 | GSK-REQ 094317-9433, Internal Prosecution History for U.S. Patent No. 4,452,808 | Relevance |
| DTX 35 | DX-35, B. Costall and R.J. Naylor Study: "SK&F 101468-A: a centrally acting dopamine agonist having antiparkinson, antidepressant and anxiolytic activity" | Hearsay |
| DTX 36 | DX-36, Sept. 1987 SK&F Report by B.Costall and R.J. Naylor re Action of 101468-A in Mice with Lesions | Hearsay |

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 7, 2007 **GSK'S OBJECTIONS TO EXHIBITS THAT TEVA SEEKS TO ADMIT POST-TRIAL** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 7, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

*/s/ Patricia J. Rogowski*
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_24.DOC