IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br> Plaintiffs, <br> v. <br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    05-197-GMS |

### NOTICE OF FILING: TRIAL EXHIBITS VOLUMES I TO VI

The undersigned caused a set of Trial Exhibits (Volumes I to VI) to be delivered to the Court on February 7, 2007. An Index is attached.

Respectfully submitted,

*/s/ Patricia S. Rogowski*

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax: (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400

Dated: February 7, 2007

- 2 -

## INDEX TO TRIAL EXHIBITS - VOLUMES I TO VI

| | |
|---|---|
| **VOLUME I:** | DTX 19 to DTX 33 |
| **VOLUME II:** | DTX 37 to DTX 45 |
| **VOLUME III:** | DTX 46 to DTX 221 |
| **VOLUME IV:** | DTX 312 to DTX 391 and PTX 13 to PTX 261 |
| **VOLUME V:** | PTX 262 to PTX 277 |
| **VOLUME VI:** | PTX 284 to PTX 447; DDX 1 to DDX 502 and PDX 1 to PDX 29 |

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 7, 2007 **NOTICE OF FILING: TRIAL EXHIBITS VOLUMES I TO VI** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 7, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_30.DOC