IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-197 GMS |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that defendant Teva Pharmaceuticals USA, Inc. ("Teva") has lodged and offered the following exhibits into evidence with the Court, as contemplated by discussions at trial, and in connection with, and relevant to, Teva's claims and defenses and post-trial briefing.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| DTX 35 | DX-35, B. Costall and R.J. Naylor: *SK&F 101468-A: a centrally acting dopamine agonist having antiparkinson, antidepressant and anxiolytic activity,* July 9, 1987 |
| DTX 36 | DX-36, Costall, B. and R.J. Naylor, *Action of SK&F 101468-A in mice with unilateral 6-OHDA lesions of the substantia nigra,* September 1987 |
| DTX 132 | DX-132, Revised Privilege Log of GSK April 18, 2006 |
| DTX 136 | DX-136, Second Privilege Log of GSK May 2, 2006 |
| DTX 137 | DX-137, Third Privilege Log of GSK May 24, 2006 |
| DTX 138 | DX-138, Fourth Privilege Log of GSK May 31, 2006 |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| DTX 311 | Internal Prosecution History for U.S. Patent No. 4,452,808 |

Respectfully submitted,

/s/

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
msquire@ycst.com

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

*Of Counsel*
Daniel F. Attridge, P.C.
Edward C. Donovan
Andrew B. Kay
Charanjit Brahma
Corey J. Manley
Valerie L. Gutmann
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000

Dated:  February 7, 2007

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on February 7, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participants in the manner indicated:

### BY E-MAIL

>William F. Lee, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>Cristina C. Ashworth, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.