<u>REDACTED – FINAL VERSION</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>            Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>            Defendant. | Civil Action No. 05-197 GMS<br><br>**FILED UNDER SEAL** |

**DECLARATION OF MONTÉ T. SQUIRE IN SUPPORT OF DEFENDANT
TEVA PHARMACEUTICALS USA, INC.'S POST-TRIAL BRIEF
<u>ON THE DEFENSE OF INEQUITABLE CONDUCT</u>**

I, Monté T. Squire, declare as follows:

I am admitted to this Court and am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel of record for Defendant Teva Pharmaceuticals USA, Inc. in this action.  Attached hereto behind the below identified tabs are true and correct copies of the following:

**TEVA'S PROPOSED FINDINGS AND CONCLUSIONS OF LAW**

| Tab | Document Description |
|---|---|
| 1 | [Proposed] Findings of Fact and Conclusions of Law on Teva Pharmaceuticals USA, Inc.'s Defense and Counterclaim of Inequitable Conduct |

**EXHIBITS CITED IN TEVA'S BRIEF AND/OR PROPOSED FINDINGS**

| Tab | Trial Exhibit Number | Document Description |
|-----|---------------------|---------------------|
| 2 | PTX 13 | U.S. Patent No. 4,452,808 |
| 3 | PTX 35 | U.S. Patent No. 4,824,860 |
| 4 | DDX 10 | Inactive '860 Patent Compound |
| 5 | DDX 11 | Inactive '860 Patent Compound |
| 6 | DTX 19 | Prosecution History for '860 Patent |
| 7 | DTX 22 | R. Eden Curriculum Vitae |
| 8 | DTX 24 | A. Wright Laboratory Notebook, July 2, 1986 |
| 9 | DTX 28 | Draft Project Plan, August 1987 |
| 10 | DTX 35 | Costall, B. and Naylor, R.J., *SK&F 101468-A: a centrally acting dopamine agonist having antiparkinson, antidepressant and anxiolytic activity*, July 9, 1987 |
| 11 | DTX 36 | Costall, B. and Naylor, R.J., *Action of SK&F 101468-A in mice with unilateral 6-OHDA lesions of the substantia nigra*, September 1987 |
| 12 | DTX 37 | Costall, B. and Naylor, R.J., *Action of SK&F 101468-A in a Model of Parkinson's Disease induced by l-methyl-4-phenyl-l,2,3,6-tetrahydropyridine in the common marmoset*, September 1987 |
| 13 | DTX 41 | Teva's Notice of 30(b)(6) Deposition April 5, 2006 |
| 14 | DTX 45 | G. Gallagher Laboratory Notebook |
| 15 | DTX 56 | DeMarinis, R. et al., *Syntheses and In Vitro Evaluation of 4-(2-aminoethyl)-2-3(H)-Indolones and Related Compounds as Peripheral Prejunctional Dopamine Receptor Agonists*, 1986 |
| 16 | DTX 97 | D. Owen Declaration and Power of Attorney, May 19, 1988 |
| 17 | DTX 98 | SK&F Project Meeting Minutes May 29, 1986 |
| 18 | DTX 100 | SK&F Project Meeting Minutes October 30, 1986 |
| 19 | DTX 101 | SK&F Project Meeting Minutes July 16, 1986 |

| Tab | Trial Exhibit Number | Document Description |
|---|---|---|
| 20 | DTX 102 | SK&F Project Meeting Minutes September 3, 1986 |
| 21 | DTX 132 | Revised Privilege Log of GSK April 18, 2006 |
| 22 | DTX 133 | Giddings, P.J., letter to European Patent Office, November 25, 1991 |
| 23 | DTX 134 | European Patent Office letter to P.J. Giddings, July 26, 1991 |
| 24 | DTX 136 | Second Privilege Log of GSK May 2, 2006 |
| 25 | DTX 137 | Third Privilege Log of GSK May 24, 2006 |
| 26 | DTX 138 | Fourth Privilege Log of GSK May 31, 2006 |
| 27 | DTX 140 | Plaintiff GSK's Responses to Defendant's 1st Set of Interrogatories, October 3, 2005 |
| 28 | DTX 160 | Cannon, J.G., Hsu, F., Long, J.P., Flynn, J.R., Costall, B., and Naylor, R.J., *Preparation and Biological Actions of Some Symmetrically N, N-Disubstituted Dopamines,* J. Med. Chem., 1978, Vol. 21, No. 3: 248-253 |
| 29 | DTX 311 | Internal Prosecution History for U.S. Patent No. 4,452,808 |
| 30 | DTX 312 | Declaration and Power of Attorney, D. Owen, 1988 |
| 31 | DTX 375 | U.S. Patent 4,206,210 |
| 32 | DTX 376 | Hieble, P. et al., *Synthesis and Evaluation of Non-Catechol D-1 and D-2 Dopamine Receptor Agonists: Benzimidazol-2-one, Benzoxazol-2-one, and the Highly Potent Benzothiazol-2-one 7-Ethylamines*, J. Med. Chem., 1987 |

## DEPOSITION TRANSCRIPT EXCERPTS CITED IN TEVA'S BRIEF AND/OR PROPOSED FINDINGS

| Tab | Deposition Transcript |
|---|---|
| 33 | Excerpts from the deposition of Brenda Costall |
| 34 | Excerpts from the deposition of Roger Eden |
| 35 | Excerpts from the deposition of Peter Giddings |

| Tab | Deposition Transcript |
|-----|----------------------|
| 36 | Excerpts from the deposition of Carol Harvey |
| 37 | Excerpts from the deposition of John Long |
| 38 | Excerpts from the deposition of David Owen |

## PLEADINGS AND CORRESPONDENCE CITED IN TEVA'S BRIEF AND/OR PROPOSED FINDINGS

| Tab | Pleadings and/or Correspondence |
|-----|--------------------------------|
| 39 | 05/30/2006 Letter from M. Gordon to C. Brahma re Discovery Responses |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wilmington, Delaware.

Respectfully submitted,

Monté T. Squire (No. 4764)

Dated: February 7, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I, Monté T. Squire, Esquire, hereby certify that on February 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on February 14, 2007,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participants in the manner indicated:

> <u>**BY E-MAIL**</u>
>
> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109
>
> Cristina C. Ashworth, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ *Monté T. Squire*
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.