# EXHIBITS 1-39

## REDACTED IN THEIR ENTIRETY