<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES, LTD, AND SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 05-197 GMS |
| v. | : : : | **FILED UNDER SEAL** |
| TEVA PHARMACEUTICALS USA, INC., | : : | |
| Defendant. | : : : | |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
DEPOSITION DESIGNATIONS AND OBJECTIONS,
COUNTERDESIGNATIONS AND COMPLETENESS DESIGNATIONS**

The following sets forth defendant Teva Pharmaceuticals USA, Inc.'s ("Teva's")

affirmative deposition testimony designations and objections, counterdesignations, and

completeness designations to plaintiffs' Smith Kline & French Laboratories, Ltd. and

SmithKline Beecham Corp., d/b/a GlaxoSmithKline (collectively "GSK's") deposition testimony

designations.

Respectfully submitted,

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

*Of Counsel*
Daniel F. Attridge, P.C.
Edward C. Donovan
Andrew B. Kay
Charanjit Brahma
Corey J. Manley
Valerie L. Gutmann
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000


Dated:  February 7, 2007

# Deposition Testimony of Harry Boghigian

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 1 | 1 | 336 | 22 |

# Deposition Testimony of Brenda Costall

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 5 | 15 | 6 | 2 |
| 7 | 1 | 7 | 7 |
| 9 | 4 | 9 | 13 |
| 10 | 22 | 11 | 3 |
| 22 | 15 | 23 | 1 |
| 31 | 21 | 32 | 12 |
| 32 | 15 | 33 | 6 |
| 75 | 4 | 75 | 7 |
| 77 | 1 | 77 | 9 |
| 102 | 12 | 103 | 2 |
| 123 | 10 | 123 | 17 |
| 124 | 15 | 124 | 20 |
| 128 | 1 | 128 | 18 |
| 132 | 2 | 132 | 17 |
| 141 | 1 | 141 | 5 |
| 141 | 8 | 141 | 9 |
| 150 | 6 | 150 | 16 |
| 152 | 22 | 153 | 4 |
| 159 | 14 | 162 | 7 |
| 162 | 9 | 162 | 18 |
| 162 | 21 | 163 | 12 |
| 163 | 14 | 163 | 17 |
| 164 | 12 | 164 | 21 |
| 165 | 1 | 165 | 17 |
| 194 | 4 | 195 | 4 |
| 203 | 8 | 203 | 15 |
| 207 | 5 | 207 | 11 |
| 208 | 9 | 208 | 19 |
| 212 | 13 | 215 | 6 |
| 221 | 22 | 222 | 16 |
| 224 | 10 | 225 | 6 |
| 258 | 22 | 259 | 4 |
| 259 | 6 | 259 | 8 |
| 259 | 10 | 259 | 12 |
| 272 | 10 | 272 | 11 |
| 272 | 14 | 273 | 8 |
| 274 | 12 | 274 | 14 |
| 274 | 19 | 274 | 19 |
| 274 | 21 | 276 | 10 |
| 287 | 15 | 288 | 5 |
| 290 | 7 | 290 | 13 |
| 291 | 10 | 291 | 14 |
| 291 | 16 | 291 | 21 |
| 300 | 14 | 300 | 22 |

# Deposition Testimony of Brenda Costall

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 22 | 15 | 24 | 13 | |
| 32 | 5 | 32 | 10 | |
| 32 | 11 | 32 | 19 | Hearsay, No Foundation |
| 54 | 20 | 57 | 9 | Hearsay |
| 57 | 10 | 58 | 3 | Hearsay |
| 59 | 2 | 59 | 5 | Hearsay |
| 60 | 7 | 60 | 16 | Hearsay |
| 60 | 17 | 61 | 2 | Hearsay |
| 62 | 21 | 65 | 4 | Hearsay |
| 65 | 5 | 67 | 8 | Hearsay |
| 69 | 8 | 69 | 21 | Hearsay |
| 73 | 11 | 75 | 3 | Hearsay, No Foundation |
| 75 | 8 | 76 | 22 | |
| 77 | 10 | 79 | 2 | |
| 80 | 2 | 80 | 10 | |
| 80 | 11 | 80 | 19 | Hearsay, No Foundation |
| 81 | 5 | 81 | 20 | |
| 81 | 21 | 83 | 3 | Hearsay |
| 83 | 4 | 83 | 9 | Hearsay |
| 83 | 10 | 84 | 1 | Hearsay, No Foundation |
| 84 | 13 | 85 | 1 | Hearsay |
| 87 | 1 | 87 | 16 | Hearsay |
| 87 | 17 | 89 | 10 | Hearsay, No Foundation |
| 89 | 11 | 90 | 9 | Hearsay, No Foundation |
| 96 | 10 | 97 | 1 | Hearsay, No Foundation |
| 103 | 3 | 103 | 12 | |
| 125 | 12 | 127 | 15 | Hearsay, No Foundation |
| 176 | 17 | 177 | 8 | Hearsay, Relevance |
| 203 | 16 | 204 | 12 | Relevance, No Foundation |
| 230 | 13 | 231 | 5 | Hearsay |

# Deposition Testimony of Brenda Costall

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 19 | 14 | 20 | 6 |
| 20 | 19 | 21 | 10 |
| 46 | 18 | 47 | 5 |
| 48 | 13 | 48 | 19 |
| 103 | 13 | 103 | 18 |
| 113 | 13 | 114 | 1 |
| 124 | 15 | 124 | 20 |
| 152 | 22 | 153 | 4 |
| 156 | 17 | 156 | 22 |
| 212 | 13 | 215 | 6 |
| 263 | 1 | 263 | 8 |
| 264 | 20 | 265 | 6 |
| 265 | 11 | 265 | 19 |

# Deposition Testimony of Brenda Costall

## Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 76 | 6 | 76 | 7 | Relevance, Outside Scope, Incomplete | 76 | 4 | 76 | 5 |
| 282 | 2 | 282 | 8 | Incomplete, Relevance | 281 | 4 | 282 | 1 |
| 283 | 10 | 283 | 12 | Relevance, Outside Scope, Incomplete | | | | |
| 312 | 18 | 314 | 4 | Outside Scope, Incomplete | 317 | 11 | 318 | 3 |
| 319 | 6 | 320 | 2 | Outside Scope, Incomplete | 321 | 2 | 321 | 6 |

