## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.     05-197-GMS <br><br> **PUBLIC VERSION** |

---

## PLAINTIFFS' DEPOSITION COMPLETENESS DESIGNATIONS, OBJECTIONS TO TESTIMONY DESIGNATED BY DEFENDANT AND COUNTER-DESIGNATIONS

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax : (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400
Fax:    (202) 942-8484

Dated: February 7, 2007

## INDEX OF COMPLETENESS DESIGNATIONS, OBJECTIONS AND COUNTERDESIGNATIONS FOR DEPOSITION TESTIMONY

**COSTALL, BRENDA**                05/04/2006

**EDEN, ROGER**                    04/27/2006

**GALLAGHER, GREGORY**             05/05/2006

**GIDDINGS, PETER**                07/20/2006

**HARVEY, CAROL**                  05/05/2006

**HIEBLE, PAUL**                   05/12/2006

**HUFFMAN, WILLIAM**               05/18/2006

**OWEN, DAVID**                    05/26/2006

**REEVES, KEVIN**                  06/29/2006

# GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS
## FOR BRENDA COSTALL

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 5:15-6:2 | | Relevance |
| 7:1-7:7 | | Relevance |
| 9:4-9:13 | | Relevance |
| 10:22-11:3 | | Relevance |
| 22:15-23:1 | 23:2-23:5 | |
| 31:21-32:12 | 23: 9 to 24:10 | Vague |
| 32:15-33:6 | 32:13-14 | |
| 75:4-75:7 | 75: 8 - 76:22, 77:10-79:2 | Expert, relevance, foundation |
| 77:1-77:9 | 75: 8 - 76:22, 77:10-79:2 | Expert, relevance, foundation, calls for a legal conclusion |
| 102:12-103:2 | 103: 3-12 | Relevance, hearsay |
| 123:10-123:17 | 123:2-123:9 | Relevance |
| 124:15-124:20 | | Vague |
| 128:1-128:18 | | Relevance, speculation, best evidence |
| 132:2-132:17 | | |
| 141:1-141:5 | | Relevance, expert, speculation |
| 141:8-141:9 | 141: 6-7 | Relevance, expert, speculation, compound, vague |
| 150:6-150:16 | | |
| 152:22-153:4 | 157: 1-15 | Foundation, vague |
| 159:14-162:7 | 319: 6-22 to 320: 1-2; Errata 160:2 ,161:9 | Relevance, expert, speculation, form |
| 162:9-162:18 | 162: 8, 19-20 | Expert, relevance, incomplete hypothetical |
| 162:21-163:12 | 163:13 | Expert, relevance, incomplete hypothetical |
| 163:14-163:17 | 163:13 | Expert, relevance, incomplete hypothetical |
| 164: 12-164:21 | | Expert, relevance |
| 165: 1-165:17 | | Expert, relevance |
| 194:4-195:4 | | Hearsay, relevance |
| 203:8-203:15 | | |
| 207:5-207:11 | | |
| 208:9-208:19 | | Speculation |
| 212:13-215:6 | | Speculative, expert, form, foundation |
| 221:22-222:16 | | |

| | | |
|---|---|---|
| 224:10-225:6 | | speculation |
| 258:22-259:4 | 259: 5 | Form, foundation, hearsay |
| 259:6-259:8 | 259:9 | Foundation, hearsay |
| 259:10-259:12 | | Foundation |
| 272:10-272:11 | | Relevance |
| 272:14-273:8 | | Hearsay, relevance |
| 274:12-274:14 | 274: 15-18 | |
| 274:19 | | |
| 274:21-276:10 | 276:11-17 | Hearsay, foundation |
| 287:15-288:5 | 319: 6-22 to 320: 1-2 | Expert, expert, vague, |
| 290:7-290:13 | 319: 6-22 to 320: 1-2 | Expert, hearsay, relevance |
| 291:10-291:14 | 291: 15 | Expert, foundation, form, relevance |
| 291:16-291:21 | | Expert, foundation, relevance |
| 300:14-300:22 | | Relevance |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR BRENDA COSTALL

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

76:6-7
282: 2-8
283:10-12
312:18 - 314: 4
319: 6- 320:2

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS
## & OBJECTIONS FOR ROGER EDEN

