## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    05-197-GMS

**PUBLIC VERSION**

## PLAINTIFFS' DEPOSITION DESIGNATIONS

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax : (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400
Fax:    (202) 942-8484

Dated: February 7, 2007

# INDEX OF PLAINTIFFS' DEPOSITION DESIGNATIONS

| | |
|---|---|
| COSTALL, BRENDA | 05/04/2006 |
| EDEN, ROGER | 04/27/2006 |
| GALLAGHER, GREGORY | 05/05/2006 |
| GIDDINGS, PETER | 07/20/2006 |
| HARVEY, CAROL | 05/25/2006 |
| HIEBLE, PAUL | 05/12/2006 |
| HUFFMAN, WILLIAM | 05/18/2006 |
| JASKOT, DEBORAH | 04/26/2006 |
| OWEN, DAVID | 05/26/2006 |
| PAYNE, ANNE | 06/14/2006 |
| REEVES, KEVIN | 06/29/2006 |
| STOFIK, MICHAEL | 04/28/2006 |
| VELLTURO, CHRISTOPHER | 10/27/2006 |

## Deposition Designations for Brenda Costall
## May 4, 2006

22:15 – 24:13
32:5 – 32:10
32:11 – 32:19
54:20 – 57:9
57:10 – 58:3
59:2 – 59:5
60:7 – 61:2
62:21 – 65:4
65:5 – 67:8
69:8 – 69:21
73:11 – 75:3
80:2 – 80:19
81:5 – 81:20
81:21 – 84:1
84:13 – 85:1
87:1 – 88:12
88:13 – 90:9
96:10 – 97:1
125:12 – 127:15
176:17 – 177:8
203:16 – 204:12
230:13 – 231:5

## Deposition Designations for Roger Eden
### April 27, 2006

16:15 – 16:20
27:14 – 28:15
33:6 – 34:1
37:13 – 39:3
39:19 – 40:19
42:7 – 42:22
59:6 – 60:12
63:1 – 63:18
64:8 – 67:20
70:20 – 72:19
80:15 – 81:2
81:15 – 81:18
162:20 – 165:3
108:10 – 108:18
109:10 – 110:21
181:19 – 182:19
183:21 – 184:6
184:15 – 185:5
186:13 – 186:15
237:4 – 237:18

## Deposition Designations for Gregory Gallagher
### May 5, 2006

14:6 – 16:1
17:22 – 18:19
27:5 – 27:10
31:19 – 32:3
37:10 – 41:18
44:12 – 44:19
67:20 – 68:15
69:11 – 71:11
79:16 – 80:20
82:15 – 82:18
94:5 – 94:17
100:4 – 100:16
102:18 – 103:4
104:2 – 104:18
109:17 – 110:11
111:18 – 112:1
114:5 – 114:7
115:3 – 115:16
118:9 – 119:2
126:1 – 126:10
127:5 – 127:17
141:10 – 141:13
146:22 – 147:3
147:18 – 149:17
159:17 – 160:6
167:11 – 168:16
169:15 – 170:5
182:21 – 183:3
201:9 – 201:21
223:19 – 225:20
253:12 – 254:5
275:15 – 276:6

## Deposition Designations for Peter Giddings
## July 20, 2006

9:5 – 10:6
12:2 – 12:13
17:6 – 17:16
29:9 – 32:9
33:1 – 33:22
34:1 – 34:18
35:15 – 35:20
35:21 – 36:14
37:13 – 38:7
39:5 – 42:3
45:10 – 45:19
47:1 – 47:14
60:22 – 62:1
71:14 – 72:3
82:12 – 82:21
88:10 – 88:15
99:21 – 100:16
101:11 – 102:12
103:8 – 104:19
117:12 – 118:7
120:1 – 120:18
123:15 – 124:3
143:20 – 144:10
162:2 – 162:14
197:4 – 197:11
Errata Sheet

# Deposition Designations for Carol Harvey
## May 25, 2006

9:14 – 10:10
16:2 – 16:8
16:12 – 16:16
21:11 – 25:16
29:3 – 29:12
31:6 – 33:7
34:6 – 35:19
42:2 – 43:10
45:5 – 46:8
49:7 – 51:1
51:21 – 54:22
55:9 - 55:15
60:13 – 65:4
69:22 – 72:5
74:15 – 76:13
79:3 – 80:9
85:12 – 86:13
87:10 – 89:14
119:4 – 119:11
122:13 – 122:18
123:16 – 127:22
130:15 – 131:7
140:21 – 141:5
195:9 – 196:16
221:6 – 222:3
238:16 – 239:9
242:4 – 243:9
277:21 - 280:14
281:7 - 281:14
282:3 - 282:6

