# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.    05-197-GMS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | **PUBLIC VERSION** |
| Defendant. | ) ) ) | |

## GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
## TO TEVA'S COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Phone:  (302) 658-9141
Fax :  (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone:  (617) 526-6000
Fax:  (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Phone:  (202) 942-8400
Fax:    (202) 942-8484

Dated: February 7, 2007

**INDEX OF OBJECTIONS AND COMPLETENESS DESIGNATIONS TO
TEVA'S COUNTERDESIGNATIONS FOR DEPOSITION TESTIMONY**

**COSTALL, BRENDA**                05/04/2006

**EDEN, ROGER**                    04/27/2006

**GALLAGHER, GREGORY**             05/05/2006

**GIDDINGS, PETER**                07/20/2006

**HARVEY, CAROL**                  05/05/2006

**HIEBLE, PAUL**                   05/12/2006

**HUFFMAN, WILLIAM**               05/18/2006

**OWEN, DAVID**                    05/26/2006

**REEVES, KEVIN**                  06/29/2006

**GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR BRENDA COSTALL**

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 19:14-20:6 | Privilege, relevance |
| 20:19-21:10 | Privilege, relevance, completeness designation 20:7-18 |
| 46:18-47:5 | Attorney testimony, mischaracterizes witness' testimony, relevance |
| 48:13-48:19 | |
| 103:13-103:18 | Expert, relevance, foundation |
| 113:13-114:1 | Relevance, hearsay, vague |
| 124:15-124:20 | Vague |
| 152:22-153:4 | Vague, foundation, |
| 156:17-156:22 | Vague, foundation, completeness designation 155: 9-156:15 |
| 212:13-215:6 | Expert, relevance, compound, form |
| 263:1-263:8 | Foundation, speculation |
| 264:20-265:6 | Vague, foundation |
| 265:11-265:19 | Vague, foundation, completeness designation 265: 7-9 |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR ROGER EDEN

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 44:4-44:13 | Foundation, speculation, |
| 47:10-48:2 | Foundation, speculation |
| 74:20-75:1 | Hearsay |
| 91:18-91:22 | Foundation |
| 94:21-95:5 | Speculation |
| 103:3-103:8 | Relevance, completeness designation 103:9-12 |
| 122:17-123:8 | Speculation, foundation, completeness designations 123:9-10; 123:12-15; 127:18-128:9; 120:22-121:17; 122:14-16 |
| 123:11-123:11 | Speculation, foundation, completeness designations 123:9-10; 123:12-15; 127:18-128:9; 120:22-121:17; 122:14-16 |
| 127:18-127:21 | Speculation, foundation, completeness designations 123:9-10; 123:12-15; 127:22-128:1; 128:3-9; 120:22-121:17; 122:14-16 |
| 128:2-128:2 | Speculation, foundation, completeness designations 123:9-10; 123:12-15; 127:22-128:1; 128:3-9; 120:22-121:17; 122:14-16 |
| 133:13-133:16 | Form, completeness designation 133: 17-134:17 |
| 134:18-136:11 | Form, expert |
| 149:13-153:17 | Privilege, relevance |
| 158:15-158:22 | Relevance |
| 182:20-183:9 | Expert, speculation, relevance, completeness designation 183: 10-14 |
| 186:16-187:4 | Expert, relevance, foundation |
| 248:2-248:10 | Relevance, foundation, completeness designation 248:11-15 |
| 258:11-258:15 | |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR GREGORY GALLAGHER

