IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.   05-197-GMS<br><br>**PUBLIC VERSION** |

**ELECTRONIC VERSIONS OF DEPOSITION TESTIMONY
DESIGNATED BY PLAINTIFFS AND DEFENDANT**

Patricia Smink Rogowski (Del. ID No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Phone: (302) 658-9141
Fax: (302) 658-5614
*Attorney for Plaintiffs*

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Michael Gordon, Esq.
Mark Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 942-8400
Fax: (202) 942-8484

Dated: February 7, 2007

# INDEX OF CD-ROMS

**BOHIGIAN DEPOSITION TAPES 1 TO 4**

**VELLTURO DEPOSITION TAPES 1 TO 6**

**OTHER WITNESSES – DISKS 1 TO 3**

        COSTALL
        EDEN
        GALLAGHER
        GIDDINGS
        HARVEY
        HIEBLE
        HUFFMAN
        JASKOT
        OWEN
        PAYNE
        REEVES
        STOFIK

**THIS DOCUMENT IS FULLY REDACTED.**

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on February 15, 2007 [**PUBLIC VERSION] ELECTRONIC VERSIONS OF DEPOSITION TESTIMONY DESIGNATED BY PLAINTIFFS AND DEFENDANT** was filed with the Court Clerk using CM/ECF which will send notification of such filing(s) to Josy W. Ingersoll.

I hereby further certify that on February 15, 2007, I have also served an index of the deposition testimony designated on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Federal Express**
Edward C. Donovan, Esq.
Andrew Kay, Esq.
Chanranjit Brahma, Esq.
Corey Manley, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793
Main: (302) 576-8049
Fax: (302) 576-8158

_/s/ Patricia S. Rogowski_
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com

396460_20.DOC