# Exhibit D

Roger Eden                CONFIDENTIAL                April 27, 2006
                           Washington, DC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------x Civil Action

SMITH KLINE & FRENCH LABORATORIES,: No. 05-197

LIMITED and SMITHKLINE BEECHAM    :

CORPORATION d/b/a GLAXOSMITHKLINE,: THIS DEPOSITION

           Plaintiffs,            : TRANSCRIPT

    vs.                           : CONTAINS MATERIAL

TEVA PHARMACEUTICALS USA, INC.,   : THAT IS SUBJECT

           Defendant.             : TO PROTECTIVE

----------------------------------x ORDER

CONFIDENTIAL TRANSCRIPT

Videotaped Deposition of ROGER J. EDEN, a witness

herein, called for examination by counsel for

Defendant in the above-entitled matter, pursuant to

notice, the witness being duly sworn by KAREN YOUNG,

a Notary Public in and for the District of Columbia,

taken at the offices of Wilmer Cutler Pickering Hale

and Dorr LLP, 1455 Pennsylvania Avenue, Northwest,

Washington, D.C., at 9:04 a.m. on April 27, 2006, and

the proceedings being taken down by Stenotype by

KAREN YOUNG, and transcribed under her direction.

ORIGINAL

Henderson Legal Services
(202) 220-4158

| Roger Eden | CONFIDENTIAL<br>Washington, DC | April 27, 2006 |
|---|---|---|

42

1    **A.    Uh-huh.**

2    Q.    And then at the bottom of the first column

3 there, it says Mr. R. Eden for Dr. D. Owen.

4    **A.    Yes.**

5    Q.    R. Eden is you; is that correct?

6    **A.    Yes.**

7    Q.    Who is Dr. D. Owen?

8    **A.    Dr. David Owen was my supervisor, head of**

9 **department.**

10    Q.    He was head of which department at that

11 time?

12    **A.    Pharmacology.**

13    Q.    Okay. So at that point, according to your

14 C.V., you were the leader of the special

15 pharmacology group?

16    **A.    Yes.**

17    Q.    And Dr. Owen was your supervisor, and his

18 title was what?

19    **A.    I don't know exactly.**

20    Q.    But --

21    **A.    Director of pharmacology, something like**

22 **that.**

Roger Eden                CONFIDENTIAL                April 27, 2006
                          Washington, DC

58

1   A.   Smith Kline approached them.

2   Q.   Is there a particular reason that Smith
3   Kline picked those four people?

4        MS. WIGMORE: I'm going to object to the
5   extent you're asking him to testify on behalf of
6   Smith Kline. He can give his own understanding.

7   A.   I wasn't involved with the choice of
8   Bradford.

9   Q.   Can you tell me who was involved with the
10  choice of Bradford?

11  A.   Not exactly. I wasn't privy to the
12  conversations involved.

13  Q.   Would that be something that someone on
14  the project team decided or is that completely
15  separate?

16       MS. WIGMORE: Objection, calls for
17  speculation.

18  A.   I don't know.

19  Q.   Was there a liaison between these four
20  individuals at Bradford University and Smith Kline
21  generally speaking?

22  A.   Prior to ropinirole?

| Roger Eden | CONFIDENTIAL<br>Washington, DC | April 27, 2006 |
|---|---|---|

60

```
1     A.    At the start of the liaison.
2     Q.    Okay.  Do you know if Dr. Owen selected
3  any of these four individuals to conduct research on
4  ropinirole?
5     A.    I don't know that.
6     Q.    Do you know if Dr. Owen gave them the
7  instructions as to what to research?
8     A.    I wasn't privy to all the conversations
9  and telephone calls.
10    Q.    Did they have many conversations and
11 telephone calls?
12    A.    I don't know.
13    Q.    Were you privy to any of their
14 conversations and telephone calls?
15    A.    I was privy to the first visit.
16    Q.    Okay.  When was that first visit?
17    A.    I don't recall.
18    Q.    And just to be clear, that's the first
19 visit between Dr. Owen and these four individuals at
20 Bradford University?
21    A.    At Bradford University, yes.
22    Q.    And you were also there at that meeting.
```

