IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH KLINE & FRENCH LABORATORIES LIMITED and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 05-197-GMS |

**STIPULATED DISMISSAL OF CASE AND CLAIMS RELATED TO
<u>UNITED STATES PATENT NO. 4,824,860</u>**

IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that pursuant to Fed. R. Civ. P. 41(a):

1. Defendant shall withdraw its paragraph IV certification with respect to U.S. Patent No. 4,824,860 ("the '860 patent") in its Abbreviated New Drug Application ("ANDA") No. 77-460 and convert its certification with respect to that patent to a paragraph III certification. Defendant agrees it shall not file any Paragraph IV certification with respect to the '860 patent.

2. Defendant withdraws its affirmative defense and counterclaim that the '860 patent is unenforceable for inequitable conduct as set forth in Teva's Corrected First Amended Answer, Defenses and Counterclaims ("Amended Answer") filed July 10, 2006 in the above-captioned action, and Defendant does not dispute that the '860 patent is valid, enforceable and infringed.

3. The parties agree to dismiss their claims with prejudice without right to appeal.

4. Each party shall bear its own fees and costs with respect to the above-captioned action and neither party shall seek to have the above-captioned case deemed "exceptional" pursuant to 35 U.S.C. § 285.

  /s/ Patricia Smink Rogowski_____
Patricia Smink Rogowski (# 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 1107 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141

*Of Counsel*
William G. McElwain, Esq.
Henry N. Wixon, Esq.
Amy K. Wigmore, Esq.
Mark L. Rienzi, Esq.
WILMER, CUTLER, PICKERING,
HALE and DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663 6000

William F. Lee, Esq.
WILMER, CUTLER, PICKERING,
HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000

*Attorneys for Plaintiffs SMITH KLINE & FRENCH LABORATORIES LIMITED AND SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE*

 /s/ Monté T. Squire_____
John W. Shaw (# 3362)
Monté T. Squire (# 4764)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

*Of Counsel*
Daniel F. Attridge, P.C.
Edward C. Donovan
Andrew B. Kay
Charanjit Brahma
Corey J. Manley
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000

*Attorneys for Defendant TEVA PHARMACEUTICALS USA, INC.*

SO ORDERED this _____ day of March, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE