OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 11, 2008

**Patricia Smink Rogowski**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: progowski@cblh.com

**John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6713

RE: **Smith Kline & French Laboratories Limited et al v. Teva Pharmaceuticals USA Inc.**
    Civ No.:05-197-GMS

Dear Counsel:

   The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by September 19, 2008.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

   *If counsel does not claim the documents that they filed by the above date*, the Clerk will unseal any sealed documents remaining and send them to the NARA in accordance with the Order.

   To claim your sealed documents kindly **send an E-MAIL to our**

**specially designated court address at:**
**returnsealeddocs@ded.uscourts.gov**

      Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address.  Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up.  **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-6170.

                                        Sincerely,

                                        By:   /s/ Debra Z. Smith

                                            Deputy Clerk

Enc.
    Docket Sheet