CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00197-GMS
### Internal Use Only

| | |
|---|---|
| Smith Kline & French Laboratories Limited et al v. Teva Pharmaceuticals USA Inc.<br>Assigned to: Judge Gregory M. Sleet<br>Cause: 35:271 Patent Infringement | Date Filed: 04/06/2005<br>Date Terminated: 03/15/2007<br>Jury Demand: None<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**Smith Kline & French Laboratories Limited**     represented by     **Patricia Smink Rogowski**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: progowski@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SmithKline Beecham Corporation**
*doing business as*
GlaxoSmithKline     represented by     **Patricia Smink Rogowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Teva Pharmaceuticals USA Inc.**     represented by     **John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**

Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte Terrell Squire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6713
Fax: (302) 576-3515
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Teva Pharmaceuticals USA Inc.** | represented by | **Josy W. Ingersoll** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Smith Kline & French Laboratories Limited** | represented by | **Patricia Smink Rogowski** Connolly, Bove, Lodge & Hutz 1007 North Orange Street P.O. Box 2207 Wilmington, DE 19899 (302) 658-9141 Email: progowski@cblh.com *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

**SmithKline Beecham Corporation**     represented by **Patricia Smink Rogowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Teva Pharmaceuticals USA Inc.**

V.

**Counter Defendant**

**Smith Kline & French Laboratories Limited**

**Counter Defendant**

**SmithKline Beecham Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2005 | 1 | COMPLAINT filed against Teva Pharmaceuticals USA Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138752.) - filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(mwm, ) (Entered: 04/07/2005) |
| 04/06/2005 |   | Summons Issued as to Teva Pharmaceuticals USA Inc. on 4/6/2005. (mwm, ) (Entered: 04/07/2005) |
| 04/06/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation identifying GlaxoSmithKline plc as Corporate Parent. (mwm, ) (Entered: 04/07/2005) |
| 04/06/2005 | 3 | Report to the Commissioner of Patents for Patent Number(s) 4,452,808; 4,824,860; (mwm, ) (Entered: 04/07/2005) |
| 04/08/2005 | 4 | SUMMONS Returned Executed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. Teva Pharmaceuticals USA Inc. served on 4/6/2005, answer due 4/26/2005. (Rogowski, Patricia) (Entered: 04/08/2005) |
| 04/13/2005 |   | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 04/13/2005) |
| 04/26/2005 | 5 | ANSWER to Complaint, COUNTERCLAIM against all plaintiffs by Teva Pharmaceuticals USA Inc..(Ingersoll, Josy) (Entered: 04/26/2005) |
| 05/06/2005 | 6 | MOTION for Pro Hac Vice Appearance of Attorney Stephen D. Dove, Steven A. Engel and Karen M. Robinson - filed by Teva Pharmaceuticals USA Inc.. (Ingersoll, Josy) (Entered: 05/06/2005) |