4

# Deposition Testimony of Roger Eden

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 6 | 16 | 6 | 19 |
| 9 | 5 | 9 | 14 |
| 27 | 14 | 28 | 1 |
| 40 | 8 | 40 | 19 |
| 40 | 20 | 41 | 10 |
| 41 | 16 | 42 | 19 |
| 59 | 6 | 60 | 1 |
| 60 | 18 | 62 | 8 |
| 63 | 1 | 63 | 7 |
| 63 | 8 | 63 | 18 |
| 63 | 19 | 64 | 11 |
| 64 | 16 | 65 | 9 |
| 66 | 2 | 66 | 10 |
| 72 | 4 | 72 | 19 |
| 74 | 12 | 75 | 1 |
| 80 | 7 | 80 | 10 |
| 80 | 12 | 80 | 12 |
| 80 | 13 | 80 | 19 |
| 88 | 1 | 88 | 6 |
| 88 | 8 | 88 | 12 |
| 89 | 16 | 90 | 11 |
| 92 | 19 | 93 | 10 |
| 94 | 14 | 94 | 20 |
| 98 | 18 | 98 | 21 |
| 100 | 2 | 100 | 16 |
| 107 | 20 | 108 | 2 |
| 108 | 4 | 108 | 9 |
| 110 | 22 | 112 | 2 |
| 148 | 2 | 148 | 3 |
| 148 | 9 | 148 | 22 |
| 154 | 1 | 154 | 5 |
| 154 | 11 | 154 | 15 |
| 154 | 18 | 155 | 2 |
| 163 | 1 | 163 | 4 |
| 164 | 6 | 164 | 8 |
| 164 | 12 | 164 | 14 |
| 165 | 4 | 165 | 9 |
| 165 | 12 | 165 | 13 |
| 166 | 8 | 166 | 14 |
| 183 | 15 | 184 | 6 |
| 208 | 5 | 208 | 13 |
| 209 | 1 | 209 | 3 |
| 209 | 6 | 209 | 6 |
| 218 | 3 | 218 | 14 |
| 218 | 17 | 219 | 2 |

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 220 | 15 | 221 | 14 |
| 221 | 16 | 221 | 19 |
| 221 | 21 | 221 | 21 |
| 229 | 11 | 229 | 13 |
| 229 | 17 | 229 | 19 |
| 242 | 3 | 243 | 6 |
| 243 | 8 | 243 | 8 |
| 246 | 22 | 247 | 3 |
| 247 | 16 | 247 | 20 |
| 247 | 22 | 248 | 1 |
| 248 | 16 | 248 | 17 |
| 249 | 16 | 250 | 20 |
| 251 | 9 | 251 | 19 |
| 251 | 22 | 252 | 11 |
| 252 | 13 | 252 | 15 |
| 252 | 17 | 252 | 18 |
| 253 | 1 | 253 | 16 |
| 253 | 19 | 254 | 1 |
| 254 | 3 | 254 | 13 |
| 254 | 16 | 255 | 5 |

# Deposition Testimony of Roger Eden

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 16 | 15 | 16 | 20 | |
| 27 | 14 | 28 | 15 | |
| 33 | 6 | 34 | 1 | Relevance |
| 37 | 13 | 39 | 3 | Relevance |
| 39 | 19 | 40 | 19 | |
| 42 | 7 | 42 | 22 | |
| 59 | 6 | 60 | 12 | |
| 63 | 1 | 63 | 18 | Hearsay |
| 64 | 8 | 67 | 20 | Hearsay |
| 70 | 20 | 72 | 19 | Hearsay |
| 80 | 15 | 81 | 2 | Hearsay |
| 81 | 15 | 81 | 18 | Hearsay |
| 108 | 10 | 108 | 18 | No Foundation |
| 109 | 10 | 110 | 14 | |
| 110 | 15 | 110 | 21 | Relevance |
| 162 | 20 | 165 | 3 | |
| 181 | 19 | 182 | 19 | |
| 183 | 21 | 184 | 6 | |
| 184 | 15 | 185 | 5 | |
| 186 | 13 | 186 | 15 | Relevance |
| 237 | 4 | 237 | 18 | Relevance |

# Deposition Testimony of Roger Eden

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 44 | 4 | 44 | 13 |
| 47 | 10 | 48 | 2 |
| 74 | 20 | 75 | 1 |
| 91 | 18 | 91 | 22 |
| 94 | 21 | 95 | 5 |
| 103 | 3 | 103 | 8 |
| 122 | 17 | 123 | 8 |
| 123 | 11 | 123 | 11 |
| 127 | 18 | 127 | 21 |
| 128 | 2 | 128 | 2 |
| 133 | 13 | 133 | 16 |
| 134 | 18 | 136 | 11 |
| 149 | 13 | 153 | 17 |
| 158 | 15 | 158 | 22 |
| 182 | 20 | 183 | 9 |
| 186 | 16 | 187 | 4 |
| 248 | 2 | 248 | 10 |
| 258 | 11 | 258 | 15 |

# Deposition Testimony of Gregory Gallagher

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 5 | 16 | 5 | 21 |
| 10 | 2 | 10 | 10 |
| 10 | 15 | 11 | 8 |
| 12 | 17 | 14 | 19 |
| 17 | 6 | 17 | 21 |
| 44 | 12 | 44 | 19 |
| 182 | 1 | 183 | 3 |
| 216 | 15 | 218 | 3 |
| 221 | 3 | 222 | 13 |
| 222 | 15 | 222 | 17 |
| 222 | 19 | 223 | 10 |
| 223 | 12 | 223 | 15 |
| 223 | 17 | 223 | 17 |
| 227 | 9 | 228 | 3 |
| 228 | 5 | 228 | 5 |
| 228 | 7 | 228 | 11 |
| 228 | 13 | 228 | 13 |
| 228 | 15 | 229 | 6 |
| 229 | 8 | 229 | 8 |
| 230 | 5 | 231 | 20 |
| 236 | 13 | 237 | 12 |
| 237 | 15 | 237 | 19 |
| 248 | 12 | 248 | 15 |
| 248 | 22 | 249 | 12 |
| 249 | 18 | 252 | 18 |