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 6:16-6:19 | 6:20-21 | |
| 9:5-9:14 | 9:14-16 | Relevance |
| | 33:6-34:1 | |
| 27:14-28:1 | | |
| 40:8-40:19 | 40:5-7 | |
| 40:20-41:10 | 41: 11-15 | |
| 41:16-42:19 | 42: 20-22 | |
| 59:6-60:1 | 60:2-17 | Relevance, foundation, hearsay |
| 60:18-62:8 | 60:2-17, 62: 9-14 | Relevance, foundation, hearsay |
| 63:1-63:7 | | |
| 63:8-63:18 | 61:22-62:14 | Hearsay |
| 63:19-64:11 | 64: 12-15 | |
| 64: 16- 65:9 | 64: 12-15 | |
| 66:2-66:10 | 65: 20-66:1 | |
| 72:4-72:19 | | |
| 80:7-80:10 | 80: 11 | Hearsay, foundation |
| 80:12 | 80: 11 | Hearsay, foundation |
| 80:13-80:19 | | Speculation, Hearsay |
| 88:1-88:6 | 88: 7 | Foundation, speculation |
| 88:8-88:12 | 88: 7 | Hearsay, foundation, relevance |
| 89:16-90:11 | | Foundation, relevance, expert |
| 92:19-93:10 | 91: 18-92 :18 | Relevance, hearsay |
| 94:14-94:20 | 94: 4-13 | Foundation, relevance |
| 98:18-98:21 | | Relevance |
| 100:2- 100:16 | 100:17-22 to 101:1 | Best evidence, hearsay, foundation |
| 107:20 -108:2 | 108: 3 | Foundation, hearsay, best evidence, relevance, speculation |
| 108:4 - 108:9 | 108: 3; 108:10-14 | Foundation |
| 110:22-112:2 | 112: 3-10 | Best evidence, hearsay, foundation, relevance, compound |
| 148:2-148:3 | 148: 4-8 | Relevance |
| 148:9-148:22 | 148: 4-8 | Relevance |

| | | |
|---|---|---|
| 154:1-154:5 | | Relevance |
| 154:11-154: 15 | 154: 16-17 | Relevance |
| 154: 18-155:2 | 154: 16-17 | Relevance |
| 163:1-163:4 | | Vague |
| 164:6-164:8 | 164:9-11 | Vague |
| 164:12-164:14 | 164: 9-11, 164: 15-17 | Vague |
| 165:4-165:9 | 164: 21-165: 3 | Relevance |
| 165:12-165:13 | | Relevance |
| 166:8-166:14 | 166: 15- 167:10 | Relevance, foundation |
| 183:15-184:6 | 184: 22- 185: 5 | Relevance, foundation, vague |
| 208:5-208: 13 | 185: 15-186:12, 207:16-208:4 | Best evidence, relevance, expert, vague |
| 209: 1- 209:3 | 209: 4-5 | Foundation, relevance, speculation |
| 209:6 | 209: 4-5 | Foundation, relevance, speculation |
| 218:3-218:14 | 218: 15-16 | Relevance, speculation, foundation |
| 218: 17-219:2 | 218: 15-16 | Relevance, speculation |
| 220: 15-221: 14 | 221: 15; 91:18-92:7 | Best evidence, foundation, speculation, hearsay, asked and answered |
| 221:16-221:19 | 221: 15, 20; 91:18-92:7 | Best evidence, foundation, speculation, hearsay, asked and answered |
| 221: 21 | 221: 20 91:18-92:7 | Best evidence, foundation, speculation, hearsay, asked and answered |
| 229:11-229:13 | 229: 14-16; | Hearsay, relevance, foundation, expert |
| 229:17-229:19 | 229:14-16; 229: 20-231:13 | Hearsay, expert, foundation, relevance |
| 242:3-243:6 | 243: 7, 9-20 | Best evidence, foundation, speculation, hearsay |
| 243:8 | 243: 7, 9-20 | Best evidence, foundation, speculation, hearsay |
| 246: 22 - 247: 3 | 132: 3-19; 133:13-134:1; 247: 4-15, 21 | Expert, incomplete hypothetical, calls for |

| | | |
|---|---|---|
| | | speculation, foundation |
| 247: 16- 247:20 | 247: 21 | Expert, incomplete hypothetical, calls for speculation, foundation |
| 247: 22 - 248:1 | 247: 21 | Expert, incomplete hypothetical, calls for speculation, foundation |
| 248:16-248:17 | 248: 21-22; | Relevance, foundation |
| 249:16 - 250:20 | 250: 21-251: 8 | Relevance, best evidence, hearsay, expert, foundation |
| 251: 9 -251: 19 | 251: 20-21 | Relevance, expert |
| 251: 22- 252: 11 | 251: 20-21, 252: 12, 16, 19-22 | Relevance, expert, foundation |
| 252: 13-252:15 | 252: 12, 16, 19-22 | Relevance, expert |
| 252:17-252:18 | 252: 16, 19-22 | Relevance, expert |
| 253:1-253:16 | 252: 19-22 | Relevance, expert, foundation |
| 253: 19-254:1 | 252: 19-22; 253: 17-18; 254: 2 | Relevance, expert, foundation, form |
| 254:3-254:13 | 252: 19-22; 254: 2; 254: 14-15 | Relevance, expert, foundation |
| 254:16-255:5 | 252: 19-22; 254: 14-15; 255: 6-15 | Relevance, speculation |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR ROGER EDEN