**Deposition Designations for J. Paul Hieble**
**May 12, 2006**

6:6 – 6:9
8:7 – 8:20
9:21 – 10:18
17:7 – 17:18
20:5 – 20:9
20:17 – 21:6
42:19 – 43:2
44:1 – 44:21
55:5 – 55:17
56:10 – 56:16
59:5 – 59:19
60:16 – 61:5
67:11 – 67:16
84:12 – 85:6
92:8 – 92:21
95:7 – 96:3
105:21 – 106:3
106:4 – 107:5
169:1 – 169:17
248:1 – 248:7

## Deposition Designations for William Huffman
### May 18, 2006

21:3 – 23:7
24:4 – 24:13
24:21 – 25:5
26:9 – 26:22
27:11 – 27:14
32:12 – 32:21
33:15 – 34:2
64:4 – 64:11
64:20 – 65:8
65:17 – 66:7
66:16 – 68:13
69:10 – 71:21
72:4 – 72:12
73:20 – 74:4
80:16 – 81:1
86:22 – 88:18
92:7 – 93:2
95:5 – 95:8
98:22 – 100:6
101:17 – 103:4
113:3 – 113:10
117:8 – 117:13
119:7 – 120:8
128:9 – 128:16
129:1 – 129:4
148:18 – 149:14
174:17 – 175:16
177:16 – 177:20

**Deposition Designations for Deborah Jaskot**
**April 26, 2006**

4:21 – 4:22
16:25 – 17:9
14:8 – 14:21
29:20 – 30:3
30:20 – 31:22
33:2 – 33:16
36:14 – 37:25
69:17 – 70:18
83:13 – 84:23
86:21 – 87:15
124:17 – 124:19
157:13 – 157:24

**Deposition Designations for David Owen**
**May 26, 2006**

21:1 – 22:2
24:2 – 25:3
26:19 – 27:17
31:14 – 31:22
34:14 – 35:9
38:1 – 39:4
42:19 – 43:2
43:12 – 45:17
46:4 – 47:1
49:3 – 50:2
52:2 – 52:11
54:7 – 60:13
61:11 – 62:13
63:10 – 63:22
64:16 – 65:1
65:2 – 65:12
66:5 – 69:1
70:15 – 71:5
71:10 – 72:2
72:3 – 73:8
80:14 – 81:9
82:19 – 83:8
94:9 – 95:7
96:11 – 97:7
97:21 – 98:17
98:18 – 99:4
104:18 – 106:1
109:3 – 109:14
112:13 – 113:1
114:21 – 115:15
150:15 – 151:9
161:1 – 161:21
169:9 – 169:21
174:20 – 176:11
178:12 – 178:21
179:19 – 180:11
208:4 – 208:21
244:20 – 248:11
250:3 – 251:12

**Deposition Designations for Anne Payne**
**June 14, 2006**

5:9 – 6:9
9:7 – 10:4
23:9 – 27:18
45:7 – 45:23
48:23 – 51:3
53:4 – 53:21
54:16 – 56:9
70:21 – 72:17
74:10 – 80:3
124:4 – 126:20
140:6 – 141:25
144:18 – 146:22
147:15 – 149:21
151:4 – 151:24

**Deposition Designations for Kevin H. Reeves**
**June 29, 2006**

18:10 – 22:14
38:21 – 51:4
51:14 – 52:10
76:9 – 77:9
79:6 – 83:5
84:1 – 85:5
85:16 – 88:19
103:7 – 105:16
109:12 – 112:13
136:13 – 138:12
151:17 – 153:15
191:9 – 195:1
199:8 – 205:22
233:9 – 245:20

**Deposition Designations for Scott Michael Stofik**
**April 28, 2006**

7:9 – 7:13
9:23 – 11:7
20:18 – 22:4
22:13 – 24:15
133:24 – 136:7

**Deposition Designations for Christopher A. Vellturo**
**October 27, 2006**

1:1-306:8

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 15, 2007 **[PUBLIC VERSION]  PLAINTIFFS' DEPOSITION DESIGNATIONS** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 15, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_27.DOC