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 27:11 - 28:7 | Speculation; Vague; Foundation |
| 101:3 - 101:5 | Incomplete; Speculation; Vague |
| 101:7 - 101:8 | Incomplete; Speculation; Vague; Completeness 101:6 |
| 103:6 - 103:14 | Vague |
| 105:16 - 106:17 | Foundation; Speculation; Vague |
| 112:2 - 112:11 | Relevance; Privilege |
| 116:6 - 116:19 | Foundation; Speculation; Vague |
| 121:15 -122:5 | Speculation; Vague; Foundation; Completeness 122:6-10 |
| 154:15 - 156:9 | Speculation; Expert; Vague |
| 178:21 - 180:20 | Mischaracterization; Speculation; Foundation |
| 238:11 - 239:4 | Expert; Speculation; Vague |
| 239:22 - 240:7 | Vague |
| 256:8 - 256:9 | Incomplete; Speculation; Vague |
| 256:11 - 256:12 | Incomplete; Speculation; Vague; Completeness 256:10 |
| 276:7 - 276:12 | Speculation; Vague; Incomplete |
| 276:14 - 277:1 | Speculation; Vague; Incomplete; Completeness 276:13 |
| 277:3 - 277:5 | Speculation; Vague; Incomplete; Completeness 277:2 |
| 277:7 - 277:18 | Expert; Speculation; Vague |

**GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR PETER GIDDINGS**

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 62:7 – 62:12 | |
| 124:4 – 125:2 | Form; Speculation |
| 128:12 – 129:3 | Foundation; Legal conclusion; Speculation; Completeness 127:14-128:10 |
| 130:6 – 130:15 | Speculation |
| 180:7 – 181:9 | Speculation; Foundation; Form |
| 212:6 – 213:19 | Relevance |

## GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
## TO TEVA'S COUNTER DESIGNATIONS FOR CAROL HARVEY

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 55:16-56:7 | Speculation, foundation |
| 142:12-142:20 | |
| 145:4-145:14 | Relevance |
| 183:1-183:18 | Speculation, document speaks for itself |
| 184:2-185:6 | Speculation |

**GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR J. PAUL HIEBLE**

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 10:19-11:8 | Calls for legal expert, relevance |
| 14:12-15:10 | Work product, relevance, completeness designation 15:11-14 |
| 55:1-55:4 | |
| 62:22-63:11 | Compound, vague |
| 84:4-84:5 | Relevance, vague, completeness designation 84:1-3; 84:6-8 |
| 128:7-128:19 | Relevance, best evidence |
| 129:2 | Vague, foundation, completeness designation 128:20-22; 129:3 |
| 129:4-129:20 | Relevance, foundation |
| 130:5-130:6 | Foundation, completeness designation 130:7 |
| 130:8-130:10 | Speculation |
| 170:19-170:22 | Attorney testimony, mischaracterizes witness testimony, expert, completeness designation 171:1 |
| 171:2-171:3 | Expert |
| 205:21-206:14 | Attorney testimony, expert, confusing |
| 212:12-212:14 | Expert, lack of foundation, vague, completeness designation 212:15 |
| 212:16-212:19 | Expert |

**GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR WILLIAM HUFFMAN**

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 80:11-80:15 | Relevance, Speculation, Foundation |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR DAVID OWEN

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 13:14-14:13 | Relevance |
| 81:10-82:15 | Attorney-client, best evidence, relevance |
| 86:1-88:1 | Attorney testimony, best evidence, mischaracterizes document, calls for speculation, completeness designation 88:2-3 |
| 88:4-88:13 | Calls for speculation |
| 91:11-91:22 | Attorney-client, mischaracterizes testimony, calls for speculation, completeness designation 92:1-3 |
| 92:4-92:7 | |
| 93:22-94:4 | Mischaracterizes testimony, attorney-client, completeness designation 94:5-8 |
| 95:9-96:1 | Relevance, attorney-client, speculation |
| 110:21-111:3 | Speculation, foundation, relevance |
| 256:8-257:8 | Relevance; completeness designation 257:9-21 |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR KEVIN REEVES

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 53:3-53:11 | Vague, calls for expert testimony |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR SCOTT STOFIK

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 195:24-197:12 | Relevance |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR DEBORAH JASKOT

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 17:10-17:16 | |
| 83:9-83:12 | |

GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS
TO TEVA'S COUNTER DESIGNATIONS FOR ANNE PAYNE

| TEVA COUNTER DESIGNATION | GSK OBJECTION |
|---|---|
| 6:10-6:23 | |

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 15, 2007  **[PUBLIC VERSION] GSK'S OBJECTIONS AND COMPLETENESS DESIGNATIONS TO TEVA'S COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 15, 2007, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_31.DOC