Roger Eden	CONFIDENTIAL	April 27, 2006
	Washington, DC

70

```
1   recording -- was she instructed to record CNS effect
2   data?
3       A.   No, she wasn't.
4       Q.   Okay.
5       A.   These animals were constrained in a
6   special type of cage, so it would be virtually
7   impossible to make proper observations after dosing
8   them by mouth at naught minutes after dosing.
9       Q.   Okay.  So if you wanted to see central
10  nervous system effects in these rats, how would you
11  have to have changed that experiment?
12           MS. WIGMORE:  I object to the form.
13      A.   You wouldn't change it, but it's an oral
14  dose.  It doesn't whistle in like intravenous.  It's
15  not like an intravenous injection.
16      Q.   So by that, do you mean that because it
17  was an oral dose, it might take longer to have an
18  effect?
19      A.   There's a delay usually.
20      Q.   If I could direct your attention then to
21  another entry in the same laboratory notebook, it
22  starts on the page marked GSK-REQ000383 and appears
```

Roger Eden                CONFIDENTIAL                April 27, 2006
                           Washington, DC

71

1   to be an entry dated February 11th, 1986, and again,
2   this is still in Exhibit 24. Are you with me?
3       A.   Uh-huh.
4       Q.   Can you tell me what this experiment --
5   sorry. I'll back up. Does this entry also describe
6   an experiment that was conducted by Annette Wright?
7       A.   Yes.
8       Q.   Can you describe for me what this
9   experiment involved?
10      A.   **Again, this is a measurement of blood**
11  **pressure and heart rate in spontaneously**
12  **hypertensive rats.**
13      Q.   Okay. There's a notation there that says
14  -- in the first line of the entry that says 2.5
15  milligrams per kilogram IV.
16      A.   Yes.
17      Q.   Does that indicate that the -- that
18  ropinirole was administered to these rats
19  intravenously?
20      A.   Yes.
21      Q.   So then just to make sure that I
22  understand what you said earlier correctly, the

Roger Eden                    CONFIDENTIAL                April 27, 2006
                              Washington, DC

                                                                      72

1    intravenous dosing should result in a quicker effect
2    on the rats; is that right?
3         A.    **I would expect that.**
4         Q.    Okay. If you could flip back three pages
5    to the page marked GSK-REQ000386, there's another
6    comment chart there, and one of the comments within
7    the box that corresponds for a time of 15 minutes,
8    there's a comment that says, "All eyes closed, all
9    show classic stereotyped sniffing behavior."
10        A.    **Uh-huh.**
11        Q.    What do you understand that to mean?
12        A.    **I understand it to mean that the animals**
13   **were showing stereotypy.**
14        Q.    And so that -- so based on what you said
15   earlier, that would mean that -- or that would be a
16   sign that the ropinirole was crossing the blood-
17   brain boundary and entering the central nervous
18   system of these four rats?
19        A.    **Yes.**
20        Q.    Now, when you said that it shows CNS
21   effects, is there a particular dopamine receptor
22   that is associated with stereotypy effects?

Roger Eden                CONFIDENTIAL                April 27, 2006
                          Washington, DC

                                                                  94

1   experiment, she was looking for cardiovascular
2   effect; is that correct?
3       A.   Yes.
4       Q.   Okay. After -- after Ms. Wright made her
5   findings, was there a point in time where ropinirole
6   became -- began to be considered as a potential
7   treatment for Parkinson's disease?
8            MS. WIGMORE: Objection, lack of
9   foundation. You can answer based on your own
10  understanding.
11      A.   After --
12      Q.   After February of 1986.
13      A.   **After that, it was considered.**
14      Q.   Okay. Who first -- to your knowledge, who
15  first thought that ropinirole could be used to treat
16  Parkinson's disease?
17      A.   **I don't know.**
18      Q.   At that point in time, were you part of
19  the ropinirole project team?
20      A.   Yes.
21      Q.   And would that -- would the concept of
22  using ropinirole as a treatment for Parkinson's,

Roger Eden                    CONFIDENTIAL                 April 27, 2006
                              Washington, DC

                                                                    108

1    contract or agreement under which these researchers
2    were operating?
3            MS. WIGMORE:  Objection, foundation.
4        A.  I don't know of one.
5        Q.  Do you remember if there was a contract or
6    an agreement discussed or presented at the initial
7    meeting that you attended with the Bradford
8    researchers?
9        A.  I don't remember one.
10       Q.  Did the Bradford researchers -- were they
11   -- strike that.  Were the Bradford researchers
12   required to turn over the results of their work to
13   Smith Kline?
14       A.  Yes.
15       Q.  Were they prohibited from publishing
16   information about their research for Smith Kline
17   without Smith Kline's approval?
18       A.  Yes.
19       Q.  And who at Smith Kline, if you know, would
20   have given the approval for such a publication?
21       A.  I don't remember exactly, but I presume
22   the development team.