| | | |
|---|---|---|
| | | Scheduling Order, a joint letter agenda (a sample can be found on the court's website) shall be filed not less than forty-eight hours prior to the teleconference. The Joint Letter Agenda is due Thursday, June 1, 2006. Counsel for plaintiff is directed to initiate the conference call to chambers at (302) 573-6470. Ordered by Judge Gregory M. Sleet on 5/26/06. (ctd) (Entered: 05/26/2006) |
| 06/01/2006 | 56 | MOTION for Pro Hac Vice Appearance of Attorney Andrew B. Kay - filed by Teva Pharmaceuticals USA Inc.. (Shaw, John) (Entered: 06/01/2006) |
| 06/01/2006 | | SO ORDERED, re 56 MOTION for Pro Hac Vice Appearance of Attorney Andrew B. Kay filed by Teva Pharmaceuticals USA Inc . Ordered by Judge Gregory M. Sleet on 6/1/06. (asw ) (Entered: 06/01/2006) |
| 06/01/2006 | 57 | Letter to The Honorable Gregory M. Sleet from Monte' T. Squire, Esquire regarding Items to be Presented at the Discovery Teleconference scheduled for Monday June 5, 2006. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(Squire, Monte) (Entered: 06/01/2006) |
| 06/14/2006 | 58 | Letter to The Honorable Gregory M. Sleet from Monte T. Squire regarding request for leave to file for summary judgment - FILED UNDER SEAL. (Attachments: # 1 Exhibit A and B-FILED UNDER SEAL)(Squire, Monte) (Entered: 06/14/2006) |
| 06/23/2006 | 59 | TRANSCRIPT of telephone conference held on 6/5/06 before Judge Gregory M. Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (mmm) (Entered: 06/23/2006) |
| 06/23/2006 | 60 | Joint STIPULATION and PROPOSED ORDER regarding the patent claims by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 06/23/2006) |
| 06/26/2006 | 61 | SO ORDERED, re 60 Stipulation filed by Teva Pharmaceuticals USA Inc. Signed by Judge Gregory M. Sleet on 6/26/06. (mmm) (Entered: 06/26/2006) |
| 06/28/2006 | | ORAL ORDER striking 58 Letter AS MOOT in light of the Court's ruling dated June 26, 2006 - See D.I. 61. Ordered by Judge Gregory M. Sleet on 6/28/06. (asw ) (Entered: 06/28/2006) |
| 06/28/2006 | 62 | MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses and Counterclaims* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-Amended Answer and B-Redlined version of Amended Answer# 2 Text of Proposed Order)(Squire, Monte) (Entered: 06/28/2006) |
| 06/28/2006 | 63 | SEALED OPENING BRIEF in Support re 62 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses and Counterclaims* filed by Teva Pharmaceuticals USA Inc..Answering Brief/Response due date per Local Rules is 7/13/2006. (Squire, Monte) (Entered: 06/28/2006) |
| 06/28/2006 | 64 | SEALED DECLARATION re 62 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Motion for* |

| | | |
|---|---|---|
| | | *Leave to Amend Its Answer, Defenses and Counterclaims*, 63 Opening Brief in Support, *Declaration of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-L-FILED UNDER SEAL)(Squire, Monte) (Entered: 06/28/2006) |
| 06/28/2006 | 65 | STATEMENT re 62 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses and Counterclaims Local Rule 7.1.1 Statement* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 06/28/2006) |
| 06/30/2006 | 66 | NOTICE OF SERVICE of Plaintiff GlaxoSmithKline's Supplemental Responses to Defendant's Second Set of Interrogatories by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 06/30/2006) |
| 06/30/2006 | 67 | NOTICE OF SERVICE of Plaintiff GlaxoSmithKline's Second Supplemental Responses to Defendant's First Set of Interrogatories by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.(Rogowski, Patricia) (Entered: 06/30/2006) |
| 06/30/2006 | 68 | NOTICE OF SERVICE of Plaintiff GlaxoSmithKline's Supplemental Responses and Objections to Defendant's Second Set of Requests for Production of Documents and Things by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.(Rogowski, Patricia) (Entered: 06/30/2006) |
| 06/30/2006 | 69 | NOTICE OF SERVICE of Plaintiff GlaxoSmithKline's Supplemental Responses and Objections to Defendant's First Set of Requests for Production of Documents and Things by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.(Rogowski, Patricia) (Entered: 06/30/2006) |
| 07/05/2006 | 70 | Joint STIPULATION TO EXTEND TIME Fact Discovery; Opening Expert Reports; Answering Expert Reports; Reply Expert Reports; Expert Discovery to June 30, 2006; July 10, 2006; August 14, 2006; September 1, 2006; September 27, 2006 - filed by Teva Pharmaceuticals USA Inc.. (Keller, Karen) (Entered: 07/05/2006) |
| 07/06/2006 | | SO ORDERED, re 70 Joint STIPULATION TO EXTEND TIME Fact Discovery; Opening Expert Reports; Answering Expert Reports; Reply Expert Reports; Expert Discovery to June 30, 2006; July 10, 2006; August 14, 2006; September 1, 2006; September 27, 2006 filed by Teva Pharmaceuticals USA Inc . Ordered by Judge Gregory M. Sleet on 7/6/06. (asw ) (Entered: 07/06/2006) |
| 07/06/2006 | 71 | REDACTED VERSION of 63 Opening Brief in Support, *Defendant Teva Pharmaceuticals' Brief in Support of Motion for Leave to Amend Its Answer, Defenses and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 07/06/2006) |
| 07/06/2006 | 72 | REDACTED VERSION of 64 Declaration, *of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer,* |