# Deposition Testimony of Gregory Gallagher

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 14 | 6 | 16 | 1 | |
| 17 | 22 | 18 | 19 | |
| 27 | 5 | 27 | 10 | |
| 31 | 19 | 32 | 3 | |
| 37 | 10 | 41 | 18 | |
| 44 | 12 | 44 | 19 | |
| 67 | 20 | 68 | 15 | |
| 69 | 11 | 71 | 11 | |
| 79 | 16 | 80 | 20 | |
| 82 | 15 | 82 | 18 | |
| 94 | 5 | 94 | 17 | |
| 100 | 4 | 100 | 16 | |
| 102 | 18 | 103 | 4 | |
| 104 | 2 | 104 | 18 | |
| 109 | 17 | 110 | 11 | |
| 111 | 18 | 112 | 1 | |
| 114 | 5 | 114 | 7 | |
| 115 | 3 | 115 | 16 | |
| 118 | 9 | 119 | 2 | |
| 126 | 1 | 126 | 10 | |
| 127 | 5 | 127 | 17 | |
| 141 | 10 | 141 | 13 | |
| 146 | 22 | 147 | 3 | |
| 147 | 18 | 149 | 17 | |
| 159 | 17 | 160 | 6 | |
| 167 | 11 | 167 | 14 | Relevance |
| 167 | 15 | 168 | 16 | |
| 169 | 15 | 170 | 5 | |
| 182 | 21 | 183 | 3 | |
| 201 | 9 | 201 | 21 | |
| 223 | 19 | 225 | 20 | |
| 253 | 12 | 254 | 5 | |
| 275 | 15 | 276 | 6 | |

# Deposition Testimony of Gregory Gallagher

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 27 | 11 | 28 | 7 |
| 101 | 3 | 101 | 5 |
| 101 | 7 | 101 | 8 |
| 103 | 6 | 103 | 14 |
| 105 | 16 | 106 | 17 |
| 112 | 2 | 112 | 11 |
| 116 | 6 | 116 | 19 |
| 121 | 15 | 122 | 5 |
| 154 | 15 | 156 | 9 |
| 178 | 21 | 180 | 20 |
| 238 | 11 | 239 | 4 |
| 239 | 22 | 240 | 7 |
| 256 | 8 | 256 | 9 |
| 256 | 11 | 256 | 12 |
| 276 | 7 | 276 | 12 |
| 276 | 14 | 277 | 1 |
| 277 | 3 | 277 | 5 |
| 277 | 7 | 277 | 18 |

# Deposition Testimony of Gregory Gallagher

## Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 31 | 19 | 32 | 3 | Outside Scope, Relevance | | | | |
| 115 | 3 | 115 | 7 | Outside Scope, Relevance | | | | |
| 115 | 8 | 115 | 16 | | | | | |
| 116 | 6 | 116 | 15 | Outside Scope, Relevance | | | | |
| 120 | 14 | 121 | 4 | | | | | |
| 223 | 19 | 225 | 20 | Outside Scope, Relevance | | | | |

4

# Deposition Testimony of Peter Giddings

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|:---:|:---:|:---:|:---:|
| 9 | 5 | 9 | 11 |
| 17 | 6 | 17 | 16 |
| 54 | 4 | 55 | 7 |
| 55 | 9 | 56 | 1 |
| 56 | 5 | 57 | 14 |
| 57 | 16 | 59 | 4 |
| 59 | 10 | 60 | 13 |
| 132 | 8 | 135 | 17 |
| 135 | 20 | 136 | 22 |
| 137 | 3 | 138 | 7 |
| 138 | 9 | 138 | 16 |
| 138 | 19 | 138 | 19 |
| 138 | 21 | 139 | 8 |
| 139 | 11 | 140 | 16 |
| 140 | 19 | 141 | 21 |
| 142 | 1 | 142 | 4 |
| 142 | 8 | 142 | 14 |
| 142 | 16 | 143 | 3 |
| 143 | 5 | 143 | 6 |
| 144 | 11 | 145 | 6 |
| 145 | 8 | 145 | 14 |
| 145 | 16 | 146 | 12 |
| 146 | 14 | 149 | 14 |
| 149 | 17 | 149 | 17 |
| 149 | 20 | 149 | 21 |
| 202 | 10 | 208 | 3 |

# Deposition Testimony of Peter Giddings

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 9 | 5 | 10 | 6 | |
| 12 | 2 | 12 | 13 | |
| 17 | 6 | 17 | 16 | |
| 29 | 9 | 32 | 9 | |
| 33 | 1 | 33 | 22 | |
| 34 | 1 | 34 | 18 | |
| 35 | 15 | 35 | 20 | |
| 35 | 21 | 36 | 14 | |
| 37 | 13 | 38 | 7 | |
| 39 | 5 | 42 | 3 | |
| 45 | 10 | 45 | 19 | |
| 47 | 1 | 47 | 14 | No Foundation |
| 60 | 22 | 61 | 8 | Relevance |
| 61 | 9 | 62 | 1 | |
| 71 | 14 | 72 | 3 | |
| 82 | 12 | 82 | 21 | Relevance |
| 88 | 10 | 88 | 15 | |
| 99 | 21 | 100 | 12 | |
| 100 | 13 | 100 | 16 | Relevance |
| 101 | 11 | 102 | 3 | |
| 102 | 4 | 102 | 12 | Relevance |
| 103 | 8 | 104 | 19 | |
| 117 | 12 | 118 | 7 | |
| 120 | 1 | 120 | 18 | |
| 123 | 15 | 124 | 3 | |
| 143 | 20 | 144 | 10 | |
| 162 | 2 | 162 | 14 | |
| 197 | 4 | 197 | 11 | |

# Deposition Testimony of Peter Giddings

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|:---:|:---:|:---:|:---:|
| 62 | 7 | 62 | 12 |
| 124 | 4 | 125 | 2 |
| 128 | 12 | 129 | 3 |
| 130 | 6 | 130 | 15 |
| 180 | 7 | 181 | 9 |
| 212 | 6 | 213 | 19 |

# Deposition Testimony of Peter Giddings

### Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 29 | 9 | 30 | 11 | | 27 | 17 | 29 | 8 |
| 47 | 1 | 47 | 14 | | 47 | 15 | 48 | 14 |
| 143 | 7 | 144 | 10 | | 144 | 11 | 146 | 15 |