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

184: 15-185:5
208: 14-22

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS FOR GREGORY GALLAGHER

| TEVA DESIGNATION | GSK'S COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 5:16-5:21 | 5:22-6:11 | Privilege; Relevance |
| 10:2-10:10 | 10:11-14 | |
| 10:15-11:8 | 11:9-11:19 | Relevance |
| 12:17-14:19 | 14:20-17:5 | Relevance |
| 17:6-17:21 | 14:22-17:5, 17:22-18:19, errata 18:10 | |
| 44:12-44:19 | 45:1-45:3 | Authentication; Best evidence |
| 182:1-183:3 | | |
| 216:15-218:3 | 218:4-219:7 | Relevance |
| 221:3-222:13 | | Relevance |
| 222:15-222:17 | 222:14 | Speculation |
| 222:19-223:10 | | Speculation; Relevance |
| 223:12-223:15 | 223:11 | Speculation; Relevance |
| 223:17 | 223:16, 223:19-225:20 | Speculation; Relevance |
| 227:9-228:3 | | Speculation; Relevance; Vague |
| 228:5 | 228:4 | Speculation; Relevance; Vague |
| 228:7-228:11 | | Speculation; Relevance; Vague |
| 228:13 | 228:12 | Speculation; Relevance; Vague |
| 228:15-229:6 | | Speculation; Relevance; Vague |
| 229:8 | 229:7 | Speculation; Relevance; Vague |
| 230:5-231:20 | | Speculation; Relevance; Vague |
| 236:13-237:12 | | Speculation; Relevance; Vague |
| 237:15-237:19 | 237:13 | Speculation; Relevance; Vague |
| 248:12-248:15 | 248:16-248:21 | Relevance |
| 248:22-249:12 | 249:13-15 | Relevance; Hearsay |
| 249:18-252:18 | | Relevance; Speculation |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR GREGORY GALLAGHER

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

31:19-32:3
115:3-115:16
116:6-116:15
120:14-121:4
223:19-225:20

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS
## FOR PETER GIDDINGS

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 54:4-55:7 | | Speculation; Relevance; Privilege; Foundation |
| 55:9-56:1 | 55:8 | Speculation; Relevance; Privilege; Foundation |
| 56:5-57:14 | | Speculation; Relevance; Privilege; Foundation |
| 57:16-59:4 | 57:15 | Speculation; Relevance; Privilege; Foundation; Form |
| 59:10-60:13 | 59:5 | Speculation; Relevance; Privilege; Foundation |
| 132:8-135:17 | | Relevance |
| 135:20-136:22 | 135:18-19 | Document speaks for itself; Relevance |
| 137:3-138:7 | 137:1-137:2 | Document speaks for itself; Mischaracterization; Relevance |
| 138:9-138:16 | 138:8, errata 138:12 | Document speaks for itself; Mischaracterization; Relevance |
| 138:19-138:19 | 138:17 | |
| 138:21-139:8 | 138:20 | Document speaks for itself; Relevance; Speculation |
| 139:11-140:16 | 139:9-10 | Speculation; Foundation; Relevance; Mischaracterization; Document speaks for itself |
| 140:19-141:21 | 139:9-10 | Speculation; Relevance; Document speaks for itself |
| 142:1-142:4 | 141:22 | Speculation; Relevance; Document speaks for itself |
| 142:8-142:14 | | Speculation; Relevance |
| 142:16-143:3 | 142:15 | Speculation; Foundation; Relevance |
| 143:5-143:6 | 143:4; 143:7-144:10 | Speculation; Foundation; Relevance |
| 144:11-145:6 | 143:7-144:10 | Speculation; Foundation; Relevance |
| 145:8-145:14 | 145:7 | Speculation; Foundation; Relevance |
| 145:16-146:12 | 145:15 | Speculation; Foundation; Relevance |

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 146:14-149:14 | 146:13 | Speculation; Foundation; Relevance; Form; Document speaks for itself |
| 149:17-149:17 | | |
| 149:20-149:21 | 149:18-19 | Speculation; Relevance; Form; Document speaks for itself |
| 202:10-208:3 | | Speculation; Relevance; Privilege; Foundation; Hearsay |