| | | |
|---|---|---|
| | | *Defenses, and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-G# 2 Exhibit H-L)(Squire, Monte) (Entered: 07/06/2006) |
| 07/07/2006 | | ORDER (Paperless) CANCELING TELECONFERENCE: The Teleconference to discuss summary judgment currently scheduled for Wednesday, July 12, 2006, at 11:00 a.m. HAS BEEN REMOVED from the court's calendar. Ordered by Judge Gregory M. Sleet on 7/7/06. (ctd) (Entered: 07/07/2006) |
| 07/10/2006 | 73 | MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims-This Corrected Motion Replaces D.I. 62-(Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses and Counterclaims)* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-Corrected Amended Answer# 2 Exhibit B-Redlined version of Corrected Amended Answer# 3 Text of Proposed Order)(Squire, Monte) (Entered: 07/10/2006) |
| 07/10/2006 | 74 | SEALED OPENING BRIEF in Support re 73 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims-This Corrected Motion Replaces D.I. 62-(Defendant Teva Pharmaceuticals    Defendant Teva Pharmaceuticals' Corrected Brief in Support of Motion for Leave to Amend Its Answer, Defenses, and Counterclaims-This Corrected Brief Replaces D.I. 63 (Defendant Teva Pharmaceuticals' Brief in Support of Motion for Leave to Amend Its Answer, Defenses, and Counterclaims)* filed by Teva Pharmaceuticals USA Inc..Answering Brief/Response due date per Local Rules is 7/24/2006. (Squire, Monte) (Entered: 07/10/2006) |
| 07/10/2006 | 75 | SEALED DECLARATION re 74 Opening Brief in Support,,, 73 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims-This Corrected Motion Replaces D.I. 62-(Defendant Teva Pharmaceuticals    Declaration of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses, and Counterclaims-This Declaration Replaces D.I. 64 (Declaration of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Motion for Leave to Amend Its Answer, Defenses, and Counterclaims)* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-N-FILED UNDER SEAL)(Squire, Monte) (Entered: 07/10/2006) |
| 07/10/2006 | 76 | Letter to The Honorable Gregory M. Sleet from Monte T. Squire regarding filing of corrected versions of Teva Pharmaceuticals' Motion for Leave to Amend, supporting Brief and Declaration - re 75 Declaration,,,, 74 Opening Brief in Support,,, 73 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims-This Corrected Motion Replaces D.I. 62-(Defendant Teva Pharmaceuticals* . (Squire, Monte) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/13/2006 | 77 | SEALED ANSWERING BRIEF in Opposition *to Defendant's Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 7/20/2006. (Rogowski, Patricia) Modified on 8/28/2008 (dzs, ). (Entered: 07/13/2006) |
| 07/13/2006 | 78 | SEALED DECLARATION *of Michael E. Gordon in Support of Plaintiff Glaxosmithkline's Brief in Opposition to Defendant's Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) Modified on 8/28/2008 (dzs, ). (Entered: 07/13/2006) |
| 07/17/2006 | 79 | REDACTED VERSION of 74 Opening Brief in Support,, *Defendant Teva Pharmaceuticals' Corrected Brief in Support of Motion for Leave to Amend Its Answer, Defenses and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 07/17/2006) |
| 07/17/2006 | 80 | REDACTED VERSION of 75 Declaration,,, *Declaration of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-E# 2 Exhibit F-K# 3 Exhibit L-N)(Squire, Monte) (Entered: 07/17/2006) |
| 07/21/2006 | 81 | REDACTED VERSION of 77 Answering Brief in Opposition, *to Defendant's Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 07/21/2006) |
| 07/21/2006 | 82 | REDACTED VERSION of 78 Declaration, *of Michael E. Gordon in Support of Plaintiff GlaxoSmithKline's Brief in Opposition to Defendant's Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T)(Rogowski, Patricia) (Entered: 07/21/2006) |
| 07/24/2006 | 83 | SEALED REPLY BRIEF re 73 MOTION to Amend/Correct 5 Answer to Complaint, Counterclaim *Defendant Teva Pharmaceuticals' Corrected Motion for Leave to Amend Its Answer, Defenses and Counterclaims-This Corrected Motion Replaces D.I. 62-(Defendant Teva Pharmaceuticals* filed by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 07/24/2006) |
| 07/24/2006 | 84 | SEALED DECLARATION re 83 Reply Brief, *Declaration of Charanjit Brahma in Support of Defendant Teva Pharmaceuticals' Reply in Support of Corrected Motion for Leave to Amend Its Answer, Defenses, and Counterclaims* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit O-CC-FILED UNDER SEAL)(Squire, Monte) (Entered: 07/24/2006) |
| 07/27/2006 | 85 | REQUEST for Oral Argument by Teva Pharmaceuticals USA Inc. re 73 |