4

# Deposition Testimony of Carol Harvey

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 8 | 20 | 9 | 3 |
| 9 | 18 | 9 | 20 |
| 16 | 12 | 17 | 6 |
| 21 | 3 | 21 | 6 |
| 42 | 2 | 42 | 11 |
| 48 | 4 | 48 | 6 |
| 48 | 13 | 48 | 15 |
| 48 | 21 | 49 | 22 |
| 81 | 5 | 81 | 22 |
| 141 | 10 | 142 | 11 |
| 144 | 12 | 145 | 3 |
| 146 | 2 | 146 | 20 |
| 147 | 20 | 148 | 8 |
| 149 | 11 | 149 | 16 |
| 150 | 16 | 151 | 17 |
| 152 | 2 | 152 | 7 |
| 169 | 10 | 169 | 16 |
| 177 | 10 | 177 | 17 |
| 185 | 1 | 185 | 6 |
| 185 | 18 | 185 | 21 |
| 187 | 18 | 187 | 22 |
| 188 | 3 | 189 | 11 |
| 194 | 2 | 194 | 12 |
| 194 | 20 | 195 | 19 |
| 196 | 10 | 196 | 16 |
| 202 | 4 | 202 | 16 |
| 208 | 12 | 208 | 18 |
| 212 | 5 | 212 | 21 |
| 213 | 9 | 213 | 13 |
| 241 | 6 | 241 | 22 |
| 250 | 2 | 251 | 11 |
| 261 | 7 | 261 | 9 |
| 261 | 16 | 262 | 1 |
| 263 | 12 | 264 | 7 |

# Deposition Testimony of Carol Harvey

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 9 | 14 | 10 | 10 | |
| 16 | 2 | 16 | 8 | |
| 16 | 12 | 16 | 16 | |
| 21 | 11 | 25 | 16 | |
| 29 | 3 | 29 | 12 | |
| 31 | 6 | 33 | 7 | |
| 34 | 6 | 35 | 19 | |
| 42 | 2 | 43 | 10 | |
| 45 | 5 | 46 | 8 | |
| 49 | 7 | 51 | 1 | |
| 51 | 21 | 54 | 22 | |
| 55 | 9 | 55 | 15 | |
| 60 | 13 | 65 | 4 | |
| 69 | 22 | 72 | 5 | |
| 74 | 15 | 76 | 13 | Foundation |
| 79 | 3 | 80 | 9 | |
| 85 | 12 | 86 | 13 | |
| 87 | 10 | 89 | 14 | |
| 119 | 4 | 119 | 11 | |
| 122 | 13 | 122 | 18 | |
| 123 | 16 | 127 | 22 | |
| 130 | 15 | 131 | 7 | |
| 140 | 21 | 141 | 5 | |
| 195 | 9 | 196 | 16 | |
| 221 | 6 | 222 | 3 | |
| 238 | 16 | 239 | 9 | |
| 242 | 4 | 243 | 9 | |
| 277 | 21 | 280 | 14 | |
| 281 | 7 | 281 | 14 | |
| 282 | 3 | 282 | 6 | |

# Deposition Testimony of Carol Harvey

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 55 | 16 | 56 | 7 |
| 142 | 12 | 142 | 20 |
| 145 | 4 | 145 | 14 |
| 183 | 1 | 183 | 18 |
| 184 | 2 | 185 | 6 |

# Deposition Testimony of Carol Harvey

## Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 36 | 17 | 36 | 22 | | | | | |
| 37 | 1 | 37 | 3 | | | | | |
| 37 | 15 | 38 | 6 | | | | | |
| 176 | 2 | 177 | 9 | Outside Scope | | | | |

# Deposition Testimony of Paul Hieble

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 5 | 15 | 5 | 20 |
| 6 | 6 | 6 | 9 |
| 8 | 7 | 8 | 20 |
| 92 | 17 | 92 | 19 |
| 92 | 21 | 92 | 21 |
| 107 | 11 | 108 | 1 |
| 108 | 5 | 108 | 8 |
| 108 | 13 | 108 | 16 |
| 110 | 6 | 110 | 17 |
| 110 | 19 | 110 | 19 |
| 115 | 2 | 116 | 2 |
| 116 | 4 | 116 | 8 |
| 116 | 10 | 118 | 8 |
| 118 | 10 | 118 | 11 |
| 118 | 13 | 118 | 13 |
| 118 | 15 | 118 | 15 |
| 118 | 17 | 120 | 5 |
| 120 | 7 | 120 | 10 |
| 120 | 12 | 120 | 14 |
| 120 | 16 | 120 | 17 |
| 120 | 19 | 120 | 19 |
| 123 | 2 | 123 | 14 |
| 123 | 16 | 123 | 19 |
| 126 | 19 | 126 | 20 |
| 126 | 22 | 128 | 6 |
| 135 | 3 | 135 | 17 |
| 135 | 19 | 135 | 20 |
| 135 | 22 | 136 | 7 |
| 136 | 9 | 136 | 10 |
| 136 | 12 | 136 | 13 |
| 136 | 15 | 137 | 2 |
| 137 | 4 | 137 | 7 |
| 137 | 9 | 137 | 13 |
| 137 | 15 | 137 | 17 |
| 137 | 19 | 137 | 19 |
| 137 | 21 | 137 | 21 |
| 138 | 1 | 138 | 4 |
| 138 | 6 | 138 | 11 |
| 138 | 13 | 138 | 13 |
| 138 | 15 | 138 | 17 |
| 140 | 22 | 141 | 8 |
| 141 | 10 | 141 | 10 |
| 141 | 12 | 141 | 13 |
| 141 | 15 | 141 | 15 |
| 141 | 17 | 141 | 17 |

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 141 | 19 | 141 | 22 |
| 142 | 2 | 142 | 2 |
| 142 | 4 | 142 | 4 |
| 142 | 6 | 142 | 6 |
| 142 | 8 | 142 | 8 |
| 142 | 10 | 142 | 17 |
| 142 | 19 | 142 | 22 |
| 143 | 2 | 143 | 3 |
| 143 | 5 | 143 | 5 |
| 144 | 18 | 145 | 3 |
| 145 | 5 | 145 | 6 |
| 145 | 8 | 145 | 10 |
| 145 | 12 | 145 | 13 |
| 145 | 15 | 146 | 6 |
| 146 | 8 | 146 | 11 |
| 146 | 13 | 146 | 17 |
| 146 | 19 | 146 | 20 |
| 146 | 22 | 147 | 2 |
| 147 | 5 | 147 | 6 |
| 147 | 8 | 147 | 9 |
| 147 | 11 | 147 | 11 |
| 147 | 13 | 147 | 13 |
| 152 | 11 | 153 | 1 |
| 154 | 13 | 154 | 14 |
| 154 | 21 | 155 | 9 |
| 155 | 11 | 155 | 12 |
| 155 | 14 | 155 | 16 |
| 155 | 18 | 155 | 22 |
| 156 | 2 | 156 | 6 |
| 156 | 8 | 156 | 8 |
| 156 | 10 | 156 | 22 |
| 157 | 2 | 157 | 3 |
| 157 | 5 | 157 | 19 |
| 157 | 21 | 157 | 21 |
| 158 | 1 | 158 | 22 |
| 159 | 2 | 159 | 3 |
| 160 | 12 | 160 | 17 |
| 160 | 19 | 160 | 20 |
| 160 | 22 | 161 | 1 |
| 161 | 3 | 161 | 8 |
| 161 | 10 | 161 | 15 |
| 161 | 17 | 161 | 19 |
| 161 | 21 | 162 | 1 |
| 162 | 3 | 162 | 4 |
| 162 | 6 | 162 | 7 |
| 162 | 9 | 162 | 9 |
| 163 | 17 | 163 | 19 |
| 163 | 21 | 163 | 22 |
| 166 | 18 | 167 | 8 |
| 167 | 10 | 167 | 15 |
| 168 | 9 | 168 | 12 |
| 168 | 14 | 168 | 15 |