2

## GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR PETER GIDDINGS

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

29:9-30:11
47:1-14
143:7-144:10

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS FOR CAROL HARVEY

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 8:20-9:3 | | |
| 9:18-9:20 | 9: 14-17; 9:21-10:10 | |
| 16:12-17:6 | | |
| 21:3-21:6 | | Relevance |
| 42:2-42:11 | | |
| 48:4-48:6 | 47: 22-48:3; 48: 7-12; 48: 16-20 | Relevance, foundation, hearsay, privilege |
| 48:13-15 | 47: 22-48:1; 48: 7-12; 48: 16-20 | Relevance, foundation, hearsay, privilege |
| 48:21-49:22 | 47: 22-48:1; 48: 7-12; 48: 16-20 | Relevance, foundation, hearsay, privilege |
| 81:5-81:22 | 61:14-63:2; 64:4-65:4; 66:5-15; 67:1-69:8; 71:16-72:3; 80: 14-17; 82: 1-20 | Relevance, speculation, foundation, hearsay, expert, calls for legal conclusion |
| 141:10-142:11 | 142:12-20 | Relevance |
| 144:12-145:3 | 145: 4-22 to 146: 1 | Relevance |
| 146: 2-146:20 | 146: 21-22 to 147: 1-19 | Relevance, speculation |
| 147:20-148:8 | 146: 21-147: 19 | Relevance, speculation, foundation |
| 149:11-149:16 | | Relevance |
| 150:16-151:17 | 151: 18-152: 1 | Relevance, foundation, |
| 152: 2-152:7 | | Relevance |
| 169:10-169:16 | | Relevance |
| 177:10-177:17 | 176: 2-177:9 | Relevance, speculation, foundation |
| 185: 1-185: 6 | | Relevance, foundation, speculation |
| 185:18-21 | | Relevance, foundation, |

| | | speculation |
|---|---|---|
| 187:18-187:22 | 185: 22-186: 12; 187: 8-17, 188: 1-2 | Relevance, foundation, speculation |
| 188:3-189:11 | 187: 13-18; 188: 1-2, 12 | Relevance, foundation, speculation, expert, vague |
| 194: 2-194:12 | 194:13-19 | Speculation, foundation, relevance |
| 194:20-195:19 | 194:13-19; 195:20-196: 7 | Speculation, foundation, relevance |
| 196:10-196:16 | | Foundation, hearsay, relevance, speculation |
| 202:4-203:16 | 71: 16-72:3 | Speculation, relevance, foundation, |
| 208: 12-208:18 | | Relevance |
| 212:5-212:21 | | Relevance, foundation |
| 213: 9-213:13 | 213: 4-8 | Vague, foundation, relevance |
| 241:6-241:22 | | Relevance |
| 250:2-251:11 | 251:12-253:16 | Relevance, foundation, speculation, expert |
| 261:7-261:9 | | Relevance |
| 261:16-262:1 | 261: 10-15; 262: 2-9 | Relevance |
| 263:12-264:7 | 265: 7-16 | Relevance, speculation, document speaks for itself |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR CAROL HARVEY

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

36: 17-22
37:1-3
37: 15-38:6
176: 2-177:9

# GSK'S DEPOSITION COMPLETENESS DESIGNATION & OBJECTIONS
## FOR PAUL HIEBLE

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 5:15-20 | | |
| 6:6-9 | | |
| 8:7-8:20 | | Vague |
| 92:17-19 | 92:20 | Confusing; ambiguous; relevance |
| 92:21 | | |
| 107:11-108:1 | 19:19-20:4; 69:1-22; 71:13-19; 108:5-8 | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 108:5-8 | 59:5-9 | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 108:13-16 | | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 110:6-17 | 110:18 | Calls for legal conclusion<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 110:19 | | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 115:2-116:2 | 116:3 | Vague; speculation<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 116:4-8 | | Speculation<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |

| | | |
|---|---|---|
| 116:10-118:8 | 118:9 | Calls for expert testimony; speculation<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 118:10-11 | | Speculation<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 118:13 | 118:14 | Speculation; calls for expert testimony<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 118:15 | | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 118:17-120:5 | | Best evidence (document speaks for itself)<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 120:7-10 | 120:11 | Confusing; argumentative<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 120:12-14 | | Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 120:16-17 | 120:18 | Calls for speculation, expert testimony<br><br>Objections to Exhibit 29 (DTX 29): authenticity; |

| | | lack of foundation; calls for speculation |
|---|---|---|
| 120:19 | 120:12-14 | Speculation<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 123:2-14 | | Assumes a fact not in evidence; confusing |
| 123:16-19 | | |
| 126:19-20 | 126:21 | Assumes a fact not in evidence |
| 126:22-128:6 | | |
| 135:3-135:17 | 135:18 | Relevance; speculation; calls for expert testimony |
| 135:19-20 | | |
| 135:22-136:7 | | Calls for expert testimony; speculation |
| 136:9-10 | 136:11 | Speculation; expert testimony; relevance |
| 136:12-13 | | |
| 136:15-137:2 | 137:3 | Speculation; relevance |
| 137:4-7 | | |
| 137:9-13 | 137:14 | Speculation |
| 137:15-17 | | |
| 137:19 | 137:20 | Speculation |
| 137:21 | | |
| 138:1-4 | | |
| 138:6-11 | | Calls for expert testimony; speculation |
| 138:13 | 138:14 | Calls for expert testimony; speculation |
| 138:15-17 | | |
| 140:22-141:8 | 141:9 | Counsel testifying; assumes a fact not in evidence; calls for expert testimony; speculation |
| 141:10 | | Speculation; expert testimony |
| 141:12-13 | 141:14 | Expert testimony; vague |
| 141:15 | | |
| 141:17 | 141:18 | Expert testimony |
| 141:19-22 | | |
| 142:2 | 142:3 | Expert testimony; |