| | | |
|---|---|---|
| | | (Rogowski, Patricia) (Entered: 10/17/2006) |
| 10/17/2006 | 103 | MOTION for Pro Hac Vice Appearance of Attorney Lisa J. Pirozzolo - filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 10/17/2006) |
| 10/18/2006 | | SO ORDERED, re 103 MOTION for Pro Hac Vice Appearance of Attorney Lisa J. Pirozzolo filed by SmithKline Beecham Corporation, Smith Kline & French Laboratories Limited . Ordered by Judge Gregory M. Sleet on 10/18/06. (asw ) (Entered: 10/18/2006) |
| 10/18/2006 | 104 | NOTICE OF SERVICE of Notice of Deposition of Joseph G. Cannon by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Notice of Deposition of Joseph G. Cannon) (Rogowski, Patricia) (Entered: 10/18/2006) |
| 10/18/2006 | 105 | NOTICE OF SERVICE of Notice of Deposition of Daniel Tarsy by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Notice of Deposition of Daniel Tarsy)(Rogowski, Patricia) (Entered: 10/18/2006) |
| 10/19/2006 | 106 | NOTICE OF SERVICE of Revised Notice of Deposition of Daniel Tarsy by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.(Rogowski, Patricia) (Entered: 10/19/2006) |
| 10/19/2006 | 107 | NOTICE to Take Deposition of Paul A. Bartlett, Ph.D. on October 20, 2006 by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/19/2006) |
| 10/20/2006 | 108 | NOTICE to Take Deposition of Lewis Sudarsky, M.D. on October 24, 2006 by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/20/2006) |
| 10/20/2006 | 109 | NOTICE to Take Deposition of Christopher A. Vellturo, Ph.D. on October 27, 2006 by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/20/2006) |
| 10/20/2006 | 110 | NOTICE to Take Deposition of Egon E. Berg on November 8, 2006 by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/20/2006) |
| 10/20/2006 | 111 | NOTICE to Take Deposition of Peter George Jenner on November 17, 2006 by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/20/2006) |
| 10/23/2006 | 112 | SEALED MOTION in Limine *Teva's Motion In Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order - FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 113 | SEALED DECLARATION re 112 SEALED MOTION in Limine *Teva's Motion In Limine No. 1 to Exclude Evidence and Testimony on Commercial Success Declaration of Karen E. Keller in Support of Teva's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-G-FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 114 | SEALED MOTION in Limine *Teva's Motion in Limine No. 2 to Exclude* |