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 168 | 17 | 168 | 22 |
| 176 | 12 | 176 | 17 |
| 176 | 19 | 176 | 20 |
| 177 | 20 | 177 | 22 |
| 178 | 2 | 178 | 2 |
| 178 | 4 | 178 | 12 |
| 190 | 4 | 190 | 16 |
| 190 | 18 | 190 | 19 |
| 190 | 21 | 191 | 3 |
| 191 | 5 | 191 | 5 |
| 200 | 5 | 200 | 12 |
| 200 | 14 | 200 | 14 |
| 200 | 16 | 201 | 5 |
| 201 | 7 | 201 | 7 |
| 201 | 9 | 201 | 10 |
| 201 | 12 | 201 | 12 |
| 201 | 14 | 201 | 18 |
| 201 | 20 | 201 | 21 |
| 214 | 6 | 214 | 13 |
| 214 | 15 | 214 | 15 |
| 225 | 1 | 225 | 3 |
| 225 | 7 | 226 | 16 |

# Deposition Testimony of Paul Hieble

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 6 | 6 | 6 | 9 | |
| 8 | 7 | 8 | 20 | |
| 9 | 21 | 10 | 18 | |
| 17 | 7 | 17 | 18 | |
| 20 | 5 | 20 | 9 | |
| 20 | 17 | 21 | 6 | |
| 42 | 19 | 43 | 2 | |
| 44 | 1 | 44 | 21 | Hearsay, No Foundation |
| 55 | 5 | 55 | 17 | |
| 56 | 10 | 56 | 16 | |
| 59 | 5 | 59 | 19 | |
| 60 | 16 | 61 | 5 | |
| 67 | 11 | 67 | 16 | |
| 84 | 12 | 85 | 6 | |
| 92 | 8 | 92 | 21 | |
| 95 | 7 | 96 | 3 | Relevance |
| 105 | 21 | 106 | 3 | |
| 106 | 4 | 107 | 5 | Hearsay |
| 169 | 1 | 169 | 17 | |
| 248 | 1 | 248 | 7 | Relevance |

4

# Deposition Testimony of Paul Hieble

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 10 | 19 | 11 | 8 |
| 14 | 12 | 15 | 10 |
| 55 | 1 | 55 | 4 |
| 62 | 22 | 63 | 11 |
| 84 | 4 | 84 | 5 |
| 128 | 7 | 128 | 19 |
| 129 | 2 | 129 | 2 |
| 129 | 4 | 129 | 20 |
| 130 | 5 | 130 | 6 |
| 130 | 8 | 130 | 10 |
| 170 | 19 | 170 | 22 |
| 171 | 2 | 171 | 3 |
| 205 | 21 | 206 | 14 |
| 212 | 12 | 212 | 14 |
| 212 | 16 | 212 | 19 |

# Deposition Testimony of Paul Hieble

## Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 10 | 16 | 10 | 18 | Outside Scope | | | | |
| 18 | 8 | 18 | 12 | | | | | |
| 21 | 5 | 21 | 6 | | | | | |
| 21 | 21 | 22 | 9 | | | | | |
| 23 | 2 | 23 | 5 | | | | | |
| 29 | 1 | 29 | 8 | Outside Scope | | | | |
| 43 | 17 | 43 | 19 | | | | | |
| 44 | 6 | 44 | 20 | | | | | |
| 45 | 9 | 45 | 15 | | | | | |
| 57 | 2 | 57 | 4 | Outside Scope | | | | |
| 74 | 5 | 74 | 19 | | | | | |
| 74 | 17 | 74 | 19 | | | | | |
| 84 | 17 | 85 | 6 | | | | | |
| 120 | 12 | 120 | 14 | | | | | |
| 126 | 22 | 127 | 4 | | | | | |
| 133 | 5 | 133 | 10 | | | | | |
| 169 | 1 | 169 | 5 | | | | | |
| 203 | 4 | 203 | 21 | Outside Scope, No Foundation, Incomplete | 203 | 22 | 204 | 6 |
| 204 | 18 | 204 | 21 | | | | | |
| 206 | 21 | 207 | 5 | Outside Scope, No Foundation | | | | |

6

# Deposition Testimony of William Huffman

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 174 | 17 | 174 | 21 |

# Deposition Testimony of William Huffman

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 21 | 3 | 23 | 7 | Hearsay |
| 24 | 4 | 24 | 13 | Relevance, Hearsay |
| 24 | 21 | 25 | 5 | |
| 26 | 9 | 26 | 22 | |
| 27 | 11 | 27 | 14 | Relevance |
| 32 | 12 | 32 | 21 | |
| 33 | 15 | 34 | 2 | |
| 64 | 4 | 64 | 11 | Relevance |
| 64 | 20 | 65 | 8 | Relevance |
| 65 | 17 | 66 | 7 | Relevance |
| 66 | 16 | 68 | 13 | |
| 69 | 10 | 71 | 21 | Relevance |
| 72 | 4 | 72 | 12 | Relevance |
| 73 | 20 | 74 | 4 | Relevance |
| 80 | 16 | 81 | 1 | Relevance |
| 86 | 22 | 88 | 18 | Relevance |
| 92 | 7 | 93 | 2 | Relevance |
| 95 | 5 | 95 | 8 | Relevance |
| 98 | 22 | 100 | 6 | |
| 101 | 17 | 103 | 4 | |
| 113 | 3 | 113 | 10 | Relevance |
| 117 | 8 | 117 | 13 | Relevance |
| 119 | 7 | 120 | 8 | Relevance |
| 128 | 9 | 128 | 16 | Relevance |
| 129 | 1 | 129 | 4 | |
| 148 | 18 | 149 | 14 | Relevance, Hearsay |
| 174 | 17 | 175 | 16 | |
| 177 | 16 | 177 | 20 | Relevance |