| | | speculation |
|---|---|---|
| 142:4 | | |
| 142:6 | 142:7 | Vague |
| 142:8 | | |
| 142:10-17 | 142:18 | Mischaracterizes testimony |
| 142:19-22 | | |
| 143:2-3 | 143:4; 65:12-16; 65:17-66:10 | Speculation |
| 143:5 | | |
| 144:18-145:3 | 145:4 | Calls for expert testimony, speculation |
| 145:5-6 | | |
| 145:8-10 | 145:11 | Calls for expert testimony; speculation |
| 145:12-13 | | |
| 145:15-146:6 | 146:7 | Calls for expert testimony |
| 146:8-11 | | |
| 146:13-17 | 146:18 | Assumes a fact not in evidence; confusing |
| 146:19-20 | | |
| 146:22-147:2 | 147:3 | Assumes a fact not in evidence |
| 147:5-6 | 147:7 | Asked and answered |
| 147:8-9 | | |
| 147:11 | 147:12 | Calls for speculation |
| 147:13 | | |
| 152:11-153:1 | | |
| 154:13-14 | | |
| 154:21-155:9 | 155:10; | Best evidence; lack of foundation |
| 155:11-12 | | |
| 155:14-16 | 155:17 | Calls for speculation |
| 155:18-22 | | Calls for speculation |
| 156:2-6 | 156:7; 163:8-11 | Lack of foundation |
| 156:8 | | |
| 156:10-22 | 157:1 | Calls for speculation |
| 157:2-3 | | |
| 157:5-19 | 157:20 | Incomplete question |
| 157:21 | | |
| 158:1-22 | 159:1 | Asked and answered; calls for speculation |
| 159:2-3 | | |
| 160:12-17 | 160:18 133:5-10 | Calls for expert testimony; speculation |
| 160:19-20 | | |

4

| | | |
|---|---|---|
| 160:22-161:1 | 161:2 | Calls for expert testimony; speculation |
| 161:3-8 | 133:5-10 | |
| 161:10-15 | 161:16; 57:2-4; 133:5-10 | Calls for expert testimony |
| 161:17-19 | | |
| 161:21-162:1 | 162:2 | Calls for expert testimony |
| 162:3-4 | | |
| 162:6-7 | 162:8 | Calls for expert testimony |
| 162:9 | | |
| 163:17-19 | 163:20 | Calls for expert testimony |
| 163:21-22 | | |
| 166:18-167:8 | 167:9; 57:2-4; 133:5-10 | |
| 167:10-15 | | |
| 168:9-12 | 168:13 | Incomplete hypothetical; calls for expert testimony |
| 168:14-15 | | |
| 168:17-168:22 | 44:6-20; 43:17-29 | Calls for expert testimony; vague |
| 176:12-17 | 176:18 | Confusing; lack of foundation |
| 176:19-20 | | |
| 177:20-22 | 178:1 | Confusing; mischaracterizes testimony |
| 178:2 | | |
| 178:4-12 | 179:1; 104:5-105:3 | Attorney-client |
| 190:4-16 | 190:17 | Speculation; confusing |
| 190:18-19 | | |
| 190:21-191:3 | 191:4 | Speculation; confusing; compound sentence |
| 191:5 | | |
| 200:5-12 | 200:13 | Best evidence |
| 200:14 | | |

| | | |
|---|---|---|
| 200:16-201:5 | 201:6 | Assumes a fact not in evidence |
| 201:7 | | |
| 201:9-10 | 201:11 | Vague; calls for legal conclusion |
| 201:12 | | |
| 201:14-18 | 201:19 | Vague; calls for legal conclusion |
| 201:20-21 | | |
| 214:6-13 | 214:14 | Assumes a fact not in evidence; confusing |
| 214:15 | | |
| 225:1-3 | 225:4-5 | Confusing; calls for a legal conclusion |
| 225:7-226:16 | | Calls for speculation; relevance; counsel testifying; mischaracterizes |

## GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR PAUL HIEBLE

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

10:16-18
18:8-12
21:5-6
21:21-22:9
23:2-5
29:1-29:8
43:17-19
44:6-20
45:9-15
57:2-4
74:5-19
74:17-19
84:17-85:6
120:12-14
126:22-127:4
133:5-10
169:1-5
203:4-21
204:18-21
206:21-207:5

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS
## & OBJECTIONS FOR WILLIAM HUFFMAN

| TEVA DESIGNATION | GSK COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 170:8-170:5 | | |
| 174:17-174:21 | | |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR WILLIAM HUFFMAN

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations.

## GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS FOR DAVID OWEN

| TEVA DESIGNATIONS | GSK COMPLETENESS DESIGNATIONS | GSK OBJECTION |
|---|---|---|
| 5:13-5:14 | | |
| 6:8-6:18 | | |
| 7:1-7:5 | | |
| 7:14-8:12 | | |
| 17:10-18:4 | 18:5-15 | |
| 20:12-20:17 | 20:18-20:20 | Relevance; vague |
| 20:21-20:22 | | Relevance |
| 25:21-26:5 | | |
| 26:19-29:8 | 29:9 | Lack of foundation, calls for speculation; attorney-client |
| 29:10-29:11 | | |
| 30:5-30:21 | | Mischaracterizes testimony; assumes facts not in evidence; confusing |
| 31:14-32:10 | 32:11-33:3 | Attorney-client |
| 33:4-33:10 | | Attorney client |
| 40:6-40:21 | 40:22 | Assumes facts not in evidence. |
| 41:1-3 | | |
| 42:19-43:2 | 39:10-40:5 | |
| 50:3-51:8 | 51:9 | Vague; ambiguous |
| 54:7-55:8 | 72:3-73:4; 60:6-13; 52:2-11 | Assumes a fact not in evidence; Confusing |
| 65:2-65:6 | 65:12-22 | |
| 70:15-72:6 | 72:7; 66:1-4 | |
| 72:8-74:4 | 74:5 | Lack of foundation |
| 74:6-19 | | Speculation |
| 75:3-75:17 | | Attorney-client; misstates prior testimony |
| 81:10-85:5 | | Attorney-client; calls for legal conclusion |
| 85:19-85:22 | 131:5-12 | |
| 88:14-89:15 | | Lacks foundation (specification not before witness) |

| | | |
|---|---|---|
| 90:16-91:18 | | Confusing; calls for legalconclusion |
| 93:3-93:21 | 94:19-95:7 | Attorney-client; work product |
| 99:5-99:10 | 99:11 | Confusing; calls for expert testimony |
| 99:12-100:9 | | |
| 101:8-104:4 | 104:5-104:11 | |
| 104:12-108:17 | 108:18 | Mischaracterizes testimony |
| 108:19-109:2 | | |
| 110:10-111:3 | 66:1-4 | |
| 114:21-115:15 | | Mischaracterizes testimony; attorney testimony |
| 117:7-118:19 | 118:20-119:18; 152:6-18 | |
| 119:19-121:7 | 121:8-12 | Attorney client |
| 121:13-121:16 | | |
| 124:7-125:5 | 125:6-8; | Speculation, assumes facts not in evidence, incomplete question |
| 125:9-125:20 | 25:21; 126:3-8 | Speculation |
| 125:22-126:2 | 41:1-3 | |
| 126:9-127:13 | 127:14-15; 77:11-78:2 | Narrative—question is too broad; calls for expert testimony

Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 127:16-127:17 | | |
| 129:16-130:2 | 130:3 | Calls for expert testimony

Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 130:4-130:16 | 130:17 | Lack of foundation; calls for speculation, expert testimony |
| 130:18-132:3 | 132:4 | Lack of foundation, calls for speculation; calls for expert testimony; calls for legal conclusion |
| 132:5-21 | 132:22 | Calls for speculation; |

2

| | | |
|---|---|---|
| | | expert witness testimony |
| 133:1-10 | 133:11-12 | Asked and answered; calls for speculation |
| 133:13-14 | | Confusing; calls for speculation; lack of foundation; calls for expert testimony |
| 134:1-140:7 | | Confusing; calls for speculation; lack of foundation; calls for expert testimony<br><br>Objections to Exhibit 29 (DTX 29): authenticity; lack of foundation; calls for speculation |
| 141:1-141:13 | | |
| 152:6-153:7 | | |
| 156:14-157:2 | | |
| 157:3-157:20 | 158:10-12 | |
| 161:1-161:21 | 159:9-13 | Mischaracterizes testimony; asked and answered |
| 163:4-164:18 | 166:9-15; 164:19-165:19; 169:9-21 | Calls for speculation |
| 166:16-168:13 | 168:14; 153:8-12; 171:17-172:5 | Confusing; calls for speculation; calls for expert testimony<br><br>Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |
| 168:15-170:1 | 170:2 | Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |
| 170:3-170:18 | 170:19 | Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |
| 170:20-171:3 | | Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |
| 174:1-7 | 174:8-175:12 | Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |

3

| | | |
|---|---|---|
| 181:16-181:19 | 181:20-182:6 | |
| 182:7-184:11 | 184:12-13 | Lack of foundation, calls for expert testimony; speculation; confusing |
| 184:14-185:5 · | 185:6-7 | Lack of foundation, speculation; calls for expert testimony; confusing; asked and answered |
| 185:8-185:12 | 185:13 | Mischaracterizes testimony |
| 185:14-185:20 | 185:21 | Calls for legal conclusion, speculation |
| 185:22-186:3 | | Speculation |
| 186:22-188:13 | 188:14; 188:22-189:5 | Confusing |
| 188:15 | | |
| 189:17-190.8 | 190: 9-16 | |
| 190:17-191:9 | 191:10 | Lack of foundation, calls for speculation, calls for expert testimony; mischaracterizes testimony |
| 191:11-191:17 | 191:18 | Speculation; calls for expert testimony; lack of foundation |
| 191:19-192:17 | 192:18 | Speculation; lack of foundation; calls for expert testimony |
| 192:19-193:3 | | Speculation; calls for expert testimony; lack of foundation |
| 202:10-203:5 | 203:6-21 | Attorney-client |
| 204:2-204:10 | 204:11-12; 203:6-21 | Attorney-client; calls for speculation; mischaracterizes testimony |
| 204:13-204:16 | 204:17 | Vague. |
| 204:18-205:1 | 208:4-21 | Calls for speculation |
| 205:22-206:13 | 208:4-21; 206:14-17 | Attorney-client |
| 206:18-207:1 | 207:2-3 | Attorney-client |
| 207:4 | | |
| 209:3-209:22 | 210:1 | Relevance; calls for speculation; calls for legal conclusion; calls for expert testimony |
| 210:2-210:5 | 210:6-211:8; 214:22-215:15 | Relevance |
| 211:9-211:15 | 211:16 | Relevance; calls for speculation; calls for legal conclusion; calls for expert testimony |
| 211:17-211:21 | | Relevance |
| 216:3-216:13 | 216:14 | Confusing |

4

| 216:15-217:7 | 217:8; 231:17-22 | Confusing |
|---|---|---|
| 217:9-217:11 | 217:12 | Calls for legal conclusion; mischaracterizes testimony |
| 217:13-217:18 | 217:19 | Calls for legal conclusion; mischaracterizes testimony |
| 217:20-221:15 | 222:13-21; 226:13-18 | Calls for speculation<br><br>Objections to Exhibit 35 (DTX 35): authenticity; lack of foundation; speculation |
| 229:14-230:5 | 230:6; 230:11-18; 109:3-14; 178:5-21 | Compound question; calls for expert testimony, calls for speculation |
| 230:7-230:18 | | |
| 231:9-231:22 | 255:1-4 | Relevance |
| 244:20-246:3 | | |
| 246:10-246:15 | | Relevance; legal conclusion |

## GSK'S DEPOSITION COUNTER DESIGNATIONS
## FOR DAVID OWEN

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations. In addition, GSK designates the following deposition testimony as counter to Teva's deposition designations:

31:5-31:13
40:13-41:3
52:2-11
59:8-22
59:6-60:13
60:6-13
65:12-22
66:1-66:4
66:5-67:21
72:3-13
72:3-73:4
80:14-81:9
80:21-81:9
91:19-92:7
94:19-95:7
95:12-96:1
96:17-97:20
104:18-106:1
109:3-14
118:15-119:18
118:20-119:18
119: 10-18
121:17-122:11
122:12-22
126:3-8
129:9-15
131:5-7
141:5-7
142:1-5
152:6-18
153:8-12
159:9-13
164:19-165:19
166:9-15
169:9-21
171:17-172:5

175:17-176:11
177:2-14
178:5-21
193:19-194:6
200:16-19
201:10-22
203:6-21
206:14-17
208:4-21
210:6-211:8
214:22-215:7
230:11-18
238:14-239:3
240: 5-15
240:11-15
255:1-4