| | | |
|---|---|---|
| | | *Expert Testimony by Patent Attorney Egon Berg* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order -FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 115 | SEALED DECLARATION re 114 SEALED MOTION in Limine *Teva's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg Declaration of Karen E. Keller in Support of Teva's Motion In Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-G-FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 116 | SEALED MOTION in Limine *Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order -FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 117 | SEALED DECLARATION re 116 SEALED MOTION in Limine *Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit Declaration of Karen E. Keller in Support of Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-C-FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 118 | SEALED MOTION in Limine *Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution* - filed by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order -FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/23/2006 | 119 | SEALED DECLARATION re 118 SEALED MOTION in Limine *Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution Declaration of Karen E. Keller in Support of Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-I-FILED UNDER SEAL)(Keller, Karen) (Entered: 10/23/2006) |
| 10/25/2006 | 120 | NOTICE OF SERVICE of 1) Rule 26(a)(2) Expert Report of Joseph G. Cannon; 2) Rule 26(a)(2) Expert Report of John Paul Long; 3) Rule 26(a)(2) Expert Report of Daniel Tarsy; 4) Rule 26(a)(2) Rebuttal Expert Report of Joseph G. Cannon; 5) Rule 26(a)(2) Rebuttal Expert Report of John P. Long; 6) Rule 26(a)(2) Rebuttal Expert Report of Daniel Tarsy; 7) Rule 26(a)(2) Rebuttal Expert Report of Harry C. Boghigian; and 8) Rule 26(a)(2) Rebuttal Expert Report of James T. Carmichael by Teva Pharmaceuticals USA Inc..(Keller, Karen) (Entered: 10/25/2006) |
| 10/27/2006 | 121 | NOTICE OF SERVICE of Notice of Deposition of James T. Carmichael by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Notice of Deposition of James T. Carmichael)(Rogowski, Patricia) (Entered: 10/27/2006) |
| 10/27/2006 | 122 | NOTICE OF SERVICE of Notice of Deposition of Harry C. Boghigian by Smith Kline & French Laboratories Limited, SmithKline Beecham |

| | | |
|---|---|---|
| | | Corporation. (Attachments: # 1 Notice of Deposition of Harry Boghigian) (Rogowski, Patricia) (Entered: 10/27/2006) |
| 10/30/2006 | 123 | SEALED ANSWERING BRIEF in Opposition *to Defendant's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/6/2006. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 124 | SEALED ANSWERING BRIEF in Opposition *to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony By Patent Attorney Egon Berg* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/6/2006. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 125 | SEALED DECLARATION re 124 Answering Brief in Opposition, *Declaration of Cristina C. Ashworth in Support of Plaintiff GlaxoSmithKline's Brief in Opposition to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony of Patent Attorney Egon Berg* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 126 | SEALED DECLARATION re 123 Answering Brief in Opposition, *Declaration of Mark L. Rienzi in Support of Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 127 | SEALED ANSWERING BRIEF in Opposition *to Defendant's Motions in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit and No. 4 to Exclude Evidence and Testimony on Patent Prosecution* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/6/2006. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 128 | SEALED DECLARATION re 127 Answering Brief in Opposition, *Declaration of Cristina C. Ashworth in Support of Plaintiff GlaxoSmithKline's Opposition to Defendant's Motions in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit and No. 4 to Exclude Evidence and Testimony on Patent Prosecution* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 10/30/2006) |
| 10/30/2006 | 129 | REDACTED VERSION of 112 SEALED MOTION in Limine *Teva's Motion In Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 130 | REDACTED VERSION of 113 Declaration, *of Karen E. Keller in Support of Teva's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A-G)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 131 | REDACTED VERSION of 114 SEALED MOTION in Limine *Teva's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 132 | REDACTED VERSION of 115 Declaration, *of Karen E. Keller in Support of Teva's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2 and B# 3 Exhibit C-G)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 133 | REDACTED VERSION of 116 SEALED MOTION in Limine *Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 134 | REDACTED VERSION of 117 Declaration, *of Karen E. Keller in Support of Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-In-Suit* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-C)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 135 | REDACTED VERSION of 118 SEALED MOTION in Limine *Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 10/30/2006) |
| 10/30/2006 | 136 | REDACTED VERSION of 119 Declaration, *of Karen E. Keller in Support of Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-I)(Keller, Karen) (Entered: 10/30/2006) |
| 11/03/2006 | 137 | Proposed Pretrial Order -*FILED UNDER SEAL*- by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation, Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-5, 7-16, 18, 20-23, 25-FILED UNDER SEAL)(Squire, Monte) (Entered: 11/03/2006) |
| 11/06/2006 | 138 | ANSWERING BRIEF in Opposition *to Defendant's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success [PUBLIC VERSION of D.I. 123]* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/17/2006. (Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 139 | DECLARATION *of Mark L. Rienzi in Support of Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 1 to Exclude Evidence and Testimony on Commercial Success (with Exhibits A through J) [PUBLIC VERSION of D.I. 126]* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 11/06/2006) |
| | | |