# Deposition Testimony of William Huffman

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 80 | 11 | 80 | 15 |

# Deposition Testimony of Deborah Jaskot

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 4 | 21 | 4 | 22 | |
| 14 | 8 | 14 | 21 | |
| 16 | 25 | 17 | 9 | |
| 29 | 20 | 30 | 3 | Relevance |
| 30 | 20 | 31 | 22 | Relevance |
| 33 | 2 | 33 | 16 | Relevance, Vague, Overbroad |
| 36 | 14 | 37 | 25 | Relevance, Vague, Calls for Legal Conclusion |
| 69 | 17 | 70 | 18 | Relevance |
| 83 | 13 | 84 | 23 | Relevance, Foundation |
| 86 | 21 | 87 | 15 | Relevance |
| 124 | 17 | 124 | 19 | Relevance |
| 157 | 13 | 157 | 24 | Relevance, Foundation |

# Deposition Testimony of Deborah Jaskot

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|------------|------------|-------------|-------------|
| 17 | 10 | 17 | 16 |
| 83 | 9 | 83 | 12 |

# Deposition Testimony of David Owen

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 5 | 13 | 5 | 14 |
| 6 | 8 | 6 | 18 |
| 7 | 1 | 7 | 5 |
| 7 | 14 | 8 | 12 |
| 17 | 10 | 18 | 4 |
| 20 | 12 | 20 | 17 |
| 20 | 21 | 20 | 22 |
| 25 | 21 | 26 | 5 |
| 26 | 19 | 29 | 8 |
| 29 | 10 | 29 | 11 |
| 30 | 5 | 30 | 21 |
| 31 | 14 | 32 | 10 |
| 33 | 4 | 33 | 10 |
| 34 | 14 | 35 | 9 |
| 40 | 6 | 40 | 21 |
| 41 | 1 | 41 | 3 |
| 42 | 19 | 43 | 2 |
| 50 | 3 | 51 | 8 |
| 54 | 7 | 55 | 8 |
| 65 | 2 | 65 | 6 |
| 70 | 15 | 72 | 6 |
| 72 | 8 | 74 | 4 |
| 74 | 6 | 74 | 19 |
| 75 | 3 | 75 | 17 |
| 81 | 10 | 85 | 5 |
| 85 | 19 | 85 | 22 |
| 88 | 14 | 89 | 15 |
| 90 | 16 | 91 | 18 |
| 93 | 3 | 93 | 21 |
| 99 | 5 | 99 | 10 |
| 99 | 12 | 100 | 9 |
| 101 | 8 | 104 | 4 |
| 104 | 12 | 108 | 17 |
| 108 | 19 | 109 | 2 |
| 110 | 10 | 111 | 3 |
| 114 | 21 | 115 | 15 |
| 117 | 7 | 118 | 19 |
| 119 | 19 | 121 | 7 |
| 121 | 13 | 121 | 16 |
| 124 | 7 | 125 | 5 |
| 125 | 9 | 125 | 20 |
| 125 | 22 | 126 | 2 |
| 126 | 9 | 127 | 13 |
| 127 | 16 | 127 | 17 |
| 129 | 16 | 130 | 2 |

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 130 | 4 | 130 | 16 |
| 130 | 18 | 132 | 3 |
| 132 | 5 | 132 | 21 |
| 133 | 1 | 133 | 10 |
| 133 | 13 | 133 | 14 |
| 134 | 1 | 140 | 7 |
| 141 | 1 | 141 | 13 |
| 152 | 6 | 153 | 7 |
| 156 | 14 | 157 | 2 |
| 157 | 3 | 157 | 20 |
| 161 | 1 | 161 | 21 |
| 163 | 4 | 164 | 18 |
| 166 | 16 | 168 | 13 |
| 168 | 15 | 170 | 1 |
| 170 | 3 | 170 | 18 |
| 170 | 20 | 171 | 3 |
| 174 | 1 | 174 | 7 |
| 181 | 16 | 181 | 19 |
| 182 | 7 | 184 | 11 |
| 184 | 14 | 185 | 5 |
| 185 | 8 | 185 | 12 |
| 185 | 14 | 185 | 20 |
| 185 | 22 | 186 | 3 |
| 186 | 22 | 188 | 13 |
| 188 | 15 | 188 | 15 |
| 189 | 17 | 190 | 8 |
| 190 | 17 | 191 | 9 |
| 191 | 11 | 191 | 17 |
| 191 | 19 | 192 | 17 |
| 192 | 19 | 193 | 3 |
| 202 | 10 | 203 | 5 |
| 204 | 2 | 204 | 10 |
| 204 | 13 | 204 | 16 |
| 204 | 18 | 205 | 1 |
| 205 | 22 | 206 | 13 |
| 206 | 18 | 207 | 1 |
| 207 | 4 | 207 | 4 |
| 209 | 3 | 209 | 22 |
| 210 | 2 | 210 | 5 |
| 211 | 9 | 211 | 15 |
| 211 | 17 | 211 | 21 |
| 216 | 3 | 216 | 13 |
| 216 | 15 | 217 | 7 |
| 217 | 9 | 217 | 11 |
| 217 | 13 | 217 | 18 |
| 217 | 20 | 221 | 15 |
| 229 | 14 | 230 | 5 |
| 230 | 7 | 230 | 18 |
| 231 | 9 | 231 | 22 |
| 244 | 20 | 246 | 3 |
| 246 | 10 | 246 | 15 |