# GSK'S DEPOSITION COMPLETENESS DESIGNATIONS & OBJECTIONS
## FOR KEVIN REEVES

| TEVA DESIGNATION | GSK'S COMPLETENESS DESIGNATION | GSK OBJECTION(S) |
|---|---|---|
| 7:12-7:14 | | |
| 8:7-9 | | |
| 18:10-19:6 | | Relevance; Not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 20:1-5 | 20:6-12 | Relevance; Not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 20:13-22:14 | 19:7-9<br>20:6-12 | Relevance; Not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 29:6-14 | | Not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 31:22-32:2; 32:3-32:11 | 32:12-22; 271:22-272:21; 274:10-275:19 | Incomplete; calls for a legal conclusion; relevance; Lines 31:22-32:2 not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 33:2-13 | 33:14-19 | Incomplete; best evidence; relevance |
| 33:20-22 | 33:14-19 | Incomplete; best evidence; relevance |
| 37:16-21 | 37:3-11 | |
| 51:14-52:10 | | Vague; |
| 62:7-62:8 | 62:9 | Vague, incomplete |
| 62:10-11 | 62:9 | Vague, incomplete |
| 62:13-14 | 62:15 | Vague, incomplete |
| 62:16 | 62:15 | Vague, incomplete |
| 66:14-16 | 66:17 | Vague, incomplete, relevance |
| 66:18-20 | 66:17 | Vague, incomplete, relevance |
| 66:22 | 67:2 | Vague, incomplete, |
| 67:3-4 | 67:2 | See above |
| 67:22-68:2 | 68:3 | Vague, incomplete, not designated in accordance with pre-trial order deadlines; designated for the first time in |

| | | |
|---|---|---|
| | | January 2007. |
| 68:12-17 | | Vague, incomplete, relevance, not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 69:12-17 | | Relevance |
| 71:1-3 | 71:4 | Compound, vague, incomplete |
| 71:5 | 71:4 | See above |
| 71:11-15 | 71:16 | Compound, vague, relevance |
| 71:17-19 | 71:16 | See above |
| 71:21-72:18 | | Relevance; beyond scope |
| 74:3-6 | 74:7 | Relevance, vague, incomplete |
| 74:8-9 | 74:7 | See above |
| 74:11-13 | 74:7 | See above |
| 74:14-16 | 74:18-75:3 | Relevance, vague, incomplete |
| 75:10-76:5 | 76:6 | Relevance; Incomplete; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 76:7 | 76:6 | Relevance; Incomplete; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 79:6-9 | 79:10-82:5; 84:1-88:1 | Relevance, incomplete |
| 82:6 | 82:7-18 | Relevance, incomplete, vague; not an expert |
| 82:19-83:5 | 82:7-18 | See above |
| 120:17-121:7 | 121:8-124:6 | |
| 122:1-5 | 122:6-18 | Relevance, foundation, incomplete, not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 122:19-123:11 | 122:6-18 | Relevance, foundation, vague |
| 136:13-137:10 | 137:11-19; 122:6-18 | Relevance, foundation |
| 137:20-22 | 138:1-3; 138:9-12; 137:11-19; 122:6-18 | Vague, foundation, expert testimony, incomplete |
| 138:4-8 | 138:1-3; 138:9-12; 137:11-19; 122:6-18 | See above |
| 143:3-17 | 144:16-145:1 | |
| 145:3-146:17 | | Relevance; 145:17-146:3 not designated in accordance with pre-trial order deadlines; designated for the first time in |

| | | January 2007. |
|---|---|---|
| 147:19-22 | 148:1; 148:14-149:11 | Relevance, vague, incomplete |
| 148:2-4 | 148:1; 148:14-149:11 | See above |
| 148:6-13 | 148:1; 148:14-149:11 | See above |
| 149:12-153:12 | | Relevance; compound; foundation; vague;  Incomplete; 149:12-150:8, 151:12-152:1 not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 201:2-4 | 201:5-6 | Expert, relevance |
| 201:7-12 | 201:5-6 | See above |
| 201:14-17 | 201:5-6 | See above |
| 201:18-203:13 | 201:5-6; 203:14-205:8 | See above |
| 205:10-22 | | Relevance; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 233:10-14 | | |
| 234:4-6 | 233:10-246:12 | |
| 234:16-17 | | |
| 235:1 | | |
| 236:12-237:10 | | |
| 238:8-239:10 | | Relevance; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 241:19-242:18 | | Relevance; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 244:10-18 | | Relevance; not designated in accordance with pre-trial order deadlines; designated for the first time in January 2007. |
| 266:19-22 | 267:1-2 | Document speaks for itself; expert testimony; foundation; relevance |
| 267:3-4 | 267:1-2 | See above |

# GSK'S DEPOSITION COUNTER DESIGNATIONS
# FOR KEVIN REEVES

GSK incorporates all of its affirmative designations for this witness listed in Exhibit 16 of the Proposed Pretrial Order, filed on November 3, 2006, to be designated as counter designations.

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 15, 2007 **[PUBLIC VERSION ] PLAINTIFFS' DEPOSITION COMPLETENESS DESIGNATIONS, OBJECTIONS TO TESTIMONY DESIGNATED BY DEFENDANT AND COUNTER-DESIGNATIONS** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 15, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_24.DOC