| | | |
|---|---|---|
| 11/06/2006 | 140 | ANSWERING BRIEF in Opposition *to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg [PUBLIC VERSION of D.I. 124]* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/17/2006. (Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 141 | DECLARATION *of Cristina C. Ashworth in Support of Plaintiff GlaxoSmithKline's Brief in Opposition to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony of Patent Attorney Egon Berg [PUBLIC VERSION of D.I. 125]* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Exhibit A)(Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 142 | NOTICE of filing the following document(s) in paper format: Notice of Service of Deposition of James T. Carmichael. Original document(s) on file in Clerk's Office. Notice filed by Patricia Smink Rogowski on behalf of Smith Kline & French Laboratories Limited (Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 143 | ANSWERING BRIEF in Opposition *to Defendant's Motions in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit and No. 4 to Exclude Evidence and Testimony on Patent Prosecution [PUBLIC VERSION of D.I. 127]* filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation.Reply Brief due date per Local Rules is 11/17/2006. (Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 144 | DECLARATION *of Cristina C. Ashworth in Support of Plaintiff GlaxoSmithKline's Opposition to Defendant's Motions In Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit and No. 4 to Exclude Evidence and Testimony on Patent Prosecution [PUBLIC VERSION of D.I. 128]* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12)(Rogowski, Patricia) (Entered: 11/06/2006) |
| 11/06/2006 | 145 | SEALED REPLY BRIEF re 112 SEALED MOTION in Limine *Teva's Motion In Limine No. 1 to Exclude Evidence and Testimony on Commercial Success* filed by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/06/2006) |
| 11/06/2006 | 146 | SEALED REPLY BRIEF re 114 SEALED MOTION in Limine *Teva's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* filed by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/06/2006) |
| 11/06/2006 | 147 | SEALED DECLARATION re 146 Reply Brief *Declaration of Monte T. Squire in Support of Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit H-I - FILED UNDER SEAL)(Squire, Monte) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2006) |
| 11/06/2006 | 148 | SEALED REPLY BRIEF re 116 SEALED MOTION in Limine *Teva's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* filed by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/06/2006) |
| 11/06/2006 | 149 | SEALED DECLARATION re 148 Reply Brief *Declaration of Monte T. Squire in Support of Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit D-F-FILED UNDER SEAL)(Squire, Monte) (Entered: 11/06/2006) |
| 11/06/2006 | 150 | SEALED REPLY BRIEF re 118 SEALED MOTION in Limine *Teva's Motion in Limine No. 4 to Exclude Evidence and Testimony on Patent Prosecution* filed by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/06/2006) |
| 11/08/2006 | 151 | MOTION for Leave to File Excess Pages *Plaintiff GlaxoSmithKline's Motion for Leave to Exceed Page Limit on Answering Briefs on Motions in Limine* - filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 11/08/2006) |
| 11/10/2006 | 152 | REDACTED VERSION of 137 Proposed Pretrial Order by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation, Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-5 and 7-9# 2 Exhibit 10-16 and 18# 3 Exhibit 20# 4 Exhibit 21-23 and 25)(Squire, Monte) (Entered: 11/10/2006) |
| 11/13/2006 | 153 | REDACTED VERSION of 145 Reply Brief *Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 1 to Exclude Testimony and Evidence on Commercial Success* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/13/2006) |
| 11/13/2006 | 154 | REDACTED VERSION of 146 Reply Brief *Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/13/2006) |
| 11/13/2006 | 155 | REDACTED VERSION of 147 Declaration, *of Monte T. Squire in Support of Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 2 to Exclude Expert Testimony by Patent Attorney Egon Berg* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit H and I)(Squire, Monte) (Entered: 11/13/2006) |
| 11/13/2006 | 156 | REDACTED VERSION of 148 Reply Brief *Teva's Reply to Plaintiff GlaxoSmithKline's Opposition to Defendant's Motion in Limine No. 3 to Limit Evidence and Argument Regarding the Alleged Invention of the Patents-in-Suit* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 11/13/2006) |
| 11/13/2006 | 157 | REDACTED VERSION of 149 Declaration, *of Monte T. Squire in Support* |