# Deposition Testimony of David Owen

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 21 | 1 | 22 | 2 | Relevance |
| 24 | 2 | 25 | 3 | Relevance |
| 26 | 19 | 27 | 17 | |
| 31 | 14 | 31 | 22 | |
| 34 | 14 | 35 | 9 | |
| 38 | 1 | 39 | 4 | |
| 42 | 19 | 43 | 2 | |
| 43 | 12 | 45 | 17 | |
| 46 | 4 | 47 | 1 | |
| 49 | 3 | 50 | 2 | |
| 52 | 2 | 52 | 11 | |
| 54 | 7 | 60 | 13 | Hearsay |
| 61 | 11 | 62 | 13 | |
| 63 | 10 | 63 | 22 | Hearsay |
| 64 | 16 | 65 | 1 | |
| 65 | 2 | 65 | 12 | |
| 66 | 5 | 69 | 1 | |
| 70 | 15 | 71 | 5 | |
| 71 | 10 | 72 | 2 | Hearsay |
| 72 | 3 | 73 | 8 | Hearsay |
| 80 | 14 | 81 | 9 | |
| 82 | 19 | 83 | 8 | |
| 94 | 9 | 95 | 7 | |
| 96 | 11 | 97 | 7 | No Foundation |
| 97 | 21 | 98 | 17 | Hearsay |
| 98 | 18 | 99 | 4 | |
| 104 | 18 | 106 | 1 | Hearsay |
| 109 | 3 | 109 | 14 | Hearsay |
| 112 | 13 | 113 | 1 | |
| 114 | 21 | 115 | 15 | |
| 150 | 15 | 151 | 9 | |
| 161 | 1 | 161 | 21 | |
| 169 | 9 | 169 | 21 | |
| 174 | 20 | 176 | 11 | |
| 178 | 12 | 178 | 21 | Hearsay |
| 179 | 19 | 180 | 11 | |
| 208 | 4 | 208 | 21 | |
| 244 | 20 | 248 | 11 | |
| 250 | 3 | 251 | 12 | Relevance |

# Deposition Testimony of David Owen

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 13 | 14 | 14 | 13 |
| 81 | 10 | 82 | 15 |
| 86 | 1 | 88 | 1 |
| 88 | 4 | 88 | 13 |
| 91 | 11 | 91 | 22 |
| 92 | 4 | 92 | 7 |
| 93 | 22 | 94 | 4 |
| 95 | 9 | 96 | 1 |
| 110 | 21 | 111 | 3 |
| 224 | 10 | 224 | 15 |
| 256 | 8 | 257 | 8 |

# Deposition Testimony of David Owen

## Teva's Objections and Completeness Designations to GSK's Counterdesignations

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 31 | 5 | 31 | 13 | | | | | |
| 40 | 13 | 41 | 3 | | | | | |
| 52 | 2 | 52 | 11 | Incomplete | | | | |
| 59 | 8 | 59 | 22 | | | | | |
| 59 | 6 | 60 | 13 | | | | | |
| 60 | 6 | 60 | 13 | | | | | |
| 65 | 12 | 65 | 22 | | | | | |
| 66 | 1 | 66 | 4 | | | | | |
| 66 | 5 | 67 | 21 | | | | | |
| 72 | 3 | 72 | 13 | Incomplete | | | | |
| 72 | 3 | 73 | 4 | Incomplete | | | | |
| 80 | 14 | 81 | 9 | Not Responsive | | | | |
| 91 | 19 | 92 | 7 | Outside Scope | | | | |
| 94 | 19 | 95 | 7 | | | | | |
| 95 | 12 | 96 | 1 | Outside Scope | | | | |
| 96 | 17 | 97 | 20 | | | | | |
| 104 | 18 | 106 | 1 | Outside Scope | | | | |
| 109 | 3 | 109 | 14 | Outside Scope | | | | |
| 118 | 15 | 119 | 18 | Outside Scope | | | | |
| 118 | 20 | 119 | 18 | Outside Scope | | | | |
| 119 | 10 | 119 | 18 | Outside Scope | | | | |
| 121 | 17 | 122 | 11 | Outside Scope | | | | |
| 122 | 12 | 122 | 22 | Outside Scope | | | | |
| 126 | 3 | 126 | 8 | Outside Scope | | | | |
| 129 | 9 | 129 | 15 | | | | | |
| 131 | 5 | 131 | 7 | | | | | |
| 141 | 5 | 141 | 7 | | | | | |
| 142 | 1 | 142 | 5 | Outside Scope, Incomplete | | | | |
| 152 | 6 | 152 | 18 | | | | | |
| 153 | 8 | 153 | 12 | | | | | |
| 159 | 9 | 159 | 13 | | | | | |
| 164 | 19 | 165 | 19 | | | | | |
| 166 | 9 | 166 | 15 | Outside Scope | | | | |
| 169 | 9 | 169 | 21 | | | | | |
| 171 | 17 | 172 | 5 | Outside Scope, Incomplete | | | | |
| 175 | 17 | 176 | 11 | Outside Scope, Incomplete, Relevance | | | | |
| 177 | 2 | 177 | 14 | Outside Scope | | | | |

| GSK'S COUNTERDESIGNATIONS | | | | TEVA'S OBJECTIONS | TEVA'S COMPLETENESS DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | | START PAGE | START LINE | ENDING PAGE | ENDING LINE |
| 178 | 5 | 178 | 21 | Outside Scope | | | | |
| 193 | 19 | 194 | 6 | | | | | |
| 200 | 16 | 200 | 19 | | | | | |
| 201 | 10 | 201 | 22 | Outside Scope, Incomplete | | | | |
| 203 | 6 | 203 | 21 | | | | | |
| 206 | 14 | 206 | 17 | Incomplete, Relevance | | | | |
| 208 | 4 | 208 | 21 | Outside Scope | | | | |
| 210 | 6 | 211 | 8 | | | | | |
| 214 | 22 | 215 | 7 | | | | | |
| 230 | 11 | 230 | 18 | | | | | |
| 238 | 14 | 239 | 3 | Outside Scope, Not Responsive | | | | |
| 240 | 5 | 240 | 15 | Outside Scope | | | | |
| 240 | 11 | 240 | 15 | Outside Scope | | | | |
| 255 | 1 | 255 | 4 | Outside Scope | | | | |

# Deposition Testimony of Anne Payne

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 5 | 9 | 6 | 9 | Relevance |
| 9 | 7 | 10 | 4 | |
| 23 | 9 | 27 | 18 | Relevance |
| 45 | 7 | 45 | 23 | Relevance |
| 48 | 23 | 51 | 3 | Relevance |
| 53 | 4 | 53 | 21 | Relevance |
| 54 | 16 | 56 | 9 | Relevance |
| 70 | 21 | 72 | 17 | |
| 74 | 10 | 80 | 3 | Relevance |
| 124 | 4 | 126 | 20 | Relevance, No Foundation |
| 140 | 6 | 141 | 25 | Relevance |
| 144 | 18 | 146 | 22 | Relevance |
| 147 | 15 | 149 | 21 | Relevance |
| 151 | 4 | 151 | 24 | Relevance |