| | | |
|---|---|---|
| | | Laboratories Limited, SmithKline Beecham Corporation. Ordered by Judge Gregory M. Sleet on 1/17/2007. (asw) (Entered: 01/17/2007) |
| 01/17/2007 | | Set Post-trial Briefing Schedule: Opening Brief due 1/31/2007.,Answering Brief due 2/28/2007.,Reply Brief due 3/14/2007. Ordered by Judge Gregory M. Sleet on 1/17/2007. (asw) (Entered: 01/17/2007) |
| 01/25/2007 | 168 | TRANSCRIPT of Bench Trial (Day One) held on 12/18/2006 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw) (Entered: 01/25/2007) |
| 01/25/2007 | 169 | TRANSCRIPT of Bench Trial (Day Two) held on 12/19/2006 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw) (Entered: 01/25/2007) |
| 01/25/2007 | 170 | TRANSCRIPT of Bench Trial (Day Three) held on 12/20/2006 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw) (Entered: 01/26/2007) |
| 01/30/2007 | 171 | Joint STIPULATION and Proposed Order Regarding Revised Post-Trial Briefing Schedule by Teva Pharmaceuticals USA Inc. (Squire, Monte) Modified on 1/31/2007 (mmm). (Entered: 01/30/2007) |
| 01/31/2007 | | SO ORDERED, re 171 Stipulation filed by Teva Pharmaceuticals USA Inc., Reset Briefing Schedule: Opening Brief due 2/7/2007.,Answering Brief due 3/7/2007.,Reply Brief due 3/21/2007. Ordered by Judge Gregory M. Sleet on 1/31/2007. (asw) (Entered: 01/31/2007) |
| 01/31/2007 | | Remark: (NOTICE TO COUNSEL) CALLS TO CHAMBERS SHALL NOT BE PERMITTED REGARDING THE RULING ON A PENDING STIPULATION OR MOTION. THE PARTIES SHALL REFER TO THE COURT'S WEBSITE AND FOLLOW JUDGE SLEET'S PROCEDURE REGARDING "CALLS TO CHAMBERS." (asw) (Entered: 01/31/2007) |
| 02/07/2007 | 172 | SEALED Proposed Findings of Fact by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) Modified on 8/28/2008 (dzs, ). (Entered: 02/07/2007) |
| 02/07/2007 | 173 | SEALED APPENDIX *of Transcripts of Deposition Testimony Designated by the Parties* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 174 | Exhibit List *of Admitted Exhibits* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 175 | SEALED APPENDIX *of Plaintiffs' Deposition Designations* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 176 | SEALED APPENDIX *of Plaintiffs' Deposition Completeness Designations, Objections to Testimony Designated by Defendant and Counter-Designations* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| | | |