# Deposition Testimony of Anne Payne

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 6 | 10 | 6 | 23 |

# Deposition Testimony of Kevin Reeves

## Teva's Affirmative Designations

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 7 | 12 | 7 | 14 |
| 8 | 7 | 8 | 9 |
| 18 | 10 | 19 | 6 |
| 20 | 1 | 20 | 5 |
| 20 | 13 | 22 | 14 |
| 29 | 6 | 29 | 14 |
| 31 | 22 | 32 | 2 |
| 32 | 3 | 32 | 11 |
| 33 | 2 | 33 | 13 |
| 33 | 20 | 33 | 22 |
| 37 | 16 | 37 | 21 |
| 51 | 14 | 52 | 10 |
| 62 | 7 | 62 | 8 |
| 62 | 10 | 62 | 11 |
| 62 | 13 | 62 | 14 |
| 62 | 16 | 62 | 16 |
| 66 | 14 | 66 | 16 |
| 66 | 18 | 66 | 20 |
| 66 | 22 | 66 | 22 |
| 67 | 3 | 67 | 4 |
| 67 | 22 | 68 | 2 |
| 68 | 12 | 68 | 17 |
| 69 | 12 | 69 | 17 |
| 71 | 1 | 71 | 3 |
| 71 | 5 | 71 | 5 |
| 71 | 11 | 71 | 15 |
| 71 | 17 | 71 | 19 |
| 71 | 21 | 72 | 18 |
| 74 | 3 | 74 | 6 |
| 74 | 8 | 74 | 9 |
| 74 | 11 | 74 | 13 |
| 74 | 14 | 74 | 16 |
| 75 | 10 | 76 | 5 |
| 76 | 7 | 76 | 7 |
| 79 | 6 | 79 | 9 |
| 82 | 6 | 82 | 6 |
| 82 | 19 | 83 | 5 |
| 120 | 17 | 121 | 7 |
| 122 | 1 | 122 | 5 |
| 122 | 19 | 123 | 11 |
| 136 | 13 | 137 | 10 |
| 137 | 20 | 137 | 22 |
| 138 | 4 | 138 | 8 |
| 143 | 3 | 143 | 17 |
| 145 | 3 | 146 | 17 |

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 147 | 19 | 147 | 22 |
| 148 | 2 | 148 | 4 |
| 148 | 6 | 148 | 13 |
| 149 | 12 | 153 | 12 |
| 201 | 2 | 201 | 4 |
| 201 | 7 | 201 | 12 |
| 201 | 14 | 201 | 17 |
| 201 | 18 | 203 | 13 |
| 205 | 10 | 205 | 22 |
| 233 | 10 | 233 | 14 |
| 234 | 4 | 234 | 6 |
| 234 | 16 | 234 | 17 |
| 235 | 1 | 235 | 1 |
| 236 | 12 | 237 | 10 |
| 238 | 8 | 239 | 10 |
| 241 | 19 | 242 | 18 |
| 244 | 10 | 244 | 18 |
| 266 | 19 | 266 | 22 |
| 267 | 3 | 267 | 4 |

# Deposition Testimony of Kevin Reeves

### Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 18 | 10 | 22 | 14 | |
| 38 | 21 | 41 | 12 | |
| 41 | 13 | 44 | 21 | Hearsay |
| 44 | 22 | 45 | 21 | Relevance |
| 45 | 22 | 46 | 9 | Hearsay |
| 46 | 10 | 47 | 2 | Hearsay |
| 47 | 3 | 47 | 20 | Hearsay |
| 47 | 21 | 48 | 19 | Hearsay |
| 48 | 20 | 49 | 6 | Hearsay |
| 49 | 20 | 51 | 4 | |
| 51 | 14 | 52 | 10 | |
| 76 | 9 | 77 | 9 | |
| 79 | 6 | 79 | 18 | |
| 79 | 19 | 82 | 5 | Hearsay |
| 82 | 6 | 82 | 12 | Relevance |
| 82 | 13 | 82 | 18 | Hearsay |
| 82 | 19 | 83 | 5 | |
| 84 | 1 | 85 | 5 | Hearsay |
| 85 | 16 | 86 | 14 | Hearsay |
| 86 | 15 | 88 | 1 | Hearsay |
| 88 | 2 | 88 | 19 | |
| 103 | 7 | 105 | 16 | Hearsay |
| 109 | 12 | 109 | 22 | |
| 110 | 1 | 111 | 22 | Hearsay |
| 112 | 1 | 112 | 13 | Hearsay |
| 136 | 13 | 137 | 10 | |
| 137 | 11 | 137 | 16 | Hearsay |
| 137 | 17 | 138 | 3 | |
| 138 | 4 | 138 | 12 | Hearsay |
| 151 | 17 | 152 | 7 | Hearsay |
| 152 | 8 | 153 | 15 | Hearsay |
| 191 | 9 | 191 | 14 | |
| 191 | 15 | 194 | 5 | Hearsay |
| 194 | 6 | 194 | 16 | Hearsay |
| 194 | 17 | 195 | 1 | |
| 199 | 8 | 204 | 9 | Hearsay |
| 204 | 10 | 205 | 8 | Hearsay |
| 205 | 9 | 205 | 22 | |
| 233 | 9 | 245 | 20 | Hearsay |

# Deposition Testimony of Kevin Reeves

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|:---:|:---:|:---:|:---:|
| 41 | 13 | 42 | 5 |
| 49 | 7 | 49 | 18 |
| 53 | 3 | 59 | 14 |

# Deposition Testimony of Scott Stofik

## Teva's Objections to GSK's Affirmative Designations

| GSK'S AFFIRMATIVE DESIGNATIONS | | | | TEVA'S OBJECTIONS |
|---|---|---|---|---|
| START PAGE | START LINE | ENDING PAGE | ENDING LINE | |
| 7 | 9 | 7 | 13 | |
| 9 | 23 | 11 | 7 | Relevance |
| 20 | 18 | 22 | 4 | |
| 22 | 13 | 24 | 15 | |
| 133 | 24 | 136 | 7 | Relevance |

# Deposition Testimony of Scott Stofik

## Teva's Counterdesignations to GSK's Affirmative Designations

In addition to the below designations, Teva incorporates all of its affirmative designations for this witness to be designated as counter designations.

| START PAGE | START LINE | ENDING PAGE | ENDING LINE |
|---|---|---|---|
| 195 | 24 | 197 | 12 |

## <u>CERTIFICATE OF SERVICE</u>

I, Monté T. Squire, Esquire, hereby certify that on February 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on February 14, 2007,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participants in the manner indicated:

> ### <u>BY E-MAIL</u>
>
> William F. Lee, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109
>
> Cristina C. Ashworth, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.