| | | |
|---|---|---|
| 02/07/2007 | 177 | SEALED APPENDIX *of Designated Deposition Testimony of Harry C. Boghigian* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 178 | SEALED APPENDIX *of Designated Deposition Testimony of Christopher Vellturo* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 179 | OBJECTIONS by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation *to Exhibits that Teva Seeks to Admit Post-Trial*. (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 180 | NOTICE of filing the following document(s) in paper format: Trial Exhibits Volumes I to VI. Original document(s) on file in Clerk's Office. Notice filed by Patricia Smink Rogowski on behalf of Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation (Rogowski, Patricia) (Entered: 02/07/2007) |
| 02/07/2007 | 181 | SEALED OBJECTIONS by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation - *GSK's Objections and Completeness Designations to Teva's Counter Designations of Deposition Testimony*. (Rogowski, Patricia) Modified on 8/28/2008 (dzs, ). (Entered: 02/07/2007) |
| 02/07/2007 | 182 | SEALED APPENDIX *of Electronic Versions of Deposition Testimony Designated by Plaintiffs and Defendant* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) Modified on 8/28/2008 (dzs, ). (Entered: 02/07/2007) |
| 02/07/2007 | 183 | NOTICE of Lodging by Teva Pharmaceuticals USA Inc. (Squire, Monte) (Entered: 02/07/2007) |
| 02/07/2007 | 184 | SEALED Proposed Findings of Fact by Teva Pharmaceuticals USA Inc.. (Squire, Monte) Modified on 8/28/2008 (dzs, ). (Entered: 02/07/2007) |
| 02/07/2007 | 185 | POST TRIAL BRIEF *SEALED Defendant Teva Pharmaceuticals USA, Inc.'s Post-Trial Brief on the Defense of Inequitable Conduct* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 02/07/2007) |
| 02/07/2007 | 186 | SEALED DECLARATION re 185 POST Trial Brief *Declaration of Monte T. Squire* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-39-FILED UNDER SEAL)(Squire, Monte) (Entered: 02/07/2007) |
| 02/07/2007 | 187 | SEALED APPENDIX *of Defendant Teva Pharmaceuticals USA, Inc.'s Deposition Designations and Objections, Counterdesignations and Completeness Designations* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 02/07/2007) |
| 02/14/2007 | 188 | REDACTED VERSION of 184 Proposed Findings of Fact by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 02/14/2007) |
| 02/14/2007 | 189 | REDACTED VERSION of 185 POST Trial Brief *Defendant Teva Pharmaceuticals USA, Inc.'s Post-Trial Brief on the Defense of Inequitable Conduct* by Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 02/14/2007) |
| | | |

|  |  |  |
|---|---|---|
|  |  | Exhibit H)(Rogowski, Patricia) (Entered: 03/07/2007) |
| 03/07/2007 | 201 | POST TRIAL BRIEF *on The Issue of Inequitable Conduct* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation. (Rogowski, Patricia) (Entered: 03/07/2007) |
| 03/07/2007 | 202 | POST TRIAL BRIEF *SEALED Defendant Teva Pharmaceuticals USA, Inc.'s Response to Plaintiffs' Proposed Findings of Fact and Conclusions of Law [D.I. 172]* by Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A and B-FILED UNDER SEAL)(Squire, Monte) (Entered: 03/07/2007) |
| 03/14/2007 | 203 | STIPULATION of Dismissal *of Case and Claims Related to United States Patent No. 4,824,860* by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation, Teva Pharmaceuticals USA Inc.. (Squire, Monte) (Entered: 03/14/2007) |
| 03/15/2007 |  | SO ORDERED, re 203 Stipulation of Dismissal filed by Smith Kline & French Laboratories Limited, SmithKline Beecham Corporation, Teva Pharmaceuticals USA Inc.. Ordered by Judge Gregory M. Sleet on 3/15/2007. (asw) (Entered: 03/15/2007) |
| 03/15/2007 |  | CASE CLOSED (asw) (Entered: 03/15/2007) |